# EXHIBIT E

**(Deposition Transcript of Cesar Altieri Sayoc)**

**(Contains Volumes I and II)**

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-23429-Ungaro

MITCHELL ROSARIO,

      Plaintiff,

vs.

12425, INC., a Florida for-profit corporation
d/b/a STIR CRAZY, LAURA INSUA, MANUEL INSUA,
and HERIBERTO FLOREZ,

      Defendants.

_____

DEPOSITION OF CESAR ALTIERI SAYOC
VOLUME I
PAGES 1 - 105

Tuesday, April 8, 2014
2:10 p.m. - 5:49 p.m.

Bober & Bober, P.A.
1930 Tyler Street
Hollywood, Florida 33020

## Page 2

```
 1  APPEARANCES:
 2  On behalf of the Plaintiff:
 3     PETER J. BOBER, ESQUIRE
        BOBER & BOBER, P.A.
 4     1930 Tyler Street
        Hollywood, Florida 33020
 5     Phone: (954) 922-2298
 6
 7  On behalf of the Defendants:
 8     DAVID M. MCDONALD, ESQUIRE
        MCLUSKEY & MCDONALD, P.A.
 9     8821 Southwest 69th Court
        Miami, Florida 33156
10     Phone: (305) 662-6160
11
12  ALSO PRESENT:
13
       Mitchell Rosario
14
15           I N D E X
16  WITNESS                        PAGE
17  CESAR ALTIERI SAYOC
18           DIRECT EXAMINATION      4
             REDIRECT EXAMINATION  226
19           BY: MR. BOBER
20           CROSS-EXAMINATION     108
             BY: MR. MCDONALD
21
22         E X H I B I T S
23  DEFENDANT'S
24  No. 1   Stir Crazy Application   233
25
```

## Page 3

```
 1              P R O C E E D I N G S
 2                    - - -
 3       Deposition taken before Michele Cameron, Notary
 4  Public in and for the State of Florida at Large, in
 5  the above cause.
 6                    - - -
 7  Thereupon,
 8              (CESAR ALTIERI SAYOC)
 9  having been first duly sworn or affirmed, was examined and
10  testified as follows:
11       THE WITNESS:  A hundred percent, to the
12  best of my knowledge.
13       MR. MCDONALD:  Okay.  Just before we
14  start, I meant to tell you this yesterday,
15  because I did tell you the other day on the
16  phone --
17       MR. BOBER:  Did you want this on the
18  record?
19       MR. MCDONALD:  I do.  I do.
20       MR. BOBER:  Okay.
21       MR. MCDONALD:  I have - and I had
22  yesterday, I have the payroll records for the
23  company for the last five years.  They're in
24  their original format, they're in notebooks;
25  they're big, heavy notebooks.  You're welcome
```

## Page 4

```
 1  to look at it tomorrow, whenever, but it's
 2  available to be seen in its format.  If you
 3  want it copied, you just tell me where to
 4  send it.  One of the things you had requested
 5  that we didn't originally --
 6       MR. BOBER:  Why are we putting this on
 7  the record?
 8       MR. MCDONALD:  Because it's part of my
 9  response to Request to Produce that I want to
10  make sure that it's on the record, that's
11  all.
12       MR. BOBER:  It's at your office now?
13       MR. MCDONALD:  It is.
14       MR. BOBER:  Was it at your office
15  yesterday?
16       MR. MCDONALD:  It was.  Remember I told
17  you last week.  I said, "Hey, I have all this
18  when you come."
19       MR. BOBER:  All right.  Well, I will
20  look at it tomorrow.
21       MR. MCDONALD:  But I didn't formally
22  write to you; so it's there.
23       MR. BOBER:  Okay.
24       MR. MCDONALD:  I just want to remind you
25  again.
```

Page 5

1    MR. BOBER:  No problem.
2           DIRECT EXAMINATION
3    BY MR. BOBER:
4       Q   Can you state your name and address for
5    the record, please.
6       A   Cesar A. Sayoc.  Ceasar Altieri Sayoc.
7           Address is 18151 Northeast 31st Court,
8    Apartment 2016.
9       Q   City?
10      A   Aventura, Florida, 33160.
11      Q   So Altieri is not your last name?
12      A   Yeah, Sayoc -- Altieri Sayoc.  It's my
13   middle and last name.  S-A-Y-O-C is the last.
14      Q   S-A?
15      A   Y-O-C.
16      Q   Y-O-C, okay.
17          Have you ever given a deposition before?
18      A   I don't think.  No, sir, I have haven't.
19      Q   Okay.  Let me tell you a little about
20   what we're going to do today.  I'm going to ask you a
21   series of questions.  The Court Reporter here is going
22   to write everything down.  She can only write down one
23   person talking at a time; so even if you know what I'm
24   going to ask or you can anticipate what I'm going to
25   ask --

Page 6

1       A   Yeah.
2       Q   -- just wait until I actually finish
3    saying it before you actually start --
4       A   Yeah.
5       Q   -- to answer so that she can write it
6    all down.
7       A   Yeah, a hundred percent.  I'll give it
8    the best of my knowledge.
9       Q   Okay, sure.
10          If at any time I ask you a question that
11   you don't understand or it's vague or ambiguous, feel
12   free to ask me to repeat the question --
13      A   A hundred percent.
14      Q   -- and I'll be happy to do that.
15          If at any time today you need to take a
16   break, you have to get a glass of water, you want to
17   go to the bathroom, no problem, we'll take a break.
18      A   Okay.
19      Q   Unless you ask me to repeat a question
20   or rephrase a question, I will assume that you
21   understood the question that I was asking --
22      A   Yes.
23      Q   -- okay?
24      A   Okay.
25      Q   Sometime today you will probably hear

Page 7

1    the gentleman in the jacket next to you object.  If he
2    hears a question that he thinks there's a problem
3    with, he will object.  It's just so that she can put
4    it on the record; you will still answer the
5    question --
6       A   A hundred percent.
7       Q   -- even after you hear that, okay.
8           Is there any reason today that you would
9    not be able to testify truthfully or competently?
10      A   I'm going to give you the best of my
11   knowledge of what went on at Stir Crazy when I was
12   there, my time there.
13      Q   Okay.  Can you tell me whether or not
14   you ever worked at Stir Crazy?
15      A   Not before, just the time that I was
16   there.
17      Q   Yes.  You have worked at Stir Crazy,
18   correct?
19      A   Yes, I have.
20      Q   Okay.  Can you tell me when you worked
21   there?
22      A   Oh, gosh, I have to go back in the
23   records.  It's towards last year.
24      Q   You left in 2013?
25      A   Yeah.

Page 8

1       Q   Okay.
2       A   Well, beginning -- It was -- Oh, gosh, I
3    have to -- Excuse me one second --
4       Q   Sure.
5       A   -- and I will tell you.  I go off it
6    because -- I'm sorry, you know.  Hang on one second,
7    here.
8           I think it was January -- It was right
9    after Christmas, the 22nd, I think, because that's
10   when I got the tennis thing, something, that was like
11   the day after I had --
12      Q   Let me do it this way.  When was
13   approximately your first day of employment or work?
14      A   I think it was May or June.  I have it
15   in my records --
16      Q   Okay.
17      A   -- because of the unemployment that I
18   had collected.
19      Q   About May or June of what year?
20      A   Of 2012.
21      Q   Okay.  And you stopped working at Stir
22   Crazy in December of 2013?
23      A   January 22nd, I think it was.  That's
24   what it says, because she came - that is the day after
25   she text me this message.

Page 9

1     Q   Who is "she"?
2     A   One of the bartenders.
3     Q   Okay.
4     A   Iliana.
5     Q   Iliana, okay.
6     A   Yeah.
7     Q   What year of January?
8     A   2013.
9     Q   Okay.  So you worked there a little over
10 six months?
11    A   Yeah.
12    Q   Okay.
13    A   I'm pretty sure.
14    Q   But does that sound about right,
15 about --
16    A   Yeah, let me go -- Joe Pesh -- Joe --
17 Let's see, because it was the next day, because he
18 said, "Are you ready to come to training?"
19        Here.  Joe, manager, okay.  I tried to
20 e-mail you, and it was return voice mail full, can you
21 be at club 4:00 p.m. tomorrow to start training.
22 August 14th, 2012 at 11:26 a.m. he had text me that
23 message.
24    Q   So August 15th, 2012 is when you
25 started?

Page 10

1     A   Yes.
2         MR. MCDONALD:  What was the date?
3         MR. BOBER:  August 15th, 2012.
4         THE WITNESS:  I started training.
5         At 11:26 he texted me that message.
6 BY MR. BOBER:
7     Q   And then you worked from August 15th
8 of 2012 --
9     A   To the 22nd of January.
10    Q   2013?
11    A   Yeah.  That's why I know the dates that
12 I was there.
13    Q   Okay.  And can you tell me what your job
14 was at Stir Crazy?
15    A   Night manager.  At first they were going
16 to bring me daytime, but then they liked me better, I
17 got the crowd excited, I pumped up their numbers, I
18 did whatever I had to do, what I was told by
19 Heriberto.
20        Agusto, we had a little miscommunication
21 because of the language barrier and what the owner had
22 wanted, which was Manny.
23    Q   Okay.  Well, let me go part by part.
24        So your job, from August 15th, 2012 to
25 January 22nd, 2013 was night manager, correct?

Page 11

1     A   Yes, sir.
2     Q   Okay.
3     A   Tuesday through Saturday.
4     Q   Okay.  And as a night manager, can you
5 tell me -- Well, let me strike that.
6         Did all the night managers have the same
7 duties?
8     A   Everybody had the same, you know, same
9 thing, pretty much, except the general manger,
10 Heriberto daytime.
11    Q   Okay.
12    A   Ricky was at nighttime.
13    Q   So --
14    A   No, Ricky was daytime, I'm sorry, and
15 Rolando nighttime.  Agusto was at nighttime.
16    Q   Okay.  So as a night manager, let's talk
17 about your duties.  Can you tell me what your duties
18 were as the night manager?
19    A   Open, meaning every register.  Counting
20 of the liquor, it was called the Berg system that
21 counts the liquor, count that on the opening of each
22 bartender.  You count out their draws in the beginning
23 for their banks.
24    Q   The draw is an amount of cash?
25    A   Cash they're going to start with at each

Page 12

1 bank.
2     Q   Okay.
3     A   The music and overseeing basically
4 everything to make sure the club ran smooth.
5         I report everything back to Heriberto,
6 which would go back to the owner, Manny.
7     Q   Okay.
8     A   And they didn't like that, because
9 Agusto was nighttime and it was kind of like a bumping
10 of heads because they felt I was stepping around
11 Agusto to tell Eddie everything that was going on at
12 nighttime.
13    Q   Okay.  So when you say -- I'm going to
14 go through some of these duties that you just
15 mentioned.
16        You mentioned opening the registers --
17    A   Yes.
18    Q   -- counting the liquor, counting the
19 cash that bartenders start with --
20    A   Right.
21    Q   -- music and overseeing basically
22 everything else to make the club run smooth.
23    A   Staff, DJs, tell them what to play, how
24 the club - the rooms, the sales, the promotions and
25 exactly what, you know, Eddie wanted and Manny wanted.

Page 13

1      Q   Okay.
2      A   You know, I fell in the chain of
3  command.
4      Q   So let me ask you this question:  When
5  you say that one of the things that you did was the
6  music, can you tell me what you mean by that?
7      A   Well, we wanted to change the format.
8      Q   Who is "we"?
9      A   The management and ownership.  We sat
10  down together, we had our meetings all the time.
11  Eddie went back to the owner, with Manny, all the
12  ideas and consulted with him and told me exactly how
13  we wanted it done, what mix to do, what lineup to do,
14  the girls to do and then report the incidence of any
15  incident at nighttime that happened --
16      Q   Okay.
17      A   -- and report it back to him.
18      Q   So when you say that you were involved
19  with the music -- Well, let me strike that.
20          You said that management and ownership
21  decided to make changes in the music?
22      A   You know, the format of the club,
23  because --
24      Q   What is that?  What is the format?
25      A   Format, basically you had a slower club,

Page 14

1  you had hip-hop more.  We wanted to change it to a
2  Scarlett type format, a lot of energy.
3      Q   Like less --
4      A   Techno.
5      Q   You mean less hip-hop?
6      A   A lot less hip-hop, because I told them
7  that the reason why your club is going in the
8  direction it is is because you're letting the girls
9  have control of the club.
10      Q   In other words, the girls --
11      A   Had a say of what he played --
12      Q   Okay.
13      A   -- how they want it, and if he didn't
14  play it, you would get fired.
15      Q   Who did you tell that you need to make a
16  change in --
17      A   Well, we said -- Management, because me
18  and Agusto, the communication level was - the language
19  barrier was very difficult.  Rolando translated.
20  Heriberto wanted to know everything, and I report
21  everything to Eddie.
22      Q   Okay.  Did you discuss any of these
23  format changes with Manny?
24      A   Manny, I had met two times on the floor
25  passing.

Page 15

1      Q   Okay.
2      A   I don't know the man personal.
3      Q   Okay.
4      A   I know from one of the broker real
5  estate agent, he is the owner and I was pointed out
6  that he was the owner.
7      Q   Okay.  So you only met Manny personally
8  twice?
9      A   Yeah.
10      Q   Okay.
11      A   On the floor, when he came to the club a
12  few times.
13      Q   Okay.  And when he was at the club, what
14  did you see him doing, if anything?
15      A   He was sitting with another young
16  gentleman that he came in with and overseeing on a
17  Friday, Saturday, pop in towards the end, there.
18      Q   Okay.
19      A   I didn't see him much in the beginning
20  because he watches the cameras and whatever else and
21  he gives direction on what's being done right and
22  wrong, and that's when I get that back from Heriberto,
23  which is the second in command, I guess, in daytime,
24  and then Agusto and Rolando didn't like that because I
25  was going around them telling Eddie everything, but

Page 16

1  that's what Eddie wanted.
2      Q   Okay.
3      A   And once I stopped that, you know, you
4  know, they pulled me:  Why are you going around,
5  Agusto is the nighttime manager.  It's a real fight
6  there.
7      Q   Okay.
8      A   And whatever the reasons are, whoever
9  has the power, whatever reasons that they've gone
10  through in their history, I don't know.  I just follow
11  my directions, what I'm - follow my superiors and then
12  I pass it on and if it's not done, Eddie takes care of
13  it or fires the individual or whatever the
14  circumstances are or the outcome.
15      Q   Okay.  Let me ask you this:  What
16  involvement, if any, did Manny have with the --
17      A   I know he e-mailed them every day --
18          MR. MCDONALD:  Objection to the form.
19          THE WITNESS:  I know he e-mailed
20      everything, the girl count.  This is to my
21      knowledge.
22  BY MR. BOBER:
23      Q   Okay.
24      A   And --
25          MR. MCDONALD:  Sir, why don't you let

Page 17

1    him ask the question before you answer.
2        THE WITNESS: Oh, I apologize.
3        MR. MCDONALD: It works better.
4    BY MR. BOBER:
5        Q   Yes.
6            What was Manny's involvement, if any,
7    with respect to music, if you know?
8        A   Music, all I knew is Mitch, Jeff and the
9    DJs all had to e-mail Manny after every shift.
10       Q   Okay.
11       A   Because I said, you know, here's the
12   list, I will have to e-mail to Manny.  That's how I
13   knew, you know, it was going to Manny every night.
14       Q   Did Manny ever e-mail you?
15       A   No, Manny never e-mailed me.
16       Q   Okay.  Did Manny ever text you?
17       A   No.
18       Q   Okay.
19       A   Everything was Heriberto or Agusto or
20   Rolando.
21       Q   Did Eddie -- When we say the name
22   "Eddie", that's Heriberto Florez?
23       A   Correct.  I guess that's his last - you
24   know, Eddie, Heriberto.  That's what I knew -- That's
25   what everybody referred to him as, but I know he's the

Page 18

1    one that hired me.
2            And Joe Pesh came in for the owner and
3    this is what the owner wants and if we don't get it
4    done --
5        Q   Who told you this is what the owner
6    wants?
7        A   Joe Pesh.  Joe --
8        MR. ROSARIO: Joe Poi --
9        MR. MCDONALD: Whoa, whoa.  Wait a
10   second, here.  Wait a second.
11       MR. BOBER: Hold on.
12       MR. MCDONALD: I want to put on the
13   record that the Plaintiff, Mr. Rosario, is
14   here and he's helping the witness answer
15   questions by giving him the names of the
16   people that he needs.  If he doesn't know the
17   names properly, he needs to put that on the
18   record --
19       THE WITNESS: I know the names, sir.
20       MR. MCDONALD: Sir --
21       THE WITNESS: I know who I work for.
22       MR. MCDONALD: Sir, I'm putting it on
23   the record.
24           But I'm objecting to --
25       MR. BOBER: All right, I got it.

Page 19

1        MR. MCDONALD: -- to Mr. Rosario
2    interrupting the deposition and correcting a
3    witness's testimony.
4        MR. BOBER: All right.
5        MR. MCDONALD: It's completely wrong,
6    inappropriate, way out of bounds, and if it's
7    going to continue --
8        MR. BOBER: All right.
9        MR. MCDONALD: -- I'm going to move to
10   discontinue the deposition.
11       MR. BOBER: All right.  All right.  No
12   problem.  He is not going to say anything
13   further.
14       MR. MCDONALD: Clearly this witness
15   doesn't know names --
16       THE WITNESS: I do know the names --
17       MR. BOBER: Look.  Look --
18       THE WITNESS: -- I know who I work for,
19   sir.
20       MR. MCDONALD: He's obviously got a
21   format --
22       MR. BOBER: Don't --
23       MR. MCDONALD: -- that he's been told to
24   follow.
25       THE WITNESS: No, sir --

Page 20

1        MR. BOBER: Don't pad --
2        THE WITNESS: -- I know exactly --
3        MR. BOBER: Don't pad the record.
4        THE WITNESS: -- what I went through and
5    I don't have to lie.
6        MR. BOBER: Don't pad the record.
7        MR. MCDONALD: He's answering your
8    questions without you asking.
9        MR. BOBER: You're making a speaking
10   objection.
11       MR. MCDONALD: It's --
12       MR. BOBER: You're making a speaking
13   objection.
14       MR. MCDONALD: It's ridiculous.
15       THE WITNESS: I don't have to make this
16   up.  I tell the truth --
17       MR. BOBER: Hold on.  Hold on.  Hold on.
18       THE WITNESS: -- to the best of my
19   knowledge, sir.
20       MR. BOBER: Hold on.
21       THE WITNESS: I don't lie.  I don't have
22   to lie.
23       MR. BOBER: Mr. Altieri.
24       THE WITNESS: Yes.
25       MR. BOBER: Hold on a second.

Page 21

1    You have made your objection.  He is not
2    supposed to say anything.  He is going to
3    keep quiet.  Let's move on, okay.
4    BY MR. BOBER:
5        Q   Did anybody ever tell you while you were
6    working at Stir Crazy that something had to be done
7    because that's the way Manny wanted it done?
8        A   All the time I was told.
9        Q   Okay.  Can you give me some --
10           MR. MCDONALD:  Objection to the form.
11   BY MR. BOBER:
12       Q   Okay.  Can you give me examples --
13           MR. MCDONALD:  Move to strike.
14   BY MR. BOBER:
15       Q   Can you give me examples of when a
16   person told you that Manny had told them that they
17   want something done a certain way?
18       A   I was told by Heriberto that all the
19   time.  They wanted to fire Mitch one time because the
20   dancer wanted one music and he is following format,
21   what I was told by Eddie, that Eddie told me, that the
22   owner, Manny, wanted.
23       Q   Okay.  Eddie told you that Manny wanted
24   to fire Mitch?
25       A   Heriberto said, "Do you have any new

Page 22

1    DJ's?  I'm going to fire Mitch."
2        Q   Eddie said that?
3        A   Yes, sir.
4        Q   Okay.  And how, if at all, did Manny get
5    involved in that?
6        A   Well, Manny has all the decisions of
7    everything, because Eddie goes back to Manny with
8    every decision.
9            MR. MCDONALD:  Objection to the form,
10           move to strike.
11   BY MR. BOBER:
12       Q   Okay.  You said that Eddie told you that
13   Manny wanted something done, correct?
14       A   To clear it with the owner on every
15   decision, yes.
16       Q   Okay.  Can you give me some examples of
17   what you're talking about?
18       A   Dresses on the girls.
19       Q   Okay.  With dresses on the girls --
20       A   Yes.
21       Q   -- can you tell me how that related to
22   Manny?
23       A   Well, like I said, anything that had to
24   be changed had to go through Manny.  That's what I was
25   told, that's what I was instructed.

Page 23

1        Q   Who told you?
2        A   Heriberto.
3        Q   Okay.  Eddie said that if any change
4    needed to be made, Eddie had to approve it?
5        A   Yeah, he had to approve it.
6        Q   Okay.  And one of the things included
7    how the girls were dressed?
8        A   Correct.
9        Q   And when you say, "the girls", you mean
10   the dancers?
11       A   I wanted to put dresses on them on
12   Fridays, upscale the class of the club.
13       Q   So you told Eddie that you wanted to
14   have the dancers dress differently?
15       A   Correct.
16       Q   And Manny said in response to that,
17   what?  I'm sorry, Eddie said in response to that,
18   what?
19       A   I would have to take it back to, you
20   know, he would talk to the owner, Manny, and clear it.
21       Q   Okay.
22       A   Same thing with the cell phones on the
23   floor, same thing with the music that Mitch had
24   played.  Everything was a meeting or back to Eddie,
25   that he had to clear everything with Manny.

Page 24

1        Q   Okay.  So you also mentioned Eddie --
2        A   Yeah.  The only thing I wasn't
3    involved in --
4        Q   Hold on.  Wait, wait.
5            MR. MCDONALD:  Objection to the form.
6            MR. BOBER:  Wait.
7            MR. MCDONALD:  Nonresponsive to the
8            question because no question has been asked
9            before the witness is answering the question.
10           THE WITNESS:  I didn't answer that
11           question --
12   BY MR. BOBER:
13       Q   Hold on, hold on, hold on.
14           You have to --
15       A   It's a not a script.  It's the truth.
16       Q   Hold on.
17           You have to --
18       A   I swear on my mother --
19           MR. MCDONALD:  How do you know --
20           MR. BOBER:  Excuse me.
21           MR. MCDONALD:  The question hasn't been
22           asked.
23           MR. BOBER:  Excuse me.  Just hold on.
24           THE WITNESS:  I was saying --
25   BY MR. BOBER:

Page 25

1    Q   Hold on, Mr. Altieri.  Just wait a
2  minute.
3    A   I was saying --
4    Q   Even if you think you know where I'm
5  going --
6    A   You can laugh all you want, I'm telling
7  the truth --
8    Q   Hold on.
9    A   -- to the best of my knowledge.
10    Q   Hold on.
11       Even if you think you know where I'm
12  going or what I'm going to ask, just wait until I
13  finish asking it.
14    A   Yes, sir.
15    Q   I'm only asking you because the Court
16  Reporter will go crazy.
17    A   Correct, a hundred percent.
18    Q   Okay.
19    A   I've never been through this before; so
20  this is...
21    Q   No problem.  No problem.
22       Okay.  So we've talked about dresses on
23  the dancers.  That was something that you wanted to
24  implement that you spoke to Eddie about and Eddie told
25  you that he would have to speak to Manny about it,

Page 26

1  correct?
2    A   Correct.
3    Q   And did Eddie tell you that he would
4  have to get approval for it?
5    A   Yes.
6    Q   Okay.  From Manny?
7    A   Correct.
8    Q   Now, with respect to the music, can you
9  tell me what, if anything, Manny had to do with that?
10    A   The music -- Every decision I brought to
11  Eddie had to be cleared through Manny.
12       MR. MCDONALD:  Objection to the form,
13       move to strike as nonresponsive.
14  BY MR. BOBER:
15    Q   Are you talking about the music?
16    A   Everything.
17    Q   Okay.
18    A   The music, anything with the girls.
19       The only thing I wasn't involved in was
20  with the girls, the sales of the rooms and all that.
21    Q   Okay.
22    A   That was the bartenders doing all that
23  stuff.
24    Q   Well, let's just talk about the music --
25    A   Yes, sir.

Page 27

1    Q   -- and then we'll talk about other
2  things.
3       You're saying that Manny was involved --
4  And when we say, "Manny", we're saying Manuel Insua?
5    A   Yes.
6    Q   Okay.
7    A   I didn't know him by that.  I knew
8  Manny.
9    Q   Okay.
10       MR. MCDONALD:  Objection to the form,
11       move to strike.
12       MR. BOBER:  Okay.
13       MR. MCDONALD:  The witness clearly just
14       says he doesn't even know the person's name
15       and he's agreeing --
16       THE WITNESS:  No, I know Manny --
17       MR. MCDONALD:  -- with you as to
18       his full name.  Move to strike.
19       MR. BOBER:  Okay, great.
20  BY MR. BOBER:
21    Q   Did you know the owner of the club to be
22  known as someone named Manny?
23    A   Manny, yes, sir.
24    Q   Okay.
25    A   That's what he was referred to every

Page 28

1  time.
2    Q   Okay.  Now let's just talk about the
3  music, just the music.
4       You had a conversation at some point
5  with Eddie about the kind of music being played?
6    A   Yes, sir.
7    Q   Okay.  And were you relaying to Eddie
8  your concerns about the kind of music being played?
9    A   A hundred percent, because I --
10    Q   Okay.
11    A   Okay.
12    Q   What did Eddie say to you in response to
13  your concern?
14    A   I have to get approval.  You know, it's
15  a great idea, I have to go get the approval from the
16  owner, Manny.
17    Q   Okay.  Did he say anything else about
18  Manny and the music?
19    A   No.
20    Q   Okay.  What was it you were suggesting
21  to Eddie about the music?
22    A   Well, I said a suggestion about the
23  music, I wanted an energy crowd, and it worked.  I
24  know it works, I've been doing this for 35 years, I'm
25  the best at this business.

Page 29

1    Q   Okay.
2    A   There's nobody better.
3    Q   So you wanted to have Stir Crazy have
4  higher energy music?
5    A   Yeah, to keep -- I don't want -- You
6  know, I wanted to -- Manny, everybody, to make more
7  money, increase the revenue of the club and I know it
8  works because I've done it --
9    Q   Okay.
10   A   -- a hundred times.
11   Q   So you made the suggestion to Eddie?
12   A   Yes, sir.
13   Q   And Eddie told you that he would speak
14 to Manny about it?
15   A   Correct.
16   Q   And what, if anything, did Eddie tell
17 you that he was going to try to get from Manny?
18   A   He would bring every idea I brought to
19 Heriberto and clear with Eddie his response.  I
20 respected him.  He said, "Yes," yes.  If it was no --
21   Q   You said clear it with Eddie or clear it
22 with --
23   A   Clear it with Manny.  Eddie, I went back
24 with everything, but he had to clear everything with
25 Manny, the owner.

Page 30

1    Q   And do you know that because you're
2  guessing that or because --
3    A   No --
4    Q   -- Eddie told you this?
5    A   -- Eddie told me this.
6    Q   Okay.
7    A   I don't guess, I don't have to make up
8  anything.  I tell you exactly word for word what was
9  told to me.
10   Q   Has anybody, prior to your deposition
11 today, told you what to say here today?
12   A   No, sir --
13   Q   Okay.
14   A   -- not at all.
15   Q   Okay.
16   A   On my mother's life, my father's,
17 nobody.
18   Q   Okay.
19   A   I have never been to a deposition.
20   Q   Okay.  You also mentioned there was an
21 issue of cell phones on the floors.  Can you tell me
22 what you mean by that?
23   A   It's very tacky, okay.  They should be
24 in a secluded area, which I brought to Eddie, that
25 cell phones, while on the floor dancing, talking.

Page 31

1    Q   Oh.  You mean the dancers, while they're
2  dancing, should not be on the cell phone?
3    A   They should be in a secluded area, not
4  in the front lobby on a cell phone, not on the floor
5  talking to a customer.  Either pull off to the side -
6  I understand and respect it as you told me, cell
7  phones are used to call their customers, but not on
8  the main floor.
9    Q   Okay.  So you made a suggestion to
10 Eddie --
11   A   Yes, sir.
12   Q   -- that going forward, the dancers
13 should not be making cell phone calls on the floor?
14   A   Correct.
15   Q   And in response to that, what did Eddie
16 tell you, if anything?
17   A   Well, we have to go back to the owner,
18 Manny, with it.
19   Q   Okay.
20   A   And one time I had put up signs.  He
21 said, "We don't want them," meaning the girls, "to
22 look like we're unprofessional.  I have to have them
23 done up correctly," and any idea, it took a long time
24 to get the idea passed.
25   Q   Okay.  So we talked about how the

Page 32

1  dancers were dressed.
2    A   Correct.
3    Q   We talked about the music, we talked
4  about cell phones on the dance floors.
5        Were there any other issues that you
6  brought to Eddie's attention that he told you he would
7  have to get approval from Manny about?
8    A   Billboard.
9    Q   Billboard?
10   A   On the outside, I wanted to put the
11 advertising on the billboard.
12   Q   Okay.
13   A   I needed cards to go through CocoWalk,
14 Coral Gables, for promotion.
15   Q   So you thought it would be good for
16 business for the club to have a billboard?
17   A   No, they have a billboard.
18   Q   Okay.
19   A   It's free advertising.  Why isn't this,
20 the specials they have inside the club, which is three
21 specials, and I told him:  "Why is that not on our
22 billboard?"
23   Q   The drink specials?
24   A   The drink specials, the room specials,
25 the lap dance specials.

Page 33

1  As far as the transaction, I didn't know
2  about it because that wasn't my part.  My part was
3  just to oversee.
4  **Q  When you say, "the billboard", are you**
5  **talking about the sign out front --**
6  A  The sign out front that says, "Stir
7  Crazy," --
8  **Q  Okay.**
9  A  -- and then there's a little thing where
10  you can do like a movie theater type of advertising.
11  **Q  Right, okay.**
12  A  And that's what I said, and then, you
13  know...
14  **Q  When you were working at the club, you**
15  **believe that at some point that the club was not**
16  **taking advantage of the sign that they had?**
17  A  A hundred percent.
18  **Q  Okay.  And you told Eddie about this?**
19  A  Yes, sir.
20  **Q  And what did Eddie say in response?**
21  A  You have to get approval through the
22  owner, Manny.
23  **Q  Can you think of any other instances,**
24  **besides the four that we just talked about, where you**
25  **made a suggestion to improve the club to Eddie and he**

Page 34

1  **told you that he would have to get approval from**
2  **Manny?**
3  A  Any other ones?
4  **Q  Yes, that you can think of.**
5  A  You know, he wasn't going to remodel,
6  because I brought up the remodel and I said, "Let's
7  turn it into a hundred thousand dollar club.  Let's
8  put a straight bar like Playmates, get rid of all
9  these tables and seating, clear out that bar."
10  "Oh, that will never happen."
11  Okay, respect it.
12  **Q  Okay.**
13  A  That's one thing I was direct told they
14  weren't going to do because they just remodeled, so...
15  **Q  You had suggested that to Eddie?**
16  A  A hundred percent.
17  **Q  And Eddie said he would talk to Manny**
18  **about it?**
19  A  No, no.  He just said that's not going
20  to happen.  Rolando, more or less, that's not going to
21  happen, because they just remodeled the club.
22  **Q  Besides Eddie, were there any other**
23  **employees or managers at the club to whom you said**
24  **something and in response they talked about needing to**
25  **get approval from Manny?**

Page 35

1  A  Rolando.
2  **Q  Okay.**
3  A  I know what these people want, Manny,
4  Eddie, and, you know, that's respected.
5  **Q  So you would talk to Rolando about**
6  **improving the club?**
7  A  Correct.  When I was brought aboard,
8  my - to improve the club.  The only thing was my not -
9  to do anything was with the girls for the rooms and
10  whatever else.  That was the only thing that was not
11  my involvement.
12  **Q  So is it fair to say that when you were**
13  **hired by Stir Crazy you were hired as a night manager**
14  **and to do promotions for the club?**
15  A  A hundred percent.
16  **Q  Okay.**
17  A  I was the...
18  **Q  Was your duty to promote the club**
19  **different than other night managers?**
20  A  My style was.
21  **Q  Okay.**
22  A  Because they know it works.  I have had
23  road shows, Chippendales, we are the word famous,
24  number one Chippendales.  Chippendolls, world famous,
25  number one name in entertainment --

Page 36

1  **Q  Okay.**
2  A  -- and I know it works.  I have been
3  doing it for 35 years, longer than anybody that's been
4  in this business, but I know it works.  I brought
5  it -- We need you, we need you, we need you.  No
6  problem.
7  **Q  So is it fair to say that the club**
8  **sought you out?**
9  A  A hundred percent.
10  **Q  Okay.  Where were you working when --**
11  A  I was at a grocery store in Hollywood.
12  **Q  Hold on, let me finish the question.**
13  A  I apologize.
14  **Q  No, it's okay.**
15  **Where were you working at the time you**
16  **heard or learned that Stir Crazy was looking to hire**
17  **someone?**
18  A  Rolando had contacted me from a past
19  application that he saw and he had heard of me and
20  then he called me, I guess, clearing with Eddie.  I
21  don't know that's what exactly - and the owner was
22  looking - Manny was looking forward to meeting me and
23  I met him one time on the floor.
24  **Q  So you spoke to Rolando, Rolando called**
25  **you?**



Page 37

1      A    Called me, correct.
2      Q    And he told you there was an opening at
3  the club?
4      A    There was an opening, they were looking
5  for a manager, and they wanted - they seen my resumé
6  and all my experiences and they wanted me to come.
7          And then I brought the different
8  styles -- Because Rolando is pretty new.  He was maybe
9  a year in the business, maybe two, if that, and my
10 experience of the 35 years felt they would help their
11 improvement.  And it was, you know, everything was
12 coming together, improvements of the club.
13     Q    Okay.
14     A    That was my job, to make the owner as
15 much money as possible.
16     Q    Did you ever say anything -- I'm sorry,
17 strike that.
18          Did you ever say to Rolando something
19 about the club and Rolando said that it would need to
20 be brought to Manny's attention?
21     A    No.
22     Q    Okay.  Besides Eddie, are there any
23 other managers who worked at the club to whom you said
24 something and in response they stated words to the
25 effect that it would have to be brought back to Manny?

Page 38

1      A    Joe Pueg was the one.  If it didn't get
2  done correctly of changes would happen.
3      Q    How do you spell Joe's name?
4      A    Joe, J-O-E.
5      Q    Yes.
6      A    P-U-E-G, I think it is.  I don't know
7  exactly.
8      Q    Okay.
9      A    He wasn't working at the club at the
10 time, but he was instructed the one to train me, to
11 meet for the interview, as it's in my cell phone.
12     Q    So Joe Pueg --
13     A    Yes.
14     Q    -- he was a manager at the club?
15     A    No, no.  He didn't -- He was -- Because
16 he had health problems.  I guess I was going into his
17 position, I'm not sure exactly, but the owner, he was
18 representing the owner to help train me and bring me
19 aboard and make sure things got, you know, most
20 cooperation as possible.
21     Q    Do you know whether or not Manny had
22 anything to do with your being hired at the club or
23 your not working at the club anymore?
24     A    I didn't hear that personally, but like
25 I said, I don't know.

Page 39

1      Q    Okay.
2      A    Okay.  You know, all I knew, they said
3  Eddie had hired me, you know.  I can't tell you
4  anything I don't know, because I don't know.
5      Q    Okay.  And you worked at nights?
6      A    Yes, sir.
7      Q    How many shifts did you work?
8      A    Five shifts.
9      Q    Okay.
10     A    Tuesday through Saturday.
11     Q    Would you agree that the managers at the
12 club have supervisory authority?
13          MR. MCDONALD:  Objection to the form.
14 BY MR. BOBER:
15     Q    Do you not understand that?  Do you want
16 me to repeat the question?
17     A    No.  You mean supervise the club,
18 itself?
19     Q    Let me ask it differently.
20     A    Okay.
21     Q    Is it one of the functions of the
22 managers at Stir Crazy to supervise?
23     A    Yes.
24     Q    Okay.  That's what they do?
25     A    Yes.  Like I said, we don't get tipped

Page 40

1  out, we don't sell the rooms, we just, you know, make
2  sure everything runs smoothly.
3      Q    Okay.  Is there at least one manager on
4  every shift?
5      A    Yes, sir.  Sometimes two, because Agusto
6  was there.  Later, they were supposed to turn the
7  shift over to me, but it never happened.
8      Q    Okay.  So there's at least one or two
9  managers every shift?
10     A    Yes, sir.
11     Q    Are there ever three managers on a
12 shift?
13     A    Possibly.  On the weekends, when we're
14 packed busy, Rolando would be in there on a Friday and
15 Saturday or Agusto would come in there later.
16     Q    Okay.
17     A    Because it would get a little bit crazy
18 busy, it got to be that way, busy, you know, as much
19 as possible to help.
20     Q    Earlier in the deposition you talked
21 about managers telling DJs what to play.
22     A    Yes.
23     Q    Can you tell me what you meant by that?
24     A    To not play the hip-hop and keep the
25 techno and the energy in the club at all times.

Page 41

1    Q   What --
2    A   Drink more Red Bull, drink more Red
3  Bull, that's what was told to me, because that's what
4  I did.  Just do what you have to do to keep it going
5  with the business, and that's what I did.
6    Q   So what was the managers' objection to
7  hip-hop?
8    A   The girls.  It wasn't the managers, it
9  was the girls that were complaining because -- Like,
10 you know, me, I feel if you're a worker, you're here
11 to work, you know.  You're not here to listen to the
12 music, you're here to dance for the customers.  That's
13 why we have the customers, because they enjoy the
14 atmosphere.
15   Q   So were there ever instances where the
16 managers heard the DJs playing music that they didn't
17 like and told them to change it?
18   A   Oh, yeah.
19   Q   Was that a frequent occurrence?
20   A   Yeah, and then till they had the right
21 to do one hip-hop song and one techno; so eventually
22 they went back to where it was going right into the
23 iceberg, because they gave the girls back control of
24 the club and you can't do that when you're an owner of
25 a club, running a club.  You are the owner and you run

Page 42

1  the club and, you know, and...
2    Q   So is it fair to say during the time
3  that you were at the club --
4    A   Yes, sir.
5    Q   -- the management did not want the
6  dancers having decision-making authority over what was
7  being played?
8    A   Correct.
9    Q   And the management was trying to take
10 back that authority?
11   A   Yes.
12   Q   Okay.
13   A   With my ideas and brought to Eddie and
14 Eddie would clear it with the owner.
15   Q   When you say, "the owner", you mean
16 Manny?
17   A   Manny.
18       MR. MCDONALD:  Objection to the form,
19 move to strike.
20 BY MR. BOBER:
21   Q   You mentioned earlier that the DJs would
22 send something to Manny each shift?
23   A   E-mail.
24   Q   Okay.  What was the e-mail?
25   A   Of the number of girls.

Page 43

1    Q   Okay.
2    A   And I think that's it, as far as I know.
3    Q   Do you know why --
4    A   I didn't -- I have no idea.
5    Q   Okay.  Well, let me finish the question.
6    A   Okay, I'm sorry.
7    Q   Do you know why the DJs would e-mail
8  Manny?
9    A   I have no idea.
10   Q   You just knew that they were doing it?
11   A   I just know they were doing it --
12   Q   Okay.
13   A   -- because they all told me, they've got
14 to e-mail - because I had the list of the girls and I
15 need the list back to put the number of girls to
16 e-mail Manny.  That's how I knew they were e-mailing
17 Manny.
18   Q   Okay.  Had you ever seen any of these
19 e-mails that the DJs sent?
20   A   No, sir.
21   Q   But the DJs would ask you for the list
22 of dancers who were working --
23   A   Yes.
24   Q   -- in order to be able to send the
25 e-mail?

Page 44

1    A   I had to get their list to make sure
2  mine was accurate on how many girls, because some
3  girls come in later and they may not be on the list to
4  collect the $5.00 and he has the complete list who
5  went on rotation, Mitch.
6    Q   What is the $5.00?
7    A   The $5.00 per girl that they pay out,
8  house fee or...
9    Q   The dancers would pay --
10   A   Yeah, $10.00.  Well, $5.00 to him, I
11 think $10.00 for the house fee.
12   Q   Okay.
13   A   Yeah, that's how it always was.
14   Q   What was the difference between the five
15 and $10.00?
16   A   Well, that's for the DJ.  That was a
17 requirement.
18   Q   The dancers would pay the DJ $10.00 --
19   A   Yeah, tip.
20   Q   -- per shift?
21   A   Yeah.
22       MR. MCDONALD:  Objection to the form.
23 Didn't he just say $5.00?
24       MR. BOBER:  Are you objecting to the
25 question?

Page 45

1    MR. MCDONALD: I am, but you're not
2  allowed to put words in his mouth.
3    MR. BOBER: All right. You can't --
4    MR. MCDONALD: No, but it's just
5  improper --
6    MR. BOBER: Hold on a second.
7    MR. MCDONALD: I can't have you doing
8  that.
9    MR. BOBER: You --
10   MR. MCDONALD: First your client, now
11 you. It's not right. You know it's not
12 right.
13   MR. BOBER: All right. Look --
14   MR. MCDONALD: It's against the rules.
15   MR. BOBER: -- I don't know what you're
16 talking about, but you need to cool it. Now
17 you've gone overboard. I'm not trying to put
18 words in anybody's mouth and you can object
19 50 times, but you cannot make speaking
20 objections. Just object to form of the
21 question and keep quiet.
22   MR. MCDONALD: You can -- I can make an
23 objection --
24   MR. BOBER: No, you can't.
25   MR. MCDONALD: -- and put on the record

Page 46

1  when your conduct is out of line --
2    MR. BOBER: No, you can't.
3    MR. MCDONALD: -- as it was just now.
4    MR. BOBER: No, you can't.
5    MR. MCDONALD: I definitely can.
6    MR. BOBER: You can file a motion with
7  the court and submit the transcript --
8    MR. MCDONALD: Just ask the question.
9    MR. BOBER: -- if you think I've done --
10   MR. MCDONALD: Ask your next question.
11   MR. BOBER: -- something wrong, but you
12 need to knock it off.
13   MR. MCDONALD: Ask your next question.
14   THE WITNESS: I'm going to be clear.
15 BY MR. BOBER:
16   Q   Okay.
17   A   There's a house fee every girl pays, it
18 doesn't matter.
19   Q   Who are they paying the house fee to?
20   A   They're paying to the house, the club.
21   Q   How much is it?
22   A   Ten dollars.
23   Q   Ten dollars.
24   A   Yeah. And the $5.00 is their agreement
25 or whatever they're going to pay the DJ, whatever

Page 47

1  their fee is per girl, and then he pays the house
2  $25.00 at the end of the night.
3    Q   Okay. So at the end of a shift --
4    A   Yes.
5    Q   -- does --
6    A   I've got a list. I've got to collect
7  $10.00 from every girl.
8    Q   Okay.
9    A   No ifs, ands or buts.
10   Q   Okay. So at the end of every shift each
11 dancer pays $10.00?
12   A   Yes, sir, that's a house fee.
13   Q   And the manager picks that money up?
14   A   Yes.
15   Q   Okay.
16   A   That's a manager's department.
17   Q   If you weren't working, it would be some
18 other manager?
19   A   Correct, a hundred percent.
20   Q   And then, does that $10.00 go to Mitch
21 for each of the dancers?
22   A   No, that goes to the owner towards the
23 night of the revenue collected; so that's one part of
24 the revenue cash. Then you got other fees of
25 revenue --

Page 48

1    Q   Okay.
2    A   -- the lap dances, the bar revenue.
3    Q   So is it correct that the dancers pay
4  something to the DJ for each shift?
5    A   Yes, sir.
6    Q   Okay. Is that in addition to the
7  $10.00?
8    A   Yes.
9    Q   Okay. So the dancers pay the house
10 $10.00?
11   A   Yes, sir.
12   Q   And they pay some amount of money to the
13 DJ?
14   A   A hundred percent.
15   Q   Okay. How much are they paying the DJ?
16   MR. MCDONALD: Objection to the form.
17 He just --
18   THE WITNESS: That can range. It can be
19 $5.00, it can be whatever they agree that's
20 fair to him. I don't know because I don't
21 get involved in...
22 BY MR. BOBER:
23   Q   Okay. So you're not sure?
24   A   I'm not sure. I know --
25   MR. MCDONALD: Objection to the form,

Page 49

1  mischaracterizes his testimony.  He testified
2  to $5.00, Peter.  You know, you're not
3  allowed to do what you're doing.  You know
4  you're not.
5       MR. BOBER:  I don't know --
6       MR. MCDONALD:  It's wrong and it's
7  improper.
8       MR. BOBER:  Okay.  I don't know what
9  you're talking about.
10      MR. MCDONALD:  You're suggesting to him
11 answers that are - it's just improper.
12      MR. BOBER:  I don't know what you're
13 talking about.
14      MR. MCDONALD:  He answered the question,
15 now you're going:  You're not sure?
16      MR. BOBER:  Listen to me.  Listen to me.
17      MR. MCDONALD:  You know what you're
18 doing, Peter, come on.
19      MR. BOBER:  Can you sit there and just
20 object to the questions that you don't like.
21      MR. MCDONALD:  Not if you're going to do
22 what you're doing.
23      MR. BOBER:  Listen, if you don't like
24 it --
25      MR. MCDONALD:  If you ask proper

Page 50

1  questions --
2       MR. BOBER:  -- I don't know what to tell
3  you.
4       MR. MCDONALD:  -- but you're not allowed
5  to --
6       MR. BOBER:  I don't know what to tell
7  you.
8       MR. MCDONALD:  -- put words in the
9  witness's mouth.
10      MR. BOBER:  I don't know what to tell
11 you except you can object if you don't like a
12 question.  That's all you get to do.  That's
13 all you get to do.
14      MR. MCDONALD:  You're wrong.  You're
15 wrong if your conduct is as it has been.
16      MR. BOBER:  Then you can file a motion
17 with the court if you think --
18      MR. MCDONALD:  Well --
19      MR. BOBER:  -- it has been improper,
20 okay.
21 BY MR. BOBER:
22      Q   So in addition to the $10.00 that the
23 dancers pay the house --
24      A   Correct.
25      Q   -- they are paying some amount money to

Page 51

1  the DJ --
2       A   DJ.
3       Q   -- for each shift?
4       A   Yes, sir.
5       Q   Okay.  When Mitchell was working, Mr.
6  Rosario was working at the club --
7       A   Yes, sir.
8       Q   -- do you know what the dancers were
9  paying him for each shift?
10      A   I have no idea what they're paying.
11      Q   Okay.
12      A   But there is a minimum fee that they
13 have to pay.
14      Q   Okay.  What was the minimum?
15      A   I'm not sure on that.
16      Q   Okay.  You mentioned that managers would
17 tell DJs what to play?
18      A   Yes.
19      Q   Can you tell me if there were any other
20 things that managers would tell DJs to do?
21      A   They didn't want nobody in that DJ booth
22 or he gets fired.
23      Q   Would managers ever scold DJs for having
24 people in the booth?
25      A   He scolded him because I was in the DJ

Page 52

1  booth and I was telling Mitch exactly what Eddie had
2  wanted him to do on that shift and then he got on him.
3       Q   Who is "he"?
4       A   Heriberto.
5       Q   Okay.
6       A   Yelled at him because I was in the DJ
7  booth.
8       Q   And you were --
9       A   I'm like, "What do you think, we're
10 clowning around?"  I'm here to upscale the club, to
11 make the club better, and this is not a playground,
12 this is work.
13      Q   So managers would be upset if --
14      A   I get pissed, because I know what works.
15      Q   All right, but let me finish the
16 question.
17      A   Okay.  I'm sorry.  It's just -- If I
18 think, it's just like, you know...
19      Q   No, that's okay.  I understand.  You
20 were sensing what I was going to ask.
21          So managers would scold DJs if there
22 were people in the DJ booth who were not supposed to
23 be there?
24      A   Nobody is to be in that DJ booth because
25 he's worried about somebody spilling a drink.  It's

Page 53

1  understandable --
2      Q  When you say, "he" --
3      A  Heriberto.
4      Q  Okay.
5      A  His equipment or whatever, a drink would
6  get on there or whatever, but he didn't want nobody,
7  at all, or Mitch would be fired in that DJ booth.
8      Q  Have you ever heard of an instance about
9  a manager -- Let me strike that.
10          You mentioned before about different
11  genres of music, one being more preferable to the
12  other.
13     A  Yes, sir.
14     Q  They didn't like hip-hop and that they
15  wanted something more high energy.
16     A  Correct.
17     Q  What about just actual songs, were there
18  ever instances where a manager would tell a DJ to play
19  a specific song?
20     A  Requests from a customer if they paid
21  money to have the song played, and that went into the
22  fee thing for the house.
23     Q  Okay.  Have you ever heard of a manager
24  telling a DJ not to play a specific song or overheard
25  a specific song being played --

Page 54

1      A  Yeah, yeah.  The format was techno and
2  high energy.
3      Q  Okay.
4      A  There was not allowed to be, you know,
5  the format we were changing.
6      Q  Okay.  So the --
7      A  And if he couldn't get it done, he said,
8  "Do you know any other DJs?"  That's what Heriberto
9  had told me.  They wanted to fire Mitch.
10     Q  For playing music that he didn't like?
11     A  Correct.
12     Q  That Eddie didn't like?
13     A  Not Eddie didn't like, that I suggested
14  would work.
15     Q  Can you explain that?
16     A  Hip-hop, techno, high energy.  Then I
17  hear, what's hip-hop again.
18     Q  Okay.
19     A  Well, you know...
20     Q  So is it fair to say that Eddie would
21  get upset if he heard hip-hop?
22     A  Not -- Because he wasn't on our shift.
23  Agusto was on our - he was on the day shift, you know,
24  but he's wanting me to report everything that went on
25  at nighttime to day shift that was going on.  I was

Page 55

1  his eyes and ears for the daytime --
2      Q  Okay.
3      A  -- you know, so...
4      Q  Do you know whether there were ever any
5  instances where Mr. Rosario was disciplined for
6  playing music that the management did not like?
7      A  No, he never got disciplined for the
8  music.  It was just that's the way it was, this is the
9  way it was and this is the way it was going to work
10  and this is the way it was.
11     Q  Would you agree that your knowledge of
12  the club only extends to the time period where you
13  actually worked at the club?
14     A  I'm sorry.  Repeat that?
15     Q  Okay.  You worked, you said, at the club
16  from August of 2012 to January --
17     A  Twenty-second.
18     Q  -- 2013?
19     A  Twenty-second.
20     Q  January 22nd, 2013?
21     A  Yeah, that's...
22     Q  Would you agree that you don't know what
23  happened at the club prior to you actually working
24  there?
25     A  Sir, I have no idea.

Page 56

1      Q  Okay.
2      A  All I know is I came in and it was a
3  dead club.  That's all I knew, it was slow, and they
4  wanted to get business.
5      Q  Would you agree you have no personal
6  knowledge of what happened in the club in time periods
7  after you left?
8      A  I don't know.
9      Q  Okay.
10     A  I don't care.  All I know is when I was
11  there, I did my best, and when you don't pay me,
12  adios.
13     Q  Okay.
14     A  That's what I did.
15     Q  So the answer to my question was:
16  "Yes"?
17     A  Yes.
18     Q  Okay.
19     A  I'm sorry.
20     Q  No problem.  No problem.
21     A  It's like, you know, an agreement that
22  was told to me that they didn't follow through on
23  myself.
24     Q  Okay.
25     A  So that's just -- I am sorry about



Page 57

1 getting off the...
2    Q   No problem.
3    A   I quadrupled your number and...
4    Q   Okay. Hold on a second.
5        Can you tell me what kind of equipment
6 the club provided to the DJs so they could play music?
7    A   They had sound equipment. They brought
8 their own laptops in with their music.
9    Q   Was there a house computer that belonged
10 to Stir Crazy?
11    A   Yeah, they had the whole sound booth
12 there.
13    Q   Okay.
14    A   He just plugged in his music with the
15 laptop, whatever they do, you know. I am not an
16 expert in that field, but I know that was all Stir
17 Crazy's equipment.
18    Q   So Stir Crazy owned the sound booth?
19    A   Yes, sir.
20    Q   There's a house computer also that's
21 owned by Stir Crazy?
22        MR. MCDONALD: Objection to the form,
23    asked and answered.
24 BY MR. BOBER:
25    Q   Is there a computer located in Stir

Page 58

1 Crazy that is full of songs?
2        MR. MCDONALD: Objection to the form --
3        THE WITNESS: That, I don't know.
4        MR. MCDONALD: -- leading. Objection to
5    the form, asked and answered.
6        THE WITNESS: I just knew they had their
7    own laptop to...
8 BY MR. BOBER:
9    Q   Okay. Do you know whether or not the
10 club provided any music to the DJs?
11    A   No.
12    Q   You don't know?
13    A   I don't know about that.
14    Q   Okay. Do you know whether or not the
15 club paid out of its own pocket any money to the DJs,
16 including Mr. Rosario?
17    A   They paid him?
18    Q   Correct. Did they?
19    A   I don't think so, no.
20    Q   Okay.
21    A   I never seen money transacted. I guess
22 that's...
23    Q   During the time that you worked at Stir
24 Crazy --
25    A   Yes.

Page 59

1    Q   -- did the club have any rules for how
2 the dancers were supposed to go in the rotation for
3 dancing?
4    A   They had to go down the list as they
5 came in.
6    Q   Okay.
7    A   They had to check in with the DJ. They
8 didn't want them to come in and sit in the back room.
9 They wanted, as soon as they got in there, get dressed
10 and come to Mitch, the DJ, put them on rotation and
11 they worked the stages. As we got busier, he opened
12 the back stage. We had two stages and they ran two
13 girls on the main stage once we got busy. We had
14 three girls at our busy, peak time, which is usually
15 Thursday, Friday, Saturday.
16    Q   So the club management had a rule that
17 the dancers should be called in the order in which
18 they came into work?
19    A   Yes, sir.
20    Q   Who created that rule, if you know?
21    A   I have no idea, you know. All I know,
22 it's the ownership/management that created that.
23    Q   Okay. Did you ever hear of Eddie
24 talking about that rule?
25    A   Yes.

Page 60

1    Q   Okay. Would it be a violation of that
2 rule for a DJ to ignore that rule and just put
3 whatever girls on the stage that they wanted in the
4 order that they wanted?
5        MR. MCDONALD: Objection to the form.
6        THE WITNESS: No. They just had a
7    format to follow. They didn't follow -- They
8    didn't follow, they took it off on Mitch.
9 BY MR. BOBER:
10    Q   Okay.
11    A   Mitch would be fired if it wasn't
12 followed.
13    Q   So Mitch had to follow the --
14    A   Oh, yeah.
15    Q   Hold on.
16        Mitch was required to follow the club's
17 rotation for getting the dancers on the dance floor?
18    A   Yes, sir.
19    Q   In your experience working at Stir
20 Crazy, do dancers sometimes not make a lot of money?
21    A   Yes.
22        MR. MCDONALD: Objection to the form.
23        MR. BOBER: What is the problem?
24        MR. MCDONALD: It's a vague, ambiguous
25    question. What does that mean, "not make a

Page 61

1      lot of money"?
2          MR. BOBER:  Okay, that's good.  Okay.
3  BY MR. BOBER:
4      Q   Did you ever hear dancers at Stir Crazy
5  complain --
6      A   Oh, yes.
7      Q   Hold on.
8      A   I'm sorry.  I apologize.
9      Q   Okay.  Hold on.
10     A   I'm sorry.
11     Q   Okay.  Hold on.
12         Did you ever hear dancers at Stir Crazy
13  complain verbally that they were unhappy with the
14  amount of money that they had made on a shift?
15     A   Yes.
16     Q   Okay.  And did they explain why they
17  were unhappy?
18     A   Sometimes the music, sometimes just
19  not - you know, they were lazy, a lot of them.
20     Q   Okay.  So is it fair to say that some
21  dancers, no matter what kind of music was being
22  played, would not make money because they were lazy
23  workers?
24     A   A hundred percent.
25     Q   Based on your personal observation,

Page 62

1  would dancers complain about not making money on a
2  shift because of a lack of customers coming into the
3  club on that shift?
4          MR. MCDONALD:  Objection to the form,
5      leading.  Ask him why and then you can --
6          MR. BOBER:  Leading?  It's not my
7      witness.
8          MR. MCDONALD:  It doesn't matter.  You
9      know you're not allowed to just lead a
10     witness, put words in their mouth.  It's
11     wrong.
12         Ask a question, open-ended --
13         MR. BOBER:  Just object.
14         MR. MCDONALD:  -- who, what, where, when
15     why.
16         MR. BOBER:  Don't tell me how to do it,
17     just object.  No, don't tell me how to do it.
18     You object.
19         MR. MCDONALD:  This is --
20         MR. BOBER:  Just object.
21         MR. MCDONALD:  -- not a party opponent.
22         MR. BOBER:  Just object.
23         MR. MCDONALD:  This is a witness.
24         MR. BOBER:  You can't make speaking
25     objections.

Page 63

1          MR. MCDONALD:  You can ask open-ended
2      questions.
3          MR. BOBER:  I can ask whatever questions
4      I want and you can object to whatever
5      questions you want, get it?  That's how it
6      works.
7          Can you read back the last question?
8          (The previous question was read back by
9      the Court Reporter as above reported.)
10  BY MR. BOBER:
11     Q   You can answer if you know what
12  I'm talking about.
13         MR. MCDONALD:  Additional grounds, but I
14     wasn't state them, unless you want me to.
15         MR. BOBER:  No, that's okay.
16         THE WITNESS:  Yeah, they complain
17     regularly.
18  BY MR. BOBER:
19     Q   Based on your personal observations,
20  were some customers who would come into the club not
21  big tippers?
22         MR. MCDONALD:  Objection to the form.
23         THE WITNESS:  A lot, no big tippers.
24  BY MR. BOBER:
25     Q   Were there customers who came into the

Page 64

1  club that just didn't tip at all?
2      A   Yes.
3      Q   Did you ever hear dancers complaining
4  about customers who didn't tip?
5      A   Oh, yeah.
6      Q   Okay.
7      A   They get mad sometimes and, you know,
8  out of context.  It's like -- It was not a great scene
9  in the dressing room sometimes.
10     Q   Based on your personal observations,
11  would you agree that even if Mitch were to play great
12  music for the customers, a dancer might be unhappy
13  with the amount of money that they made that night due
14  to factors that were beyond Mitch's control?
15         MR. MCDONALD:  Objection to the form.
16         THE WITNESS:  A hundred percent.
17  BY MR. BOBER:
18     Q   Would you agree that the DJs who worked
19  at Stir Crazy during the time that you worked there,
20  including Mitch, had no control over the number of
21  customers coming into the club?
22     A   They never had control of the customers
23  coming into the club.  They can bring their friends,
24  you know, and tell our VIPs to come in, but...
25     Q   Did you agree with my --

Page 65

1    A   Yes.
2         MR. MCDONALD: Objection to the form.
3    BY MR. BOBER:
4    Q   Okay.  You agreed with what I just
5    asked?
6    A   Yes.
7    Q   Okay.
8         MR. MCDONALD: He modified it, though.
9    BY MR. BOBER:
10   Q   Okay.  What do you mean that -- Did
11   Mitch bring in people like you were just describing?
12   A   Yes, sir.
13   Q   How often did that happen?
14   A   Weekend, mostly.
15   Q   Okay.
16   A   When people are free.
17   Q   Mitch would bring in how many people?
18   A   That, I don't know.
19   Q   Okay.
20   A   You know.
21   Q   You saw that there were people that
22   Mitch had brought in during the time that you worked
23   at the club?
24   A   Yes, he brought business to the club.
25   Q   Would you agree that DJs, including

Page 66

1    Mitch, were not involved in the ultimate profitability
2    of the club?
3         MR. MCDONALD: Objection to the form.
4         THE WITNESS: I don't understand that.
5    BY MR. BOBER:
6    Q   Okay.  Would you agree that the club
7    management is responsible for ensuring that customers
8    come in to visit the club?
9    A   Yeah, that's why we get fired and, you
10   know, promotion, calling people, making sure the girls
11   bring in their customers.
12   Q   Okay.  So management would make sure
13   that the dancers would bring in customers?
14   A   Yes.
15   Q   Okay.  Was there a requirement that DJs
16   bring in customers?
17   A   No, there was not a requirement.
18   Q   Would you agree that if there was one
19   group or two groups of individuals who were
20   responsible for bringing in customers to the club, it
21   would be either the managers or the dancers?
22        MR. MCDONALD: Objection to the form.
23   Improper, incomplete question.
24        THE WITNESS: The promotion we did and
25   whoever would have their VIPs come in.  Their

Page 67

1    customers have their own special girls, have
2    their own special - what they like about the
3    club.  Some like Eddie, some like Agusto, you
4    know.  It's just -- The club has been there
5    for 25 years, so...
6    BY MR. BOBER:
7    Q   What is a VIP?
8    A   A VIP is, you know, someone that's been
9    a regular customer that is treated like a regular,
10   maybe give them a comp drink once in a while and treat
11   them a little bit extra special because he's kept the
12   success of the club over the years, been a loyal
13   customer to the club.
14   Q   Okay.  Do you know whether or not Mitch
15   brought in VIPs?
16   A   Yes.
17   Q   Do you know how many?
18   A   I have no idea.
19   Q   During the time that you worked there,
20   was it more than five?
21   A   Oh, yeah, way more than five, but I
22   can't say the direct number.
23   Q   Okay.  Did you ever hear anyone at the
24   club ever talking about whether it was correct or not
25   for DJs to be either classified as independent

Page 68

1    contractors or employees?
2    A   No.  I just knew he was an employee of
3    the club.
4    Q   You knew what?
5    A   He was an employee of the club through
6    Heriberto, the general manager.
7    Q   You're saying you had a conversation
8    with Eddie?
9    A   Yeah, I knew he was an employee of the
10   club because, you know, I didn't know about
11   independent contractors or anything like that.  You
12   know, the DJs, I don't get involved with their type of
13   salary structure.  All I know is he had to pay a house
14   fee.
15   Q   Why do you say that Eddie knew that
16   Mitch was an employee?
17   A   That's what was stated to me.
18   Q   Who stated to you?
19   A   Eddie.
20        Agusto, I didn't understand, and Rolando
21   never stated anything to me, he was so green to the
22   business.
23   Q   When did Eddie state that to you?
24   A   In the beginning.
25   Q   The beginning of your employment?

Page 69

```
 1      A   Yes.  Yes.
 2      Q   When you worked there, you were on
 3  payroll?
 4      A   Yes, sir.
 5      Q   You were paid a salary?
 6      A   Yes, sir.
 7      Q   Okay.
 8      A   No tips, no anything else.
 9      Q   Why, if you know, did Eddie tell you
10  that he knew that Mitch was an employee of the club?
11      A   That's what was said to me.
12      Q   Okay.
13      A   That's as far as I knew.  I didn't go
14  into depth.  I didn't go any further.
15      Q   He used the actual word "employee"?
16      A   Employee.
17      Q   Okay.  Based on your knowledge, did you
18  ever know of any requirement that said that DJs
19  working at Stir Crazy could not work for other clubs
20  at the same time?
21      A   It was a conflict of interest.  It's a
22  basic knowledge of the business.
23      Q   Why is it a conflict of interest, if you
24  know?
25      A   That it just -- You know, you're
```

Page 70

```
 1  bringing your customers to the opposition's business.
 2      Q   Are you saying that if a DJ works at
 3  Stir Crazy and then works at another club, the dancers
 4  might leave?
 5      A   Oh, yeah.  That's one of the main
 6  reasons.  I mean, it's just a basic knowledge of being
 7  in the business.  It's common, you know.  It's club
 8  courtesy.  It's cold, you know.
 9      Q   Did you ever know -- In the months that
10  you worked at Stir Crazy, did you ever know of a DJ
11  that was disciplined for working at multiple clubs,
12  including Stir Crazy?
13      A   That, I don't know.
14      Q   Okay.
15      A   I don't know.  Like I said, I don't know
16  the relations or how long or, you know.  I know Jobe
17  very briefly in the daytime.  Mitch I worked with all
18  the time, you know, and the ones that worked in the
19  daytime.
20      Q   If a DJ left a club and the dancers at
21  that same club left with the DJ, would that be good or
22  bad for Stir Crazy?
23      A   That's bad for everybody.
24      Q   Why is it bad if --
25      A   Because dancers are --
```

Page 71

```
 1      Q   Let me just finish.
 2          I don't want to --
 3      A   Okay.
 4      Q   Why is it bad if the number of dancers
 5  at Stir Crazy is reduced?
 6      A   House fee, the number of money that's
 7  paid to the house.
 8      Q   Anything else?
 9      A   The revenue that they produce, the
10  customer that comes in to see them that brings -
11  spends their - even if it's $7.00, $107.00, you know,
12  they lose that, you know.  If you lose a dollar, it's
13  just bad to lose that business.
14      Q   If there are less dancers at a club,
15  will that translate into less money being spent by
16  customers?
17      A   Oh, yeah, then it goes around the
18  circuit, everybody talks.  They only got seven girls
19  tonight.  Everybody talks in that business.
20          Would you go to Stir Crazy?  How many
21  girls?  I'm not going there.
22      Q   Customers, you mean?
23      A   Customers, yes.
24      Q   So you're saying that customers do not
25  want to go to an exotic dance club if there are not a
```

Page 72

```
 1  significant number of women working?
 2      A   Correct, a hundred percent.
 3      Q   We talked a little bit before about
 4  Manny Insua or Manny, as you knew him.
 5      A   Yes, that's how I know him.
 6      Q   Okay.  Does Manny view the cameras that
 7  are in the club?
 8      A   Oh, yes.
 9      Q   Okay.
10      A   I was told this by Heriberto.
11      Q   Where does he watch the cameras from?
12          MR. MCDONALD:  Objection to the form.
13          THE WITNESS:  That, I don't know.
14  BY MR. BOBER:
15      Q   Okay.  But did Eddie tell you that Manny
16  could watch what was happening in the club?
17      A   Oh, yes.
18      Q   Even if he wasn't present?
19      A   A hundred percent.
20      Q   Was there ever a situation where some
21  manager saw something happening at the club through
22  the cameras and then reported it within the club,
23  itself?
24      A   Oh, yeah.  Agusto, all the time, he
25  would be watching from his home, because he would call
```

Page 73

1  me up.
2         Eddie would watch the cameras, he called
3  me up on the phone. "What are you guys doing in the
4  DJ booth? Get out of the DJ booth," you know --
5     Q   The manager --
6     A   -- or Mitch would be fired, you know.
7     Q   Agusto was a manager?
8     A   Yes, sir.
9     Q   Okay. And he was a night manager?
10    A   Night manager, yes, sir.
11    Q   And he would watch the cameras from his
12 home?
13    A   Yes. The bartenders would be in the
14 corner conferring, why aren't you serving, you know,
15 Manny's customers? You know, what are they doing over
16 there?
17       Oh, but we don't work with Heriberto, we
18 work with Agusto.
19       Okay, excuse me. I thought I was going
20 to be taking the daytime, okay. So much for that.
21       I said, "Agusto, how would you like it
22 run?" Because they were supposed to turn the whole
23 thing over to me and I never got it turned over
24 because I don't know the...
25    Q   Okay. Do you know -- Strike that.

Page 74

1        Have you ever worked a day shift at Stir
2  Crazy?
3     A   No. Not at all.
4     Q   Have you ever spoke to --
5     A   I was going to be the daytime manager.
6  I don't know how that all -- That was what they were
7  bringing me in for, the daytime, because I guess Ricky
8  was going to leave and then Ricky never left; so they
9  put me at night.
10    Q   Have you ever had a conversation with
11 anyone who worked at the club about the type of
12 clientele that was coming in on the day shift?
13    A   I have no idea.
14    Q   Okay.
15    A   All I know, it was slow when I came in,
16 you know, 8:00 I came in. I don't know what went on
17 in the daytime, you know. I had no knowledge of, you
18 know...
19    Q   Do you have any knowledge about whether
20 or not there were differences in the type of clientele
21 that would come during the day shift verses night
22 shift?
23    A   I don't know. The girls said it was
24 dead, that's all I knew, you know.
25    Q   Dead when?

Page 75

1     A   During the daytime. Kathy and her
2  cousin, one of the dancers. I don't know -- Like I
3  said, I don't know. My shift was this and that's when
4  I went on my shift. I didn't care what went on in the
5  daytime, it was none of my business.
6     Q   Okay.
7     A   If they wanted me to take daytime, they
8  would have appointed me daytime, but they appointed me
9  at night.
10    Q   During the time of day that the club is
11 open, are there two shifts?
12    A   Two shifts, yes.
13    Q   Okay. What are the times of the two
14 shifts?
15    A   Daytime, I think, opens at 12 or 11, I'm
16 not a hundred percent sure.
17    Q   Okay.
18    A   And it goes to 8:00, and then the shift
19 change happens with 8:00 to five in the morning.
20    Q   Do you know whether or not DJs had to
21 arrive before their shift started to get set up?
22    A   They all had to arrive before shift, I
23 was stated that.
24    Q   Okay. Who stated it?
25    A   They should be ready to go.

Page 76

1  Eddie.
2     Q   Okay.
3     A   They had to be ready to go at 8:00 when
4  their shifted started.
5     Q   Do you know whether or not the shift
6  actually started at night at 8:30 but they were
7  required to come in before that?
8     A   Yeah, early.
9        I know my shift started at eight, you
10 know. I know they had to be there early to set up and
11 ready to go for the switch.
12    Q   Do you know -- Strike that.
13       Have you ever heard of a woman named
14 Laura Insua?
15    A   No, sir.
16    Q   Okay. Do you know whether or not
17 Manny's mother ever did any work at the club?
18    A   I don't know Manny's mother. I never
19 met the woman.
20    Q   Okay.
21    A   I didn't know -- The mother never came
22 up.
23    Q   Okay. Based on your personal
24 observations, did the club have a -- Strike that.
25       Based on your personal observation, did



Page 77

1    the club management have a distaste of slow music
2    being played --
3              MR. MCDONALD: Objection to the form.
4    BY MR. BOBER:
5         Q    -- at the club?
6              MR. MCDONALD: Vague.
7              THE WITNESS: Well, as I said earlier,
8         they wanted high energy.
9    BY MR. BOBER:
10        Q    Did you understand what I meant when I
11   said, "slow music"?
12        A    Well, like I said, hip-hop, all that
13   stuff is slow to me, you know. I know techno, I know
14   what works and I know what's energy. Anything other
15   than that, it's a dead club.
16        Q    By slow -- I wanted to clarify because
17   there might be some ambiguity. By slow, I am talking
18   about the tempo of the music. Did the club have a
19   distaste for music with a slow tempo?
20        A    Yes, because it killed the club.
21        Q    Okay.
22        A    It killed the energy, people start
23   leaving. They want to be where it's a fun, party
24   atmosphere and that's what I created.
25        Q    Okay. Were there ever instances where a

Page 78

1    dancer would have a dispute with a DJ about something?
2              MR. MCDONALD: Objection to the form.
3              MR. BOBER: What is the objection?
4              MR. MCDONALD: It's vague.
5              MR. BOBER: All right, that's fine.
6    BY MR. BOBER:
7         Q    You can answer.
8         A    Mitch was going to get fired because of
9    one girl. All the years he put in --
10        Q    Okay.
11        A    -- one girl said one thing and it was,
12   are you kidding?
13        Q    What is the incident you're talking
14   about?
15        A    About rotation. She sat there with a
16   customer and they're required to get on stage and
17   Agusto didn't want to hear nothing. They want to make
18   sure they're on that stage or it's his heiney.
19        Q    Okay. Have managers been asked to
20   settle arguments between DJs and the dancers based on
21   your personal knowledge?
22        A    We had to bring everything back to
23   Eddie.
24        Q    Okay.
25        A    He wanted to know about every incident

Page 79

1    and he would settle it. He would have the final say.
2         Q    Including --
3         A    Whether they get fired or whether they
4    don't, whether they're allowed to work, whether
5    they're not allowed to work.
6         Q    So you're saying that if a dancer had a
7    problem with a DJ, the final decision-maker would be
8    Eddie?
9         A    A hundred percent.
10        Q    Eddie was the general manager, correct?
11        A    General manager. General daytime
12   manager.
13             Agusto was nighttime general manager.
14        Q    Was Eddie involved in setting the
15   schedules for the people working at the club?
16        A    Yes --
17             MR. MCDONALD: Objection to the form.
18             THE WITNESS: -- for daytime, and then
19        Rolando made the schedule at night.
20   BY MR. BOBER:
21        Q    Okay. Do you know if Rolando was a
22   night manager?
23        A    Night manager.
24        Q    Do you know whether or not Eddie saw the
25   night schedule?

Page 80

1              MR. MCDONALD: Objection to the form.
2              THE WITNESS: Oh, yes. Everything had
3         to be cleared through Eddie.
4    BY MR. BOBER:
5         Q    Okay. Do you know whether or not the
6    club ever had staff meetings?
7         A    All the time. Once a week, Monday,
8    before shift.
9         Q    Were the DJs required to go to those
10   weekly meetings?
11        A    The management meeting, there was a DJ
12   meeting and there was a staff meeting.
13        Q    Okay. Let's talk about the different
14   meetings.
15             There's a manager's meeting?
16        A    Yes, sir.
17        Q    Do DJs go to that meeting?
18        A    No.
19        Q    That's once per week, that management
20   meeting?
21        A    Yes, sir, at the beginning of the week.
22        Q    Would Eddie attend that meeting?
23        A    Eddie would be the leader of, and then
24   Agusto - Rolando would translate to Agusto anything
25   being said by Eddie or anybody had anything to say,

Page 81

1  because Agusto, the English barrier was a little bit
2  hard for him, so...
3      Q  So Rolando, Agusto and Eddie would
4  attend those meetings?
5      A  Yes, sir.
6      Q  During the time that you were there?
7      A  Yes, and Ricky.
8      Q  And Ricky?
9      A  Yes.
10     Q  Who is Ricky?
11     A  Ricky is the daytime manager.
12     Q  And yourself?
13     A  Yes.
14     Q  Okay.  So during the weekly management
15 meetings, it would be five of you?
16     A  Yes.
17     Q  Anyone else besides the five managers?
18     A  There was a bar-back in there, but he
19 never attended the actual meeting.
20     Q  Okay.
21     A  He was, you know, I just seen him doing
22 his stock thing while the meeting was going on.
23     Q  At these weekly management meetings, did
24 Manny's name ever come up?
25     A  Like I said, anything would be brought

Page 82

1  back to Manny.  If any suggestions, we would have to -
2  Eddie would have to clear it with Manny.
3      Q  Would the managers at this meeting talk
4  about club issues?
5      A  Every time -- That what the manager's
6  meeting was for.
7      Q  Okay.
8      A  Issues, problems, how to solve the
9  problems, daily, could we get this done.  And Eddie
10 said he would bring it back to Manny, the owner, let
11 me clear it and then we can move forward on that issue
12 and it took forever.  Everything took forever to get
13 accomplished.
14     Q  Do you know whether or not there were
15 ever meetings between DJs and managers?
16     A  Well, like I said, Eddie ran the whole
17 show and the DJs were there, how he wanted it run and
18 that was the way it was, no ifs, ands or buts.
19     Q  So you said that there were manager
20 meetings, staff meetings and DJ meetings.
21     A  Right, because there were issues with
22 the dancers and the DJs.  Eddie wants to clear
23 everything, what's going on, and what he wants these
24 guys to do.
25     Q  Okay.

Page 83

1      A  He doesn't want to hear about the girls
2  and the thing or someone would be fired.  He doesn't
3  want to hear what's going to be played.  It's what I
4  said was going to be played.
5      Q  When you said, "I said was going to be
6  played," are you talking about yourself or Manny?
7      A  The techno, you know, the --
8      Q  Are you talking about yourself or Manny?
9      A  No, myself, you know, or whoever was
10 shift manager, this is what's going to work and that's
11 what they had to play because I wasn't the over
12 authority of these guys, Eddie was.  Eddie made the
13 decisions and that's what I followed, chain of
14 command.
15     Q  At the staff meetings, those were
16 meetings attended by the dancers?
17     A  No.
18     Q  Who attended the staff meetings?
19     A  Staff, all the staff.  Bartenders, you
20 know, they called a special meeting for the whole
21 staff.
22     Q  Okay.  But that did not include the DJs,
23 the staff meeting?
24     A  Everybody.  Staff, DJs, everybody, yeah.
25     Q  So there were meetings just of DJs,

Page 84

1  correct?
2      A  Managers.
3      Q  There were meetings just of managers,
4  correct?
5      A  Yes, sir.
6      Q  And then there were staff meetings,
7  which included DJs, bartenders and anyone else?
8      A  Managers.
9      Q  Okay.
10     A  Bar-backs, security, I guess you call
11 them.
12     Q  Did you ever attend a DJ meeting?
13     A  Yes, I was.
14     Q  Okay.  At these DJ meetings, what, if
15 anything, was discussed?
16     A  About what we wanted and to make sure it
17 was followed, and if it wasn't followed, then -
18 because when miscommunication happens, Eddie
19 wanted to make sure it's clear how it had to be done
20 and it's what we said, that's what they had to follow.
21     Q  And the DJs would talk about that at
22 their meeting?
23     A  Some meetings we were there and just
24 between Eddie and the DJs.  Yeah, it's a DJ meeting.
25     Q  Okay.  Did the club ever have a

Page 85

1  responsible vendor's meeting?
2      A   Yes.
3      Q   Did the DJs ever go to that?
4      A   No.
5      Q   Okay.
6      A   They didn't serve alcohol.
7      Q   Okay.  During the time that you worked
8  there, were you ever aware of a situation where Mitch
9  Rosario had shifts taken away from him?
10     A   Yes.
11     Q   Do you know --
12     A   I don't know the whole detail, but I
13  know he had shifts taken away from him.
14     Q   Okay.  Did this happen while you were
15  working there?
16     A   Yes, sir.
17     Q   Do you know who took the shifts away
18  from him?
19     A   Eddie did.
20     Q   Okay.  Do you know why?
21     A   Whatever the discrepancy or the problem
22  was, I don't know.
23     Q   Okay.
24     A   All I know is I came in, Mitch is not
25  working tonight.  It's usually Mitch on - you know,

Page 86

1  Andrew is in his place or whatever.  I really didn't
2  get into the real personal issues.
3      Q   Okay.
4      A   All I know is who was DJing tonight, but
5  I knew that shifts were taken away because he had a
6  dancer issue because after so many years that he took
7  it out for no reason.
8      Q   In terms of the promotions at the
9  club --
10     A   Yes.
11     Q   -- were those decisions regarding
12  promotions made by management?
13     A   Yeah, by Heriberto --
14     Q   Okay.
15     A   -- that were taken back to Manny.  Manny
16  said they weren't on the billboard.
17         I had brought promotions, I had to take
18  it back to Manny and if the owner said yes, we needed
19  cards to pass out, they brought that back to Manny.
20  He brought billboard back to Manny, you know, and
21  Rolando was doing all the Facebook and the whatever on
22  the computer.
23     Q   Who was?
24     A   Rolando.  He would make up the ads and
25  whatever his responsibility there was as far as

Page 87

1  towards the club.
2      Q   In terms of a company hierarchy, is
3  there a particular person who is at the top of the
4  Stir Crazy hierarchy?
5          MR. MCDONALD:  Objection to the form.
6          THE WITNESS:  The only one I know is
7      Manny is the top.
8  BY MR. BOBER:
9      Q   Okay.
10     A   And then Heriberto and Agusto.
11     Q   So you're saying Manny would be at the
12  top of company hierarchy?
13     A   Yeah, and then Agusto and Heriberto.
14     Q   Would it be Eddie right below Manny
15  or --
16     A   No, equivalent, because I don't know the
17  relationship.  All I know is, you know, Eddie would
18  say, "Oh, Agusto is going to cry if I overstep him
19  because he's the nighttime, I run the day shift, but I
20  want to know everything that goes on."
21     Q   So based on what you observed personally
22  while you worked at Stir Crazy, Eddie and Agusto had
23  similar authority?
24         MR. MCDONALD:  Objection to the form.
25         THE WITNESS:  Yes.

Page 88

1  BY MR. BOBER:
2      Q   Do you know if Manny had any role during
3  the time that you worked --
4          THE WITNESS:  Can I make one call?
5          MR. BOBER:  Sure, go ahead.
6          THE WITNESS:  Let me just see who this
7      is.
8          MR. BOBER:  Let's take a break.
9          THE WITNESS:  Excuse me for one second.
10     I apologize.
11         (A recess was taken from 3:32 p.m. to
12     3:40 p.m., after which the proceedings
13     continued as follows:)
14         MR. BOBER:  Can you repeat the last
15     question?
16         (The previous question was read back by
17     the Court Reporter as above reported.)
18  BY MR. BOBER:
19     Q   During the time that you worked at the
20  club, do you know whether Manny or Eddie had any role
21  in building the DJ booth where Mitch worked?
22     A   I have no idea.
23     Q   Okay.  Can you tell me -- I want to ask
24  you about the house fee.
25     A   Yes.



Page 89

1    Q   Do you know why Mitch and other DJs had
2   to pay a house fee?
3    A   I never asked that question.
4    Q   Okay.
5    A   I know that was part of the daily
6   revenue that had to be deposited in our bank.  We're
7   responsible for our bank.  The whole revenue goes into
8   the bank, put in our locker, and whoever does the
9   bookkeeping in the daytime takes care of that.
10    Q   Okay.
11    A   But that was part of the total revenue.
12    Q   Do you know why the club was collecting
13   money from the DJs as a house fee?
14    A   That, I don't know.
15    Q   Do you know if there was a purpose for
16   that money?
17    A   That, I'm not sure.
18    Q   Okay.  You mentioned previously your
19   duties as a manager --
20    A   Yes.
21    Q   -- correct?
22        Would you agree that other managers had
23   the same duties?
24    A   Everybody had the same exact, whether it
25   was daytime.  Daytime was different because -- I don't

Page 90

1   know what went on in daytime, but I know nighttime,
2   that's what was supposed to be done.  Rolando stated
3   to me: I know what these people want.  You know, it
4   was let me do my thing and I got the numbers, packed
5   out the club from a dead club --
6    Q   Okay.
7    A   -- you know, and all of a sudden, it's
8   just like it never - we never progressed.  We started
9   going in the backward direction.
10    Q   Would you agree that Eddie, as the
11   general manager, had the same duties as regular
12   managers and some additional duties?
13        MR. MCDONALD:  Objection to the form.
14        THE WITNESS:  He was the general
15        manager.  His head, you know, was on the line
16        and same with Agusto.
17   BY MR. BOBER:
18    Q   Okay.  So did those two gentleman
19   oversee the other shift managers?
20    A   Everybody.  They overseen the night and
21   whatever Eddie said on daytime.  Whatever night,
22   that's what was stated to me constant.
23    Q   Okay.
24    A   And I was pulled in an office and told
25   that by Agusto.

Page 91

1        MR. MCDONALD:  I'm sorry, read back the
2        answer, please.
3        (The previous answer was read back by
4        the Court Reporter as above reported.)
5   BY MR. BOBER:
6    Q   So going back to what I was talking
7   about the with the hierarchy --
8    A   Yes.
9    Q   -- would you agree that the shift
10   managers report to either Agusto or Eddie?
11    A   A hundred percent.
12    Q   Okay.  And Agusto and Eddie supervised
13   the shift managers?
14    A   A hundred percent.
15    Q   And would you agree that the shift
16   managers supervise the dancers?
17        MR. MCDONALD:  Objection to the form.
18        THE WITNESS:  A hundred percent.  The
19        dancers, the staff, the DJs, that was our
20        job, make sure everything ran smooth.
21   BY MR. BOBER:
22    Q   Okay.  During the time that Mitch worked
23   at the club --
24    A   Yes.
25    Q   -- while you were working at the club,

Page 92

1   do you know how much money he made per week?
2    A   I have no idea, sir.
3    Q   Okay.  Have you ever done any DJ work?
4    A   I have.
5    Q   Okay.
6    A   I ran my own business.
7    Q   Okay.
8    A   I owned a club and I am partners in the
9   Chippendales.
10    Q   But you're not --
11    A   We just did a show at Renegades.  I --
12    Q   But you're not an owner of Stir Crazy?
13    A   No, sir.
14    Q   Okay.  You were just an employee?
15    A   Employee.
16    Q   Okay.
17    A   I was hired as a manager.
18    Q   Did you ever interview anyone for the
19   position of DJ at Stir Crazy?
20    A   Yes, they've come in, the dancers, the
21   DJs.  You know you, we supervise the shift.
22    Q   Okay.
23    A   What I was told who to hire and not
24   hire.
25    Q   Who told you that?

Page 93

1    A   Heriberto.  No black girls in the
2   nighttime because we have black girls.  No fat girls,
3   no -- Whatever didn't make the club to their format,
4   and he was stern about that.  Fire those girls, and I
5   had to.  I wasn't the one that hired them, but I was
6   instructed to.
7        Q   Do you know whether or not Stir Crazy
8   ever consulted with a lawyer or anyone else regarding
9   their pay practices?
10   A   I have no idea.
11       Q   Okay.
12   A   I just know I got my check --
13       Q   Okay.
14   A   -- every two weeks, it was.
15       Q   Would you agree that there's always a DJ
16  working on every shift?
17   A   Yes.
18       Q   Okay.  You mentioned a rule about
19  certain people not being in the DJ booth before,
20  correct?
21   A   That was everybody --
22       Q   Okay.
23   A   -- or Eddie gets fired.  Whoever is the
24  DJ on shift, he did not want them in that DJ booth.
25       Q   Did the club management have any other

Page 94

1   rules or policies that DJs were required to follow?
2    A   Dress.
3        Q   Okay.  Can you tell me about that?
4    A   Just professionally.
5        Q   So they couldn't wear torn jeans?
6    A   No.
7        Q   Would the club require a collar shirt?
8    A   That wasn't a requirement that I heard.
9   You know, just dress professional.
10       Q   Okay.  A nice shirt?
11   A   Yeah, a nice shirt.
12       Q   Slacks?
13   A   Slacks.
14       Q   Nice shoes?
15   A   Yes, sir.  You're a representative of
16  Stir Crazy, you know.
17       Q   What about the grooming?
18   A   Grooming, you had to be groomed, you
19  know, to a T.
20       I got reprimanded outside the club
21  because I don't -- I don't -- I wear thousand dollar
22  shoes.  I do not drive to a club -- No one wears a
23  uniform to a football game.  I don't wear my suit to a
24  club; so I get reprimanded outside the club.  You
25  represent Stir Crazy and -- I went into -- Not getting

Page 95

1   off the subject, but...
2        Q   Who reprimanded you?
3    A   Heriberto, and I'm wearing my workout
4   gear because I just got out of the gym and got
5   showered and got ready for...
6        Q   The requirement that DJs be groomed and
7   look professional, who made that rule?
8    A   Heriberto.  If they didn't look
9   professional, he get chewed and I get chewed.
10       Q   So you were chastised by Eddie for how
11  you were dressed or how you were groomed?
12   A   Oh, yeah.  Groomed, body odor, to the T,
13  you know.
14       Q   Well, what was Eddie mad at you about
15  specifically?
16   A   Because I was outside, you know.  When I
17  pulled up, I wore my sweats and I changed outside my
18  vehicle, and you know, before I went in.  I come in
19  crisp and fresh.  No one dresses as crisp and fresh as
20  me.
21       Q   So what was he upset about?
22   A   Because I was in the parking lot, you
23  know, making my changes.
24       Q   Oh.  He didn't like that you were
25  outside in the parking lot changing?

Page 96

1    A   Yeah, exactly, but that's how I've done
2   it for 35 years.  I never wear...
3        Q   As a DJ, was Mitch required to announce
4   the drink specials that the management --
5    A   Yes.
6        Q   Hold on.
7    A   I'm sorry.
8        Q   That the management told him to
9   announce?
10   A   Yes.
11       Q   And was Mitch required to announce the
12  upcoming events?
13   A   Yes.
14       I'm sorry, I interrupted again.
15       Q   That's okay.
16   A   It's a bad habit of mine, I'm sorry.
17       Q   There's a telephone in the DJ booth,
18  correct?
19   A   Yes.
20       Q   And what is the purpose -- Strike that.
21       Who calls that phone?
22   A   Heriberto.  I don't know if Manny ever
23  did.  I know Eddie did many, many times.
24       Q   Do customers call that phone?
25   A   The house line, because it's a club



Page 97

1  phone --
2      Q   Right.
3      A   -- you know.
4      Q   So if a customer is lost and looking for
5  the club and wants to call the club, that phone will
6  ring in the DJ booth?
7      A   Yes.
8      Q   And the DJs are required to take those
9  calls?
10     A   Those calls and give them directions or
11 whatever is needed over the phone.  If it's a manager,
12 if it's a girl working, is a...
13     Q   So DJs -- Strike that.
14         Managers would call the DJ house phone?
15     A   Yeah, to see - to get messages, say
16 people don't answer their cell phones.
17     Q   Okay.
18     A   You know, Mitch, get this message to
19 whoever, and then Mitch would get on the loudspeaker
20 and call whoever to the DJ booth whoever the message
21 is for.
22     Q   But the house phone in the DJ booth was
23 a phone that was the public phone number of Stir
24 Crazy, correct?
25     A   Correct.  His job was to answer that

Page 98

1  phone of whoever was calling in.
2      Q   So a vendor might call that phone?
3      A   Oh, everybody would call that phone.  I
4  don't know exactly who called it, but it could be a
5  manager, a girl coming in late.  He would call the DJ
6  if girls were coming in late, Eddie is on the phone,
7  another manager is on the phone, he is running late or
8  staff members, any problems.
9      Q   Are you aware that customers, from time
10 to time, would call --
11     A   Yes.
12     Q   -- the house phone?
13     A   It's a direct line to outside.
14     Q   Okay.
15     A   When you call Stir Crazy, it goes right
16 to his...
17     Q   Okay.  Did the club have house rules for
18 the dancers?
19     A   Yes.
20     Q   Were those written or were they verbal?
21     A   Verbal and written on the back, in the
22 locker room.
23     Q   On the wall?
24     A   On the wall, yes.  At least I know when
25 I was there, they were posted.

Page 99

1      Q   Okay.  Would you agree that the
2  management controlled the ambiance of the club?
3      A   Repeat that, I'm sorry.
4      Q   Sure.
5          A club, certain clubs -- Would you agree
6  that certain clubs are trying to achieve a certain
7  mood inside?
8      A   Yes.
9      Q   And the mood is set by the lighting and
10 the way the furniture is laid out, correct?
11         MR. MCDONALD:  Objection to the form.
12 BY MR. BOBER:
13     Q   Well, would you agree that the
14 management at Stir Crazy wanted to create a certain
15 kind of mood in the club?
16     A   Yes.
17     Q   Okay.  And can you tell me the mood that
18 the club management was trying to create during the
19 time that you worked there?
20     A   Okay.  Wanted a smoky-filled room, which
21 Mitch had control of the smoke machine, was neon, red,
22 high energy, you know.  When I -- That's what the
23 objective was, to create high energy and make it fun,
24 and to do that, you had to have a little bit more
25 energetic lighting, meaning red, more reds, more

Page 100

1  whites, opposed to a dull, dark room.  I kept on Mitch
2  and the other DJs about the lighting and, you know,
3  selling the alcohol drinks and what have you, to push
4  it and push it and push it, you know, and it worked.
5      Q   You mentioned earlier that you had asked
6  the club to make changes as far as how the bar was set
7  up.
8      A   Yes.
9      Q   Okay.  Would you agree that that's part
10 of the ambiance of the room?
11     A   Yes, a hundred percent.
12     Q   Okay.  And would you agree that the
13 ambiance of the club is set by the management, not the
14 DJs?
15     A   Yes.  And I asked about the remodel,
16 they said no.
17     Q   Do you know how the club arrived at the
18 number ten, as in $10.00, for the house fees?
19         MR. MCDONALD:  Objection to the form,
20 mischaracterizes his testimony.  He said
21 $5.00 to the bouncer - to the DJs, and now,
22 once again, you're trying to put words in his
23 mouth.
24         MR. BOBER:  Okay.
25         THE WITNESS:  It used to be years ago -

United Reporting, Inc.
(954) 525-2221

Page 101

1        not getting off the subject - where the club
2        used to pay the dancers.  Michael Peters -
3        not getting off the subject - brought this
4        thing called house fee and --
5    BY MR. BOBER:
6        Q    Who is Michael Peter?
7        A    Michael J. Peters, it's a different
8    organization.  That's who came up with the idea and
9    everybody followed suit.
10       Q    Of?
11       A    Of the house fee, as opposed to paying
12   the entertainers and the DJs and so forth.  I think
13   everybody should be compensated --
14       Q    Okay.
15       A    -- and go back the way it was and it
16   will be.
17       Q    You stated earlier that the dancers paid
18   a $10.00 house fee.
19       A    Yes.
20       MR. BOBER:  See.
21   BY MR. BOBER:
22       Q    And that was required by the club,
23   correct?
24       A    Yes.  If they didn't make no money, they
25   gave them $5.00, or that was the...

Page 102

1        Q    The $10.00 number, do you know how the
2    club came up with that number, if at all?
3        A    I have no idea.
4        Q    Okay.
5        A    Everybody has their different format,
6    some higher, some lower, you know.  What their madness
7    was at the time, I have no idea, when they came with
8    this house fee thing.
9        Q    When the girls, dancers, were being
10   paid, that happened before you worked at the club,
11   right?
12       A    We pay them on the road all time.  Our
13   road show, every dancer gets a hundred dollar shift
14   pay, not have to pay like a slave to the club.
15       Q    Okay.
16       A    You're a slave, you're a slave labor.
17   That's what they've got at brothels.
18       Q    In terms of the length of each shift and
19   the number of hours in each shift, that's set by
20   management, correct?
21       A    Yes.
22       Q    In terms of the acceptable behavior that
23   was permitted in the club by anyone, including DJs,
24   would you agree that that is something set by
25   management at the club?

Page 103

1        A    And you gonna violate, fired on site.
2        Q    Would you agree that all behavior that
3    is permissible or not permissible in the club is set
4    by management?
5        A    A hundred percent.
6        Q    You would agree that the DJs are not
7    management, correct?
8        A    Correct.
9        Q    Would you agree that during the time
10   that you worked there decisions regarding advertising
11   were decisions of management?
12       A    A hundred percent.  Ownership and
13   Heriberto.
14       Q    When you say, "ownership", you mean
15   Manny?
16       A    Manny.  We had no say in that.  We could
17   bring an idea, but they have to clear it.  Any money
18   out of his pocket is going to be right through Manny.
19   It's his money.
20       Q    Would you agree that the hours that the
21   club were open and closed were set by management?
22       A    Yes.
23       Q    Would you agree that the cleanliness of
24   the club was decided by management?
25       A    Oh, yes.

Page 104

1        Q    Can you give me any examples of that?
2        A    Cleaning up, sweeping up, the bouncers
3    and Agusto would oversee that.  Eddie would come in
4    sometimes because it wasn't done because Agusto had
5    released me earlier and Eddie would go off about how
6    the club wasn't clean and he was going to start firing
7    people.
8        Q    Would you agree that the sale of alcohol
9    is essential to the successful operation of a strip
10   club like Stir Crazy?
11       MR. MCDONALD:  Objection to the form.
12       THE WITNESS:  Every operations on
13   400 percent on an alcohol bottle you're
14   making.  That is your main thing, is alcohol.
15   BY MR. BOBER:
16       Q    Is it your position that the main
17   profitability of an exotic dance club like Stir Crazy
18   was the alcohol sales?
19       A    Private rooms, lap dances, house fees,
20   you know, numerous things, valet, you know.  You have
21   different forms of operation, you know.
22       Q    Are DJs involved in the sale or
23   promotion of alcohol sales at the club?
24       A    Announcing; so that's responsible, you
25   know.

Page 105

```
1        Q   But DJs are not involved in actually
2   selling the alcohol?
3        A   Not whatsoever.
4        Q   Just promoting it?
5        A   Promoting it.
6        Q   If a club like Stir Crazy did not serve
7   alcohol, do you have any opinion on whether it would
8   affect the profitability?
9        A   A hundred percent.
10       Q   Do you think it would go down?
11       A   A hundred percent.
12          MR. BOBER:  I don't have any other
13   questions.
14          THE WITNESS:  Okay.
15          (The continuation of the proceedings are
16          contained in Volume II.)
17
18
19
20
21
22
23
24
25
```

**A**

able 7:9 43:24
aboard 35:7 38:19
acceptable 102:22
accomplished 82:13
accurate 44:2
achieve 99:6
actual 53:17 69:15
  81:19
addition 48:6 50:22
additional 63:13
  90:12
address 5:4,7
adios 56:12
ads 86:24
advantage 33:16
advertising 32:11,19
  33:10 103:10
affect 105:8
affirmed 3:9
agent 15:5
ago 100:25
agree 39:11 48:19
  55:11,22 56:5
  64:11,18,25 65:25
  66:6,18 89:22
  90:10 91:9,15
  93:15 99:1,5,13
  100:9,12 102:24
  103:2,6,9,20,23
  104:8
agreed 65:4
agreeing 27:15
agreement 46:24
  56:21
Agusto 10:20 11:15
  12:9,11 14:18
  15:24 16:5 17:19
  40:5,15 54:23 67:3
  68:20 72:24 73:7
  73:18,21 78:17
  79:13 80:24,24
  81:1,3 87:10,13,18
  87:22 90:16,25
  91:10,12 104:3,4
ahead 88:5
alcohol 85:6 100:3
  104:8,13,14,18,23
  105:2,7
allowed 45:2 49:3
  50:4 54:4 62:9 79:4

79:5
Altieri 1:12 2:17 3:8
  5:6,11,12 20:23
  25:1
ambiance 99:2
  100:10,13
ambiguity 77:17
ambiguous 6:11
  60:24
amount 11:24 48:12
  50:25 61:14 64:13
Andrew 86:1
ands 47:9 82:18
announce 96:3,9,11
Announcing 104:24
answer 6:5 7:4 17:1
  18:14 24:10 56:15
  63:11 78:7 91:2,3
  97:16,25
answered 49:14
  57:23 58:5
answering 20:7 24:9
answers 49:11
anticipate 5:24
anybody 21:5 30:10
  36:3 80:25
anybody's 45:18
anymore 38:23
Apartment 5:8
apologize 17:2 36:13
  61:8 88:10
APPEARANCES
  2:1
application 2:24
  36:19
appointed 75:8,8
approval 26:4 28:14
  28:15 32:7 33:21
  34:1,25
approve 23:4,5
approximately 8:13
April 1:16
area 30:24 31:3
arguments 78:20
arrive 75:21,22
arrived 100:17
asked 24:8,22 57:23
  58:5 65:5 78:19
  89:3 100:5,15
asking 6:21 20:8
  25:13,15
assume 6:20

atmosphere 41:14
  77:24
attend 80:22 81:4
  84:12
attended 81:19 83:16
  83:18
attention 32:6 37:20
August 9:22,24 10:3
  10:7,24 55:16
authority 39:12 42:6
  42:10 83:12 87:23
available 4:2
Aventura 5:10
aware 85:8 98:9
a.m 9:22

**B**

B 2:22
back 7:22 12:5,6
  13:11,17 15:22
  22:7 23:19,24
  29:23 31:17 37:25
  41:22,23 42:10
  43:15 59:8,12 63:7
  63:8 78:22 82:1,10
  86:15,18,19,20
  88:16 91:1,3,6
  98:21 101:15
backward 90:9
bad 70:22,23,24 71:4
  71:13 96:16
bank 12:1 89:6,7,8
banks 11:23
bar 34:8,9 48:2 100:6
barrier 10:21 14:19
  81:1
bartender 11:22
bartenders 9:2 12:19
  26:22 73:13 83:19
  84:7
bar-back 81:18
Bar-backs 84:10
based 61:25 63:19
  64:10 69:17 76:23
  76:25 78:20 87:21
basic 69:22 70:6
basically 12:3,21
  13:25
bathroom 6:17
beginning 8:2 11:22
  15:19 68:24,25
  80:21

behalf 2:2,7
behavior 102:22
  103:2
believe 33:15
belonged 57:9
Berg 11:20
best 3:12 6:8 7:10
  20:18 25:9 28:25
  56:11
better 10:16 17:3
  29:2 52:11
beyond 64:14
big 3:25 63:21,23
billboard 32:8,9,11
  32:16,17,22 33:4
  86:16,20
bit 40:17 67:11 72:3
  81:1 99:24
black 93:1,2
Bober 1:19,19 2:3,3
  2:3,19 3:17,20 4:6
  4:12,14,19,23 5:1,3
  10:3,6 16:22 17:4
  18:11,25 19:4,8,11
  19:17,22 20:1,3,6,9
  20:12,17,20,23,25
  21:4,11,14 22:11
  24:6,12,20,23,25
  26:14 27:12,19,20
  39:14 42:20 44:24
  45:3,6,9,13,15,24
  46:2,4,6,9,11,15
  48:22 49:5,8,12,16
  49:19,23 50:2,6,10
  50:16,19,21 57:24
  58:8 60:9,23 61:2,3
  62:6,13,16,20,22
  62:24 63:3,10,15
  63:18,24 64:17
  65:3,9 66:5 67:6
  72:14 77:4,9 78:3,5
  78:6 79:20 80:4
  87:8 88:1,5,8,14,18
  90:17 91:5,21
  99:12 100:24 101:5
  101:20,21 104:15
  105:12
body 95:12
bookkeeping 89:9
booth 51:21,24 52:1
  52:7,22,24 53:7
  57:11,18 73:4,4

88:21 93:19,24
  96:17 97:6,20,22
bottle 104:13
bouncer 100:21
bouncers 104:2
bounds 19:6
break 6:16,17 88:8
briefly 70:17
bring 10:16 29:18
  38:18 64:23 65:11
  65:17 66:11,13,16
  78:22 82:10 103:17
bringing 66:20 70:1
  74:7
brings 71:10
broker 15:4
brothels 102:17
brought 26:10 29:18
  30:24 32:6 34:6
  35:7 36:4 37:7,20
  37:25 42:13 57:7
  65:22,24 67:15
  81:25 86:17,19,20
  101:3
building 88:21
Bull 41:2,3
bumping 12:9
busier 59:11
business 28:25 32:16
  36:4 37:9 41:5 56:4
  65:24 68:22 69:22
  70:1,7 71:13,19
  75:5 92:6
busy 40:14,18,18
  59:13,14
buts 47:9 82:18

**C**

C 3:1
call 31:7 72:25 84:10
  88:4 96:24 97:5,14
  97:20 98:2,3,5,10
  98:15
called 11:20 36:20,24
  37:1 59:17 73:2
  83:20 98:4 101:4
calling 66:10 98:1
calls 31:13 96:21
  97:9,10
cameras 15:20 72:6
  72:11,22 73:2,11
Cameron 3:3

**cards** 32:13 86:19
**care** 16:12 56:10 75:4
  89:9
**CASE** 1:3
**cash** 11:24,25 12:19
  47:24
**cause** 3:5
**Ceasar** 5:6
**cell** 23:22 30:21,25
  31:2,4,6,13 32:4
  38:11 97:16
**certain** 21:17 93:19
  99:5,6,6,14
**Cesar** 1:12 2:17 3:8
  5:6
**chain** 13:2 83:13
**change** 13:7 14:1,16
  23:3 41:17 75:19
**changed** 22:24 95:17
**changes** 13:21 14:23
  38:2 95:23 100:6
**changing** 54:5 95:25
**chastised** 95:10
**check** 59:7 93:12
**chewed** 95:9,9
**Chippendales** 35:23
  35:24 92:9
**Chippendolls** 35:24
**Christmas** 8:9
**circuit** 71:18
**circumstances** 16:14
**City** 5:9
**clarify** 77:16
**class** 23:12
**classified** 67:25
**clean** 104:6
**Cleaning** 104:2
**cleanliness** 103:23
**clear** 22:14 23:20,25
  29:19,21,21,23,24
  34:9 42:14 46:14
  82:2,11,22 84:19
  103:17
**cleared** 26:11 80:3
**clearing** 36:20
**clearly** 19:14 27:13
**client** 45:10
**clientele** 74:12,20
**closed** 103:21
**clowning** 52:10
**club** 9:21 12:4,22,24
  13:22,25 14:7,9

15:11,13 23:12
  27:21 29:7 32:16
  32:20 33:14,15,25
  34:7,21,23 35:6,8
  35:14,18 36:7 37:3
  37:12,19,23 38:9
  38:14,22,23 39:12
  39:17 40:25 41:24
  41:25,25 42:1,3
  46:20 51:6 52:10
  52:11 55:12,13,15
  55:23 56:3,6 57:6
  58:10,15 59:1,16
  62:3 63:20 64:1,21
  64:23 65:23,24
  66:2,6,8,20 67:3,4
  67:12,13,24 68:3,5
  68:10 69:10 70:3,7
  70:20,21 71:14,25
  72:7,16,21,22
  74:11 75:10 76:17
  76:24 77:1,5,15,18
  77:20 79:15 80:6
  82:4 84:25 86:9
  87:1 88:20 89:12
  90:5,5 91:23,25
  92:8 93:3,25 94:7
  94:20,22,24,24
  96:25 97:5,5 98:17
  99:2,5,15,18 100:6
  100:13,17 101:1,22
  102:2,10,14,23,25
  103:3,21,24 104:6
  104:10,17,23 105:6
**clubs** 69:19 70:11
  99:5,6
**club's** 60:16
**CocoWalk** 32:13
**cold** 70:8
**collar** 94:7
**collect** 44:4 47:6
**collected** 8:18 47:23
**collecting** 89:12
**come** 4:18 9:18 37:6
  40:15 44:3 49:18
  59:8,10 63:20
  64:24 66:8,25
  74:21 76:7 81:24
  92:20 95:18 104:3
**comes** 71:10
**coming** 37:12 62:2
  64:21,23 74:12

98:5,6
**command** 13:3 15:23
  83:14
**common** 70:7
**communication**
  14:18
**comp** 67:10
**company** 3:23 87:2
  87:12
**compensated** 101:13
**competently** 7:9
**complain** 61:5,13
  62:1 63:16
**complaining** 41:9
  64:3
**complete** 44:4
**completely** 19:5
**computer** 57:9,20,25
  86:22
**concern** 28:13
**concerns** 28:8
**conduct** 46:1 50:15
**conferring** 73:14
**conflict** 69:21,23
**constant** 90:22
**consulted** 13:12 93:8
**contacted** 36:18
**contained** 105:16
**context** 64:8
**continuation** 105:15
**continue** 19:7
**continued** 88:13
**contractors** 68:1,11
**control** 14:9 41:23
  64:14,20,22 99:21
**controlled** 99:2
**conversation** 28:4
  68:7 74:10
**cool** 45:16
**cooperation** 38:20
**copied** 4:3
**Coral** 32:14
**corner** 73:14
**corporation** 1:8
**correct** 7:18 10:25
  17:23 22:13 23:8
  23:15 25:17 26:1,2
  26:7 29:15 31:14
  32:2 35:7 37:1 42:8
  47:19 48:3 50:24
  53:16 54:11 58:18
  67:24 72:2 79:10

84:1,4 89:21 93:20
  96:18 97:24,25
  99:10 101:23
  102:20 103:7,8
**correcting** 19:2
**correctly** 31:23 38:2
**count** 11:21,22 16:20
**counting** 11:19 12:18
  12:18
**counts** 11:21
**court** 1:1 2:9 5:7,21
  25:15 46:7 50:17
  63:9 88:17 91:4
**courtesy** 70:8
**cousin** 75:2
**crazy** 1:9 2:24 7:11
  7:14,17 8:22 10:14
  21:6 25:16 29:3
  33:7 35:13 36:16
  39:22 40:17 57:10
  57:18,21 58:1,24
  60:20 61:4,12
  64:19 69:19 70:3
  70:10,12,22 71:5
  71:20 74:2 87:4,22
  92:12,19 93:7
  94:16,25 97:24
  98:15 99:14 104:10
  104:17 105:6
**Crazy's** 57:17
**create** 99:14,18,23
**created** 59:20,22
  77:24
**crisp** 95:19,19
**CROSS-EXAMIN...**
  2:20
**crowd** 10:17 28:23
**cry** 87:18
**customer** 31:5 53:20
  67:9,13 71:10
  78:16 97:4
**customers** 31:7 41:12
  41:13 62:2 63:20
  63:25 64:4,12,21
  64:22 66:7,11,13
  66:16,20 67:1 70:1
  71:16,22,23,24
  73:15 96:24 98:9

dance 32:4,25 41:12
  60:17 71:25 104:17
**dancer** 21:20 47:11
  64:12 78:1 79:6
  86:6 102:13
**dancers** 23:10,14
  25:23 31:1,12 32:1
  42:6 43:22 44:9,18
  47:21 48:3,9 50:23
  51:8 59:2,17 60:17
  60:20 61:4,12,21
  62:1 64:3 66:13,21
  70:3,20,25 71:4,14
  75:2 78:20 82:22
  83:16 91:16,19
  92:20 98:18 101:2
  101:17 102:9
**dances** 48:2 104:19
**dancing** 30:25 31:2
  59:3
**dark** 100:1
**date** 10:2
**dates** 10:11
**DAVID** 2:8
**day** 3:15 8:11,13,24
  9:17 16:17 54:23
  54:25 74:1,12,21
  75:10 87:19
**daytime** 10:16 11:10
  11:14 15:23 55:1
  70:17,19 74:5,7,17
  75:1,5,7,8,15 79:11
  79:18 81:11 89:9
  89:25,25 90:1,21
**dead** 56:3 74:24,25
  77:15 90:5
**December** 8:22
**decided** 13:21 103:24
**decision** 22:8,15
  26:10
**decisions** 22:6 83:13
  86:11 103:10,11
**decision-maker** 79:7
**decision-making**
  42:6
**Defendants** 1:10 2:7
**DEFENDANT'S**
  2:23
**definitely** 46:5
**department** 47:16
**deposited** 89:6
**deposition** 1:12 3:3

**D**

**D** 2:15 3:1
**daily** 82:9 89:5

5:17 19:2,10 30:10
  30:19 40:20
**depth** 69:14
**describing** 65:11
**detail** 85:12
**difference** 44:14
**differences** 74:20
**different** 35:19 37:7
  53:10 80:13 89:25
  101:7 102:5 104:21
**differently** 23:14
  39:19
**difficult** 14:19
**direct** 2:18 5:2 34:11
  67:22 98:13
**direction** 14:8 15:21
  90:9
**directions** 16:11
  97:10
**disciplined** 55:5,7
  70:11
**discontinue** 19:10
**discrepancy** 85:21
**discuss** 14:22
**discussed** 84:15
**dispute** 78:1
**distaste** 77:1,19
**DISTRICT** 1:1,1
**DJ** 44:16,18 46:25
  48:4,13,15 51:1,2
  51:21,25 52:6,22
  52:24 53:7,18,24
  59:7,10 60:2 70:2
  70:10,20,21 73:4,4
  78:1 79:7 80:11
  82:20 84:12,14,24
  88:21 92:3,19
  93:15,19,24,24
  96:3,17 97:6,14,20
  97:22 98:5
**DJing** 86:4
**DJs** 12:23 17:9 40:21
  41:16 42:21 43:7
  43:19,21 51:17,20
  51:23 52:21 54:8
  57:6 58:10,15
  64:18 65:25 66:15
  67:25 68:12 69:18
  75:20 78:20 80:9
  80:17 82:15,17,22
  83:22,24,25 84:7
  84:21,24 85:3 89:1

89:13 91:19 92:21
  94:1 95:6 97:8,13
  100:2,14,21 101:12
  102:23 103:6
  104:22 105:1
**DJ's** 22:1
**doing** 15:14 26:22
  28:24 36:3 43:10
  43:11 45:7 49:3,18
  49:22 73:3,15
  81:21 86:21
**dollar** 34:7 71:12
  94:21 102:13
**dollars** 46:22,23
**draw** 11:24
**draws** 11:22
**dress** 23:14 94:2,9
**dressed** 23:7 32:1
  59:9 95:11
**dresses** 22:18,19
  23:11 25:22 95:19
**dressing** 64:9
**drink** 32:23,24 41:2
  41:2 52:25 53:5
  67:10 96:4
**drinks** 100:3
**drive** 94:22
**due** 64:13
**dull** 100:1
**duly** 3:9
**duties** 11:7,17,17
  12:14 89:19,23
  90:11,12
**duty** 35:18
**d/b/a** 1:9

                  E

**E** 2:15,22 3:1,1
**earlier** 40:20 42:21
  77:7 100:5 101:17
  104:5
**early** 76:8,10
**ears** 55:1
**Eddie** 12:11,25 13:11
  14:21 15:25 16:1
  16:12 17:21,22,24
  21:21,21,23 22:2,7
  22:12 23:3,4,13,17
  23:24 24:1 25:24
  25:24 26:3,11 28:5
  28:7,12,21 29:11
  29:13,16,19,21,23

30:4,5,24 31:10,15
  33:18,20,25 34:15
  34:17,22 35:4
  36:20 37:22 39:3
  42:13,14 52:1
  54:12,13,20 59:23
  67:3 68:8,15,19,23
  69:9 72:15 73:2
  76:1 78:23 79:8,10
  79:14,24 80:3,22
  80:23,25 81:3 82:2
  82:9,16,22 83:12
  83:12 84:18,24
  85:19 87:14,17,22
  88:20 90:10,21
  91:10,12 93:23
  95:10,14 96:23
  98:6 104:3,5
**Eddie's** 32:6
**effect** 37:25
**eight** 76:9
**either** 31:5 66:21
  67:25 91:10
**employee** 68:2,5,9,16
  69:10,15,16 92:14
  92:15
**employees** 34:23
  68:1
**employment** 8:13
  68:25
**energetic** 99:25
**energy** 14:2 28:23
  29:4 40:25 53:15
  54:2,16 77:8,14,22
  99:22,23
**English** 81:1
**enjoy** 41:13
**ensuring** 66:7
**entertainers** 101:12
**entertainment** 35:25
**equipment** 53:5 57:5
  57:7,17
**equivalent** 87:16
**ESQUIRE** 2:3,8
**essential** 104:9
**estate** 15:5
**events** 96:12
**eventually** 41:21
**everybody** 11:8
  17:25 29:6 70:23
  71:18,19 83:24,24
  89:24 90:20 93:21

98:3 101:9,13
  102:5
**exact** 89:24
**exactly** 12:25 13:12
  20:2 30:8 36:21
  38:7,17 52:1 96:1
  98:4
**EXAMINATION**
  2:18,18 5:2
**examined** 3:9
**examples** 21:12,15
  22:16 104:1
**excited** 10:17
**excuse** 8:3 24:20,23
  73:19 88:9
**exotic** 71:25 104:17
**experience** 37:10
  60:19
**experiences** 37:6
**expert** 57:16
**explain** 54:15 61:16
**extends** 55:12
**extra** 67:11
**eyes** 55:1
**e-mail** 9:20 17:9,12
  17:14 42:23,24
  43:7,14,16,25
**e-mailed** 16:17,19
  17:15
**e-mailing** 43:16
**e-mails** 43:19

                  F

**Facebook** 86:21
**factors** 64:14
**fair** 35:12 36:7 42:2
  48:20 54:20 61:20
**famous** 35:23,24
**far** 33:1 43:2 69:13
  86:25 100:6
**fat** 93:2
**father's** 30:16
**fee** 44:8,11 46:17,19
  47:1,12 51:12
  53:22 68:14 71:6
  88:24 89:2,13
  101:4,11,18 102:8
**feel** 6:11 41:10
**fees** 47:24 100:18
  104:19
**fell** 13:2
**felt** 12:10 37:10

**field** 57:16
**fight** 16:5
**file** 46:6 50:16
**final** 79:1,7
**fine** 78:5
**finish** 6:2 25:13
  36:12 43:5 52:15
  71:1
**fire** 21:19,24 22:1
  54:9 93:4
**fired** 14:14 51:22
  53:7 60:11 66:9
  73:6 78:8 79:3 83:2
  93:23 103:1
**fires** 16:13
**firing** 104:6
**first** 3:9 8:13 10:15
  45:10
**five** 3:23 39:8 44:14
  67:20,21 75:19
  81:15,17
**floor** 14:24 15:11
  23:23 30:25 31:4,8
  31:13 36:23 60:17
**floors** 30:21 32:4
**Florez** 1:9 17:22
**Florida** 1:1,8,20 2:4
  2:9 3:4 5:10
**follow** 16:10,11
  19:24 56:22 60:7,7
  60:8,13,16 84:20
  94:1
**followed** 60:12 83:13
  84:17,17 101:9
**following** 21:20
**follows** 3:10 88:13
**football** 94:23
**forever** 82:12,12
**form** 16:18 21:10
  22:9 24:5 26:12
  27:10 39:13 42:18
  44:22 45:20 48:16
  48:25 57:22 58:2,5
  60:5,22 62:4 63:22
  64:15 65:2 66:3,22
  72:12 77:3 78:2
  79:17 80:1 87:5,24
  90:13 91:17 99:11
  100:19 104:11
**formally** 4:21
**format** 3:24 4:2 13:7
  13:22,24,25 14:2

14:23 19:21 21:20
54:1,5 60:7 93:3
102:5
**forms** 104:21
**forth** 101:12
**forward** 31:12 36:22
82:11
**for-profit** 1:8
**four** 33:24
**free** 6:12 32:19 65:16
**frequent** 41:19
**fresh** 95:19,19
**Friday** 15:17 40:14
59:15
**Fridays** 23:12
**friends** 64:23
**front** 31:4 33:5,6
**full** 9:20 27:18 58:1
**fun** 77:23 99:23
**functions** 39:21
**furniture** 99:10
**further** 19:13 69:14

**G**

**G** 3:1
**Gables** 32:14
**game** 94:23
**gear** 95:4
**general** 11:9 68:6
79:10,11,11,13
90:11,14
**genres** 53:11
**gentleman** 7:1 15:16
90:18
**getting** 57:1 60:17
94:25 101:1,3
**girl** 16:20 44:7 46:17
47:1,7 78:9,11
97:12 98:5
**girls** 13:14 14:8,10
22:18,19 23:7,9
26:18,20 31:21
35:9 41:8,9,23
42:25 43:14,15
44:2,3 59:13,14
60:3 66:10 67:1
71:18,21 74:23
83:1 93:1,2,2,4
98:6 102:9
**give** 6:7 7:10 21:9,12
21:15 22:16 67:10
97:10 104:1

**given** 5:17
**gives** 15:21
**giving** 18:15
**glass** 6:16
**go** 6:17 7:22 8:5 9:16
10:23 12:6,14
22:24 25:16 28:15
31:17 32:13 47:20
59:2,4 69:13,14
71:20,25 75:25
76:3,11 80:9,17
85:3 88:5 101:15
104:5 105:10
**goes** 22:7 47:22
71:17 75:18 87:20
89:7 98:15
**going** 5:20,20,21,24
5:24 7:10 10:15
11:25 12:11,13
14:7 15:25 16:4
17:13 19:7,9,12
21:2 22:1 25:5,12
25:12 29:17 31:12
34:5,14,19,20
38:16 41:4,22
46:14,25 49:15,21
52:20 54:25 55:9
71:21 73:19 74:5,8
78:8 81:22 82:23
83:3,4,5,10 87:18
90:9 91:6 103:18
104:6
**gonna** 103:1
**good** 32:15 61:2
70:21
**gosh** 7:22 8:2
**great** 27:19 28:15
64:8,11
**green** 68:21
**grocery** 36:11
**groomed** 94:18 95:6
95:11,12
**grooming** 94:17,18
**grounds** 63:13
**group** 66:19
**groups** 66:19
**guess** 15:23 17:23
30:7 36:20 38:16
58:21 74:7 84:10
**guessing** 30:2
**guys** 73:3 82:24
83:12

**gym** 95:4

**H**

**H** 2:22
**habit** 96:16
**Hang** 8:6
**happen** 34:10,20,21
38:2 65:13 85:14
**happened** 13:15 40:7
55:23 56:6 102:10
**happening** 72:16,21
**happens** 75:19 84:18
**happy** 6:14
**hard** 81:2
**head** 90:15
**heads** 12:10
**health** 38:16
**hear** 6:25 7:7 38:24
54:17 59:23 61:4
61:12 64:3 67:23
78:17 83:1,3
**heard** 36:16,19 41:16
53:8,23 54:21
76:13 94:8
**hears** 7:2
**heavy** 3:25
**heiney** 78:18
**help** 37:10 38:18
40:19
**helping** 18:14
**Heriberto** 1:9 10:19
11:10 12:5 14:20
15:22 17:19,22,24
21:18,25 23:2
29:19 52:4 53:3
54:8 68:6 72:10
73:17 86:13 87:10
87:13 93:1 95:3,8
96:22 103:13
**Hey** 4:17
**hierarchy** 87:2,4,12
91:7
**high** 53:15 54:2,16
77:8 99:22,23
**higher** 29:4 102:6
**hip-hop** 14:1,5,6
40:24 41:7,21
53:14 54:16,17,21
77:12
**hire** 36:16 92:23,24
**hired** 18:1 35:13,13
38:22 39:3 92:17

93:5
**history** 16:10
**hold** 18:11 20:17,17
20:17,20,25 24:4
24:13,13,13,16,23
25:1,8,10 36:12
45:6 57:4 60:15
61:7,9,11 96:6
**Hollywood** 1:20 2:4
36:11
**home** 72:25 73:12
**hours** 102:19 103:20
**house** 44:8,11 46:17
46:19,20 47:1,12
48:9 50:23 53:22
57:9,20 68:13 71:6
71:7 88:24 89:2,13
96:25 97:14,22
98:12,17 100:18
101:4,11,18 102:8
104:19
**hundred** 3:11 6:7,13
7:6 25:17 28:9
29:10 33:17 34:7
34:16 35:15 36:9
47:19 48:14 61:24
64:16 72:2,19
75:16 79:9 91:11
91:14,18 100:11
102:13 103:5,12
105:9,11

**I**

**iceberg** 41:23
**idea** 28:15 29:18
31:23,24 43:4,9
51:10 55:25 59:21
67:18 74:13 88:22
92:2 93:10 101:8
102:3,7 103:17
**ideas** 13:12 42:13
**ifs** 47:9 82:18
**ignore** 60:2
**II** 105:16
**Iliana** 9:4,5
**implement** 25:24
**improper** 45:5 49:7
49:11 50:19 66:23
**improve** 33:25 35:8
**improvement** 37:11
**improvements** 37:12
**improving** 35:6

**inappropriate** 19:6
**incidence** 13:14
**incident** 13:15 78:13
78:25
**include** 83:22
**included** 23:6 84:7
**including** 58:16
64:20 65:25 70:12
79:2 102:23
**incomplete** 66:23
**increase** 29:7
**independent** 67:25
68:11
**individual** 16:13
**individuals** 66:19
**inside** 32:20 99:7
**instance** 53:8
**instances** 33:23
41:15 53:18 55:5
77:25
**instructed** 22:25
38:10 93:6
**Insua** 1:9,9 27:4 72:4
76:14
**interest** 69:21,23
**interrupted** 96:14
**interrupting** 19:2
**interview** 38:11
92:18
**involved** 13:18 22:5
24:3 26:19 27:3
48:21 66:1 68:12
79:14 104:22 105:1
**involvement** 16:16
17:6 35:11
**issue** 30:21 82:11
86:6
**issues** 32:5 82:4,8,21
86:2

**J**

**J** 2:3 101:7
**jacket** 7:1
**January** 8:8,23 9:7
10:9,25 55:16,20
**jeans** 94:5
**Jeff** 17:8
**job** 10:13,24 37:14
91:20 97:25
**Jobe** 70:16
**Joe** 9:16,16,19 18:2,7
18:7,8 38:1,4,12

**Joe's** 38:3
**June** 8:14,19
**J-O-E** 38:4

---

**K**

**Kathy** 75:1
**keep** 21:3 29:5 40:24
    41:4 45:21
**kept** 67:11 100:1
**kidding** 78:12
**killed** 77:20,22
**kind** 12:9 28:5,8 57:5
    61:21 99:15
**knew** 17:8,13,24 27:7
    39:2 43:10,16 56:3
    58:6 68:2,4,9,15
    69:10,13 72:4
    74:24 86:5
**knock** 46:12
**know** 5:23 8:6 10:11
    11:8 12:25 13:2,22
    14:20 15:2,4 16:3,4
    16:10,17,19 17:7
    17:11,13,24,25
    18:16,19,21 19:15
    19:16,18 20:2
    23:20 24:19 25:4
    25:11 27:7,14,16
    27:21 28:14,24
    29:6,7 30:1 33:1,13
    34:5 35:3,4,22 36:2
    36:4,21 37:11 38:6
    38:19,21,25 39:2,3
    39:4,4 40:1,18
    41:10,11 42:1 43:2
    43:3,7,11 45:11,15
    48:20,24 49:2,3,5,8
    49:12,17 50:2,6,10
    51:8 52:14,18 54:4
    54:8,19,23 55:3,4
    55:22 56:2,8,10,21
    57:15,16 58:3,9,12
    58:13,14 59:20,21
    59:21 61:19 62:9
    63:11 64:7,24
    65:18,20 66:10
    67:4,8,14,17 68:10
    68:10,12,13 69:9
    69:18,24,25 70:7,8
    70:9,10,13,15,15
    70:16,16,18 71:11
    71:12 72:5,13 73:4

73:6,14,15,24,25
74:6,15,16,16,17
74:18,23,24 75:2,3
75:20 76:5,9,10,10
76:12,16,18,21
77:13,13,13,14
78:25 79:21,24
80:5 81:21 82:14
83:7,9,20 85:11,12
85:13,17,20,22,24
85:25 86:4,20 87:6
87:16,17,17,20
88:2,20 89:1,5,12
89:14,15 90:1,1,3,3
90:7,15 92:1,21
93:7,12 94:9,16,19
95:13,16,18,23
96:22,23 97:3,18
98:4,24 99:22
100:2,4,17 102:1,6
104:20,20,21,25
**knowledge** 3:12 6:8
    7:11 16:21 20:19
    25:9 55:11 56:6
    69:17,22 70:6
    74:17,19 78:21
**known** 27:22

---

**L**

**labor** 102:16
**lack** 62:2
**laid** 99:10
**language** 10:21 14:18
**lap** 32:25 48:2
    104:19
**laptop** 57:15 58:7
**laptops** 57:8
**Large** 3:4
**late** 98:5,6,7
**laugh** 25:6
**Laura** 1:9 76:14
**lawyer** 93:8
**lazy** 61:19,22
**lead** 62:9
**leader** 80:23
**leading** 58:4 62:5,6
**learned** 36:16
**leave** 70:4 74:8
**leaving** 77:23
**left** 7:24 56:7 70:20
    70:21 74:8
**length** 102:18

**letting** 14:8
**let's** 9:17 11:16 21:3
    26:24 28:2 34:6,7
    80:13 88:8
**level** 14:18
**lie** 20:5,21,22
**life** 30:16
**lighting** 99:9,25
    100:2
**liked** 10:16
**line** 46:1 90:15 96:25
    98:13
**lineup** 13:13
**liquor** 11:20,21
    12:18
**list** 17:12 43:14,15,21
    44:1,3,4 47:6 59:4
**listen** 41:11 49:16,16
    49:23
**little** 5:19 9:9 10:20
    33:9 40:17 67:11
    72:3 81:1 99:24
**lobby** 31:4
**located** 57:25
**locker** 89:8 98:22
**long** 31:23 70:16
**longer** 36:3
**look** 4:1,20 19:17,17
    31:22 45:13 95:7,8
**looking** 36:16,22,22
    37:4 97:4
**lose** 71:12,12,13
**lost** 97:4
**lot** 14:2,6 60:20 61:1
    61:19 63:23 95:22
    95:25
**loudspeaker** 97:19
**lower** 102:6
**loyal** 67:12

---

**M**

**M** 2:8
**machine** 99:21
**mad** 64:7 95:14
**madness** 102:6
**mail** 9:20
**main** 31:8 59:13 70:5
    104:14,16
**making** 20:9,12
    31:13 62:1 66:10
    95:23 104:14
**man** 15:2

**management** 13:9,20
    14:17 42:5,9 55:6
    59:16 66:7,12 77:1
    80:11,19 81:14,23
    86:12 93:25 96:4,8
    99:2,14,18 100:13
    102:20,25 103:4,7
    103:11,21,24
**manager** 9:19 10:15
    10:25 11:4,16,18
    16:5 35:13 37:5
    38:14 40:3 47:13
    47:18 53:9,18,23
    68:6 72:21 73:5,7,9
    73:10 74:5 79:10
    79:11,12,13,22,23
    81:11 82:19 83:10
    89:19 90:11,15
    92:17 97:11 98:5,7
**managers** 11:6 34:23
    35:19 37:23 39:11
    39:22 40:9,11,21
    41:6,8,16 51:16,20
    51:23 52:13,21
    66:21 78:19 81:17
    82:3,15 84:2,3,8
    89:22 90:12,19
    91:10,13,16 97:14
**manager's** 47:16
    80:15 82:5
**manger** 11:9
**Manny** 10:22 12:6,25
    13:11 14:23,24
    15:7 16:16 17:9,12
    17:13,14,15,16
    21:7,16,22,23 22:4
    22:6,7,13,22,24
    23:16,20,25 25:25
    26:6,9,11 27:3,4,8
    27:16,22,23 28:16
    28:18 29:6,14,17
    29:23,25 31:18
    32:7 33:22 34:2,17
    34:25 35:3 36:22
    37:25 38:21 42:16
    42:17,22 43:8,16
    43:17 72:4,4,6,15
    82:1,2,10 83:6,8
    86:15,15,18,19,20
    87:7,11,14 88:2,20
    96:22 103:15,16,18
**Manny's** 17:6 37:20

73:15 76:17,18
81:24
**Manuel** 1:9 27:4
**matter** 46:18 61:21
    62:8
**MCDONALD** 2:8,8
    2:20 3:13,19,21 4:8
    4:13,16,21,24 10:2
    16:18,25 17:3 18:9
    18:12,20,22 19:1,5
    19:9,14,20,23 20:7
    20:11,14 21:10,13
    22:9 24:5,7,19,21
    26:12 27:10,13,17
    39:13 42:18 44:22
    45:1,4,7,10,14,22
    45:25 46:3,5,8,10
    46:13 48:16,25
    49:6,10,14,17,21
    49:25 50:4,8,14,18
    57:22 58:2,4 60:5
    60:22,24 62:4,8,14
    62:19,21,23 63:1
    63:13,22 64:15
    65:2,8 66:3,22
    72:12 77:3,6 78:2,4
    79:17 80:1 87:5,24
    90:13 91:1,17
    99:11 100:19
    104:11
**MCLUSKEY** 2:8
**mean** 13:6 14:5 23:9
    30:22 31:1 39:17
    42:15 60:25 65:10
    70:6 71:22 103:14
**meaning** 11:19 31:21
    99:25
**meant** 3:14 40:23
    77:10
**meet** 38:11
**meeting** 23:24 36:22
    80:11,12,12,15,17
    80:20,22 81:19,22
    82:3,6 83:20,23
    84:12,22,24 85:1
**meetings** 13:10 80:6
    80:10,14 81:4,15
    81:23 82:15,20,20
    82:20 83:15,16,18
    83:25 84:3,6,14,23
**members** 98:8
**mentioned** 12:15,16

24:1 30:20 42:21
51:16 53:10 89:18
93:18 100:5
**message** 8:25 9:23
10:5 97:18,20
**messages** 97:15
**met** 14:24 15:7 36:23
76:19
**Miami** 2:9
**Michael** 101:2,6,7
**Michele** 3:3
**middle** 5:13
**mine** 44:2 96:16
**minimum** 51:12,14
**minute** 25:2
**mischaracterizes**
49:1 100:20
**miscommunication**
10:20 84:18
**Mitch** 17:8 21:19,24
22:1 23:23 44:5
47:20 52:1 53:7
54:9 59:10 60:8,11
60:13,16 64:11,20
65:11,17,22 66:1
67:14 68:16 69:10
70:17 73:6 78:8
85:8,24,25 88:21
89:1 91:22 96:3,11
97:18,19 99:21
100:1
**Mitchell** 1:4 2:13
51:5
**Mitch's** 64:14
**mix** 13:13
**modified** 65:8
**Monday** 80:7
**money** 29:7 37:15
47:13 48:12 50:25
53:21 58:15,21
60:20 61:1,14,22
62:1 64:13 71:6,15
89:13,16 92:1
101:24 103:17,19
**months** 9:10 70:9
**mood** 99:7,9,15,17
**morning** 75:19
**mother** 24:18 76:17
76:18,21
**mother's** 30:16
**motion** 46:6 50:16
**mouth** 45:2,18 50:9

62:10 100:23
**move** 19:9 21:3,13
22:10 26:13 27:11
27:18 42:19 82:11
**movie** 33:10
**multiple** 70:11
**music** 12:3,21 13:6
13:19,21 17:7,8
21:20 23:23 26:8
26:10,15,18,24
28:3,3,5,8,18,21,23
29:4 32:3 41:12,16
53:11 54:10 55:6,8
57:6,8,14 58:10
61:18,21 64:12
77:1,11,18,19

### N

**N** 2:15 3:1
**name** 5:4,11,13 17:21
27:14,18 35:25
38:3 81:24
**named** 27:22 76:13
**names** 18:15,17,19
19:15,16
**need** 6:15 14:15 36:5
36:5,5 37:19 43:15
45:16 46:12
**needed** 23:4 32:13
86:18 97:11
**needing** 34:24
**needs** 18:16,17
**neon** 99:21
**never** 17:15 25:19
30:19 34:10 40:7
55:7 58:21 64:22
68:21 73:23 74:8
76:18,21 81:19
89:3 90:8,8 96:2
**new** 21:25 37:8
**nice** 94:10,11,14
**night** 10:15,25 11:4,6
11:16,18 17:13
35:13,19 47:2,23
64:13 73:9,10 74:9
74:21 75:9 76:6
79:19,22,23,25
90:20,21
**nights** 39:5
**nighttime** 11:12,15
11:15 12:9,12
13:15 16:5 54:25

79:13 87:19 90:1
93:2
**nonresponsive** 24:7
26:13
**Northeast** 5:7
**Notary** 3:3
**notebooks** 3:24,25
**number** 35:24,25
42:25 43:15 57:3
64:20 67:22 71:4,6
72:1 97:23 100:18
102:1,2,19
**numbers** 10:17 90:4
**numerous** 104:20

### O

**O** 3:1
**object** 7:1,3 45:18,20
49:20 50:11 62:13
62:17,18,20,22
63:4
**objecting** 18:24
44:24
**objection** 16:18
20:10,13 21:1,10
22:9 24:5 26:12
27:10 39:13 41:6
42:18 44:22 45:23
48:16,25 57:22
58:2,4 60:5,22 62:4
63:22 64:15 65:2
66:3,22 72:12 77:3
78:2,3 79:17 80:1
87:5,24 90:13
91:17 99:11 100:19
104:11
**objections** 45:20
62:25
**objective** 99:23
**observation** 61:25
76:25
**observations** 63:19
64:10 76:24
**observed** 87:21
**obviously** 19:20
**occurrence** 41:19
**odor** 95:12
**office** 4:12,14 90:24
**Oh** 7:22 8:2 17:2
31:1 34:10 41:18
60:14 61:6 64:5
67:21 70:5 71:17

72:8,17,24 73:17
80:2 87:18 95:12
95:24 98:3 103:25
**okay** 3:13,20 4:23
5:16,19 6:9,18,23
6:24 7:7,13,20 8:1
8:16,21 9:3,5,9,12
9:19 10:13,23 11:2
11:4,11,16 12:2,7
12:13 13:1,16
14:12,22 15:1,3,7
15:10,13,18 16:2,7
16:15,23 17:10,16
17:18 21:3,9,12,23
22:4,12,16,19 23:3
23:6,21 24:1 25:18
25:22 26:6,17,21
27:6,9,12,19,24
28:2,7,10,11,17,20
29:1,9 30:6,13,15
30:18,20,23 31:9
31:19,25 32:12,18
33:8,11,18 34:11
34:12 35:2,16,21
36:1,10,14 37:13
37:22 38:8 39:1,2,5
39:9,20,24 40:3,8
40:16 42:12,24
43:1,5,6,12,18
44:12 46:16 47:3,8
47:10,15 48:1,6,9
48:15,23 49:8
50:20 51:5,11,14
51:16 52:5,17,19
53:4,23 54:3,6,18
55:2,15 56:1,9,13
56:18,24 57:4,13
58:9,14,20 59:6,23
60:1,10 61:2,2,9,11
61:16,20 63:15
64:6 65:4,7,10,15
65:19 66:6,12,15
67:14,23 69:7,12
69:17 70:14 71:3
72:6,9,15 73:9,19
73:20,25 74:14
75:6,13,17,24 76:2
76:16,20,23 77:21
77:25 78:10,19,24
79:21 80:5,13
81:14,20 82:7,25
83:22 84:9,14,25

85:5,7,14,20,23
86:3,14 87:9 88:23
89:4,10,18 90:6,18
90:23 91:12,22
92:3,5,7,14,16,22
93:11,13,18,22
94:3,10 96:15
97:17 98:14,17
99:1,17,20 100:9
100:12,24 101:14
102:4,15 105:14
**once** 16:3 59:13
67:10 80:7,19
100:22
**ones** 34:3 70:18
**open** 11:19 75:11
103:21
**opened** 59:11
**opening** 11:21 12:16
37:2,4
**opens** 75:15
**open-ended** 62:12
63:1
**operation** 104:9,21
**operations** 104:12
**opinion** 105:7
**opponent** 62:21
**opposed** 100:1
101:11
**opposition's** 70:1
**order** 43:24 59:17
60:4
**organization** 101:8
**original** 3:24
**originally** 4:5
**outcome** 16:14
**outside** 32:10 94:20
94:24 95:16,17,25
98:13
**overboard** 45:17
**overheard** 53:24
**oversee** 33:3 90:19
104:3
**overseeing** 12:3,21
15:16
**overseen** 90:20
**overstep** 87:18
**owned** 57:18,21 92:8
**owner** 10:21 12:6
13:11 15:5,6 18:2,3
18:5 21:22 22:14
23:20 27:21 28:16

29:25 31:17 33:22
  36:21 37:14 38:17
  38:18 41:24,25
  42:14,15 47:22
  82:10 86:18 92:12
ownership 13:9,20
  103:12,14
ownership/manage...
  59:22

**P**
**P** 3:1
**packed** 40:14 90:4
**pad** 20:1,3,6
**PAGE** 2:16
**PAGES** 1:14
**paid** 53:20 58:15,17
  69:5 71:7 101:17
  102:10
**parking** 95:22,25
**part** 4:8 10:23,23
  33:2,2 47:23 89:5
  89:11 100:9
**particular** 87:3
**partners** 92:8
**party** 62:21 77:23
**pass** 16:12 86:19
**passed** 31:24
**passing** 14:25
**pay** 44:7,9,18 46:25
  48:3,9,12 50:23
  51:13 56:11 68:13
  89:2 93:9 101:2
  102:12,14,14
**paying** 46:19,20
  48:15 50:25 51:9
  51:10 101:11
**payroll** 3:22 69:3
**pays** 46:17 47:1,11
**peak** 59:14
**people** 18:16 35:3
  51:24 52:22 65:11
  65:16,17,21 66:10
  77:22 79:15 90:3
  93:19 97:16 104:7
**percent** 3:11 6:7,13
  7:6 25:17 28:9
  33:17 34:16 35:15
  36:9 47:19 48:14
  61:24 64:16 72:2
  72:19 75:16 79:9
  91:11,14,18 100:11

103:5,12 104:13
  105:9,11
**period** 55:12
**periods** 56:6
**permissible** 103:3,3
**permitted** 102:23
**person** 5:23 21:16
  87:3
**personal** 15:2 56:5
  61:25 63:19 64:10
  76:23,25 78:21
  86:2
**personally** 15:7
  38:24 87:21
**person's** 27:14
**Pesh** 9:16 18:2,7
**Peter** 2:3 49:2,18
  101:6
**Peters** 101:2,7
**phone** 2:5,10 3:16
  31:2,4,13 38:11
  73:3 96:21,24 97:1
  97:5,11,14,22,23
  97:23 98:1,2,3,6,7
  98:12
**phones** 23:22 30:21
  30:25 31:7 32:4
  97:16
**picks** 47:13
**pissed** 52:14
**place** 86:1
**Plaintiff** 1:6 2:2
  18:13
**play** 12:23 14:14
  40:21,24 51:17
  53:18,24 57:6
  64:11 83:11
**played** 14:11 23:24
  28:5,8 42:7 53:21
  53:25 61:22 77:2
  83:3,4,6
**playground** 52:11
**playing** 41:16 54:10
  55:6
**Playmates** 34:8
**please** 5:5 91:2
**plugged** 57:14
**pocket** 58:15 103:18
**Poi** 18:8
**point** 28:4 33:15
**pointed** 15:5
**policies** 94:1

**pop** 15:17
**position** 38:17 92:19
  104:16
**possible** 37:15 38:20
  40:19
**Possibly** 40:13
**posted** 98:25
**power** 16:9
**practices** 93:9
**preferable** 53:11
**present** 2:12 72:18
**pretty** 9:13 11:9 37:8
**previous** 63:8 88:16
  91:3
**previously** 89:18
**prior** 30:10 55:23
**Private** 104:19
**probably** 6:25
**problem** 5:1 6:17 7:2
  19:12 25:21,21
  36:6 56:20,20 57:2
  60:23 79:7 85:21
**problems** 38:16 82:8
  82:9 98:8
**proceedings** 88:12
  105:15
**produce** 4:9 71:9
**professional** 94:9
  95:7,9
**professionally** 94:4
**profitability** 66:1
  104:17 105:8
**progressed** 90:8
**promote** 35:18
**promoting** 105:4,5
**promotion** 32:14
  66:10,24 104:23
**promotions** 12:24
  35:14 86:8,12,17
**proper** 49:25
**properly** 18:17
**provided** 57:6 58:10
**public** 3:4 97:23
**Pueg** 38:1,12
**pull** 31:5
**pulled** 16:4 90:24
  95:17
**pumped** 10:17
**purpose** 89:15 96:20
**push** 100:3,4,4
**put** 7:3 18:12,17
  23:11 31:20 32:10

34:8 43:15 45:2,17
  45:25 50:8 59:10
  60:2 62:10 74:9
  78:9 89:8 100:22
**putting** 4:6 18:22
**P-U-E-G** 38:6
**P.A** 1:19 2:3,8
**p.m** 1:16,16 9:21
  88:11,12

**Q**
**quadrupled** 57:3
**question** 6:10,12,19
  6:20,21 7:2,5 13:4
  17:1 24:8,8,9,11,21
  36:12 39:16 43:5
  44:25 45:21 46:8
  46:10,13 49:14
  50:12 52:16 56:15
  60:25 62:12 63:7,8
  66:23 88:15,16
  89:3
**questions** 5:21 18:15
  20:8 49:20 50:1
  63:2,3,5 105:13
**quiet** 21:3 45:21

**R**
**R** 3:1
**ran** 12:4 59:12 82:16
  91:20 92:6
**range** 48:18
**read** 63:7,8 88:16
  91:1,3
**ready** 9:18 75:25
  76:3,11 95:5
**real** 15:4 16:5 86:2
**really** 86:1
**reason** 7:8 14:7 86:7
**reasons** 16:8,9 70:6
**recess** 88:11
**record** 3:18 4:7,10
  5:5 7:4 18:13,18,23
  20:3,6 45:25
**records** 3:22 7:23
  8:15
**red** 41:2,2 99:21,25
**REDIRECT** 2:18
**reds** 99:25
**reduced** 71:5
**referred** 17:25 27:25
**regarding** 86:11 93:8

103:10
**register** 11:19
**registers** 12:16
**regular** 67:9,9 90:11
**regularly** 63:17
**related** 22:21
**relations** 70:16
**relationship** 87:17
**relaying** 28:7
**released** 104:5
**Remember** 4:16
**remind** 4:24
**remodel** 34:5,6
  100:15
**remodeled** 34:14,21
**Renegades** 92:11
**repeat** 6:12,19 39:16
  55:14 88:14 99:3
**rephrase** 6:20
**report** 12:5 13:14,17
  14:20 54:24 91:10
**reported** 63:9 72:22
  88:17 91:4
**Reporter** 5:21 25:16
  63:9 88:17 91:4
**represent** 94:25
**representative** 94:15
**representing** 38:18
**reprimanded** 94:20
  94:24 95:2
**Request** 4:9
**requested** 4:4
**Requests** 53:20
**require** 94:7
**required** 60:16 76:7
  78:16 80:9 94:1
  96:3,11 97:8
  101:22
**requirement** 44:17
  66:15,17 69:18
  94:8 95:6
**respect** 17:7 26:8
  31:6 34:11
**respected** 29:20 35:4
**response** 4:9 23:16
  23:17 28:12 29:19
  31:15 33:20 34:24
  37:24
**responsibility** 86:25
**responsible** 66:7,20
  85:1 89:7 104:24
**resumé** 37:5

**return** 9:20
**revenue** 29:7 47:23
  47:24,25 48:2 71:9
  89:6,7,11
**Ricky** 11:12,14 74:7
  74:8 81:7,8,10,11
**rid** 34:8
**ridiculous** 20:14
**right** 4:19 8:8 9:14
  12:20 15:21 18:25
  19:4,8,11,11 33:11
  41:20,22 45:3,11
  45:12,13 52:15
  78:5 82:21 87:14
  97:2 98:15 102:11
  103:18
**ring** 97:6
**road** 35:23 102:12,13
**Rolando** 11:15 14:19
  15:24 17:20 34:20
  35:1,5 36:18,24,24
  37:8,18,19 40:14
  68:20 79:19,21
  80:24 81:3 86:21
  86:24 90:2
**role** 88:2,20
**room** 32:24 59:8 64:9
  98:22 99:20 100:1
  100:10
**rooms** 12:24 26:20
  35:9 40:1 104:19
**Rosario** 1:4 2:13 18:8
  18:13 19:1 51:6
  55:5 58:16 85:9
**rotation** 44:5 59:2,10
  60:17 78:15
**rule** 59:16,20,24 60:2
  60:2 93:18 95:7
**rules** 45:14 59:1 94:1
  98:17
**run** 12:22 41:25
  73:22 82:17 87:19
**running** 41:25 98:7
**runs** 40:2

**S**

**S** 2:22 3:1
**salary** 68:13 69:5
**sale** 104:8,22
**sales** 12:24 26:20
  104:18,23
**sat** 13:9 78:15

**Saturday** 11:3 15:17
  39:10 40:15 59:15
**saw** 36:19 65:21
  72:21 79:24
**saying** 6:3 24:24 25:3
  27:3,4 68:7 70:2
  71:24 79:6 87:11
**Sayoc** 1:12 2:17 3:8
  5:6,6,12,12
**says** 8:24 27:14 33:6
**Scarlett** 14:2
**scene** 64:8
**schedule** 79:19,25
**schedules** 79:15
**scold** 51:23 52:21
**scolded** 51:25
**script** 24:15
**seating** 34:9
**secluded** 30:24 31:3
**second** 8:3,6 15:23
  18:10,10 20:25
  45:6 57:4 88:9
**security** 84:10
**see** 9:17 15:14,19
  71:10 88:6 97:15
  101:20
**seen** 4:2 37:5 43:18
  58:21 81:21
**sell** 40:1
**selling** 100:3 105:2
**send** 4:4 42:22 43:24
**sensing** 52:20
**sent** 43:19
**series** 5:21
**serve** 85:6 105:6
**serving** 73:14
**set** 75:21 76:10 99:9
  100:6,13 102:19,24
  103:3,21
**setting** 79:14
**settle** 78:20 79:1
**seven** 71:18
**shift** 17:9 40:4,7,9,12
  42:22 44:20 47:3
  47:10 48:4 51:3,9
  52:2 54:22,23,25
  61:14 62:2,3 73:20
  74:1,12,21,22 75:3
  75:4,18,21,22 76:5
  76:9 80:8 83:10
  87:19 90:19 91:9
  91:13,15 92:21

93:16,24 102:13,18
  102:19
**shifted** 76:4
**shifts** 39:7,8 75:11,12
  75:14 85:9,13,17
  86:5
**shirt** 94:7,10,11
**shoes** 94:14,22
**show** 82:17 92:11
  102:13
**showered** 95:5
**shows** 35:23
**side** 31:5
**sign** 33:5,6,16
**significant** 72:1
**signs** 31:20
**similar** 87:23
**sir** 5:18 11:1 16:25
  18:19,20,22 19:19
  19:25 20:19 22:3
  25:14 26:25 27:23
  28:6 29:12 30:12
  31:11 33:19 39:6
  40:5,10 42:4 43:20
  47:12 48:5,11 51:4
  51:7 53:13 55:25
  57:19 59:19 60:18
  65:12 69:4,6 73:8
  73:10 76:15 80:16
  80:21 81:5 84:5
  85:16 92:2,13
  94:15
**sit** 49:19 59:8
**site** 103:1
**sitting** 15:15
**situation** 72:20 85:8
**six** 9:10
**Slacks** 94:12,13
**slave** 102:14,16,16
**slow** 56:3 74:15 77:1
  77:11,13,16,17,19
**slower** 13:25
**smoke** 99:21
**smoky-filled** 99:20
**smooth** 12:4,22
  91:20
**smoothly** 40:2
**solve** 82:8
**somebody** 52:25
**song** 41:21 53:19,21
  53:24,25
**songs** 53:17 58:1

**soon** 59:9
**sorry** 8:6 11:14 23:17
  37:16 43:6 52:17
  55:14 56:19,25
  61:8,10 91:1 96:7
  96:14,16 99:3
**sought** 36:8
**sound** 9:14 57:7,11
  57:18
**SOUTHERN** 1:1
**Southwest** 2:9
**speak** 25:25 29:13
**speaking** 20:9,12
  45:19 62:24
**special** 67:1,2,11
  83:20
**specials** 32:20,21,23
  32:24,24,25 96:4
**specific** 53:19,24,25
**specifically** 95:15
**spell** 38:3
**spends** 71:11
**spent** 71:15
**spilling** 52:25
**spoke** 25:24 36:24
  74:4
**staff** 12:23 80:6,12
  82:20 83:15,18,19
  83:19,21,23,24
  84:6 91:19 98:8
**stage** 59:12,13 60:3
  78:16,18
**stages** 59:11,12
**start** 3:14 6:3 9:21
  11:25 12:19 77:22
  104:6
**started** 9:25 10:4
  75:21 76:4,6,9 90:8
**state** 3:4 5:4 63:14
  68:23
**stated** 37:24 68:17,18
  68:21 75:23,24
  90:2,22 101:17
**STATES** 1:1
**stepping** 12:10
**stern** 93:4
**Stir** 1:9 2:24 7:11,14
  7:17 8:21 10:14
  21:6 29:3 33:6
  35:13 36:16 39:22
  57:10,16,18,21,25
  58:23 60:19 61:4

61:12 64:19 69:19
  70:3,10,12,22 71:5
  71:20 74:1 87:4,22
  92:12,19 93:7
  94:16,25 97:23
  98:15 99:14 104:10
  104:17 105:6
**stock** 81:22
**stopped** 8:21 16:3
**store** 36:11
**straight** 34:8
**Street** 1:19 2:4
**strike** 11:5 13:19
  21:13 22:10 26:13
  27:11,18 37:17
  42:19 53:9 73:25
  76:12,24 96:20
  97:13
**strip** 104:9
**structure** 68:13
**stuff** 26:23 77:13
**style** 35:20
**styles** 37:8
**subject** 95:1 101:1,3
**submit** 46:7
**success** 67:12
**successful** 104:9
**sudden** 90:7
**suggested** 34:15
  54:13
**suggesting** 28:20
  49:10
**suggestion** 28:22
  29:11 31:9 33:25
**suggestions** 82:1
**suit** 94:23 101:9
**superiors** 16:11
**supervise** 39:17,22
  91:16 92:21
**supervised** 91:12
**supervisory** 39:12
**supposed** 21:2 40:6
  52:22 59:2 73:22
  90:2
**sure** 4:10 6:9 8:4
  9:13 12:4 38:17,19
  40:2 44:1 48:23,24
  49:15 51:15 66:10
  66:12 75:16 78:18
  84:16,19 88:5
  89:17 91:20 99:4
**swear** 24:18

sweats 95:17
sweeping 104:2
switch 76:11
sworn 3:9
system 11:20
S-A 5:14
S-A-Y-O-C 5:13

**T**

T 2:22 94:19 95:12
tables 34:9
tacky 30:23
take 6:15,17 23:19
42:9 75:7 86:17
88:8 97:8
taken 3:3 85:9,13
86:5,15 88:11
takes 16:12 89:9
talk 11:16 23:20
26:24 27:1 28:2
34:17 35:5 80:13
82:3 84:21
talked 25:22 31:25
32:3,3 33:24 34:24
40:20 72:3
talking 5:23 22:17
26:15 30:25 31:5
33:5 45:16 49:9,13
59:24 63:12 67:24
77:17 78:13 83:6,8
91:6
talks 71:18,19
techno 14:4 40:25
41:21 54:1,16
77:13 83:7
telephone 96:17
tell 3:14,15 4:3 5:19
7:13,20 8:5 10:13
11:5,17 12:11,23
13:6 14:15 20:16
21:5 22:21 26:3,9
29:16 30:8,21
31:16 39:3 40:23
50:2,6,10 51:17,19
51:20 53:18 57:5
62:16,17 64:24
69:9 72:15 88:23
94:3 99:17
telling 15:25 25:6
40:21 52:1 53:24
tempo 77:18,19
ten 46:22,23 100:18

tennis 8:10
terms 86:8 87:2
102:18,22
testified 3:10 49:1
testify 7:9
testimony 19:3 49:1
100:20
text 8:25 9:22 17:16
texted 10:5
theater 33:10
thing 8:10 11:9 23:22
23:23 24:2 26:19
33:9 34:13 35:8,10
53:22 73:23 78:11
81:22 83:2 90:4
101:4 102:8 104:14
things 4:4 13:5 23:6
27:2 38:19 51:20
104:20
think 5:18 8:8,9,14
8:23 25:4,11 33:23
34:4 38:6 43:2
44:11 46:9 50:17
52:9,18 58:19
75:15 101:12
105:10
thinks 7:2
thought 32:15 73:19
thousand 34:7 94:21
three 32:20 40:11
59:14
Thursday 59:15
till 41:20
time 5:23 6:10,15
7:12,15 13:10 21:8
21:19,19 28:1
31:20,23 36:15,23
38:10 42:2 55:12
56:6 58:23 59:14
64:19 65:22 67:19
69:20 70:18 72:24
75:10 80:7 81:6
82:5 85:7 88:3,19
91:22 98:9,10
99:19 102:7,12
103:9
times 14:24 15:12
29:10 40:25 45:19
75:13 96:23
tip 44:19 64:1,4
tipped 39:25
tippers 63:21,23

tips 69:8
today 5:20 6:15,25
7:8 30:11,11
told 4:16 10:18 13:12
14:6 18:5 19:23
21:8,16,16,18,21
21:21,23 22:12,25
23:1,13 25:24
29:13 30:4,5,9,11
31:6 32:6,21 33:18
34:1,13 37:2 41:3
41:17 43:13 54:9
56:22 72:10 90:24
92:23,25 96:8
tomorrow 4:1,20
9:21
tonight 71:19 85:25
86:4
top 87:3,7,12
torn 94:5
total 89:11
train 38:10,18
training 9:18,21 10:4
transacted 58:21
transaction 33:1
transcript 46:7
translate 71:15 80:24
translated 14:19
treat 67:10
treated 67:9
tried 9:19
truth 20:16 24:15
25:7
truthfully 7:9
try 29:17
trying 42:9 45:17
99:6,18 100:22
Tuesday 1:16 11:3
39:10
turn 34:7 40:6 73:22
turned 73:23
Twenty-second
55:17,19
twice 15:8
two 14:24 37:9 40:5,8
59:12,12 66:19
75:11,12,13 90:18
93:14
Tyler 1:19 2:4
type 14:2 33:10
68:12 74:11,20

**U**

ultimate 66:1
understand 6:11
31:6 39:15 52:19
66:4 68:20 77:10
understandable 53:1
understood 6:21
unemployment 8:17
unhappy 61:13,17
64:12
uniform 94:23
UNITED 1:1
unprofessional 31:22
upcoming 96:12
upscale 23:12 52:10
upset 52:13 54:21
95:21
usually 59:14 85:25

**V**

vague 6:11 60:24
77:6 78:4
valet 104:20
vehicle 95:18
vendor 98:2
vendor's 85:1
verbal 98:20,21
verbally 61:13
verses 74:21
view 72:6
violate 103:1
violation 60:1
VIP 67:7,8
VIPs 64:24 66:25
67:15
visit 66:8
voice 9:20
Volume 1:13 105:16
vs 1:7

**W**

wait 6:2 18:9,10 24:4
24:4,6 25:1,12
wall 98:23,24
want 3:17 4:3,9,24
6:16 14:13 18:12
21:17 25:6 29:5
31:21 35:3 39:15
42:5 51:21 53:6
59:8 63:4,5,14 71:2
71:25 77:23 78:17
78:17 83:1,3 87:20

88:23 90:3 93:24
wanted 10:22 12:25
12:25 13:7,13 14:1
14:20 16:1 21:7,19
21:20,22,23 22:13
23:11,13 25:23
28:23 29:3,6 32:10
37:5,6 52:2 53:15
54:9 56:4 59:9 60:3
60:4 75:7 77:8,16
78:25 82:17 84:16
84:19 99:14,20
wanting 54:24
wants 18:3,6 82:22
82:23 97:5
wasn't 24:2 26:19
33:2 34:5 38:9 41:8
54:22 60:11 63:14
72:18 83:11 84:17
93:5 94:8 104:4,6
watch 72:11,16 73:2
73:11
watches 15:20
watching 72:25
water 6:16
way 8:12 19:6 21:7
21:17 40:18 55:8,9
55:9,10 67:21
82:18 99:10 101:15
wear 94:5,21,23 96:2
wearing 95:3
wears 94:22
week 4:17 80:7,19,21
92:1
Weekend 65:14
weekends 40:13
weekly 80:10 81:14
81:23
weeks 93:14
welcome 3:25
went 7:11 13:11 20:4
29:23 41:22 44:5
53:21 54:24 74:16
75:4,4 90:1 94:25
95:18
weren't 34:14 47:17
86:16
we'll 6:17 27:1
we're 5:20 27:4 31:22
40:13 52:9 89:6
we've 25:22
whatsoever 105:3

**whites** 100:1
**whoa** 18:9,9
**witness** 2:16 3:11
  10:4 16:19 17:2
  18:14,19,21 19:14
  19:16,18,25 20:2,4
  20:15,18,21,24
  24:9,10,24 27:13
  27:16 46:14 48:18
  58:3,6 60:6 62:7,10
  62:23 63:16,23
  64:16 66:4,24
  72:13 77:7 79:18
  80:2 87:6,25 88:4,6
  88:9 90:14 91:18
  100:25 104:12
  105:14
**witness's** 19:3 50:9
**woman** 76:13,19
**women** 72:1
**word** 30:8,8 35:23
  69:15
**words** 14:10 37:24
  45:2,18 50:8 62:10
  100:22
**wore** 95:17
**work** 8:13 18:21
  19:18 39:7 41:11
  52:12 54:14 55:9
  59:18 69:19 73:17
  73:18 76:17 79:4,5
  83:10 92:3
**worked** 7:14,17,20
  9:9 10:7 28:23
  37:23 39:5 55:13
  55:15 58:23 59:11
  64:18,19 65:22
  67:19 69:2 70:10
  70:17,18 74:1,11
  85:7 87:22 88:3,19
  88:21 91:22 99:19
  100:4 102:10
  103:10
**worker** 41:10
**workers** 61:23
**working** 8:21 21:6
  33:14 36:10,15
  38:9,23 43:22
  47:17 51:5,6 55:23
  60:19 69:19 70:11
  72:1 79:15 85:15
  85:25 91:25 93:16

97:12
**workout** 95:3
**works** 17:3 28:24
  29:8 35:22 36:2,4
  52:14 63:6 70:2,3
  77:14
**world** 35:24
**worried** 52:25
**write** 4:22 5:22,22
  6:5
**written** 98:20,21
**wrong** 15:22 19:5
  46:11 49:6 50:14
  50:15 62:11

---

**X**

**X** 2:15,22

---

**Y**

**yeah** 5:12 6:1,4,7
  7:25 9:6,11,16
  10:11 15:9 23:5
  24:2 29:5 41:18,20
  44:10,13,19,21
  46:24 54:1,1 55:21
  57:11 60:14 63:16
  64:5 66:9 67:21
  68:9 70:5 71:17
  72:24 76:8 83:24
  84:24 86:13 87:13
  94:11 95:12 96:1
  97:15
**year** 7:23 8:19 9:7
  37:9
**years** 3:23 28:24 36:3
  37:10 67:5,12 78:9
  86:6 96:2 100:25
**Yelled** 52:6
**yesterday** 3:14,22
  4:15
**young** 15:15
**Y-O-C** 5:15,16

---

**$**

**$10.00** 44:10,11,15
  44:18 47:7,11,20
  48:7,10 50:22
  100:18 101:18
  102:1
**$107.00** 71:11
**$25.00** 47:2
**$5.00** 44:4,6,7,10,23

46:24 48:19 49:2
  100:21 101:25
**$7.00** 71:11

---

**1**

**1** 1:14 2:24
**105** 1:14
**108** 2:20
**11** 75:15
**11:26** 9:22 10:5
**12** 75:15
**12425** 1:8
**13-CV-23429-Ung...**
  1:3
**14th** 9:22
**15th** 9:24 10:3,7,24
**18151** 5:7
**1930** 1:19 2:4

---

**2**

**2:10** 1:16
**2012** 8:20 9:22,24
  10:3,8,24 55:16
**2013** 7:24 8:22 9:8
  10:10,25 55:18,20
**2014** 1:16
**2016** 5:8
**22nd** 8:9,23 10:9,25
  55:20
**226** 2:18
**233** 2:24
**25** 67:5

---

**3**

**3:32** 88:11
**3:40** 88:12
**305** 2:10
**31st** 5:7
**33020** 1:20 2:4
**33156** 2:9
**33160** 5:10
**35** 28:24 36:3 37:10
  96:2

---

**4**

**4** 2:18
**4:00** 9:21
**400** 104:13

---

**5**

**5:49** 1:16
**50** 45:19

---

**6**

**662-6160** 2:10
**69th** 2:9

---

**8**

**8** 1:16
**8:00** 74:16 75:18,19
  76:3
**8:30** 76:6
**8821** 2:9

---

**9**

**922-2298** 2:5
**954** 2:5

---

## Page 106

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-23429-Ungaro

MITCHELL ROSARIO,

     Plaintiff,

vs.

12425, INC., a Florida for-profit corporation
d/b/a STIR CRAZY, LAURA INSUA, MANUEL INSUA,
and HERIBERTO FLOREZ,

     Defendants.

_____

DEPOSITION OF CESAR ALTIERI SAYOC
VOLUME II
PAGES 106 - 239

Tuesday, April 8, 2014
2:10 p.m. - 5:49 p.m.

Bober & Bober, P.A.
1930 Tyler Street
Hollywood, Florida 33020

## Page 107

```
1   APPEARANCES:
2   On behalf of the Plaintiff:
3       PETER J. BOBER, ESQUIRE
        BOBER & BOBER, P.A.
4       1930 Tyler Street
        Hollywood, Florida 33020
5       Phone: (954) 922-2298
6
7   On behalf of the Defendants:
8       DAVID M. MCDONALD, ESQUIRE
        MCLUSKEY & MCDONALD, P.A.
9       8821 Southwest 69th Court
        Miami, Florida 33156
10      Phone: (305) 662-6160
11
12  ALSO PRESENT:
13
        Mitchell Rosario
14
15              I N D E X
16  WITNESS                         PAGE
17  CESAR ALTIERI SAYOC
18          CROSS-EXAMINATION       108
            BY: MR. MCDONLAD
19
            REDIRECT EXAMINATION     226
20          BY: MR. BOBER
21
22          E X H I B I T S
23  DEFENDANT'S
24  No. 1   Stir Crazy Application   233
25
```

WITNESS                         PAGE
CESAR ALTIERI SAYOC
        CROSS-EXAMINATION       108
        BY: MR. MCDONLAD
        REDIRECT EXAMINATION     226
        BY: MR. BOBER
        E X H I B I T S
DEFENDANT'S
No. 1   Stir Crazy Application   233

## Page 108

```
1       (The proceedings continued as follows:)
2               CROSS-EXAMINATION
3   BY MR. MCDONALD:
4       Q    All right. I have some questions for
5   you.
6           My name is David McDonald. I represent
7   the Defendants.
8           Your name is Cesar Sayoc?
9       A    Yes, sir.
10      Q    S-A-Y-O-C?
11      A    Yes, sir.
12      Q    What is the middle name?
13      A    Altieri.
14      Q    What is your date of birth?
15      A    3-17-62.
16      Q    Are you Irish?
17      A    What is that?
18      Q    Are you Irish?
19      A    Native American, Italian, Philippines.
20  If you --
21      Q    Born on Saint Patrick's Day?
22      A    Yeah. If you look at my grandfather,
23  the great Baltazar Sayoc, there over through the
24  communist party in the Philippine Islands, he built
25  all the hospitals in the Philippine Islands. First
```

## Page 109

```
1   plastic surgeon - and not getting off the subject - in
2   New York City Hospital to perfect an oriental eye to
3   Americanize. If you Google Sayoc, you will see it all
4   over the world.
5       Q    The same one who overthrew the
6   government in the Philippines did that surgery in New
7   York?
8       A    Yes, sir.
9       Q    Wow.
10          And can I have your address again?
11      A    18151 Northeast 31st Court, Apartment
12  2016, that is Aventura, Florida --
13      Q    Okay.
14      A    -- 33160.
15      Q    Does anyone live with you?
16      A    My mother and father.
17      Q    Are you a golfer?
18      A    Yes, sir. I love golf. I am not Lee
19  Trevino, but I love it because it just relaxes you --
20      Q    Okay.
21      A    -- and a lot of business deals with club
22  owners and I'm going to be - finally get a chance to
23  finish up veterinarian school.
24      Q    You're going to become a veterinarian?
25      A    Finally, because I was so busy with
```

Page 110

1  college in North Carolina playing athletics, it was
2  very hard with the finances. I took a pro contract
3  and now my coach is the dean at High Point University;
4  so I'm getting into High Point University's school of
5  medical and veterinary studies.
6       Q   Let's start with your educational
7  background.
8       A   Yes, sir.
9       Q   It sounds like you played some college
10 sports --
11      A   Yes, sir.
12      Q   -- so you must have attended colleges.
13      A   Yes.
14      Q   Where did you go?
15      A   Brevard Junior College in North
16 Carolina, won a national title there. Six of us from
17 North Miami Beach High School, seven from a Catholic
18 school in Orlando. We met at an all-star game in
19 Florida and we decide in 1980 to go build the dynasty.
20 We were the dynasty of Florida, we brought it to the
21 small school, 770 students, because we didn't want to
22 be in front of a TV and --
23      Q   I'm not trying to cut you off. She
24 wants to take everything down and you do talk --
25      A   Oh, I apologize.

Page 111

1       Q   I want to make sure she's getting all
2  this good information.
3       A   I'm sorry. I will speak a little bit
4  slower.
5       Q   What sport are we talking about?
6       A   Soccer.
7       Q   Soccer.
8       A   Yes, sir.
9       Q   So you went to North Miami Beach High --
10      A   Yes, sir.
11      Q   -- right?
12      A   Won a few state titles there and then
13 Orlando, Bishop Moore, the Catholic school there,
14 Larry McCorkle's guys and the Winter Park guys --
15      Q   Okay.
16      A   -- who went to a Florida all-star game
17 and we built the dynasty, we decided on a small school
18 in North Carolina.
19      Q   All right. And it's called Brevard
20 Junior College?
21      A   Brevard Junior College, and then I went
22 to UNCC, University of North Carolina at Charlotte.
23      Q   Did you play soccer there?
24      A   Yes, sir, under Bob Warming from Barry
25 University --

Page 112

1       Q   Okay.
2       A   -- that took the helm.
3       Q   What years were you in attendance at
4  Brevard and UNCC?
5       A   1980 was my first year to '81. I moved
6  on - I had to take a break to do construction to pay
7  for my school with my father, took a semester off and
8  then went back to UNCC to complete my third year of
9  college.
10      Q   Okay.
11      A   And then I took a pro contract overseas
12 in Milian, Italy and played pro sports, arena
13 football.
14      Q   Soccer again?
15      A   Soccer, and then they talked me into
16 doing arena football in Arizona and then --
17      Q   Arena football?
18      A   Yeah.
19      Q   American football?
20      A   Yes, sir.
21      Q   Did you ever play American football?
22      A   Yes, I did.
23      Q   Prior to playing in the arena league?
24      A   Yeah, Optimus, and you know, they talked
25 me in - I was one of the most tenacious players, hard

Page 113

1  work, I was a workaholic. All my peers sought me out
2  for advice because I was that kind of a leader that --
3       Q   Okay.
4       A   -- you know, I'm not practicing all week
5  to lose on Sunday and that's how I was.
6       Q   Okay. But you played in Milian, Italy
7  professionally?
8       A   Yeah, just briefly.
9       Q   What team were you on?
10      A   The A.C. Milan. The four squad.
11      Q   Did you ever advance to like an all-star
12 team or anything like that?
13      A   Well, like I said, you have to be born
14 in that system, in the European system. At 15
15 they're, you know --
16      Q   Okay.
17      A   -- they're signed to play contracts. I
18 don't know if you're familiar with that.
19      A   I came back over after that to the
20 United States and played arena with Arizona and
21 Charlotte.
22      Q   So when you came back to the US, you
23 switched from soccer over to American football?
24      A   Yes, sir.
25      Q   Had you played American football in your

Page 114

1  past?
2      A   Yeah, I played Optimus all the way
3  before high school.
4      Q   Okay.
5      A   Because I went to Country Day and
6  Mississippi, I played there at --
7      Q   You went to Miami Country Day here --
8      A   Yes, sir.
9      Q   -- in Miami?
10     A   My mom is one of the City Councilwomen
11 in Aventura after she finally got me in there, a
12 four-year wait, and she wanted the best for me.
13     Q   Does she know Mr. Bober?
14     A   She probably does.  I mean, she's --
15     Q   Your mom is on the City Council for
16 Aventura?
17     A   And the number one for the Aventura
18 Marketing Council, Madeline Giardiello.
19     Q   Okay.
20     A   Yeah.  She's one of the...
21     Q   So then you went and played American
22 football arena league professionally --
23     A   Yes.
24     Q   You were paid, correct?
25     A   Yes, sir.

Page 115

1      Q   What position did you play?
2      A   Middle linebacker.  It's so quick, you
3  just, you know...
4      Q   How long did you play for -- And when
5  did you play for Arizona?  What was the name of the
6  team?
7      A   Arizona Rattlers.
8      Q   Rattlers.  When did you play for the
9  Rattlers?
10     A   Oh, gosh, that was way back in '88, '89.
11     Q   Okay.  '88, '89.  How many years did you
12 play?
13     A   Just brief season, yeah.
14     Q   I know in football, a big issue is
15 concussions.  Did you ever have problems with
16 concussions?
17     A   No, I never had --
18     Q   No?
19     A   -- anything with that.
20     Q   After '88, '89, any further --
21     A   I got into the wrestling.  I never went
22 big with it, but I was with Eddie Sharkey's camp in
23 St. Paul, Minnesota.  He was a six time world champion
24 for Vince McMahon and they talked me --
25     Q   Six time world champion of what?

Page 116

1      A   Professional wrestling.
2      Q   Like --
3      A   WWE, Vince McMahon.  I was doing the
4  Chippendale thing.
5      Q   Like the Hulk?
6      A   Yeah, exactly.
7      Q   That's that kind of group?
8      A   Yes, sir.
9      Q   Eddie Sharkey, you worked with him?
10     A   Yes, sir.
11     Q   Okay.  Did you wrestle or were you just
12 part of a team?
13     A   Part of the wrestling camp.  I never
14 made it big, but it was my opportunity to perceive
15 something that I have never tried before.
16         I was with the Chippendales since 1982
17 booking shows, choreographing shows.
18     Q   What is the Chippendales?
19     A   Chippendales, the dance group, the male
20 dance group, the Chippendales.  We're the number one
21 name in entertainment.  Just had a show at Renegades
22 last night.
23     Q   What is Renegades?
24     A   Renegades in West Palm Beach.
25     Q   I'm sorry, I just don't know.

Page 117

1      A   Yeah, Village and --
2      Q   And so they --
3      A   Village and Palm Beach Lakes.
4      Q   So Chippendales performed at Renegades;
5  is that right?
6      A   Yes, sir, last night.
7      Q   And Chippendales is a group that
8  travels --
9      A   Yes, sir.
10     Q   -- what, the world?
11     A   Tours the world.  We have an
12 international group.  We have a domestic group.
13     Q   What do you do?
14     A   I'm one of the booking agents right now.
15     Q   Do you have an ownership interest in it?
16     A   I'm a partner with Tony Valentine in the
17 bookings.  He owns the show, actually, but any time I
18 book a show, I get my percentage.
19     Q   What does that mean, book a show?
20     A   Book a show.  I come in, Hi, Mr. Club
21 Owner.  We have the Chippendales, we're going to be
22 touring through your area and we would like to see
23 what dates you have available.
24     Q   Okay.
25     A   Who is in your charge of your

Page 118

1  entertainment director, and if you have some
2  available, we would like to work it out. We're coming
3  through the area on a structure, we want to make that
4  feasible where - what is your seating capacity, so
5  forth and so on.
6       Q   Okay. You said you started working with
7  the Chippendales in 1982?
8       A   1982, yes, sir. I was doing that
9  part-time and my own group with All American Male.
10      Q   And you've done that continuously?
11      A   Yes, sir.
12          And I came back to South Florida because
13  my grandparents had passed away. In 2000 my
14  grandfather passed away, my grandmother, I would have
15  never left the road.
16      Q   Okay. And so you've been back in South
17  Florida since 2000?
18      A   2000. I had a dry cleaning business,
19  1249 priced dry cleaning.
20      Q   Okay.
21      A   I was the first one with 2.49 dry
22  cleaning.
23      Q   I'm just trying to get a little more
24  background. So from '82, you said, with the
25  Chippendales?

Page 119

1       A   Yes, sir.
2       Q   From '82 on, and then did you ever
3  obtain your degree from UNCC?
4       A   No, sir. I'm going back to finish my
5  undergraduate with High Point University --
6       Q   Okay.
7       A   -- and continue my education. I want to
8  become a horse doctor and I'm a little bit more
9  intelligent today than back then.
10      Q   So you need to get your undergraduate
11  degree finished?
12      A   Yes, sir, I have to finish it up. I
13  think it's a three digit five. I was very impressed
14  when I seen the resumé, you know, so I was just --
15  Because athletics, trying to do 15, 18 hours and then
16  do school is very tough, so...
17      Q   Okay. So then with your 3.85, you're
18  going to finish one more year.
19          What is your major?
20      A   My major is veterinary medicine.
21      Q   Oh, okay. Undergraduate major is
22  veterinary medicine?
23      A   Yeah. Well, it's going to be business,
24  finance, and then into medicine, which is my family,
25  so -- Because I had my own -- Like that's --

Page 120

1       Q   I'm sorry. Business, finance and
2  veterinary medicine?
3       A   Yeah. It's going to be a biology degree
4  that will get me into the vet school.
5       Q   But you will also get a business and a
6  finance degree?
7       A   Yeah, I'm going to get -- Because that
8  will be the master's.
9       Q   Is that like three degrees?
10      A   Three degrees, yes, sir. Business and
11  finance because of my own - with the bookings and the
12  Chippendales, and I'm going to eventually open a club
13  in the Midwest where I was stationed before my
14  grandparents passed away here in Minnesota.
15      Q   I'm sorry, you said where?
16      A   It was Minneapolis, Minnesota.
17      Q   That's where you were?
18      A   Yes, sir.
19      Q   I thought you said - and I apologize, I
20  thought you said --
21      A   But we toured --
22      Q   -- your grandparents passed away here in
23  Minnesota --
24      A   No, no. My grandparents --
25      Q   -- and I just want to make sure we're in

Page 121

1  the right state.
2       A   No, no. I was on the road touring with
3  the Chippendales --
4       Q   Okay.
5       A   -- in Ohio. In Ohio. Oklahoma City, I
6  got the news my grandfather was -- I said, hang on, I
7  came back here 2000. And then 2006, my grandmother
8  was ill --
9       Q   Okay.
10      A   -- and I swore I was never leaving the
11  road and when my grandmother passed, I didn't want to
12  see my mom to go through that, the main reason why I
13  came, I spent some time with my mom and family; so I'm
14  ready to go back.
15      Q   Ready to go back, okay.
16      A   Yeah.
17      Q   So I think we're up to about you're - I
18  think you finished your professional football career
19  and then you pursued professional wrestling at the
20  same time you were running your Chippendales'
21  business. What came next? What is on your resumé of
22  work?
23      A   Oh, gosh. It's --
24      Q   So we're about 1990, I can tell.
25      A   Yeah. Mostly the bookings with the

Page 122

1  Chippendales.  I stayed on the road.  I was on there
2  for 17 years of my life.
3       Q   Okay.
4       A   I love it.  I miss it.
5       Q   Okay.  But you said early in your
6  deposition --
7       A   Yes.
8       Q   -- that you have a lot of experience in
9  the adult entertainment business.
10      A   Yes, sir.
11      Q   I guess Chippendales might have some
12  connection.
13      A   Chippendales, Michael J. Peters, who
14  taught me from a young kid with the Solid Golds, Doll
15  House, Pure Platinums.  We opened the --
16      Q   Solid Gold, Doll House, where is that?
17      A   Solid Golds, Doll House and Pure
18  Platinums of America.
19      Q   Where is that located?
20      A   Solid Gold Fort Lauderdale.
21      Q   Okay.
22      A   Doll House, which was Beach House
23  Cabaret, which now is not there.
24      Q   Where is that, Fort Lauderdale, also?
25      A   It was one where Sunny Isles is --

Page 123

1       Q   Okay.
2       A   -- and then the Miltons bought all that
3  property and they knocked that down and X, Y, Z.
4            Solid Gold North Miami Beach, which was
5  the Big Brothers Daddy, which is Dean's Gold now,
6  which was a Michael Peters' property.
7       Q   Michael Peters is who, now?
8       A   He was the first gentleman's club owner,
9  on the Lifestyles of the Rich and Famous, came out,
10  Cornell graduate, and invented the house fee.  He
11  brought county club rules and put girls in gowns.  He
12  invented the gentleman's club.  They were all strip
13  clubs before Michael J. Peters.
14      Q   Is that somebody who is local here in
15  South Florida?
16      A   Oh, yes.
17      Q   Where is Michael J. Peters?  Is he here
18  in --
19      A   He is up in Binghamton, New York right
20  now.  He's semiretired.
21      Q   Okay.
22      A   He runs the adult expo.
23            The reason why the gentleman's clubs are
24  gentleman's clubs are because of Michael J. Peters.
25      Q   Okay.  And you worked for him?

Page 124

1       A   Yes, sir.
2       Q   And you worked for him where, here?
3       A   Solid Gold, Fort Lauderdale; Pure
4  Platinum; String Fellas, New York, and that's when I
5  was at a young age, you know.
6       Q   From when to when?
7       A   I have it on my resumé, the whole thing.
8       Q   Well, as best you can remember.
9       A   Gosh, back from '82, you know, off and
10  on.
11      Q   Okay.
12      A   Side jobs.  Solid Golds in Minneapolis.
13  When I was in Minneapolis I worked for Bob there.
14      Q   Bob who?
15      A   Bob, I forgot the last name.
16      Q   Okay.
17      A   He was the owner of the club.  It's been
18  a while.
19      Q   When was this?
20      A   '84 or five, something like that.  It
21  was off and on.
22      Q   Okay.
23      A   Yeah.
24      Q   All right.  And so --
25      A   As I was traveling, that's when I had

Page 125

1  time off and that's when I worked with the clubs.
2       Q   I'm going to come back to your resumé,
3  because it's interesting.
4            How did you get involved as a witness in
5  this case?  Did Mitchell call you?
6       A   I was --
7            MR. BOBER:  Object to form.
8            THE WITNESS:  What's that?
9            MR. BOBER:  I'm just putting it on the
10  record, but you can answer, of course.
11           THE WITNESS:  Oh.  Mitchell had asked,
12  you know, to come and answer the questions
13  best of my knowledge.
14  BY MR. MCDONALD:
15      Q   When was that?
16      A   Two weeks ago, three weeks ago.
17      Q   Are you guys in regular contact with
18  each other?
19      A   I talk to him once in a while.  I
20  mean --
21      Q   You're friends?
22      A   Well, like I said, I know him from the
23  club, you know.  My friends are who I grew up with and
24  I know Mitch from the club, you know, and he asked me,
25  you know, and just tell the truth.

Page 126

```
1        Q   You say your friends are who you grew up
2    with and you know him from the club.  Are you talking
3    about Stir Crazy or are you talking about --
4        A   No.  I consider the club people that
5    I've met acquaintances.
6        Q   Okay.
7        A   My friends is what I die for --
8        Q   Sure.
9        A   -- I went to school with, these are my
10   friends, you know.
11       Q   So you know Mitchell Rosario from before
12   Stir Crazy?
13       A   I never met him before Stir Crazy.
14       Q   Okay.  Maybe I know misunderstood, then.
15           So that's where you met Mitchell
16   Rosario?
17       A   Yes, sir.
18       Q   Okay.  But then you say you talk to him
19   every couple weeks?
20           MR. BOBER:  Object to form.
21           THE WITNESS:  I just, you know, just
22       once in a while, you know, when I come back
23       in town or we're doing a show.
24   BY MR. MCDONALD:
25       Q   Do you guys get together and socialize?
```

Page 127

```
1        A   No, not at all.
2        Q   Do you meet at clubs?
3        A   No.
4        Q   Do you know what clubs he's working at?
5        A   I have no idea.
6        Q   Other than Stir Crazy, do you know if
7    he's ever worked in the adult entertainment industry?
8        A   I know he worked for a lengthy period of
9    time.
10       Q   Where?
11       A   Stir Crazy.
12       Q   Okay.  How about any other location?
13       A   That, I don't know.
14       Q   So I'm just trying to understand how it
15   was that he was able to find you and call you.  Did
16   you call him or did he call you?  How did that happen?
17           MR. BOBER:  Object to form.
18           THE WITNESS:  Like I said, just had
19       called and I'm back in town to say hello and
20       how is everything.
21   BY MR. MCDONALD:
22       Q   Okay.  Did you call anyone else from
23   Stir Crazy?
24       A   No.  Really -- I really don't, you know,
25   socialize with too many other people.
```

Page 128

```
1        Q   When did you learn that Mitchell Rosario
2    was no longer working at Stir Crazy?
3        A   Three weeks ago, maybe, something like
4    that.
5        Q   Okay.  How did you learn that?
6        A   I just talked to him on the phone and I
7    said, "How are things going?"
8            He goes, "I'm not there anymore."
9        Q   Okay.  And what did he say to you?
10       A   You know, basic, whatever the situation
11   was.
12       Q   Well, what was the situation that he
13   told you?
14       A   It didn't work out, whatever it was.
15       Q   How?  Why?
16       A   I don't know.  I didn't go into detail
17   about it.  He said he wasn't there.  I don't go into a
18   person's personal life and, you know, that's why I'm
19   here today --
20       Q   Okay.
21       A   -- tell exactly what went on.  That's
22   it --
23       Q   Okay.
24       A   -- exactly tell what went on.
25       Q   Okay.  At some point, though, he told
```

Page 129

```
1    you he is in a lawsuit?
2        A   That's why we're here today.
3        Q   But he told you that, right?
4            MR. BOBER:  Object to form.
5    BY MR. MCDONALD:
6        Q   He told you:  "I am in a lawsuit.  I'm
7    suing the place I used to work for"?
8            MR. BOBER:  Object to form.
9    BY MR. MCDONALD:
10       Q   Is that right?
11       A   That's why we're here.
12       Q   Okay.  But he told you that, correct?
13       A   What, that he is in a lawsuit?
14       Q   Yes.
15       A   He said, "Come tell the truth," that's
16   what he told me, and that's what I did, come here to
17   tell the truth.
18       Q   Well, did you get served with a subpoena
19   to come here?
20       A   He sent a letter to my house.
21       Q   Okay.  So you never actually got served
22   with a subpoena compelling you to be here --
23       A   No.
24       Q   -- you're here voluntarily?
25       A   Yeah, I'm here voluntarily.
```

Page 130

1    Q   Okay.
2    A   No one, you know -- You tell me and no
3  problem, I will tell you the truth, whatever you want,
4  you know.  That's what he asked me, come tell the
5  truth.  That's what I'm doing is telling the truth.
6    Q   All right.  Other than here in this
7  room, when is the last time you saw Mitchell Rosario?
8    A   Today.
9    Q   Where today?
10   A   Today, he drove me over here.
11   Q   Okay.  He came and picked you up?
12   A   Yes.
13   Q   Okay.
14   A   At Little Flower.  I went to church and
15  I says I don't know where this office was, so --
16   Q   I'm sorry, where is Little Flower?
17   A   Little Flower, the church on Federal
18  and - not too far from here.
19   Q   Okay.
20   A   Because parking is real tight and
21  whatever, so that's -- I parked -- Because I go to
22  church there 7:00 in the morning or 8:30 mass, you
23  will see me there every day --
24   Q   Okay.  So what time today did he pick
25  you up?

Page 131

1    A   He picked me up, what was it, 1:30.
2    Q   Mass is what, like an hour?
3    A   No, 1:30.  I came, you know, I was in
4  the Hollywood area and I said, you know, meet me at
5  the Little Flower Church because I don't know where
6  this direction is because I couldn't - the secretary
7  was saying 18th and there's no parking.
8    Q   Okay.  So he picked you up and he
9  brought you here?
10   A   Yes, sir.
11   Q   All right.  And when this is over, he is
12  going to drive you home?
13   A   No, no, drive me right to Little Flower
14  Church.
15   Q   Okay.
16   A   You will see my van over there now.
17   Q   All right.  So you brought your van over
18  to Little Flower Church, parked it there, and then he
19  picked you up to take you the rest of the way?
20   A   Yeah, because all I know, the lady said
21  it's walking distance and, you know, park and pay and
22  I didn't know how long this deposition was going to
23  be, so...
24   Q   All right.  Prior to today, when is the
25  last time you saw Mitchell Rosario?

Page 132

1    A   I talked to Mitch on the phone.
2    Q   When is the last time you physically saw
3  him?
4    A   I saw him what, about two weeks ago, I
5  think.
6    Q   Where was that?  Was it here?
7    A   No, not here.
8    Q   Where was it?
9    A   At a restaurant, Big Daddy's.
10   Q   What was the purpose of the meeting at
11  Big Daddy's?
12   A   Say hello, he was in the area, and that
13  was it.
14   Q   Was Mr. Bober with him?
15   A   No, sir.
16   Q   Was anyone with him?
17   A   No, sir.
18   Q   So it was just you and Mitchell
19  Rosario --
20   A   Yes.
21   Q   -- getting together at Big Daddy's to --
22   A   Yeah.  There was a game going on, the
23  Miami Heat game.
24   Q   Okay.
25   A   I was in the area, 135th and Biscayne.

Page 133

1    Q   Do you know where Mitchell Rosario
2  lives?
3    A   Somewhere in Miami.
4    Q   But Miami is a big county, do you know
5  where?
6    A   I don't know, somewhere near that club
7  down in...
8    Q   Down near Stir Crazy?
9    A   Stir Crazy.
10   Q   Okay.  So he drove all the way from
11  south Dade all the way to Northeast 135th Street to
12  the Big Daddy's to meet you?
13   A   I have no idea, like I said.
14   Q   Okay.
15   A   He said he was in the Hollywood area and
16  I, you know, I was going to get something to eat and I
17  said, "Let's go get something to eat," that's all.
18   Q   He says, "I will pop over and see you"?
19   A   I presume, you know, like I said.
20   Q   Okay.
21   A   I don't get into detail or personal why
22  you're there, you know.
23   Q   Did you talk about this case?
24   A   No, we didn't talk about the case.
25   Q   Did you talk about Stir Crazy?

Page 134

1      A   Stir Crazy, you know, the bad ones, the
2   girls that were over at Dean's Gold now, so that was
3   it.
4      Q   I'm sorry, what's at Dean's Gold?
5      A   Dean's Gold, some of the girls at Stir
6   Crazy were over at Dean's Gold.
7      Q   Which is where?
8      A   163rd Street, you know, as I mentioned
9   before.
10     Q   How do you know that?
11     A   What's that?
12     Q   How do you know the girls are at Dean's
13  Gold?
14     A   Because I was in there and I said I seen
15  some of the girls and they're not the good ones, you
16  know, not the great ones.
17     Q   Okay.
18     A   You know.
19     Q   And so that's something you and he
20  talked about?
21     A   Not in depth, you know.  The football,
22  the basketball, we were watching the basketball game
23  and had some food.
24     Q   Did he tell you that he was involved in
25  a lawsuit?

Page 135

1      A   No.  He said just come and tell the
2   truth here today, that's it.
3      Q   No.  But when you saw him at Big Daddy's
4   on Northeast 135th --
5      A   I didn't -- I don't know anything
6   about --
7      Q   Let me ask the question first --
8      A   Okay.
9      Q   -- just so she can take it down --
10     A   Yeah.
11     Q   -- because it's hard what she does.
12     A   Yeah.
13     Q   When you saw him at the Big Daddy's on
14  Northeast 135th Street a few weeks ago, was that the
15  first time you saw him or had you seen him --
16     A   No, that was it.
17     Q   Had you seen him in the two months
18  before that?
19     A   No.  Just like I said, we talked, you
20  know, how you doing, how's everything going.
21     Q   And you said that -- Did you tell me you
22  had just got back into town?
23     A   Yeah.
24     Q   Okay.  In town from where?
25     A   We were traveling, you know, touring

Page 136

1   with the --
2      Q   "We" being the Chippendales?
3      A   Chippendales, yeah.
4      Q   Did --
5      A   Help out on the Hard Rock Casino two
6   nights a week, Friday, Saturday.
7      Q   You do?  You work there?
8      A   Yes, sir.
9      Q   What do you do?
10     A   I'm loss prevention.
11     Q   Okay.
12     A   One of the heads supervising security
13  over there, Pangaea, Gryphon.
14     Q   You're what now?
15     A   Pangaea, Gryphon, one of the head of the
16  supervisors of the security for John Sturgis, one of
17  the lawyers over there that owns the club.  I'm like
18  the - Pangaea, they're opening one on South Beach --
19     Q   Okay.
20     A   Which is called - the guy that invented
21  the W, he put 200 million into this hotel and --
22     Q   You're the head of security at the --
23     A   One of the supervisors.
24     Q   Okay.  Supervisors of security?
25     A   Yes.

Page 137

1      Q   Okay.
2      A   Assistant supervisor to Scott.
3      Q   Okay.  Who is Scott?
4      A   Scott is the supervisor.
5      Q   Of security?
6      A   Yes.  Sammy is the owner of the company.
7      Q   And this is at the Hard Rock Cafe?
8      A   Hard Rock Casino.
9      Q   The Hard Rock Casino?
10     A   Yes, sir, in Hollywood.
11     Q   Have you ever met Mr. Bober before
12  today?
13     A   No, sir.
14     Q   This is the first time?
15     A   No, as in first time ever.
16     Q   Have you ever had a phone call with him?
17     A   Yeah, a phone call.
18     Q   When was that?
19     A   Gosh, he called me saying, "Can you come
20  to a deposition?"
21         "No problem."
22     Q   Did you talk about what he was going to
23  ask you?
24     A   No.  He said, "Tell the truth."  That's
25  all he said.

Page 138

1    Q   The only thing he said to you was just:
2  "Tell the truth"?
3        A   Yeah.  I said, "No problem."  I come
4  here, Mitchell Rosario about being competent, no
5  problem.
6        Q   You didn't ask him what the case was
7  about?
8        A   I don't care.  I just, like I said,
9  Mitch brought up -- He said, "Just come tell the
10  truth," and that's what I'm here today, I told the
11  truth.
12       Q   You weren't curious, like what's the
13  lawsuit about?
14       A   I don't care what it is.  I came here
15  voluntarily, you know.  Whatever my situation with
16  them is a whole different story.  I don't care about
17  that.  I did come here voluntary today.  He asked me
18  to come here and I did.  Because I knew, he was a good
19  guy, he worked hard, you know, got a few tax deals,
20  you know, whatever, and you know, it's one of the guys
21  that, you know, that's straight up.
22       Q   Okay.  So two weeks ago was the first
23  time you had seen him in how long?
24       A   Oh, gosh, since the club.
25       Q   Okay.

Page 139

1        A   I don't have time, you know.  I book --
2  I am at church 7:00 a.m., you can come there and see
3  my van there at 7:00 a.m. and I'm gone until three,
4  four, five in the morning, out promoting, looking for
5  clubs.  We're going to do --
6        Q   After church, what happens?  What is
7  your day like?
8        A   I get on the phone, I start booking.  I
9  meet club owners.
10          We're also involved in wine, which is
11  Pasta Festivale up in - my friend Aldo has world
12  famous alfredos and we're booking for --
13       Q   Where is this?
14       A   Forty-fifth, right up the street from
15  Rachel's.
16       Q   I don't know where Rachel's is.  Where
17  is Rachel's?
18       A   Rachel's is on 45th in West Palm Beach.
19       Q   Oh, okay.
20       A   Yeah.
21       Q   West Palm Beach off of I-95 and 45th
22  Street?
23       A   Yeah.  And he has this --
24       Q   Okay.  So you're doing what, promoting
25  pasta?

Page 140

1        A   Pasta Festivale, food products.
2        Q   Okay.
3        A   He has 400 restaurants.
4        Q   Okay.
5        A   If you Google Pasta Festivale, you will
6  see Aldo Alfredo that owns the whole company.  His
7  father was the ten best chefs in the world.  He
8  supplies the --
9        Q   Who is his father?
10       A   Alfredo.
11       Q   What is his last name?
12       A   Nuchini (phonetic).
13       Q   Alfredo Luchini?
14       A   Nuchini with an "N".
15       Q   Nuchini?
16       A   Yeah.
17       Q   Okay.
18       A   All the food that's supplied up in Club
19  E11evens, the lady that did the big TV stint for
20  Vegas, he supplies all that food there.
21       Q   Alfredo Nuchini is one of the ten best
22  chefs in the world?
23       A   His father.
24       Q   The father's name is Alfredo Nuchini?
25       A   Alfredo, yeah.

Page 141

1        Q   What publication says he is one of the
2  ten best chefs?
3        A   It's all the restaurants.  If I had my
4  other phone that just got stolen yesterday, I would
5  show you everything about Pasta Festivale.
6        Q   Okay.  And --
7        A   Yeah.
8        Q   And are you working for the father or
9  are you working for the son?
10       A   For the son.
11       Q   What is the same of the son's business?
12       A   Pasta Festivale.
13       Q   And that's a restaurant?
14       A   It's pasta.  You know, you go there, you
15  come do the wine and see who is interested in putting
16  it on a list.
17       Q   And that's, you said, at 45th Street in
18  West Palm Beach?
19       A   Yes, sir.
20       Q   Okay.  And do you that in addition to
21  your work with Chippendales?
22       A   Yeah.  I help him out, you know,
23  wine sales and so forth.
24       Q   Let's go back to your resumé, because I
25  want to keep going through it.

Page 142

1    A   Yes, sir.
2        Q   In the 1990s, I think we're up to like
3   1991, tell me what you did in the '90s, what was your
4   work?
5        A   I got my resumé, I got it all on there,
6   you know.
7        Q   I know, but just tell me as best you can
8   remember.
9        A   I was doing the Chippendales, you know.
10  Like I said, my phone, I would show you every video,
11  every video all over the country.  We sell out clubs,
12  I've been on every TV station, you know --
13       Q   Okay.
14       A   -- commercial.
15       Q   What adult entertainment clubs have you
16  worked for?
17       A   I have worked for Porky's one time.  I
18  worked for Michael Peters, Solid Gold, Pure Platinum.
19       Q   You mentioned that earlier.
20       A   Yes.
21       Q   You said that was just sort of an off
22  and on thing, not --
23       A   That's what I do all -- You know,
24  whenever I don't have time, because the road is my
25  thing.  We'll come here, we'll put them on any stage

Page 143

1   and we'll blow them out of the water because there
2   ain't nobody that stands with us on any entertainment
3   stage.  I'll put a hundred thousand dollars against
4   anybody that says so, let them put all their clubs
5   together and we'll embarrass them.
6        Q   In what respect, in terms of --
7        A   Dance off, entertainment, class,
8   elegance, sophistication, compensating people like
9   they should be, paying, not treating them like slaves.
10  That's when they do.
11       Q   Okay.  So you're talking about adult
12  entertainment clubs?
13       A   Adult entertainment clubs.
14       Q   Okay.  So you have a lot of experience
15  in this?
16       A   A hundred percent.
17       Q   Okay.
18       A   I was a dancer, I was also an
19  entertainer, I was a manager and an owner.
20       Q   What club did you own?
21       A   What did I own?  I was part owners like
22  the Chippendale club.
23       Q   No, no.  You said -- I thought we were
24  talking about adult entertainment clubs.  What club
25  did you own?

Page 144

1    A   No, no, the show.  The entertainment
2   show.
3        Q   Okay.
4        A   Yeah.  I will be an owner --
5        Q   When you talk about --
6        A   I will --
7        Q   When you talk about putting together a
8   show, are you talking about the Chippendale dancers?
9        A   About the actual choreographed show,
10  male, female, midgets, whatever you want, we will
11  embarrass them on national TV, not talk, we go to the
12  stage.  Call us the Jenners.  When it's done, we're
13  the best.
14       Q   Okay.  My question was about adult
15  entertainment clubs that you've --
16       A   Yeah.  Clubs I haven't --
17       Q   -- worked -- Let me ask --
18       A   Yeah.
19       Q   That you have worked for.  Not that you
20  have gone and done and helped and put a show on --
21       A   Yes.
22       Q   -- but that you actually worked for.
23           You mentioned that you worked off and on
24  for Michael Peters --
25       A   Yes.

Page 145

1        Q   -- and you said something about Porky's.
2   Is that an adult entertainment club?
3        A   Yeah, adult entertainment club.  I
4   worked --
5        Q   Where is that?
6        A   Down in Hialeah.
7        Q   Okay.
8        A   It wasn't my cup of tea.
9        Q   Okay.
10       A   It's a low end club and just not my -- I
11  worked for Tootsie's, produced them 13 million dollars
12  for Richard Stanton.
13       Q   You made Tootsie's 13 million dollars?
14       A   Oh, yeah.  Lap dances, oh, yeah.
15       Q   I'm not sure I understand that.  Explain
16  that to me.
17       A   The $5.00 dance.  You go in and do a
18  $20.00 dance, the house keeps five, correct?
19       Q   I don't know.
20       A   I'm sure you've been in these clubs
21  before.  You can't say you've never had a lap dance
22  before.
23       Q   Tell me about how you made 13 million
24  dollars for a club.
25       A   When you do $8,000.00 from your own room

Page 146

1   and then all your security guys that run the lap
2   dances, the $5.00 per dance, we did 13 million in lap
3   dances for Richard Stanton.
4        Q    Okay.
5        A    That's how.
6        Q    So how Tootsie's runs their club, you
7   pay --
8        A    Every club.
9        Q    -- the customer pays the house some
10  money?
11       A    Twenty-five dollars.
12       Q    For --
13       A    Stir Crazy does it, Solid Gold does it,
14  every club charges $25.00 except Dean's Gold.
15       Q    For what?
16       A    For a lap dance.
17       Q    Okay.  So tell me how Stir Crazy does
18  it.
19       A    Same thing.  They go there, the
20  customer, hey, you want a lap dance, $25.00.  Five
21  dollars is --
22       Q    So who do they pay the $25.00 to?
23       A    Twenty-five goes to the girl.  The girl,
24  per dance, pays $5.00 to the house.
25       Q    Okay.

Page 147

1        A    Pays Heriberto and Manny $5.00 per
2   dance.
3        Q    Okay.  Did you collect that?
4        A    Yeah, we used to collect that.
5        Q    All right.
6        A    Not on Stir Crazy.  We didn't touch that
7   money.  At Tootsie's.
8        Q    Oh, okay.  I thought you were talking
9   about Stir Crazy.
10       A    No, no.  We weren't involved in any
11  transaction of rooms or the lap dances.  That was held
12  by the bouncers there and by the bartenders.  We had
13  no involvement of any kind of transaction of the
14  rooms.
15       Q    When you say, "we", who are you talking
16  about?
17       A    Any of the managers.
18       Q    Okay.
19       A    Yeah.
20       Q    So the managers had no role, at all --
21       A    We had a salary.  We had no knowledge
22  of -- That was the bartenders and the dancers.  That
23  was between their transaction.
24       Q    Do you know that for certain or do you
25  just think that's what happened?

Page 148

1        A    No, that's what happened.  That's how
2   the structure is.
3        Q    Okay.  So the bartenders arrange for the
4   dancers to do lap dances at Stir Crazy?
5        A    No.  The entertainer goes to a customer:
6   "Would you like a lap dance?"  They go.  But when they
7   do the rooms, that's when the bartender gets - does
8   the transaction of the room.  But the lap dance --
9        Q    Which room are we talking about?
10       A    When they go to a private room, they
11  charge them 75, a hundred dollars for a half hour, an
12  hour.  That's there, the bartender does all that.
13       Q    Where are the private room at Stir
14  Crazy?
15       A    The private rooms are in the back of the
16  house and they're in the lap dance area, the sides
17  there.
18       Q    I'm sorry, what is the lap dance area?
19       A    Where they lap dance, where they do
20  their private - they do their $25.00 dance.  They have
21  like a seat there and they do their $25.00 whatever.
22       Q    Okay.  So a dancer -- Because you know
23  how Stir Crazy runs, right, you know the information?
24       MR. BOBER:  Object to form.
25       THE WITNESS:  Well, like I said --

Page 149

1   BY MR. MCDONALD:
2        Q    You consider yourself pretty
3   knowledgeable in this industry?
4        A    Like I said, I don't know about the
5   private room, what they charge over there.  The lap
6   dance is in between the dancer -- I have no -- Like I
7   said, I just oversee the dancer.
8        Q    Okay.  But how do you know that the
9   dancer, when a dancer and a customer goes to what you
10  call the lap dance area, pays the bartender?  How do
11  you know that?
12       A    Because it's -- They ring it up,
13  whatever, in their part of their drop for the rooms or
14  whatever and their lap dance.
15       Q    Who rings it up, the bartender?
16       A    The bartenders, however they ring that
17  up, that's transferred in the final drop of the fight.
18       Q    Okay.  Does a dancer go to the bartender
19  and say, "I'm going to the lap dance area"?
20       A    Yeah, they go in a room and then they go
21  back with the fee, whatever.  Like I said, whatever
22  they do for the charge, that's how they charge the
23  customer.  I don't know.  I wasn't involved in that
24  transaction, so I don't know.
25       Q    How come, if you were a manager, were

Page 150

1   you not involved and have knowledge of this?
2       A   Like I said, I don't know anything about
3   what they had charged for the room. The bartenders
4   did the whole transaction.
5       Q   Just so I'm clear, because I'm really
6   not, so I'm hoping you can - a dancer would go to the
7   bartender and say, I am taking customer X to the lap
8   dance room?
9       A   No, to whatever their private room or
10  whatever.
11      Q   Okay. And the bartender what, says,
12  "Okay," and writes it down? What happens?
13      A   Like I said, I don't know. That's
14  between whatever the bartender - that was their
15  responsibility. I wasn't involved and I don't know
16  that part, what they charged them, what the half hour,
17  you know.
18      Q   Does the customer then pay the
19  bartender?
20      A   The bartender. They do the whole --
21      Q   Okay.
22      A   -- ring it up like a regular sale.
23      Q   Okay. So at Stir Crazy, from your
24  knowledge and experience and times there, the customer
25  would then go pay the bartender?

Page 151

1       A   Bartender, the whole transaction.
2       Q   They didn't give the money to the girl,
3   the dancer?
4       A   I don't know the whole, you know, how
5   they transacted.
6       Q   Okay.
7       A   All I know is whatever they charged them
8   for the room and the lap dances were $25.00. That's
9   what...
10      Q   Okay. Now, let's continue on other
11  adult entertainment clubs you've worked for.
12      A   Okay.
13      Q   Who else have you worked for?
14      A   Like I said, Solid Gold and Tootsie's.
15      Q   I know those. Don't --
16      A   Pure Platinum and Michael Peters, off
17  and on. That was the extent of me working in the
18  adult -- And Bob in Minneapolis, Minnesota.
19      Q   Would you say you have --
20      A   Scores, New York.
21      Q   -- a lot of experience in adult
22  entertainment --
23      A   Oh, yeah.
24      Q   -- clubs?
25      A   Yeah.

Page 152

1       Q   Did you ever manage one?
2       A   Yes.
3       Q   Which one?
4       A   I managed the Stir Crazy.
5       Q   Okay. Other than Stir Crazy, did you
6   ever manage a club, adult entertainment club?
7       A   I have been the host, floor host,
8   manager, Solid Gold North Miami.
9       Q   You were the floor host?
10      A   Manager, yeah, one of the floor hosts,
11  managers.
12      Q   At Solid Gold?
13      A   Yeah.
14      Q   When?
15      A   That was before it turned to Dean's
16  Gold. Now there's whatever the -- I don't know who is
17  the owner and all that now, but it's called Dean's
18  Gold now.
19      Q   Okay. Well, I don't know when it became
20  Dean's Gold; so tell me when you worked there.
21      A   It's right after Tootsie's, 2007 to
22  2008. I got it on my resumé. I got to go back on
23  resumé.
24      Q   You can give me rough dates. I don't
25  need --

Page 153

1       A   I don't know. Like I said --
2       Q   -- if the resumé says something
3   different.
4       A   I'm giving you the best of my knowledge,
5   okay.
6       Q   Okay. So 2007, 2008 is the best of your
7   knowledge?
8       A   Right.
9       Q   What other adult entertainment clubs
10  have you managed in your past?
11      A   Managed, like I said, my road show. I
12  was too busy with my road show.
13      Q   Okay.
14      A   I didn't have time to manage anything
15  else.
16      Q   How about when you were --
17      A   My females and my males.
18      Q   I'm sorry, what?
19      A   My female touring group.
20      Q   Okay.
21      A   Chippendolls.
22      Q   So you really didn't have time to work
23  in management --
24      A   I had --
25      Q   Let me ask the question.

United Reporting, Inc.
(954) 525-2221

Page 154

1    A   Yeah.
2    Q   **Management in a specific club --**
3    A   No.
4    Q   **-- in your past?**
5    A   They couldn't pay --
6        MR. BOBER:  Object to form.
7        THE WITNESS:  They couldn't pay me
8    enough.
9    BY MR. MCDONALD:
10   Q   Okay.
11   A   I'm expensive.  I'm $2500.00 a week and
12   I'm 2,000 for promotion.  You got to pay me $4500.00 a
13   week --
14   Q   Okay.
15   A   -- for all that nonsense.
16       I did it as a favor, gave them a deal
17   and-a-half and they were supposed to come up and pay
18   me accordingly and they never did.
19   Q   **Are you talking about Stir Crazy?**
20   A   Yes.
21   Q   Okay.
22   A   I'm not going to get into that because
23   we're here concerning this.
24   Q   **Well, it might be relevant because it**
25   **goes --**

Page 155

1    A   No, we're not getting into that part
2    because --
3    Q   **I need to know --**
4    A   -- if I do, I will go into another
5    lawsuit and I will see you again.
6    Q   Okay.
7    A   We're talking about this right now.
8    Q   **Yeah --**
9    A   Okay.
10   Q   **-- but it is relevant.**
11       **When did your relationship with Stir**
12   **Crazy end?**
13   A   The 20 -- As soon as Rolando called me,
14   it wouldn't be able to work out as far as the money
15   wise, wouldn't be able to afford to pay you, okay.
16   Q   **And how long did you work there, then?**
17   A   The dates were the -- What were the
18   dates?  I just -- We went over --
19   Q   **You said something about August, I**
20   **believe.**
21   A   August to the 21st --
22   Q   **You started --**
23   A   The 21st of January.
24   Q   **Okay.  But said you started training in**
25   **August?**

Page 156

1    A   Yeah, that's when I started training.
2    Q   **Tell me about the training you went**
3    **through.**
4    A   Training, Joe Putch trained me.  Manny
5    was the owner that wanted me trained a certain way and
6    whatever - however he wanted it.  Heard you're making
7    wonderful things and -- I got it in a text message
8    here, everything he told me.
9    Q   **Okay.  Now, you said you met Manny while**
10   **you were working, he came in --**
11   A   Yeah, he came in, sat down on a Friday.
12   Q   **So you had already been hired?**
13   A   Yeah.  I was -- Yeah, hired, and they
14   called me.  Is the owner there?  Yeah, he was sitting
15   right, you know, he's sitting in the DJ booth, he's
16   sitting in the middle of the floor.
17   Q   **So you were hired to breathe life back**
18   **into this club, right?**
19   A   A hundred percent.  I got thanked --
20       MR. BOBER:  Object to form.
21       THE WITNESS:  -- by Oscar and everything
22   else and, you know, thank you, Manny has a
23   club again and dah, dah, dah, and that was --
24   BY MR. MCDONALD:
25   Q   Okay.

Page 157

1    A   -- you know, I was there --
2    Q   **But you were hired, but you never met**
3    **Manny, who you think is the owner, right?**
4        MR. BOBER:  Object to form.
5    BY MR. MCDONALD:
6    Q   **You never interviewed with him, never**
7    **met him in person?**
8        MR. BOBER:  Object to form.
9        THE WITNESS:  Never met him, never
10   interviewed with him.  Right there, this is
11   the owner, that's what I was stated, you
12   know, that's what I understood.
13   BY MR. MCDONALD:
14   Q   **All right.  Did you introduce yourself**
15   **or did somebody just point him out?**
16   A   No, I went over by him.  I knew the
17   sister-in-law, the one - the wife's sister, I guess
18   that's what you call her, Minnie, Minnie, whatever,
19   that worked there at the time, and then when they
20   split, she got fired.  That was the next step.
21   Q   **Okay.  One of the problems that you**
22   **identified at Stir Crazy right away was that - I think**
23   **you said that they needed to take the club back?**
24       MR. BOBER:  Object to form.
25   BY MR. MCDONALD:

Page 158

1    Q   Do you remember you said that?  I wrote
2    it down.
3         MR. BOBER:  Object to form.
4    BY MR. MCDONALD:
5    Q   You said the management needed to take
6    the club back?
7    A   Yeah, they give it to the girls.
8         MR. BOBER:  Object to form on the last
9    question.
10   BY MR. MCDONALD:
11   Q   You think they lost control of the club?
12   A   Well, when you -- When you --
13        MR. BOBER:  Object to form.
14        THE WITNESS:  When you're dead slow and
15   I see the corrections that needed to be done,
16   I brought my expertise in there --
17   BY MR. MCDONALD:
18   Q   Sure.
19   A   -- exactly what we did on the road, I
20   brought there and they all thanked me.
21   Q   All right.  But you felt --
22   A   But you didn't deliver the number that I
23   wanted.  I have to be paid.  I work hard.  I work very
24   hard.  I run and gun and I stopped this thievery in
25   there, 91 percent, because bartenders were stealing.

Page 159

1    I won't get into that part.  We don't have to get into
2    that part.
3    Q   Okay.
4    A   Okay.  I increased the owner -- Because
5    my job is to make the owner as much money as possible,
6    see what's going on and correct the problems, okay.  I
7    didn't care who was in charge, who was this.  My job
8    is loyalty to the owner to get the job done and they
9    couldn't compensate me once I hit that number, so...
10   Q   Do you think it's odd that you came in
11   to provide loyalty to the owner but yet never met the
12   owner or even interviewed him before --
13   A   Whoever hires me and pays me --
14        MR. BOBER:  Hold on.
15        THE WITNESS:  -- that's who I'm loyal
16   to.
17        MR. BOBER:  Hold on.
18        I'm going to object to form of the last
19   question.
20        Only because I'm over here and I know
21   you're looking at him, just give me a split
22   second --
23        THE WITNESS:  You got it.
24        MR. BOBER:  -- just to object to the
25   questions, thanks.

Page 160

1    BY MR. MCDONALD:
2    Q   So you weren't coming in just as like a
3    rank and file shift manager, you were coming in to --
4        MR. BOBER:  Hold on.
5    BY MR. MCDONALD:
6    Q   -- really provide business acumen to the
7    club --
8        MR. BOBER:  Object to form.
9    BY MR. MCDONALD:
10   Q   -- is that right?
11   A   Yeah.
12   Q   How to run the club, basically?
13   A   Yes.
14   Q   Run it better?
15   A   And I was supposed to be turned over,
16   and Agusto, from what Joe Putch told me, they were
17   going to turn it over to me, he wouldn't let go.  But
18   they got --
19   Q   Agusto wouldn't let go?
20   A   Yeah.  They got threatened because I
21   turned the numbers, I blew the numbers through the
22   ceiling.  I quadrupled the number, you know.  In six
23   weeks what they couldn't fix in 25 years, you're going
24   to compensate me once I fix the number.  When I -- I
25   was a man of my word, my word is my bond.  When I

Page 161

1    deliver something, I mean my word.
2    Q   All right.  One of the things you wanted
3    to do is help management take back control of the
4    club, right?
5        MR. BOBER:  Object to form.
6        THE WITNESS:  Yeah, because the music
7        was - it was getting ghetto style, low end,
8        and --
9    BY MR. MCDONALD:
10   Q   From your experience and expertise, did
11   it seem like the management didn't have any control
12   over the music?
13        MR. BOBER:  Object to form.
14        THE WITNESS:  Because they let the girls
15        have control of the - you know, and this is -
16        you're running into the barge.  You want to
17        make money --
18   BY MR. MCDONALD:
19   Q   So the management didn't have control
20   over the music from what you saw?
21   A   Did we have?
22        Yeah, we --
23   Q   You wanted to change that, right?  You
24   wanted them to --
25        MR. BOBER:  Object to form.

Page 162

1   BY MR. MCDONALD:
2       Q   -- take it back and get control, right?
3           MR. BOBER:  Object to form.
4           THE WITNESS:  Well, he -- They wanted to
5   change the whole format.
6   BY MR. MCDONALD:
7       Q   And part of that was getting control of
8   the music away from the music that was being played?
9       A   Yeah, that was the ownership and the
10  management, because everything had to be cleared
11  through the owner.
12      Q   Right.  But when you got there, the
13  music was - the ownership didn't have any control over
14  the music; isn't that right?
15          MR. BOBER:  Object to form.
16          THE WITNESS:  Yeah, had control of the
17  music, because they said what was played and
18  play what the girls wanted to hear.  That's
19  what they had control of.
20  BY MR. MCDONALD:
21      Q   Who played the music?
22      A   The DJs.
23      Q   Okay.
24      A   They told them what to play.
25      Q   So the girls told the DJs what to play?

Page 163

1       A   The ownership, you know, the management.
2       Q   Well, no, but you told me when you got
3   there, the girls were dictating --
4       A   Yeah, the girls wanted this.  They went
5   to the owner.  Then they said play this, this is what
6   we want played, so that's...
7       Q   Okay.  Now, you went in to take back
8   control, to help management take back control because
9   the girls were dictating the music that was being
10  played by people like Mitchell Rosario --
11          MR. BOBER:  Object to form.
12  BY MR. MCDONALD:
13      Q   -- is that right?
14      A   Yeah.
15      Q   The girls, were they telling Mitch what
16  to play?
17      A   The owners, the management was telling
18  Mitch what to play.
19      Q   Well, that's different than the dancers
20  telling Mitch what to play, right?
21      A   They were telling Heriberto, they were
22  Rolando, Agusto, and they went and told them what to
23  play.
24      Q   Did they give them a list, like play --
25      A   That, I don't know.

Page 164

1       Q   -- you know, Britney Spears?
2       A   I have no idea.  I have no idea.
3       Q   I'm just throwing a name out there.
4       A   Yeah.  Like I said, I don't know.
5       Q   You made a statement; so you must know.
6           MR. BOBER:  Object to form.
7   BY MR. MCDONALD:
8       Q   You wouldn't make a statement that the
9   management was telling them what songs to play --
10      A   I don't know, sir.
11          MR. BOBER:  Hold on.
12  BY MR. MCDONALD:
13      Q   -- if you didn't know -- I mean, you
14  were management, weren't you?
15          MR. BOBER:  Hold on, hold on.
16          THE WITNESS:  Yeah.
17          MR. BOBER:  Hold on.
18          Before you answer, let me just object to
19  form of the question.
20          MR. MCDONALD:  Thank you.
21  BY MR. MCDONALD:
22      Q   Go ahead.
23          Did you ever go to Mitch and say,
24  "Here's a list of songs I want you to play, Mitch"?
25      A   No, I never did.

Page 165

1       Q   No?
2       A   Like I said, they said what had to be
3   played.  They wanted high energy, what's what we said,
4   that's high energy, no hip-hop.
5       Q   Well, high energy, do you know an adult
6   entertainment club that doesn't want high energy?
7       A   I know the songs that are not high
8   energy and what is high energy.
9       Q   Okay.  But --
10      A   They requested what to play.  They told
11  me what to play.
12      Q   But saying, "Play high energy," that's
13  not the name of a song, is it?
14      A   No, but high energy is techno, don't
15  play the hip-hop.  We know what that is, right?  You
16  know what hip-hop is, right, sir?
17      Q   I may not.
18      A   Yes, you do.  A hundred percent you do.
19      Q   Well --
20      A   You're very intelligent.  You're
21  probably a Harvard graduate.  You're very intelligent,
22  okay.
23      Q   You give me more credit than I deserve.
24      A   No, I just tell you the way it is.
25      Q   Let me ask you -- I probably don't know,

Page 166

1    but that's okay.
2           So from what I understand, you're saying
3    that the management sets a general theme, high
4    energy --
5       A   A hundred percent.
6       Q   -- and then it's up to the people to
7    execute?
8       A   For him to follow it, he does it, he
9    gets fired --
10      Q   Right.
11      A   -- he will be replaced like that.
12      Q   So if he starts playing, you know, John
13   Denver songs, he might not --
14      A   Oh, it's over.
15      Q   Yeah.
16      A   See you tomorrow.
17      Q   So within the theme of keep the energy
18   level high, his job is then to execute, right?
19      A   Yes.
20      MR. BOBER:  Object to form.
21   BY MR. MCDONALD:
22      Q   Okay.  So the extent of management's
23   role is saying, "Keep the energy high"?
24      A   Correct.
25      Q   And did that include taking back the

Page 167

1    control of the music from the girls who were
2    requesting songs?
3       MR. BOBER:  Object to form.
4    BY MR. MCDONALD:
5       Q   Is that what you thought needed to
6    happen?
7       MR. BOBER:  Object to form.
8       THE WITNESS:  Well, that's what was
9    brought to Eddie and Eddie cleared with
10   Manny --
11   BY MR. MCDONALD:
12      Q   Okay.
13      A   -- and that's what they wanted.
14      Q   But prior to that, what were the girls
15   doing that you thought was bringing down the energy of
16   the club?
17      A   Cursing of songs, you know.  I don't
18   think you want --
19      Q   Cursing of songs or cursing within the
20   words of the songs?
21      A   The words of the song, you know.
22      Q   Okay.  So you wanted to clean it up in
23   that respect?
24      A   Yeah.  We, you know -- They asked me --
25   This is what we're going to do.  This is the way we're

Page 168

1    doing it.
2       Q   Okay.  But when you got there, the girls
3    were sort of - the dancers were -- There's no male
4    dancers there, is there?
5       A   No, no.
6       Q   So when we say, "girls", we're referring
7    to --
8       A   Yeah, the girls.
9       Q   -- dancers?
10          I will try to use the word "dancers".
11          But the dancers were taking control over
12   the music and you thought the management needed to
13   change that?
14      MR. BOBER:  Object to form.
15      THE WITNESS:  I'm the manager.  They had
16   control of what was played and if they didn't
17   play it, they would fire Mitch or whatever DJ
18   was on that shift.
19   BY MR. MCDONALD:
20      Q   So if Mitch didn't keep the theme of
21   high energy, they would find somebody who would?
22      A   A hundred percent.
23      Q   Okay.
24      A   He asked me.  He's like --
25      Q   Do you think high energy is important in

Page 169

1    a club like that?
2       MR. BOBER:  Hold on, he was answering
3    the question.
4    BY MR. MCDONALD:
5       Q   I'm sorry, did I cut you off?
6       A   Yeah, sort of.
7       Q   Go ahead, finish your answer.
8       A   But anyways, yeah.  It's because you
9    don't want to go and hear slow and people leave.
10      Q   Okay.
11      A   And that's what happens.
12      Q   I hear you use the words "slow", "high
13   energy".  Those are themes, aren't they?
14      A   No.  That's the setting of the club.
15      Q   Okay.  And --
16      A   When you walk in - not getting off the
17   subject - the place called Scarlett's, you go in there
18   because it's a fun place and that's what we're trying
19   to do, a fun place, where you can forget your worries,
20   your problems.  You don't want to come in here and
21   start thinking about problems, you know, and that's
22   what you had.
23      Q   And one of the ways you set a theme is
24   that smoke machine you mentioned, right?
25      A   Well, they --

Page 170

1       MR. BOBER:  Object to form.
2       THE WITNESS:  -- demanded to play the
3   smoke because Agusto came over many times,
4   Rolando came over many times.
5   BY MR. MCDONALD:
6       Q   Okay.  Who controlled the smoke?
7       A   Mitch.
8       Q   Okay.  The DJ?
9       A   DJ, correct.
10      Q   So the environment, if you will, that
11  ambiance that the smoke gives you was controlled by
12  the DJ?
13      MR. BOBER:  Object to form.
14      THE WITNESS:  Yes.
15  BY MR. MCDONALD:
16      Q   I mean, did you give them a form that
17  tells them like, you know, at 9:35, hit the smoke
18  button, or was up to --
19      MR. BOBER:  Object to form.
20  BY MR. MCDONALD:
21      Q   -- him to decide?
22      A   No.  It was what the girls and the
23  management wanted.
24      THE COURT REPORTER:  Can we take a
25  break?

Page 171

1       (A recess was taken from 4:53 p.m. to
2       4:59 p.m., after which the proceedings
3       continued as follows:)
4   BY MR. MCDONALD:
5       Q   Now, you said you met Manny that one
6   time in the bar and somebody said, "Oh, that is the
7   owner," and --
8       A   Yeah.
9       Q   -- you shook his hand?
10      MR. BOBER:  Object to form.
11      THE WITNESS:  I never shook his hand.
12  BY MR. MCDONALD:
13      Q   You didn't shake his hand?
14      A   No, I didn't shake his hand.  That was
15  him, in passing.
16      Q   Okay.
17      A   Heriberto --
18      Q   Did you ever, beyond that, that's the
19  only time you saw Manny?
20      A   I seen him with a young kid, twice he
21  came in.
22      Q   Okay.
23      A   Yeah.
24      Q   But --
25      A   One time he sat at the back bar with the

Page 172

1   bartender, the wife's sister, I think that is the
2   sister, Min...
3       Q   Manny's wife's sister worked as a
4   bartender?
5       A   Bartender, yeah, that's - she was at the
6   back bar with them and --
7       Q   There's a lot of people there with
8   long-time established --
9       A   Long --
10      Q   -- connections to the club?
11      A   Oh, yeah.
12      MR. BOBER:  Object to form.
13  BY MR. MCDONALD:
14      Q   Family members of people work there,
15  it's kind of a family environment, a lot of people
16  connected to each other?
17      A   Yeah.
18      MR. BOBER:  Object to form.
19  BY MR. MCDONALD:
20      Q   If you can have such a thing.
21      So you never actually sat down with him
22  and --
23      A   No.
24      Q   -- had a drink or talked to him about --
25      A   No.

Page 173

1       Q   -- his ideas or thoughts?
2       A   No, not whatsoever.  Everything went --
3       Q   Everything you knew about that Manny
4   supposedly said came through Eddie?
5       A   Eddie --
6       MR. BOBER:  Object to form.
7       THE WITNESS:  -- a hundred percent.
8   BY MR. MCDONALD:
9       Q   You never had a phone call with Manny
10  where you talked about anything?
11      A   Not whatsoever.
12      Q   Okay.  So when Eddie said Manny said
13  something or didn't say something --
14      A   That's --
15      Q   -- you don't actually know if Manny said
16  it, you just know what Eddie said?
17      MR. BOBER:  Object to form.
18      THE WITNESS:  I follow exactly what my
19  superiors tell me.
20  BY MR. MCDONALD:
21      Q   Right.
22      Now, Eddie Florez worked during the day,
23  right?
24      A   Yes.
25      Q   And what time would he typically leave,

Page 174

1   if you know?
2       A   Towards the evening.  It varied.
3   Sometimes he would sneak out of there before I got
4   there, sometimes he would stay after just to see what
5   was going on, you know.
6       Q   Okay.
7       A   I told him, my job was to report
8   everything that went on at night shift.
9       Q   Okay.
10      A   And Agusto didn't like it.
11      Q   So there were many a day that you came
12  to work and Eddie Florez wasn't even there?
13      A   Yeah.
14      Q   And you would report to Agusto?
15      A   No.  Agusto had a bad -- The English --
16      Q   Right.
17      A   -- was all Spanish.
18      Q   Okay.
19      A   All the translation came through
20  Rolando.
21          I talked - told Eddie everything that
22  Eddie wanted to know.
23      Q   How would you do that if he wasn't there
24  when you came to work?
25      A   Texting, phone calls.

Page 175

1       Q   Okay.  So you would give him --
2       A   Numbers at the end of the night.
3       Q   So you would call him up?
4       A   Yeah.
5       Q   Where did you call him, at his house, on
6   his cell phone?
7       A   Whatever phone that he gave me.  I
8   didn't ask --
9       Q   Okay.
10      A   -- what was his house, your phone, your
11  business.
12      Q   You text messaged him?
13      A   Text messaged him.
14      Q   Do you still have any of those text
15  messages?
16      A   Let me see.
17          (Whereupon, a cell phone rang.)
18          THE WITNESS:  Excuse me.
19          (A discussion was had off the record,
20          after which the proceedings continued as
21          follows:)
22  BY MR. MCDONALD:
23      Q   Did you -- I'm sorry, are you still
24  looking?
25      A   "Everything advertised should be thought

Page 176

1   of" -- This was on November 6th, 2012.  "Everything
2   advertised should be thought of as a contribution to
3   the complex symbol which is" --
4           MR. BOBER:  Can you --
5   BY MR. MCDONALD:
6       Q   Hold on.  You're kind of -- I know
7   you're reading and mumbling --
8       A   Yeah.  I'm just, like I said --
9       Q   She's trying to take it down, so
10  either --
11      A   I apologize.
12      Q   So either read it clearly or read it
13  quietly and then we can talk about it.
14      A   Yeah.  The numbers of the night.
15      Q   What is the phone number that you were
16  sending it to?
17      A   Hang on one second.
18          (305) 302-6069.
19      Q   Okay.
20      A   And then the numbers and how to say it
21  in Spanish, Rolando, how to write it out.
22      Q   Okay.
23      A   Then it was a few sayings that we had
24  there and -- But that's where I sent all the numbers
25  at the end of the night.

Page 177

1       Q   Okay.  Now --
2       A   Anything he wanted, he called me on the
3   phone what he wanted done.
4       Q   Okay.
5       A   And if he couldn't get me on the phone,
6   he called through Mitch's - the DJ's - the phone
7   number in the DJ booth.
8       Q   Is that because the DJ was always in the
9   DJ booth, right?
10          MR. BOBER:  Object to form.
11          THE WITNESS:  A hundred percent.
12  BY MR. MCDONALD:
13      Q   The managers were out on the floor
14  walking around, correct?
15      A   Yes.
16      Q   Now, there was an office for the
17  managers --
18      A   Yes.
19      Q   -- when you come in the door on the
20  left?
21      A   In the entrance to the left, yeah.
22  Where you cash out --
23      Q   And there's some video -- I'm sorry.
24      A   Yeah, you cash out.  You do the money
25  there and every bartender, you bring in what they did

Page 178

1    versus - and you do their minus and substraction --
2       Q   Okay.
3       A   -- of dollars and cents.
4       Q   And there's some cameras in there, you
5    can watch the cameras from that room?
6       A   Yes.
7       Q   But the managers didn't just stay in
8    that room, they were out on the floor, correct?
9       A   Like I said, when it was time to cash
10   out, we had to take care of the cash, the register,
11   then we did the next one, then we cash out that
12   person, came back, cashed them out because we had to
13   do the tape and at the end, we left the last person
14   there until probably about five after five cashing out
15   the last people until the club was cleared.
16      Q   Okay.  Five after five, is that -
17   closing time was five?
18      A   Five, yeah.
19      Q   You usually close right at five?
20          MR. BOBER:  Object to form.
21          THE WITNESS:  A little bit later
22      sometimes, but the alcohol had to be gone.
23   BY MR. MCDONALD:
24      Q   Okay.  By five the alcohol had to be
25   gone?

Page 179

1       A   Yeah, 5:15.  They gave them another 15
2    leeway to clear the club.
3       Q   Okay.  What time are you usually out of
4    the club?
5       A   It could be six, sometimes seven.  It
6    depends how long it took, you know.  If it was a big
7    night, a little longer.
8       Q   How about the DJs, did they have any -
9    they didn't have responsibilities for cleaning up the
10   club, did they?
11      A   No.
12          MR. BOBER:  Object to form.
13          THE WITNESS:  Just what they were told
14      to do, you know, from beginning to end.
15   BY MR. MCDONALD:
16      Q   At 5:00 a.m. when the club closed, other
17   than maybe unhooking their laptop, did they have to do
18   anything else to close down?
19      A   Shut down the system, make sure all the
20   house fees are collected.
21      Q   So what time are they out typically?
22          MR. BOBER:  Object to form.
23   BY MR. MCDONALD:
24      Q   They leave before you do?
25      A   He leaves -- Yeah, he leaves pretty much

Page 180

1    before me and then everybody pretty much - whoever is
2    there, Agusto or whatever, we close and we leave
3    together, the bouncers, so everybody doesn't get
4    jumped or whatever.
5       Q   Okay.  But the DJs, what time are they
6    out?
7          MR. BOBER:  Object to form.
8          THE WITNESS:  They leave probably about
9    20, 25 minutes before us probably.
10   BY MR. MCDONALD:
11      Q   Okay.  Well, if the club closes at five,
12   what time do the DJs leave?
13          MR. BOBER:  Object to form.
14          THE WITNESS:  I'm not sure.  Sometimes
15      quarter to, sometimes --
16   BY MR. MCDONALD:
17      Q   Quarter to what?
18      A   Quarter to six, sometimes 5:30, you
19   know, depends how long it took them to cash out and
20   collect the last girl's money, and sometimes the girls
21   are drunk in the back trying to --
22      Q   Are you talking about the DJs now?
23      A   The DJs have to collect all that, to
24   pay - and the list of the girls.
25      Q   So they have to collect the fees that

Page 181

1    they get paid by the dancers?
2       A   Yeah.
3       Q   Okay.
4       A   And they have to pay the $25.00 at the
5    end.  We collect the house fee.
6       Q   Okay.  So they have to collect the money
7    from the dancers and then they pay the house fee to
8    you or --
9       A   Yeah.
10      Q   -- one of the managers?
11      A   Yeah.  He would be pretty much one of
12   the last ones for the drop, because we have everything
13   else in the container they give us for the - and then
14   they do whatever their count out at the end.
15      Q   Well, while you were there, you said you
16   got the club profits up 400 percent.
17      A   Oh, I'm sure it was, and I don't know
18   the exact numbers.  I know they weren't at two or
19   3,000 when I got there.  I know that.
20      Q   So the dancers, then, were making good
21   money while you were there, right?
22          MR. BOBER:  Object to form.
23          THE WITNESS:  I don't -- Like I said,
24      that, I don't know.  I don't know what
25      their -- Like a lot of them are lazy, some

Page 182

1    made money, some didn't make.  I don't know.
2    I don't know their -- I didn't get involved.
3    I didn't ask them what they made and did not
4    care what they made.
5  BY MR. MCDONALD:
6        Q    Well, you worked in clubs, must have
7    seen customers givings tips and have an idea where a
8    dancer is making money or not making money.
9        MR. BOBER:  Object to form.
10  BY MR. MCDONALD:
11        Q    Go ahead, you can answer.
12        A    I didn't know, I didn't care.  All I
13    know and my job was to collect the bartenders, that no
14    one was stealing and the operations was run how
15    Heriberto laid it out.
16        Q    So you wouldn't have any idea if a
17    dancer is making good money or bad money?
18        MR. BOBER:  Object to form.
19        THE WITNESS:  No, not really, because I
20    didn't get in their personal - I never asked
21    them.  All I know is I had to come in there,
22    collect that $10.00 and I ain't got -- I made
23    no money.  Agusto, and then I get - Agusto
24    would handle it.  He would go and --
25  BY MR. MCDONALD:

Page 183

1        Q    You don't know what kind of money the
2    girls are tipping the DJs, right?
3        A    I have no idea.
4        MR. BOBER:  Object to form.
5  BY MR. MCDONALD:
6        Q    All right.
7        A    Like I said, I don't...
8        Q    You just don't get involved in that?
9        MR. BOBER:  Object to form.
10        THE WITNESS:  I don't get involved.
11    Like I said, it's just not - it's not my cup
12    of tea to find out what they, you know, what
13    they made.
14  BY MR. MCDONALD:
15        Q    In all the various clubs that you've
16    worked at, do you ever run into a situation where
17    somebody who is earning tips doesn't complain when
18    they don't get a good tip?  That's a pretty regular
19    thing, isn't it --
20        MR. BOBER:  Object to form.
21  BY MR. MCDONALD:
22        Q    -- anywhere you go?
23        MR. BOBER:  Object to form.
24        THE WITNESS:  I mean, you know, I don't
25    pay attention to it, because my protection is

Page 184

1    that bottom line, make sure I do my job and
2    I'm not - make sure my money is right, so I'm
3    not responsible and have to pay them, you
4    know, because if I make a mistake, I have to
5    pay out of my pocket; so that's what my
6    concern is, you know, collect the house --
7  BY MR. MCDONALD:
8        Q    Sure.
9        A    -- you know, because they bitched at me:
10    Ceasar, why isn't -- This isn't -- Look at the thing.
11    I said, "Eddie what do you want me to
12    do?"  I can't put a gun to the head to collect the
13    $10.00, you know.  Let Agusto, you know.  And he
14    get -- And he want the house fee before the DJs would
15    get a dollar.  He thought the DJs were the last to be
16    paid.  That's his reaction.
17        Q    Who is that?
18        A    Heriberto.
19        Q    Okay.  And this is something he told you
20    specifically?
21        A    Told me specifically.  No, I got chewed
22    out for that in a meeting with him in the office.  He
23    said, "I don't want to see this.  You see?"
24        I'm like -- I said -- Made no money,
25    made no money, made no money.

Page 185

1    He said, "You see this?  You see the
2    revenue?"  He says, "I don't want to see this no
3    more."  He goes, "Next time is going to be the last
4    time," and that was my, you know -- And Agusto, here,
5    make sure you collect the -- I will get the money.
6        Q    What language were you speaking in?
7        A    English.  Eddie understands.  Agusto
8    talks Spanish.  I kind of like played like -- I mean,
9    I kind of understand a little bit because being around
10    the girls, but I didn't -- It was a hard -- Because
11    Rolando stepped in, I was just -- And then the
12    translation in our meetings, our manager meetings on
13    Monday or Tuesday.
14        Q    In your experience in working in adult
15    entertainment clubs, if dancers aren't making any
16    money, they go elsewhere, don't they?
17        MR. BOBER:  Object to form.
18        THE WITNESS:  Yeah, they bounce.  They
19    go.
20  BY MR. MCDONALD:
21        Q    And that's regular, they move around
22    from club to club to try to see where they can make
23    the most money?
24        MR. BOBER:  Object to form.
25        THE WITNESS:  That's just natural in

Page 186

1    today's, you know, whatever, you know.
2    BY MR. MCDONALD:
3        Q   Now, you said that it's - that when
4    Mitch would play songs he had to do so and follow
5    rotation for getting the dancers on stage; is that
6    right?
7        A   Yes.
8        Q   And dancers getting on stage is one of
9    the ways in which they make more money in tips; isn't
10   that right?
11       A   Sometimes they didn't get tipped, you
12   know, like I said.
13       Q   Sometimes they did, right?
14       A   Yeah.
15       Q   And sometimes they got tipped well,
16   correct?
17       MR. BOBER:  Object to form.
18       THE WITNESS:  Like I said, I didn't pay
19   attention to it.
20   BY MR. MCDONALD:
21       Q   Well, when a dancer danced on stage,
22   when a dance was over, what would they customarily do?
23       A   You know, they go to the next stage or
24   they collect their little bit of money or whatever, if
25   they got any money.

Page 187

1        Q   Do they walk around the house collecting
2    tips?
3        A   They walked to get the dollar dance or
4    whatever and they - you would hear about it.  I didn't
5    want to hear about it, you know.  Some customers -
6    they're not obligated to tip, you know, so, you know,
7    you couldn't put a gun to their head, you know, that's
8    how some customers were.
9        Q   Right.  And some customers might give a
10   $20.00 bill, right?
11       MR. BOBER:  Object to form.
12       THE WITNESS:  I don't know.  Like I
13   said --
14   BY MR. MCDONALD:
15       Q   Well, if you know that they're not
16   getting tips, you must know that they're getting tips?
17       A   I don't know.
18       MR. BOBER:  Object to form.
19       THE WITNESS:  I'm telling you exactly to
20   my knowledge.  You know, I didn't see the
21   transaction, the money.  I never, you know,
22   touched the money.  I never saw the money.  I
23   don't know what they put in their garters.
24   I'm not, you know...
25   BY MR. MCDONALD:

Page 188

1        Q   You don't see it?
2        MR. BOBER:  Object to form.
3        THE WITNESS:  Like I said, I don't pay
4    attention to it, you know.
5    BY MR. MCDONALD:
6        Q   You don't see a dancer with a garter
7    full of dollar bills?
8        A   Like I said, I don't even see the faces.
9    I see what I'm supposed to see and the operations,
10   what I'm supposed to do and make sure there's no
11   fights and make sure everything is done properly.
12       Q   Okay.  So your testimony is when a
13   dancer dances on stage and then gets down and walks
14   around the club, you don't see that - you never saw if
15   they had dollar bills in their garter or in their
16   hand?
17       MR. BOBER:  Object to form.
18       THE WITNESS:  Well, I'm sure they had
19   dollar bills there --
20   BY MR. MCDONALD:
21       Q   I don't want you to guess.
22       I want to know --
23       A   No.  No.
24       Q   -- if you saw it.
25       A   They had dollar bills there, but I

Page 189

1    don't - like I said, I don't what they get.  I don't
2    know if it's a dollar or if it's five cents.  I don't
3    know.
4        Q   Okay.
5        A   I can't -- I'm not going one, two,
6    three.
7        Q   Well, I understand you don't count it,
8    because the club doesn't take any of that, right?
9        A   I don't see sometimes they put
10   it in there sneaky, you know.  I got no time to -- I
11   got other things to worry about.  I got to worry about
12   if the music's right, I got to make the promotion,
13   make sure this is going, make sure the lap dance is
14   going, your whole ball of wax.
15       Q   Okay.  But you don't count -- You don't
16   get any of the money that the dancers get?
17       A   No, we're not allowed one dollar to be
18   tipped.  Our salary is it.
19       Q   Okay.
20       A   We get no money of any sort.
21       Q   The dancers keep their tips?
22       MR. BOBER:  Object to form.
23       THE WITNESS:  Yeah.  Whatever they get,
24   they get, you know, and I know they have to
25   tip out the bouncers or whatever --

Page 190

BY MR. MCDONALD:

1  BY MR. MCDONALD:
2      Q   Okay.
3      A   -- but that's as far as I know.
4      Q   And the DJs, right?
5      A   And the DJ.
6      Q   But you're not there when they --
7          MR. BOBER: Object to -- Hold on.
8  BY MR. MCDONALD:
9      Q   -- do that --
10         MR. BOBER: Object to form.
11 BY MR. MCDONALD:
12     Q   And they tip the DJs, also?
13         MR. BOBER: Object to form.
14         THE WITNESS: Yeah. Like I said, that
15     was their responsibility.
16 BY MR. MCDONALD:
17     Q   And you're not there during that
18 transaction?
19     A   Yeah, I don't know. I'm cashing out
20 girls, you know, at the end of the night, you know,
21 what they give them. I don't even -- You know -- All
22 I -- Mitch, are you ready? Are you ready? And I got
23 to get that so we can go.
24     Q   So you don't know if a girl is giving
25 Mitch the $5.00 minimum that you mentioned or if

Page 191

1  they're giving $20.00 or what they are doing, you
2  don't know?
3          MR. BOBER: Object to form.
4          THE WITNESS: Well, some of them don't
5      even give him anything from what he bitched
6      about, you know, so...
7  BY MR. MCDONALD:
8      Q   But some gave more, right?
9          MR. BOBER: Object to form.
10         THE WITNESS: I don't know, because I
11     never heard a celebration over - you know,
12     some nights they give him nothing, you know,
13     so there's not really a celebration in the
14     night --
15 BY MR. MCDONALD:
16     Q   Right.
17     A   -- if he does get something good.
18     Q   Right. So you would hear about it when
19 things didn't go well, for example?
20     A   Because you heard the fighting in the
21 dressing room or the fighting taking another girl's
22 customer. That's what you hear. You got to go break
23 up the thing in the dressing room.
24     Q   If a customer doesn't give a dancer a
25 tip, you might hear the dancer complain?

Page 192

1      A   No, the dancer will throw a drink on
2  them.
3      Q   Okay.
4      A   That's -- And then you got to go and buy
5  the dry cleaning and that's how - you know, so I'm
6  just telling you the reality. That's reality. That's
7  not --
8      Q   All right.
9      A   That's not fantasy. If you've ever
10 dealt with them -- Try managing. Just take -- Say let
11 me manage one night, and then you will see. Wow.
12     Q   Okay. And you're not there -- You hear
13 when the dancers don't tip the DJs, but you don't know
14 about when they tip them well; is that right?
15     A   I have no idea.
16     Q   People tend to complain when they don't
17 get paid, but when they're paid well, they tend to not
18 say much, right?
19     A   No, I --
20         MR. BOBER: Object to form. He said he
21     doesn't know.
22         THE WITNESS: I don't know. Like I
23     said -- I'm going to give you an example -
24     not to get off track - my friend owns a
25     Subway. A girl made $2,000.00. She

Page 193

1      complained about 25 cent cheese putting on
2  her thing. "I have to pay 25 cent cheese?"
3      What do you think, he gets it for free?
4  It's not -- But that's -- They're monsters,
5  you know, that's how they are.
6  BY MR. MCDONALD:
7      Q   Who were you talking about?
8      A   The dancers, you know. They don't want
9  to give you five cents if they don't have to. If they
10 can get away with a house fee, they won't pay you.
11 They don't care if they got a million dollars. You
12 just made $2,000.00 and you won't give the guy 25 cent
13 cheese?
14     Q   There are nights girls make $2,000.00,
15 right?
16         MR. BOBER: Object to form.
17         THE WITNESS: But they don't give it --
18     You understand --
19 BY MR. MCDONALD:
20     Q   Isn't that right?
21         MR. BOBER: Object to form.
22         THE WITNESS: I don't know. Like I
23     said, I don't know. All I hear is, "I didn't
24     make no money," because they don't want to
25     pay nobody --

Page 194

BY MR. MCDONALD:
1 BY MR. MCDONALD:
2     **Q   Right.**
3     A   -- you understand?  And then you have
4 to -- You know, I don't know how Agusto figures it
5 out, but, you know, I don't follow - I ain't got no
6 time to follow them around, it's like babysitting.
7 It's just -- And that's what you are, a babysitter.
8     **Q   Right, okay.**
9         **So usually you hear them when they're**
10 **complaining about money --**
11     A   Oh, tell you --
12         MR. BOBER:  Object to form.
13 BY MR. MCDONALD:
14     **Q   They make good money, don't they?**
15         MR. BOBER:  Object to form.
16         THE WITNESS:  I have no idea.
17 BY MR. MCDONALD:
18     **Q   You must have some idea.**
19     A   I have no --
20         MR. BOBER:  Well, you've asked the
21     question five - I'm sorry, maybe ten times;
22     he doesn't know.
23 BY MR. MCDONALD:
24     **Q   You've worked in this club for six**
25 **months, you don't have any idea?**

Page 195

1         MR. BOBER:  Object to form.
2         THE WITNESS:  Like I said, the ages
3     change, you know.  It's oversaturated with
4     clubs, you know.  It could be great the way
5     it was, you know.  This is today, you know.
6 BY MR. MCDONALD:
7     **Q   Now, you were talking about how it's**
8 **customary in the industry for a DJ to only work at one**
9 **club or one geographic area --**
10         MR. BOBER:  Object to form.
11 BY MR. MCDONALD:
12     **Q   -- is that right?**
13     A   Yeah.
14     **Q   Isn't that right, you said that?**
15     A   Yes.
16     **Q   And that's because they develop a**
17 **following?**
18     A   Yes.
19     **Q   The DJs develop a following, the**
20 **customers learn who the DJs are and like their style**
21 **and come hear them play?**
22         MR. BOBER:  Object to form.
23         THE WITNESS:  Yeah.  And let's not get
24     off the subject, that's any profession.
25 BY MR. MCDONALD:

Page 196

1     **Q   Right.**
2     A   If you go to another law firm and you go
3 there, they're pissed because you're going to take
4 those clients with you, right?  It's the same thing,
5 you know, with anybody else.
6     **Q   With a DJ, right?**
7     A   Yeah, it's any business.  It's just a
8 courtesy --
9     **Q   Right.**
10     A   -- when you leave, you know, I'm leaving
11 and, you know, and some are going to come, some are
12 going to ask where you are, but the firm's pissed, the
13 club's --
14     **Q   Have you ever heard of the phrase, "a**
15 **book of business"?**
16     A   Yes.
17     **Q   And it means like you have your --**
18     A   Book.
19     **Q   -- book?**
20     A   Yeah.
21     **Q   The money you bring?**
22     A   Yeah.
23         MR. BOBER:  Object to form.
24 BY MR. MCDONALD:
25     **Q   And DJs have books, too, don't they?**

Page 197

1         MR. BOBER:  Object to form.
2         THE WITNESS:  I'm sure they do.
3 BY MR. MCDONALD:
4     **Q   And they --**
5     A   I don't know.  Like I said, I don't
6 know.  I have my phone with my VIPs and if they want
7 to come, fine.
8     **Q   You explained earlier that VIPs are**
9 **people that you know who will follow, let's say,**
10 **you --**
11     A   Yeah.
12     **Q   -- to the club?**
13     A   I'm going to give you an example.
14     **Q   Mitch would have his VIPs that follow**
15 **him?**
16     A   I was at Tootsie's.
17     **Q   Right.**
18     A   Not getting off the subject.
19     **Q   But you have to answer the question.**
20     A   Yes, I'm sorry.  I apologize.
21     **Q   You have VIPs who follow you to a club?**
22     A   Yes, sir.
23     **Q   Mitch has VIPs who follow him --**
24         MR. BOBER:  Object to form.
25 BY MR. MCDONALD:

Page 198

1      Q   -- correct?
2      A   Right.
3      Q   Okay.  Girls, dancers have VIPs who
4  follow them --
5      A   Right.
6      Q   -- isn't that right?
7      A   Yes.
8      Q   And then you mentioned that the DJs have
9  relationships with the dancers so that the dancers
10  follow the DJs to different locations?
11         MR. BOBER:  Object to form.
12  BY MR. MCDONALD:
13      Q   That's why clubs want the DJs to only
14  work at one club, right?
15      A   Right.
16         MR. BOBER:  Object to form.
17  BY MR. MCDONALD:
18      Q   So the DJs actually have a group of
19  people under them that bring profits to this business,
20  the dancers, right?
21         MR. BOBER:  Object to form.
22         MR. MCDONALD:  Well, it's just for the
23      record.
24  BY MR. MCDONALD:
25      Q   But go ahead, you can answer.

Page 199

1      A   Yeah.
2      Q   Yeah, they do.  I mean, it's just the
3  way the business works, right?
4      A   It's any business.
5      Q   Right.
6      A   Yeah.
7      Q   Yeah.  So if a DJ leaves on a Tuesday
8  and goes down the street to another club, ten dancers
9  may follow him to that --
10      A   Oh, yeah.
11      Q   -- next club?
12      A   Yeah.  If they make money, they'll stay.
13         MR. BOBER:  Object to form.
14  BY MR. MCDONALD:
15      Q   And with that, the customers travel with
16  the DJ and dancers --
17      A   Yes.
18      Q   -- and the profits leave the club and go
19  to the other club because they're following the DJ and
20  dancers that are with the DJ; isn't that right?
21         MR. BOBER:  Object to form.
22         THE WITNESS:  I'm going to give you an
23      example.
24  BY MR. MCDONALD:
25      Q   And the DJ controls all that --

Page 200

1      A   Yeah.
2      Q   -- don't they?
3         MR. BOBER:  Object to form.
4  BY MR. MCDONALD:
5      Q   Do the DJs control all that, those
6  dancers and the VIP customers --
7      A   Well, his VIPS, they like certain
8  people, just like they like certain managers.
9      Q   So the DJs have an ability to impact the
10  profitability of a club just like a dancer has the
11  ability --
12         MR. BOBER:  Object to form.
13  BY MR. MCDONALD:
14      Q   -- to impact the profitability of the
15  club?
16      A   It's like any business.
17      Q   That's true, right?
18         MR. BOBER:  Object to form.
19  BY MR. MCDONALD:
20      Q   Yes?
21      A   Yeah.
22      Q   Okay.
23      A   And like I said, I went into Tootsie's,
24  I'm going to give you an example.
25      Q   Okay.

Page 201

1      A   Not getting off the subject.
2      Q   That's okay.
3      A   One guy asked, he goes, "Where are you
4  today?"
5         I said, you know, "I'm working at
6  Richard's," because Richard was the owner of
7  Tootsie's --
8      Q   Okay.
9      A   -- and I'm down at Playmates.
10         He goes, "Well, I want to come see you."
11         And I said, "Oh, okay.  Here's my card,
12  come down."
13         I got banded (sic) out of Tootsie's
14  because - and I was just there as a common courtesy
15  and I should have not give that card, but the fact is,
16  the one guy - I got banded out of Tootsie's because of
17  that.  That's just, you know...
18      Q   What does that mean, banded out?
19      A   Banning, meaning they won't let you --
20      Q   Oh, you got banned.  Banned, okay.
21      A   Because they think you're recruiting
22  customers --
23      Q   Okay.
24      A   -- to bring to another location.
25      Q   Okay.  I was thinking B-A-N-D --

Page 202

1      A   Like, you know --
2      Q   -- but you mean banned.
3      A   -- not allowed in.
4      Q   Okay, I got you.
5          You made a comment that alcohol is
6  critical to the profits of a club; is that right?
7      A   Any business.
8      Q   Well, some businesses don't sell
9  alcohol, right?
10     A   Well, I know every business, that's why
11  they're in that business.  The food, they break even,
12  the money they make is 400 percent on a bottle.
13     Q   Isn't there a club in Tampa that doesn't
14  serve alcohol?
15     A   All Tampa clubs.  You cannot have nudity
16  and you cannot have alcohol --
17     Q   Okay.
18     A   -- in the same -- Because I worked there
19  on the Super Bowl when the Super Bowl was in Tampa and
20  they said, oh, this is the first place, there's going
21  to be nudity.  I said, yeah, good luck.  And they --
22  You had to have alcohol, you had to go buy at the bar
23  and bring it as BYOB.
24     Q   So there are clubs in Tampa where --
25     A   No.

Page 203

1      Q   -- there's nudity --
2      A   No.
3      Q   -- but no alcohol, right?
4      A   All clubs, no alcohol and no nudity.
5  Like the Doll House in Tampa.  They have nudity, but
6  they have to have bottoms and pasties on.
7      Q   Okay.  So there are adult entertainment
8  clubs that make a profit without having alcohol on
9  their premises?
10     A   I think every -- Every Tampa club --
11         MR. BOBER:  Object to form.
12         THE WITNESS:  -- I see is dead.  I
13     just -- I was there and I just did not see,
14     except because it was Super Bowl, and then
15     when I passed, it's like it's a dead club.
16  BY MR. MCDONALD:
17     Q   Mons Venus, I just remembered the name.
18     A   Okay.
19     Q   Have you ever heard of that club?
20     A   Yeah, but I never went in the --
21     Q   Do they sell alcohol?
22     A   That, I have no idea.
23     Q   Is it an adult entertainment club?
24     A   Yeah, it is --
25     Q   Okay.

Page 204

1      A   -- in Tampa, because they had one they
2  brought down here to Pompano.
3      Q   So there are clubs that don't have
4  alcohol, but yet are --
5          MR. BOBER:  Object to form.
6  BY MR. MCDONALD:
7      Q   -- adult entertainment, correct?
8          MR. BOBER:  Asked and answered.
9          THE WITNESS:  Like I said, I don't know
10     what they make.
11  BY MR. MCDONALD:
12     Q   Okay.
13     A   It's like -- I don't know how, but if
14  that's what they say.
15         The only one I knew in Minneapolis
16  Deja Vu with the Coca-Cola, and however they made
17  their money, I have no idea, so...
18     Q   And you don't have any idea how Stir
19  Crazy makes their money either, right?
20         MR. BOBER:  Object to form.
21         THE WITNESS:  No, they make all their
22     revenue they got generated there.
23  BY MR. MCDONALD:
24     Q   Well, any business makes their money on
25  the revenue they generate, right?

Page 205

1          MR. BOBER:  Object to form.
2          THE WITNESS:  The bar, the lap dances,
3      the rooms, you know, that's my knowledge.
4  BY MR. MCDONALD:
5      Q   Door fees?
6      A   Door fees, getting in.
7      Q   They have valet parking?
8      A   They have valet parking, yeah.
9      Q   Okay.
10     A   No, they don't have valet parking.
11  There's no valet --
12     Q   You said --
13     A   Yeah, they don't have valet parking
14  there.  I mean, every other place has valet parking.
15  Manny doesn't have valet parking there.
16     Q   Okay.
17     A   Yeah.  They have a guy that charges in
18  the door to get in and they park --
19     Q   Every night of the week?  They charge
20  every night of the week?
21     A   Charge every night of the week.
22     Q   Okay.
23     A   Yeah.
24     Q   You're sure about that?
25     A   From what I know when I was there, they

Page 206

1   charge to get in.
2       Q   Okay.
3       A   Before 8:00, free in.  After, we start
4   charging.
5       Q   That wasn't just on weekends?
6       A   No.
7       Q   No?
8       Okay.
9       A   They charge, you know, from the
10  minute -- Nighttime -- Daytime, you get in free.
11      Q   Tell me how it works when a DJ moves to
12  another club.  How do the dancers follow the DJ?  How
13  do they know where the DJ is?
14      MR. BOBER:  Object to form.
15  BY MR. MCDONALD:
16      Q   Does he call them?  Does he --
17      A   That, I don't know.
18      MR. BOBER:  Object to form.
19      THE WITNESS:  Like I said, I don't know
20  how.  They find out.  It's a small circuit,
21  as many clubs as there are in South Florida.
22  They all talk.
23  BY MR. MCDONALD:
24      Q   All right.  You used a word, and I'm
25  sure you didn't mean it in the true sense of the word,

Page 207

1   but you said it's like slavery.
2       A   I feel any business that you have to pay
3   to work, you're a slave.  I don't care.  You're a
4   slave.  That's way gone with the horse and buggy.
5       Q   Do you feel --
6       MR. BOBER:  Hold on.  You have to let
7   him finish.
8   BY MR. MCDONALD:
9       Q   Okay.  Go ahead.
10      A   That's gone with the horse and buggy.
11  Every person should be paid and the way -- And my --
12  The males, we pay them a hundred a shift.  Our
13  females, a hundred a shift, two and-a-half hours, and
14  you're telling me that they have to make you revenue
15  and you're going to charge them on top of making you
16  revenue as slaves.  What kind of human being is that?
17      Q   Do you know if they make money
18  themselves?
19      MR. BOBER:  Object to form.
20      THE WITNESS:  Who?  Which ones?
21  BY MR. MCDONALD:
22      Q   The people you're calling slaves.
23      A   The girls?
24      Q   Or the DJs or anyone else working there,
25  do they make money?

Page 208

1       MR. BOBER:  Object to form.
2   BY MR. MCDONALD:
3       Q   You said they pay to work, but do they
4   make money?
5       A   That, I don't know.  I don't know their
6   personal, what they make in.
7       Q   Okay.
8       A   Some of them complain, it cost me money
9   to work and I have to go pay, you know.  That's, you
10  know, they --
11      Q   Do you know anybody who would pay money
12  to work where they weren't making a substantial profit
13  from it?
14      A   I know a bunch of girls and a bunch of -
15  you know, and like why are you doing this, then?
16      Because I broke up with my boyfriend, I
17  need to pay my rent.  They don't want to do this.
18      Q   How do they pay their rent if they're
19  not making money?
20      A   I'm just saying, they hear from other
21  people, this is the way to make money quick and you
22  don't - it's not nine to five and, you know, where you
23  can make money so you can pay your babysitters.  Most
24  of these girls don't want to be doing it, but they got
25  to try to take care of babysitters, they're trying to

Page 209

1   take families, you know.  It's not right.
2       Q   So they make money to take care of their
3   families?
4       MR. BOBER:  Object to form.
5       THE WITNESS:  Like I said, I can't say
6       all of them make money.  I can't, I can't,
7       because I hear the bitching, I hear the
8       throwing the glasses in the dressing room and
9       you got -- Like I said, be a manager for one
10      day.  Go to Stir Crazy, Hey, Manny, let me be
11      a manager one day and then see what it's all
12      about.  No really, he thinks it's not
13      babysitting.
14  BY MR. MCDONALD:
15      Q   Right.
16      A   This is the reality.
17      Q   Peter and I will do it.
18      A   Of course.  You got to go down there and
19  experience what we put up with.
20      Q   Right.
21      A   And it's such a babysitting thing.  This
22  one is going to fight with this one because she's
23  Cuban that talked about this one, and then you lose
24  all the customers because they just started to fight
25  on my floor.

Page 210

1      Q   Okay.  You said you worked the Super
2   Bowl in Tampa --
3      A   Right.
4      Q   -- right?
5      A   Yes, for Rob's, Tampa Gold.
6      Q   And dancers came from all over the
7   country to Tampa to work, didn't they?
8      A   And they were pissed because they didn't
9   want --
10     Q   First of all, answer the question.
11     A   Yeah.
12     Q   Dancers from all over the country came
13  to Tampa for the weekend of the Super Bowl because
14  they thought there was an opportunity to make a lot of
15  money --
16         MR. BOBER:  Object to form.
17  BY MR. MCDONALD:
18     Q   -- correct?
19     A   Right.
20     Q   Isn't that right?
21         DJs traveled from different locations to
22  set up to work in these clubs, to --
23     A   They won't --
24         MR. BOBER:  Object to form.
25         THE WITNESS:  If you'd been there, you

Page 211

1   don't get in because they don't want to piss
2   off their regular dancers, their customers,
3   their DJs --
4   BY MR. MCDONALD:
5      Q   Okay.
6      A   -- that have been working so hard
7   through the slow times.  Now they got one shot and how
8   many times does the Super Bowl come?  How many times
9   does Sturgis come around?  How many times does Daytona
10  Beach 500?  Kentucky Derby?  They go where everybody
11  is and hopefully they can get in there, you know.
12  It's not like you go there, I'm getting in, and they
13  get turned back.
14         I broke up with a relationship because I
15  said, "Go to Tampa, you'll make money," and they
16  couldn't get in one club out there; so I had to flip
17  the bill for their gas - and we broke up, that was the
18  end of it, because I said, "Go to Tampa, you're going
19  to make money" --
20     Q   Yeah.
21     A   -- and that's the reality of it.  That's
22  not fantasy.
23     Q   Have you ever heard of Ceasar's Palace
24  Royale?
25     A   Yes, sir.

Page 212

1      Q   What is that?
2      A   That's the entertainment company,
3   International Gold Productions.  That's going to be
4   the name of a club.
5      Q   Where is it located?
6      A   It's not located.
7      Q   It's not?  It doesn't have a location?
8      A   No.  That's the entertainment company.
9   That's going to be the name of the club that's going
10  to be...
11     Q   Okay.  How about Rainbow...
12     A   Food Market?
13     Q   Market, is that what it is?
14     A   Yeah, Rainbow Market.
15     Q   What is that?
16     A   That's the grocery store I worked at
17  before Stir Crazy.
18     Q   Where is that?
19     A   What's that?
20     Q   Where is that located?
21     A   Simms Street here in Hollywood.
22     Q   Okay.  How about Solid - what's it
23  called, Solid Gold?
24     A   Solid Gold.  That Dean's Gold now.
25     Q   Okay.  That's where you worked?

Page 213

1      A   Yes.
2      Q   Is this the application that you filled
3   out --
4      A   Yes, sir.
5      Q   -- that we'll mark as Exhibit 1?
6      A   Yes.
7      Q   Okay.  The first company you referenced,
8   you said you worked there for 14 and-a-half years.
9      A   Yeah, that's the entertainment, Cesar's
10  Palace Royale, you know.  International Gold
11  Productions.
12         MR. BOBER:  Are you marking that as an
13  exhibit?
14         MR. MCDONALD:  I am.
15         MR. BOBER:  Do you have a copy for me?
16         MR. MCDONALD:  No, I don't.
17         MR. BOBER:  Can I look at it --
18         MR. MCDONALD:  Sure.
19         MR. BOBER:  -- before you ask him any
20  questions about it?
21         MR. MCDONALD:  Sure.
22         THE WITNESS:  North Carolina, we travel
23  all over.  That's my entertainment company.
24  That's where we're based out --
25         MR. MCDONALD:  We'll make a copy so I

Page 214

1    can give one to the Court Reporter.
2            MR. BOBER: Sure, I will do that.
3            MR. MCDONALD: Did you want to make a
4    copy?
5            MR. BOBER: Well, you can ask some
6    questions now.
7            MR. MCDONALD: Sure. We'll mark it as
8    Exhibit 1.
9            THE WITNESS: That's where I worked.
10   BY MR. MCDONALD:
11       Q   Okay. We'll look at it together --
12       A   Okay.
13       Q   -- since Mr. Bober won't make us a copy.
14           MR. BOBER: You want me to make it now?
15           MR. MCDONALD: Maybe I should have
16   brought a copy.
17   BY MR. MCDONALD:
18       Q   Cesar Palace Royale, it says 520 --
19       A   Yeah, that's me.
20       Q   Hold on, West --
21       A   That's Hendersonville.
22       Q   -- Hendersonville. That's North
23   Carolina?
24       A   Yeah, that's North Carolina. We were
25   based out of there and then we moved up to the Twin

Page 215

1    Cities. That's my international production company.
2        Q   Okay. And you worked there for 14
3    and-a-half years?
4        A   Yes.
5        Q   And you put this Rainbow Market --
6        A   Yeah. Rainbow Market, I worked for Rob
7    and his father Moe, they owned the grocery store
8    there, they still own the property. They sold it over
9    -- When they sold it --
10       Q   When did you work there?
11       A   Rainbow Market, it was right before Stir
12   Crazy.
13       Q   You worked there for 14 years?
14       A   No. That's my international production
15   company.
16       Q   I'm sorry. What does that say?
17       A   That says one year.
18       Q   All right.
19       A   Yeah.
20       Q   What did you do at Rainbow Market?
21       A   Rainbow Market, I was the manager.
22   General manager, store manager.
23       Q   So you worked there from 2011 to 2012?
24       A   Yes.
25       Q   And the owner's name is who?

Page 216

1        A   Moe and Rob.
2        Q   Moe and Rob, okay.
3        A   Moe Marzano and Rob Fox.
4        Q   And then --
5        A   Rob was the main owner.
6        Q   And the other employer you reference is
7    Solid Gold, is that International?
8        A   That's productions, the same thing. We
9    changed the company over from Cesar's Palace, because
10   we were going to name the club, we were negotiating a
11   club in North Carolina and it didn't materialize and
12   we moved on. But that's my company, International
13   Gold Productions, Cesar's Palace Royale.
14       Q   Okay. But you said you worked at Solid
15   Gold International Productions for seven years?
16       A   Yeah, it's the same thing. It's the
17   same company. Solid Gold was before this one, Rainbow
18   Market.
19       Q   Okay.
20       A   Yeah.
21       Q   But Cesar's Palace Royale, you said you
22   worked in Hendersonville in North Carolina for 14
23   years?
24       A   Yeah. We didn't have a stationary
25   location. This was a production company, we were

Page 217

1    based out of there.
2        Q   So that was the business headquarters?
3        A   Business headquarters.
4        Q   Is that a corporation?
5        A   No, it's not a corporation.
6        Q   Cesar's Palace Royale is not a
7    corporation?
8        A   No, it's not a corporation.
9        Q   What is it?
10       A   It's a company, International Gold
11   Productions. Cesar's Palace --
12       Q   Is that a corporation, International
13   Gold Productions?
14       A   No, it's not a corporation. It's a name
15   of a company.
16       Q   Well, is there a corporation name behind
17   that name?
18       A   Gold Productions.
19       Q   Is that a corporation?
20       A   Yes, that is.
21       Q   All right. And Gold Productions is the
22   owner of Cesar Palace Royale in Hendersonville, North
23   Carolina?
24       A   That was a break-off entity of Cesar's
25   Palace. We were going to name the club Cesar's Palace

Page 218

1  Royale, named after me.
2      Q   How did you work for 14 and-a-half years
3  for somewhere for a club that never got started?
4      A   It's a company.  The International Gold
5  Productions and Gold Productions.  It was the same
6  thing, but following all the way through.  We just
7  changed over the name every year, but it was the same
8  for Gold Productions, which was my company, which is -
9  I worked since 1982.
10     Q   When you say it's your company, meaning
11 you owned it?
12     A   Yeah.  We were like, you know, bookings
13 and so forth and so on.  Johnny Calentonio is the main
14 owner, which is Jerry Henderson.
15     Q   But you're one of the owners?
16     A   Yeah, I was one of the booking agents,
17 you know, partners in the --
18     Q   Partners?
19     A   Yes.
20     Q   Did you have stock in the company?
21     A   No, I didn't have stock in the company.
22     Q   What kind of ownership did you have?
23         MR. BOBER:  Object to form.
24 BY MR. MCDONALD:
25     Q   If you didn't have stock in the company,

Page 219

1  what ownership did you have?
2      A   Every booking fee I considered a part
3  owner of my bookings and choreographing the show, you
4  know.
5      Q   Okay.
6      A   That's why -- That's the way I look at
7  it, every time.
8      Q   Okay.  And the address for this Solid
9  Gold International Productions?
10     A   That's Crystal, which is Showbiz
11 Entertainment in Crystal, Minnesota.
12     Q   Okay.  That's MN?
13     A   Yes.
14     Q   What is that word?
15     A   West.
16     Q   West Crystal?
17     A   Yes.
18     Q   And it's 5561?
19     A   5541.
20     Q   5541?
21     A   Yeah.
22     Q   West Crystal?
23     A   Minnesota.
24     Q   Is Crystal a town name or a street name?
25     A   No, that is the name of a town, Crystal,

Page 220

1  Minnesota.
2      Q   Crystal, Minnesota?
3      A   Yeah.
4      Q   What is the "West"?
5      A   West, that's where it is.
6      Q   Is the town West --
7      A   West Crystal, Minnesota.
8      Q   Okay.  Well, then, what is the street?
9  If it's 5441 --
10     A   One.  That's what it is.  I mean, that's
11 from Showbiz Entertainment.  That was -- You know,
12 that's the address of Michael J. Parker for where the
13 company is based out of for so many years.
14     Q   Okay.  But West Crystal Minnesota is a
15 town?
16     A   Yeah, it's Crystal - Crystal, Minnesota.
17 5541 West, and then in Crystal, Minnesota.
18     Q   Okay.  So "West" is the name of a
19 street?
20     A   I think it is.  I got it all written
21 down the way, you know, from the - from our address
22 and everything.
23     Q   So if I wanted to like Google this, I
24 put 5541 West Street or Avenue?
25     A   Showbiz Entertainment.

Page 221

1      Q   Is it West Street or West Avenue?
2      A   5541 West Crystal Minnesota.  That's
3  what I have from Michael J. Parker, that's Showbiz
4  Entertainment for seven years.
5      Q   So the street name is West?
6      A   Yes.
7      Q   And the town name is Crystal --
8      A   Crystal, Minnesota, yes.
9      Q   All right.
10         MR. BOBER:  May I ask, if I am going to
11 make a copy of that, do you have any other
12 documents --
13         MR. MCDONALD:  No.
14         MR. BOBER:  -- that you have no copies
15 of?
16         MR. MCDONALD:  That's it.
17         MR. BOBER:  Okay.
18 BY MR. MCDONALD:
19     Q   One of the things I will want to ask you
20 and we ask every witness and it was not asked earlier
21 and in every case, have you ever had a felony
22 conviction?
23     A   No.
24     Q   Okay.  You've never had any arrests?
25     A   Yes, I have.

Page 222

1   Q   Okay.
2   A   I have withhold on it, yes, sir.
3   Q   How many times?
4   A   I think it's two withholds.  Stupidity,
5   you know.  I owned a dry cleaning store and like I
6   said - I told her about it, and in the dry cleaning
7   business, they charged me four deposits and, you know,
8   I got on the phone and I said, "What do I have to do,
9   blow up a building to talk to somebody?"  So that
10  was...
11  Q   Making a joke about blowing up a
12  building you were arrested?
13  A   Yeah, joking around, and I had four
14  deposits and then the bomb squad showed up to my store
15  and I'm like, are you kidding me, you know.
16  Q   You were arrested for that?
17  A   Yes, I was.
18  Q   This was where, what town?
19  A   Hallandale, one of my Hallandale dry
20  cleaning stores, One Price Dry Cleaning.
21  Q   What was the name of the store again?
22  A   One Price Dry Cleaning.
23  Q   One Price Dry Cleaning?
24  A   Yes.
25  Q   All right.  And you owned that from when

Page 223

1   to when?
2   A   Oh, gosh.  I got it on the resumé.
3   Q   Your resumé?
4   A   Yeah.
5   Q   All right.  That's in Hallandale?
6   A   Yes.
7   Q   Was that company incorporated?
8   A   Yes.  It's --
9   Q   And you were the registered owner of
10  that company?
11  A   Crystal Nap was.
12  Q   Who?
13  A   Crystal Nap.
14  Q   Who is that?
15  A   That's -- That was one of the owners of
16  it.
17  Q   Are you an owner of it?
18  A   I was the subarea of the president of
19  the corporation --
20  Q   You were the what?
21  A   The president of the corporation.
22  Q   You were the president?
23  A   Treasurer, president, whatever you call
24  it.
25  Q   Were you one of the incorporators?  Like

Page 224

1   if you went to the State of Florida Department of --
2   A   Crystal Nap was the only one
3   incorporated.
4   Q   Is Crystal Nap a person or a --
5   A   Person, yes.
6   Q   N-A-P?
7   A   Yeah.
8   Q   Does Crystal Nap still have a
9   relationship with One Price Dry Cleaning?
10  A   No.  It's long time over, gone.
11  Q   When are we talking about?
12  A   I have no idea.  Like I said, I'm going
13  to keep my personal record quiet.
14  Q   When did you work there?
15  A   I got -- I got it on my resumé.  It's
16  like --
17  Q   In the last ten years?
18  A   Oh, yeah.
19  Q   So sometime in the 2000s?
20  A   No, no, no.  It's got to be longer than
21  that.
22  Q   1990s?
23  A   I don't know.  I got it on my resumé,
24  exactly what I said.
25  Q   How long did you work there?

Page 225

1   A   It was about a year.  A year and-a-half
2   before I went up to wrestling camp in Minnesota.
3   Q   Before you went to wrestling camp.  I'm
4   sorry, what wrestling camp?
5   A   It was Eddie Sharkey's, the Sheriff's in
6   Saint Paul, Minnesota.
7   Q   Was this after you played professional
8   soccer in Italy?
9   A   Yeah.
10  Q   And was it before or after you played
11  professional football for the --
12  A   I got it on the resumé, sir.
13  Q   -- arena league?
14  A   Exactly what I said.
15  Q   Was it before or after --
16  A   I got to look it up on the resumé.
17  Q   Let me just ask the question.
18      Was it before or after you played
19  professional football with the Rattlers?
20  A   It was after.
21  Q   It was after?
22  A   Yeah.
23  Q   So you went to --
24  A   Between 2000 and 1995, I think it was.
25  Q   Okay.  That's when you went to the

Page 226

1    wrestling camp?
2        A   Yeah.
3            MR. MCDONALD:  I don't have any other
4    questions.
5        Peter.
6            MR. BOBER:  I have a couple.
7            THE WITNESS:  Okay.
8            MR. BOBER:  They're very quick.
9                REDIRECT EXAMINATION
10   BY MR. BOBER:
11       Q   Mr. McDonald, here, asked you questions
12   about how you came to find out about this deposition
13   today.
14       A   Yes.
15       Q   Do you remember that?
16       A   Right.
17       Q   Okay.  Isn't it true that a subpoena was
18   served on you and it was delivered to --
19       A   I never signed anything.
20       Q   A subpoena was delivered to your house
21   and your mother accepted the subpoena?
22            MR. MCDONALD:  Objection to the form.
23            THE WITNESS:  Yeah.  She took the
24   paperwork --
25   BY MR. BOBER:

Page 227

1        Q   Okay.
2        A   -- and I never signed anything.
3        Q   But a subpoena was issued for you to be
4    here today, correct?
5        A   Yeah.
6        Q   Okay.  Mr. McDonald asked you a lot
7    about what goes on at other clubs based on your
8    experience.
9        A   Right.
10       Q   Have you ever seen a club --
11       A   Let me go back to the subpoena.
12       Q   Okay.
13       A   Remember what I said?  I would be here
14   and then you woke my mother or someone woke my mother
15   up --
16       Q   It was a process server?
17       A   Yeah, whoever it was.  I said that my
18   word was my bond, that I would come as a volunteer.
19       Q   Okay.
20       A   Right?  So remember --
21       Q   No problem.
22       A   -- that's what I was saying?
23       Q   No problem.
24           But I mean, a subpoena was served by a
25   process server?

Page 228

1        A   I don't know.  Like I said, all I know
2    is my mom, you know --
3        Q   Got a subpoena?
4        A   -- got woke up in the morning at 8:00
5    and, you know, I already agreed to come over and
6    volunteer.
7        Q   Okay.  What I'm saying is a subpoena was
8    delivered to your house?
9        A   Yeah, whatever came in the mail.
10       Q   Okay.  So my question is about other
11   clubs that you have --
12       A   Yes.
13       Q   -- worked at or know about.  Do you know
14   of any other clubs where DJs are paid absolutely
15   nothing?
16       A   No.
17            MR. MCDONALD:  Objection to form.
18            MR. BOBER:  What is your objection?
19            MR. MCDONALD:  Predicate, knowledge.
20            MR. BOBER:  Okay.
21   BY MR. BOBER:
22       Q   Now, something else that Mr. McDonald
23   did, I want to make sure that his characterization of
24   what happened at Stir Crazy is accurate.
25            Mr. McDonald asked you questions about

Page 229

1    DJs leaving the club and going to work at another club
2    and the girls or dancers who worked at Stir Crazy
3    maybe leaving, okay.
4            MR. MCDONALD:  Objection to the form.
5            MR. BOBER:  I haven't asked the
6    question.
7            MR. MCDONALD:  No, but you have already
8    mischaracterized his testimony --
9            MR. BOBER:  Okay.  Okay.
10           MR. MCDONALD:  -- by using the word
11   "maybe".
12           MR. BOBER:  Okay.
13   BY MR. BOBER:
14       Q   Well, let me ask you this.
15           We'll strike that.
16           Are you aware, during the time that you
17   worked at Stir Crazy, of a DJ leaving and the dancers
18   following the DJ to go to that same club where the DJ
19   was going?
20       A   Right.  Have I known them?
21       Q   No, no.  Let me strike that.  Let me
22   start again.
23           What I'm asking is:  You worked at the
24   club for about a five-month period, correct?
25       A   Right.

Page 230

1        Q   Okay.  In the five months that you
2   actually worked at Stir Crazy, were you aware of a DJ
3   that left the club and took dancers with them?
4        A   No DJ left.
5        Q   Okay.  That --
6        A   Yeah.
7        Q   That was my question.
8        A   Yeah.
9        Q   My next question is:  Mr. McDonald used
10  the phrase talking about DJs and the girls working
11  under them.
12            Do DJs have employees -- Strike that.
13            Did Mitch or any other DJs who worked at
14  Stir Crazy have dancers working under them?
15        A   You mean working for them?
16            MR. MCDONALD:  Objection to form.
17  BY MR. BOBER:
18        Q   Working for them?
19        A   No.
20        Q   Okay.  So the dancers at Stir Crazy do
21  not work for the DJs, correct?
22        A   No, the DJ is not a pimp.
23        Q   Okay.  If a DJ were to decide to leave a
24  club and dancers followed that DJ to that other club,
25  the DJ has nothing to do with the decision of the

Page 231

1   dancer to leave the club, correct?
2            MR. MCDONALD:  Objection to the form.
3            THE WITNESS:  You mean --
4   BY MR. BOBER:
5        Q   Does the DJ tell the dancers:  "You have
6   to come with me"?
7        A   No.
8            MR. MCDONALD:  Objection to the form.
9   BY MR. BOBER:
10        Q   So if a DJ leaves the club to work at
11  some other club, based on your experience, whether or
12  not a dancer leaves to go to the same club where that
13  DJ is going is completely up to the dancer, correct?
14            MR. MCDONALD:  Objection to the form.
15            THE WITNESS:  Yeah, of course.
16  BY MR. BOBER:
17        Q   Okay.  Based on the clubs that you have
18  worked at and the dancers that you have known and the
19  DJs that you have known during your long career in the
20  adult entertainment business, do DJs order dancers or
21  require dancers to work at the clubs where they work?
22        A   No.
23        Q   Okay.  When you worked at Stir Crazy,
24  you personally heard with your own ears dancers
25  complaining about the amount of money --

Page 232

1        A   Yeah, they always complain.
2        Q   -- that they -- Hold on.  Hold on.
3        A   I'm sorry.  I apologize.
4        Q   When you worked at Stir Crazy --
5        A   Yes.
6        Q   -- you personally heard with your own
7   ears dancers complaining about the way customers
8   tipped, correct?
9        A   No.  You definitely know about it when
10  they dumped the drink on them or they cursed them out
11  or - you know, and a customer comes to you and, you
12  know.
13        Q   Was that a, "Yes," to my question?
14        A   Yes.
15        Q   Okay.
16        A   I'm sorry about that.
17        Q   No problem.
18        A   It's just reliving it.
19        Q   Isn't it true that a DJ could be a great
20  DJ, but because of the way the management is running a
21  club, the club could still be unprofitable?
22            MR. MCDONALD:  Objection to the form.
23            THE WITNESS:  Yes.
24            MR. BOBER:  Nothing further.
25            MR. MCDONALD:  Nothing else.

Page 233

1            MR. BOBER:  Great.  We're done.
2            MR. MCDONALD:  I'll let you explain
3   reading and waiving.
4            MR. BOBER:  You have the right, if this
5   deposition transcript is ordered, to get a
6   copy of it and read it and come down and see
7   if there's any problems with it, or you can
8   waive your right and just assume that Michele
9   will get what you said correctly.
10            THE WITNESS:  I hope she got it
11  correctly.
12            MR. BOBER:  Okay.  So --
13            THE WITNESS:  I would like to see it,
14  though, you know.
15            MR. BOBER:  Okay.  So --
16            THE WITNESS:  Anything in legalities, I
17  like to, you know, see.
18            MR. BOBER:  You you're saying you would
19  like to read it?
20            THE WITNESS:  Yes, please.
21            MR. BOBER:  So if it's ordered, he will
22  read it.
23            (Defendant's Exhibit Number 1 was marked
24            for Identification after the conclusion
25            of the proceedings. )

Page 234

1    AND FURTHER DEPONENT SAITH NOT.
2    (The deposition concluded at 5:49
3    o'clock p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 236

1    DATE:   May 9, 2014
2    TO:     Cesar Altieri Sayoc
         18151 Northeast 31st Court, Apartment 2016
         Aventura, FL 33160
3
4    IN RE:   Mitchell Rosario vs. 12425, Inc., et al
         Case Number:  13-cv-23429-Ungaro
5
6    Dear Mr. Sayoc,

7        Please take notice that on April 8, 2014,
     you gave your deposition in the above-referred
     matter.  At that time, you did not waive
8    signature. It is now necessary that you sign
     your deposition.
9        Please call our office at the
     below-listed number to schedule an appointment
10   between the hours of 9:00 a.m., and 4:30 p.m.,
     Monday through Friday.
11       If you do not read and sign the
     deposition within thirty (30) days, the
12   the original, which has already been forwarded
     to the ordering attorney, may be filed with
13   the Clerk of the Court.  If you wish to waive
     your signature, sign your name in
14   the blank at the bottom of this letter and
     return it to us.
15
         Very truly yours,
16
17   By: Michele Cameron
     United Reporting, Inc.
18   1218 Southeast 3rd Avenue
     Ft. Lauderdale, Florida 33316
19   954-525-2221
20   I do hereby waive my signature.
21
     _____
22   (Witness name)
23
24
25

Page 235

1
2
3
4
5
     --------------------
6              Witness
7    STATE OF FLORIDA
8    COUNTY OF BROWARD
9         SUBSCRIBED AND SWORN TO before
10   me on this _____day of _____, 20  .
11
12        -----------------------
          NOTARY PUBLIC
13        Broward County, Florida
14   My Commission Expires on:
15
16
17
18
19
20
21
22
23
24
25

Page 237

1                  ERRATA SHEET
2    PAGE NO.  LINE NO.  _____
3    _____  _____  _____
4    _____  _____  _____
5    _____  _____  _____
6    _____  _____  _____
7    _____  _____  _____
8    _____  _____  _____
9    _____  _____  _____
10   _____  _____  _____
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17   _____  _____  _____
18   _____  _____  _____
19   _____  _____  _____
20   _____  _____  _____
21   _____  _____  _____
22   _____  _____  _____
23   _____  _____  _____
24   _____  _____  _____
25   SIGNATURE_____  DATE_____

Page 238

1
2            CERTIFICATE OF OATH
3    STATE OF FLORIDA
4    COUNTY OF BROWARD
5
6        I, the undersigned authority, certify that
7    CESAR ALTIERI SAYOC personally appeared before me and was
8    duly sworn on the 8th day of April, 2014.
9
10       Witness my hand and official seal this 8th day of April,
11   2014.
12
13
14
15
16   *Michele Cameron*
17   Michele Cameron
     Notary Public, State of Florida
18   Commission No.:  EE152087
     Expiration Date:  12-27-15
19
20
21
22
23
24
25

Page 239

1
2
3            C E R T I F I C A T E
4
5    STATE OF FLORIDA
6    COUNTY OF BROWARD
7
8        I, MICHELE CAMERON, do hereby certify that the
9    foregoing testimony was taken before me; that the witness was
10   duly sworn by me; and that the foregoing pages constitute a
11   true record of the testimony given by said witness.
12       I further certify that I am not a relative or employee
13   or attorney or counsel of any of the parties, or a relative
14   or employee of such attorney or counsel, nor financially
15   interested in the action.
16       Under penalties of perjury, I declare that I have read
17   the foregoing certificate and that the facts stated herein
18   are true.
19       Signed this 8th day of May, 2014.
20
21   *Michele Cameron*
22   MICHELE CAMERON
23
24
25

**A**

**ability** 200:9,11
**able** 127:15 155:14
    155:15
**above-referred** 236:7
**absolutely** 228:14
**accepted** 226:21
**accurate** 228:24
**acquaintances** 126:5
**action** 239:15
**actual** 144:9
**acumen** 160:6
**addition** 141:20
**address** 109:10 219:8
    220:12,21
**adult** 122:9 123:22
    127:7 142:15
    143:11,13,24
    144:14 145:2,3
    151:11,18,21 152:6
    153:9 165:5 185:14
    203:7,23 204:7
    231:20
**advance** 113:11
**advertised** 175:25
    176:2
**advice** 113:2
**afford** 155:15
**age** 124:5
**agents** 117:14 218:16
**ages** 195:2
**ago** 125:16,16 128:3
    132:4 135:14
    138:22
**agreed** 228:5
**Agusto** 160:16,19
    163:22 170:3
    174:10,14,15 180:2
    182:23,23 184:13
    185:4,7 194:4
**ahead** 164:22 169:7
    182:11 198:25
    207:9
**ain't** 143:2 182:22
    194:5
**al** 236:4
**alcohol** 178:22,24
    202:5,9,14,16,22
    203:3,4,8,21 204:4
**Aldo** 139:11 140:6
**Alfredo** 140:6,10,13

140:21,24,25
**alfredos** 139:12
**allowed** 189:17 202:3
**all-star** 110:18
    111:16 113:11
**Altieri** 106:12 107:17
    108:13 236:1 238:7
**ambiance** 170:11
**America** 122:18
**American** 108:19
    112:19,21 113:23
    113:25 114:21
    118:9
**Americanize** 109:3
**amount** 231:25
**and-a-half** 154:17
    207:13 213:8 215:3
    218:2 225:1
**answer** 125:10,12
    164:18 169:7
    182:11 197:19
    198:25 210:10
**answered** 204:8
**answering** 169:2
**anybody** 143:4 196:5
    208:11
**anymore** 128:8
**anyways** 169:8
**Apartment** 109:11
    236:2
**apologize** 110:25
    120:19 176:11
    197:20 232:3
**APPEARANCES**
    107:1
**appeared** 238:7
**application** 107:24
    213:2
**appointment** 236:9
**April** 106:16 236:6
    238:8,10
**area** 117:22 118:3
    131:4 132:12,25
    133:15 148:16,18
    149:10,19 195:9
**arena** 112:12,16,17
    112:23 113:20
    114:22 225:13
**Arizona** 112:16
    113:20 115:5,7
**arrange** 148:3
**arrested** 222:12,16

**arrests** 221:24
**asked** 125:11,24
    130:4 138:17
    167:24 168:24
    182:20 194:20
    201:3 204:8 221:20
    226:11 227:6
    228:25 229:5
**asking** 229:23
**Assistant** 137:2
**assume** 233:8
**athletics** 110:1
    119:15
**attendance** 112:3
**attended** 110:12
**attention** 183:25
    186:19 188:4
**attorney** 236:12
    239:13,14
**August** 155:19,21,25
**authority** 238:6
**available** 117:23
    118:2
**Aventura** 109:12
    114:11,16,17 236:2
**Avenue** 220:24 221:1
    236:18
**aware** 229:16 230:2
**A.C** 113:10
**a.m** 139:2,3 179:16
    236:10

**B**

**B** 107:22
**babysitter** 194:7
**babysitters** 208:23
    208:25
**babysitting** 194:6
    209:13,21
**back** 112:8 113:19,22
    115:10 118:12,16
    119:4,9 121:7,14
    121:15 124:9 125:2
    126:22 127:19
    135:22 141:24
    148:15 149:21
    152:22 156:17
    157:23 158:6 161:3
    162:2 163:7,8
    166:25 171:25
    172:6 178:12
    180:21 211:13

227:11
**background** 110:7
    118:24
**bad** 134:1 174:15
    182:17
**ball** 189:14
**Baltazar** 108:23
**banded** 201:13,16,18
**banned** 201:20,20
    202:2
**Banning** 201:19
**bar** 171:6,25 172:6
    202:22 205:2
**barge** 161:16
**Barry** 111:24
**bartender** 148:7,12
    149:10,15,18 150:7
    150:11,14,19,20,25
    151:1 172:1,4,5
    177:25
**bartenders** 147:12
    147:22 148:3
    149:16 150:3
    158:25 182:13
**based** 213:24 214:25
    217:1 220:13 227:7
    231:11,17
**basic** 128:10
**basically** 160:12
**basketball** 134:22,22
**Beach** 110:17 111:9
    116:24 117:3
    122:22 123:4
    136:18 139:18,21
    141:18 211:10
**beginning** 179:14
**behalf** 107:2,7
**believe** 155:20
**below-listed** 236:9
**best** 114:12 124:8
    125:13 140:7,21
    141:2 142:7 144:13
    153:4,6
**better** 160:14
**beyond** 171:18
**big** 115:14,22 116:14
    123:5 132:9,11,21
    133:4,12 135:3,13
    140:19 179:6
**bill** 187:10 211:17
**bills** 188:7,15,19,25
**Binghamton** 123:19

**biology** 120:3
**birth** 108:14
**Biscayne** 132:25
**Bishop** 111:13
**bit** 111:3 119:8
    178:21 185:9
    186:24
**bitched** 184:9 191:5
**bitching** 209:7
**blank** 236:14
**blew** 160:21
**blow** 143:1 222:9
**blowing** 222:11
**Bob** 111:24 124:13
    124:14,15 151:18
**Bober** 106:19,19
    107:3,3,3,20
    114:13 125:7,9
    126:20 127:17
    129:4,8 132:14
    137:11 148:24
    154:6 156:20 157:4
    157:8,24 158:3,8
    158:13 159:14,17
    159:24 160:4,8
    161:5,13,25 162:3
    162:15 163:11
    164:6,11,15,17
    166:20 167:3,7
    168:14 169:2 170:1
    170:13,19 171:10
    172:12,18 173:6,17
    176:4 177:10
    178:20 179:12,22
    180:7,13 181:22
    182:9,18 183:4,9
    183:20,23 185:17
    185:24 186:17
    187:11,18 188:2,17
    189:22 190:7,10,13
    191:3,9 192:20
    193:16,21 194:12
    194:15,20 195:1,10
    195:22 196:23
    197:1,24 198:11,16
    198:21 199:13,21
    200:3,12,18 203:11
    204:5,8,20 205:1
    206:14,18 207:6,19
    208:1 209:4 210:16
    210:24 213:12,15
    213:17,19 214:2,5

214:13,14 218:23
221:10,14,17 226:6
226:8,10,25 228:18
228:20,21 229:5,9
229:12,13 230:17
231:4,9,16 232:24
233:1,4,12,15,18
233:21
**bomb** 222:14
**bond** 160:25 227:18
**book** 117:18,19,20
139:1 196:15,18,19
**booking** 116:17
117:14 139:8,12
218:16 219:2
**bookings** 117:17
120:11 121:25
218:12 219:3
**books** 196:25
**booth** 156:15 177:7,9
**born** 108:21 113:13
**bottle** 202:12
**bottom** 184:1 236:14
**bottoms** 203:6
**bought** 123:2
**bounce** 185:18
**bouncers** 147:12
180:3 189:25
**Bowl** 202:19,19
203:14 210:2,13
211:8
**boyfriend** 208:16
**break** 112:6 170:25
191:22 202:11
**break-off** 217:24
**breathe** 156:17
**Brevard** 110:15
111:19,21 112:4
**brief** 115:13
**briefly** 113:8
**bring** 177:25 196:21
198:19 201:24
202:23
**bringing** 167:15
**Britney** 164:1
**broke** 208:16 211:14
211:17
**Brothers** 123:5
**brought** 110:20
123:11 131:9,17
138:9 158:16,20
167:9 204:2 214:16

**Broward** 235:8,13
238:4 239:6
**buggy** 207:4,10
**build** 110:19
**building** 222:9,12
**built** 108:24 111:17
**bunch** 208:14,14
**business** 109:21
118:18 119:23
120:1,5,10 121:21
122:9 141:11 160:6
175:11 196:7,15
198:19 199:3,4
200:16 202:7,10,11
204:24 207:2 217:2
217:3 222:7 231:20
**businesses** 202:8
**busy** 109:25 153:12
**button** 170:18
**buy** 192:4 202:22
**BYOB** 202:23
**B-A-N-D** 201:25

## C

**C** 239:3,3
**Cabaret** 122:23
**Cafe** 137:7
**Calentonio** 218:13
**call** 125:5 127:15,16
127:16,22 137:16
137:17 144:12
149:10 157:18
173:9 175:3,5
206:16 223:23
236:9
**called** 111:19 127:19
136:20 137:19
152:17 155:13
156:14 169:17
177:2,6 212:23
**calling** 207:22
**calls** 174:25
**cameras** 178:4,5
**Cameron** 236:17
238:17 239:8,22
**camp** 115:22 116:13
225:2,3,4 226:1
**capacity** 118:4
**card** 201:11,15
**care** 138:8,14,16
159:7 178:10 182:4
182:12 193:11

207:3 208:25 209:2
**career** 121:18 231:19
**Carolina** 110:1,16
111:18,22 213:22
214:23,24 216:11
216:22 217:23
**case** 106:3 125:5
133:23,24 138:6
221:21 236:4
**cash** 177:22,24 178:9
178:10,11 180:19
**cashed** 178:12
**cashing** 178:14
190:19
**Casino** 136:5 137:8,9
**Catholic** 110:17
111:13
**Ceasar** 184:10
**Ceasar's** 211:23
**ceiling** 160:22
**celebration** 191:11
191:13
**cell** 175:6,17
**cent** 193:1,2,12
**cents** 178:3 189:2
193:9
**certain** 147:24 156:5
200:7,8
**certificate** 238:2
239:17
**certify** 238:6 239:8
239:12
**Cesar** 106:12 107:17
108:8 214:18
217:22 236:1 238:7
**Cesar's** 213:9 216:9
216:13,21 217:6,11
217:24,25
**champion** 115:23,25
**chance** 109:22
**change** 161:23 162:5
168:13 195:3
**changed** 216:9 218:7
**characterization**
228:23
**charge** 117:25
148:11 149:5,22,22
159:7 205:19,21
206:1,9 207:15
**charged** 150:3,16
151:7 222:7
**charges** 146:14

205:17
**charging** 206:4
**Charlotte** 111:22
113:21
**cheese** 193:1,2,13
**chefs** 140:7,22 141:2
**chewed** 184:21
**Chippendale** 116:4
143:22 144:8
**Chippendales** 116:16
116:18,19,20 117:4
117:7,21 118:7,25
120:12 121:3,20
122:1,11,13 136:2
136:3 141:21 142:9
**Chippendolls** 153:21
**choreographed**
144:9
**choreographing**
116:17 219:3
**church** 130:14,17,22
131:5,14,18 139:2
139:6
**circuit** 206:20
**Cities** 215:1
**City** 109:2 114:10,15
121:5
**class** 143:7
**clean** 167:22
**cleaning** 118:18,19
118:22 179:9 192:5
222:5,6,20,20,22
222:23 224:9
**clear** 150:5 179:2
**cleared** 162:10 167:9
178:15
**clearly** 176:12
**Clerk** 236:13
**clients** 196:4
**close** 178:19 179:18
180:2
**closed** 179:16
**closes** 180:11
**closing** 178:17
**club** 109:21 117:20
120:12 123:8,11,12
124:17 125:23,24
126:2,4 133:6
136:17 138:24
139:9 140:18
143:20,22,24 145:2
145:3,10,24 146:6

146:8,14 149:7
152:6,6 154:2
156:18,23 157:23
158:6,11 160:7,12
161:4 165:6 167:16
169:1,14 172:10
178:15 179:2,4,10
179:16 180:11
181:16 185:22,22
188:14 189:8
194:24 195:9
197:12,21 198:14
199:8,11,18,19
200:10,15 202:6,13
203:10,15,19,23
206:12 211:16
212:4,9 216:10,11
217:25 218:3
227:10 229:1,1,18
229:24 230:3,24,24
231:1,10,11,12
232:21,21
**clubs** 123:13,23,24
125:1 127:2,4
139:5 142:11,15
143:4,12,13,24
144:15,16 145:20
151:11,24 153:9
182:6 183:15
185:15 195:4
198:13 202:15,24
203:4,8 204:3
206:21 210:22
227:7 228:11,14
231:17,21
**club's** 196:13
**coach** 110:3
**Coca-Cola** 204:16
**collect** 147:3,4
180:20,23,25 181:5
181:6 182:13,22
184:6,12 185:5
186:24
**collected** 179:20
**collecting** 187:1
**college** 110:1,9,15
111:20,21 112:9
**colleges** 110:12
**come** 117:20 125:2
125:12 126:22
129:15,16,19 130:4
135:1 137:19 138:3

138:9,17,18 139:2
141:15 142:25
149:25 154:17
169:20 177:19
182:21 195:21
196:11 197:7
201:10,12 211:8,9
227:18 228:5 231:6
233:6
**comes** 232:11
**coming** 118:2 160:2
160:3
**comment** 202:5
**commercial** 142:14
**Commission** 235:14
238:18
**common** 201:14
**communist** 108:24
**company** 137:6
140:6 212:2,8
213:7,23 215:1,15
216:9,12,17,25
217:10,15 218:4,8
218:10,20,21,25
220:13 223:7,10
**compelling** 129:22
**compensate** 159:9
160:24
**compensating** 143:8
**competent** 138:4
**complain** 183:17
191:25 192:16
208:8 232:1
**complained** 193:1
**complaining** 194:10
231:25 232:7
**complete** 112:8
**completely** 231:13
**complex** 176:3
**concern** 184:6
**concerning** 154:23
**concluded** 234:2
**conclusion** 233:24
**concussions** 115:15
115:16
**connected** 172:16
**connection** 122:12
**connections** 172:10
**consider** 126:4 149:2
**considered** 219:2
**constitute** 239:10
**construction** 112:6

**contact** 125:17
**container** 181:13
**continue** 119:7
151:10
**continued** 108:1
171:3 175:20
**continuously** 118:10
**contract** 110:2
112:11
**contracts** 113:17
**contribution** 176:2
**control** 158:11 161:3
161:11,15,19 162:2
162:7,13,16,19
163:8,8 167:1
168:11,16 200:5
**controlled** 170:6,11
**controls** 199:25
**conviction** 221:22
**copies** 221:14
**copy** 213:15,25 214:4
214:13,16 221:11
233:6
**Cornell** 123:10
**corporation** 106:8
217:4,5,7,8,12,14
217:16,19 223:19
223:21
**correct** 114:24
129:12 145:18
159:6 166:24 170:9
177:14 178:8
186:16 198:1 204:7
210:18 227:4
229:24 230:21
231:1,13 232:8
**corrections** 158:15
**correctly** 233:9,11
**cost** 208:8
**Council** 114:15,18
**Councilwomen**
114:10
**counsel** 239:13,14
**count** 181:14 189:7
189:15
**country** 114:5,7
142:11 210:7,12
**county** 123:11 133:4
235:8,13 238:4
239:6
**couple** 126:19 226:6
**course** 125:10 209:18

231:15
**Court** 106:1 107:9
109:11 170:24
214:1 236:2,13
**courtesy** 196:8
201:14
**Crazy** 106:9 107:24
126:3,12,13 127:6
127:11,23 128:2
133:8,9,25 134:1,6
146:13,17 147:6,9
148:4,14,23 150:23
152:4,5 154:19
155:12 157:22
204:19 209:10
212:17 215:12
228:24 229:2,17
230:2,14,20 231:23
232:4
**credit** 165:23
**critical** 202:6
**CROSS-EXAMIN...**
107:18 108:2
**Crystal** 219:10,11,16
219:22,24,25 220:2
220:7,14,16,16,17
221:2,7,8 223:11
223:13 224:2,4,8
**Cuban** 209:23
**cup** 145:8 183:11
**curious** 138:12
**cursed** 232:10
**cursing** 167:17,19,19
**customarily** 186:22
**customary** 195:8
**customer** 146:9,20
148:5 149:9,23
150:7,18,24 191:22
191:24 232:11
**customers** 182:7
187:5,8,9 195:20
199:15 200:6
201:22 209:24
211:2 232:7
**cut** 110:23 169:5

---

**D**

**D** 107:15
**Daddy** 123:5
**Daddy's** 132:9,11,21
133:12 135:3,13
**Dade** 133:11

**dah** 156:23,23,23
**dance** 116:19,20
143:7 145:17,18,21
146:2,16,20,24
147:2 148:6,8,16
148:18,19,20 149:6
149:10,14,19 150:8
186:22 187:3
189:15
**danced** 186:21
**dancer** 143:18
148:22 149:6,9,9
149:18 150:6 151:3
182:8,17 186:21
188:6,13 191:24,25
192:1 200:10 231:1
231:12,13
**dancers** 144:8 147:22
148:4 163:19 168:3
168:4,9,10,11
181:1,7,20 185:15
186:5,8 189:16,21
192:13 193:8 198:3
198:9,9,20 199:8
199:16,20 200:6
206:12 210:6,12
211:2 229:2,17
230:3,14,20,24
231:5,18,20,21,24
232:7
**dances** 145:14 146:2
146:3 147:11 148:4
151:8 188:13 205:2
**date** 108:14 236:1
237:24 238:18
**dates** 117:23 152:24
155:17,18
**David** 107:8 108:6
**day** 108:21 114:5,7
130:23 139:7
173:22 174:11
209:10,11 235:10
238:8,10 239:19
**days** 236:11
**Daytime** 206:10
**Daytona** 211:9
**dead** 158:14 203:12
203:15
**deal** 154:16
**deals** 109:21 138:19
**dealt** 192:10
**dean** 110:3

**Dean's** 123:5 134:2,4
134:5,6,12 146:14
152:15,17,20
212:24
**Dear** 236:5
**decide** 110:19 170:21
230:23
**decided** 111:17
**decision** 230:25
**declare** 239:16
**Defendants** 106:10
107:7 108:7
**Defendant's** 107:23
233:23
**definitely** 232:9
**degree** 119:3,11
120:3,6
**degrees** 120:9,10
**Deja** 204:16
**deliver** 158:22 161:1
**delivered** 226:18,20
228:8
**demanded** 170:2
**Denver** 166:13
**Department** 224:1
**depends** 179:6
180:19
**DEPONENT** 234:1
**deposition** 106:12
122:6 131:22
137:20 226:12
233:5 234:2 236:7
236:8,11
**deposits** 222:7,14
**depth** 134:21
**Derby** 211:10
**deserve** 165:23
**detail** 128:18 133:21
**develop** 195:16,19
**dictating** 163:3,9
**die** 126:7
**different** 138:16
153:3 163:19
198:10 210:21
**direction** 131:6
**director** 118:1
**discussion** 175:19
**distance** 131:21
**DISTRICT** 106:1,1
**DJ** 156:15 168:17
170:8,9,12 177:7,8
177:9 190:5 195:8

196:6 199:7,16,19
199:20,25 206:11
206:12,13 229:17
229:18,18 230:2,4
230:22,23,24,25
231:5,10,13 232:19
232:20
**DJs** 162:22,25 179:8
180:5,12,22,23
183:2 184:14,15
190:4,12 192:13
195:19,20 196:25
198:8,10,13,18
200:5,9 207:24
210:21 211:3
228:14 229:1
230:10,12,13,21
231:19,20
**DJ's** 177:6
**doctor** 119:8
**documents** 221:12
**doing** 112:16 116:3
118:8 126:23 130:5
135:20 139:24
142:9 167:15 168:1
191:1 208:15,24
**Doll** 122:14,16,17,22
203:5
**dollar** 184:15 187:3
188:7,15,19,25
189:2,17
**dollars** 143:3 145:11
145:13,24 146:11
146:21 148:11
178:3 193:11
**domestic** 117:12
**door** 177:19 205:5,6
205:18
**dressing** 191:21,23
209:8
**drink** 172:24 192:1
232:10
**drive** 131:12,13
**drop** 149:13,17
181:12
**drove** 130:10 133:10
**drunk** 180:21
**dry** 118:18,19,21
192:5 222:5,6,19
222:20,22,23 224:9
**duly** 238:8 239:10
**dumped** 232:10

**dynasty** 110:19,20
111:17
**d/b/a** 106:9

## E

**E** 107:15,22 239:3,3
**earlier** 142:19 197:8
221:20
**early** 122:5
**earning** 183:17
**ears** 231:24 232:7
**eat** 133:16,17
**Eddie** 115:22 116:9
167:9,9 173:4,5,12
173:16,22 174:12
174:21,22 184:11
185:7 225:5
**education** 119:7
**educational** 110:6
**EE152087** 238:18
**eight** 119:13
**either** 176:10,12
204:19
**elegance** 143:8
**embarrass** 143:5
144:11
**employee** 239:12,14
**employees** 230:12
**employer** 216:6
**energy** 165:3,4,5,6,8
165:8,12,14 166:4
166:17,23 167:15
168:21,25 169:13
**English** 174:15 185:7
**entertainer** 143:19
148:5
**entertainment**
116:21 118:1 122:9
127:7 142:15 143:2
143:7,12,13,24
144:1,15 145:2,3
151:11,22 152:6
153:9 165:6 185:15
203:7,23 204:7
212:2,8 213:9,23
219:11 220:11,25
221:4 231:20
**entity** 217:24
**entrance** 177:21
**environment** 170:10
172:15
**ERRATA** 237:1

**ESQUIRE** 107:3,8
**established** 172:8
**et** 236:4
**European** 113:14
**evening** 174:2
**eventually** 120:12
**everybody** 180:1,3
211:10
**exact** 181:18
**exactly** 116:6 128:21
128:24 158:19
173:18 187:19
224:24 225:14
**EXAMINATION**
107:19 226:9
**example** 191:19
192:23 197:13
199:23 200:24
**Excuse** 175:18
**execute** 166:7,18
**exhibit** 213:5,13
214:8 233:23
**expensive** 154:11
**experience** 122:8
143:14 150:24
151:21 161:10
185:14 209:19
227:8 231:11
**expertise** 158:16
161:10
**Expiration** 238:18
**Expires** 235:14
**explain** 145:15 233:2
**explained** 197:8
**expo** 123:22
**extent** 151:17 166:22
**eye** 109:2
**E11evens** 140:19

## F

**F** 239:3
**faces** 188:8
**fact** 201:15
**facts** 239:17
**familiar** 113:18
**families** 209:1,3
**family** 119:24 121:13
172:14,15
**famous** 123:9 139:12
**fantasy** 192:9 211:22
**far** 130:18 155:14
190:3

**father** 109:16 112:7
140:7,9,23 141:8
215:7
**father's** 140:24
**favor** 154:16
**feasible** 118:4
**Federal** 130:17
**fee** 123:10 149:21
181:5,7 184:14
193:10 219:2
**feel** 207:2,5
**fees** 179:20 180:25
205:5,6
**Fellas** 124:4
**felony** 221:21
**felt** 158:21
**female** 144:10 153:19
**females** 153:17
207:13
**Festivale** 139:11
140:1,5 141:5,12
**fight** 149:17 209:22
209:24
**fighting** 191:20,21
**fights** 188:11
**figures** 194:4
**file** 160:3
**filed** 236:12
**filled** 213:2
**final** 149:17
**finally** 109:22,25
114:11
**finance** 119:24 120:1
120:6,11
**finances** 110:2
**financially** 239:14
**find** 127:15 168:21
183:12 206:20
226:12
**fine** 197:7
**finish** 109:23 119:4
119:12,18 169:7
207:7
**finished** 119:11
121:18
**fire** 168:17
**fired** 157:20 166:9
**firm** 196:2
**firm's** 196:12
**first** 108:25 112:5
118:21 123:8 135:7
135:15 137:14,15

138:22 202:20
210:10 213:7
**five** 119:13 124:20
139:4 145:18
146:20 178:14,14
178:16,16,17,18,19
178:24 180:11
189:2 193:9 194:21
208:22 230:1
**five-month** 229:24
**fix** 160:23,24
**FL** 236:2
**flip** 211:16
**floor** 152:7,9,10
156:16 177:13
178:8 209:25
**Florez** 106:9 173:22
174:12
**Florida** 106:1,8,20
107:4,9 109:12
110:19,20 111:16
118:12,17 123:15
206:21 224:1 235:7
235:13 236:18
238:3,17 239:5
**Flower** 130:14,16,17
131:5,13,18
**follow** 166:8 173:18
186:4 194:5,6
197:9,14,21,23
198:4,10 199:9
206:12
**followed** 230:24
**following** 195:17,19
199:19 218:6
229:18
**follows** 108:1 171:3
175:21
**food** 134:23 140:1,18
140:20 202:11
212:12
**football** 112:13,16,17
112:19,21 113:23
113:25 114:22
115:14 121:18
134:21 225:11,19
**foregoing** 239:9,10
239:17
**forget** 169:19
**forgot** 124:15
**form** 125:7 126:20
127:17 129:4,8

148:24 154:6
156:20 157:4,8,24
158:3,8,13 159:18
160:8 161:5,13,25
162:3,15 163:11
164:6,19 166:20
167:3,7 168:14
170:1,13,16,19
171:10 172:12,18
173:6,17 177:10
178:20 179:12,22
180:7,13 181:22
182:9,18 183:4,9
183:20,23 185:17
185:24 186:17
187:11,18 188:2,17
189:22 190:10,13
191:3,9 192:20
193:16,21 194:12
194:15 195:1,10,22
196:23 197:1,24
198:11,16,21
199:13,21 200:3,12
200:18 203:11
204:5,20 205:1
206:14,18 207:19
208:1 209:4 210:16
210:24 218:23
226:22 228:17
229:4 230:16 231:2
231:8,14 232:22
**format** 162:5
**Fort** 122:20,24 124:3
**forth** 118:5 141:23
218:13
**Forty-fifth** 139:14
**forwarded** 236:12
**for-profit** 106:8
**four** 113:10 139:4
222:7,13
**four-year** 114:12
**Fox** 216:3
**free** 193:3 206:3,10
**Friday** 136:6 156:11
236:10
**friend** 139:11 192:24
**friends** 125:21,23
126:1,7,10
**front** 110:22
**Ft** 236:18
**full** 188:7
**fun** 169:18,19

**further** 115:20
232:24 234:1
239:12

_____
**G**
**game** 110:18 111:16
132:22,23 134:22
**garter** 188:6,15
**garters** 187:23
**gas** 211:17
**general** 166:3 215:22
**generate** 204:25
**generated** 204:22
**gentleman's** 123:8,12
123:23,24
**geographic** 195:9
**getting** 109:1 110:4
111:1 132:21 155:1
161:7 162:7 169:16
186:5,8 187:16,16
197:18 201:1 205:6
211:12
**ghetto** 161:7
**Giardiello** 114:18
**girl** 146:23,23 151:2
190:24 192:25
**girls** 123:11 134:2,5
134:12,15 158:7
161:14 162:18,25
163:3,4,9,15 167:1
167:14 168:2,6,8
170:22 180:20,24
183:2 185:10
190:20 193:14
198:3 207:23
208:14,24 229:2
230:10
**girl's** 180:20 191:21
**give** 151:2 152:24
158:7 159:21
163:24 165:23
170:16 175:1
181:13 187:9
190:21 191:5,12,24
192:23 193:9,12,17
197:13 199:22
200:24 201:15
214:1
**given** 239:11
**gives** 170:11
**giving** 153:4 190:24
191:1

**givings** 182:7
**glasses** 209:8
**go** 110:14,19 121:12
121:14,15 128:16
128:17 130:21
133:17 141:14,24
144:11 145:17
146:19 148:6,10
149:18,20,20 150:6
150:25 152:22
155:4 160:17,19
164:22,23 169:7,9
169:17 182:11,24
183:22 185:16,19
186:23 190:23
191:19,22 192:4
196:2,2 198:25
199:18 202:22
207:9 208:9 209:10
209:18 211:10,12
211:15,18 227:11
229:18 231:12
**goes** 128:8 146:23
148:5 149:9 154:25
185:3 199:8 201:3
201:10 227:7
**going** 109:22,24
117:21 119:4,18,23
120:3,7,12 125:2
128:7 131:12,22
132:22 133:16
135:20 137:22
139:5 141:25
149:19 154:22
159:6,18 160:17,23
167:25 174:5 185:3
189:5,13,14 192:23
196:3,11,12 197:13
199:22 200:24
202:20 207:15
209:22 211:18
212:3,9,9 216:10
217:25 221:10
224:12 229:1,19
231:13
**Gold** 122:16,20
123:4,5 124:3
134:2,4,5,6,13
142:18 146:13,14
151:14 152:8,12,16
152:18,20 210:5
212:3,23,24,24

213:10 216:7,13,15
216:17 217:10,13
217:18,21 218:4,5
218:8 219:9
**Golds** 122:14,17
124:12
**golf** 109:18
**golfer** 109:17
**good** 111:2 134:15
138:18 181:20
182:17 183:18
191:17 194:14
202:21
**Google** 109:3 140:5
220:23
**gosh** 115:10 121:23
124:9 137:19
138:24 223:2
**government** 109:6
**gowns** 123:11
**graduate** 123:10
165:21
**grandfather** 108:22
118:14 121:6
**grandmother** 118:14
121:7,11
**grandparents** 118:13
120:14,22,24
**great** 108:23 134:16
195:4 232:19 233:1
**grew** 125:23 126:1
**grocery** 212:16 215:7
**group** 116:7,19,20
117:7,12,12 118:9
153:19 198:18
**Gryphon** 136:13,15
**guess** 122:11 157:17
188:21
**gun** 158:24 184:12
187:7
**guy** 136:20 138:19
193:12 201:3,16
205:17
**guys** 111:14,14
125:17 126:25
138:20 146:1

_____
**H**
**H** 107:22
**half** 148:11 150:16
**Hallandale** 222:19
222:19 223:5

**hand** 171:9,11,13,14
188:16 238:10
**handle** 182:24
**hang** 121:6 176:17
**happen** 127:16 167:6
**happened** 147:25
148:1 228:24
**happens** 139:6
150:12 169:11
**hard** 110:2 112:25
135:11 136:5 137:7
137:8,9 138:19
158:23,24 185:10
211:6
**Harvard** 165:21
**head** 136:15,22
184:12 187:7
**headquarters** 217:2
217:3
**heads** 136:12
**hear** 162:18 169:9,12
187:4,5 191:18,22
191:25 192:12
193:23 194:9
195:21 208:20
209:7,7
**heard** 156:6 191:11
191:20 196:14
203:19 211:23
231:24 232:6
**Heat** 132:23
**held** 147:11
**hello** 127:19 132:12
**helm** 112:2
**help** 136:5 141:22
161:3 163:8
**helped** 144:20
**Henderson** 218:14
**Hendersonville**
214:21,22 216:22
217:22
**Heriberto** 106:9
147:1 163:21
171:17 182:15
184:18
**hey** 146:20 209:10
**Hi** 117:20
**Hialeah** 145:6
**high** 110:3,4,17
111:9 114:3 119:5
165:3,4,5,6,7,8,12
165:14 166:3,18,23

168:21,25 169:12
**hip-hop** 165:4,15,16
**hired** 156:12,13,17
  157:2
**hires** 159:13
**hit** 159:9 170:17
**hold** 159:14,17 160:4
  164:11,15,15,17
  169:2 176:6 190:7
  207:6 214:20 232:2
  232:2
**Hollywood** 106:20
  107:4 131:4 133:15
  137:10 212:21
**home** 131:12
**hope** 233:10
**hopefully** 211:11
**hoping** 150:6
**horse** 119:8 207:4,10
**Hospital** 109:2
**hospitals** 108:25
**host** 152:7,7,9
**hosts** 152:10
**hotel** 136:21
**hour** 131:2 148:11,12
  150:16
**hours** 119:15 207:13
  236:10
**house** 122:15,16,17
  122:22,22 123:10
  129:20 145:18
  146:9,24 148:16
  175:5,10 179:20
  181:5,7 184:6,14
  187:1 193:10 203:5
  226:20 228:8
**how's** 135:20
**Hulk** 116:5
**human** 207:16
**hundred** 143:3,16
  148:11 156:19
  165:18 166:5
  168:22 173:7
  177:11 207:12,13

**I**

**idea** 127:5 133:13
  164:2,2 182:7,16
  183:3 192:15
  194:16,18,25
  203:22 204:17,18
  224:12

**ideas** 173:1
**Identification** 233:24
**identified** 157:22
**II** 106:13
**ill** 121:8
**impact** 200:9,14
**important** 168:25
**impressed** 119:13
**include** 166:25
**incorporated** 223:7
  224:3
**incorporators** 223:25
**increased** 159:4
**industry** 127:7 149:3
  195:8
**information** 111:2
  148:23
**INSUA** 106:9,9
**intelligent** 119:9
  165:20,21
**interest** 117:15
**interested** 141:15
  239:15
**interesting** 125:3
**international** 117:12
  212:3 213:10 215:1
  215:14 216:7,12,15
  217:10,12 218:4
  219:9
**interviewed** 157:6,10
  159:12
**introduce** 157:14
**invented** 123:10,12
  136:20
**involved** 125:4
  134:24 139:10
  147:10 149:23
  150:1,15 182:2
  183:8,10
**involvement** 147:13
**Irish** 108:16,18
**Islands** 108:24,25
**Isles** 122:25
**issue** 115:14
**issued** 227:3
**Italian** 108:19
**Italy** 112:12 113:6
  225:8
**I-95** 139:21

**J**

**J** 107:3 122:13

123:13,17,24
  220:12 221:3
**January** 155:23
**Jenners** 144:12
**Jerry** 218:14
**job** 159:5,7,8 166:18
  174:7 182:13 184:1
**jobs** 124:12
**Joe** 156:4 160:16
**John** 136:16 166:12
**Johnny** 218:13
**joke** 222:11
**joking** 222:13
**jumped** 180:4
**Junior** 110:15 111:20
  111:21

**K**

**keep** 141:25 166:17
  166:23 168:20
  189:21 224:13
**keeps** 145:18
**Kentucky** 211:10
**kid** 122:14 171:20
**kidding** 222:15
**kind** 113:2 116:7
  147:13 172:15
  176:6 183:1 185:8
  185:9 207:16
  218:22
**knew** 138:18 157:16
  173:3 204:15
**knocked** 123:3
**know** 112:24 113:4
  113:15,18 114:13
  115:3,14 116:25
  119:14 124:5,9
  125:12,22,23,24,24
  125:25 126:2,10,11
  126:14,21,22 127:4
  127:6,8,13,24
  128:10,16,18 130:2
  130:4,15 131:3,4,5
  131:20,21,22 133:1
  133:4,6,16,19,22
  134:1,8,10,12,16
  134:18,21 135:5,20
  135:25 138:15,19
  138:20,20,21 139:1
  139:16 141:14,22
  142:6,7,9,12,23
  145:19 147:24

148:22,23 149:4,8
  149:11,23,24 150:2
  150:13,15,17 151:4
  151:4,7,15 152:16
  152:19 153:1 155:3
  156:15,22 157:1,12
  159:20 160:22
  161:15 163:1,25
  164:1,4,5,10,13
  165:5,7,15,16,25
  166:12 167:17,21
  167:24 169:21
  170:17 173:15,16
  174:1,5,22 176:6
  179:6,14 180:19
  181:17,18,19,24,24
  182:1,2,12,13,21
  183:1,12,24 184:4
  184:6,9,13,13
  185:4 186:1,1,12
  186:23 187:5,6,6,7
  187:12,15,16,17,20
  187:21,23,24 188:4
  188:22 189:2,3,10
  189:24,24 190:3,19
  190:20,20,21,24
  191:2,6,10,11,12
  192:5,13,21,22
  193:5,8,22,23
  194:4,4,5,22 195:3
  195:4,5,5 196:5,10
  196:11 197:5,6,9
  201:5,17 202:1,10
  204:9,13 205:3,25
  206:9,13,17,19
  207:17 208:5,5,9
  208:10,11,14,15,22
  209:1 211:11
  213:10 218:12,17
  219:4 220:11,21
  222:5,7,15 224:23
  228:1,1,2,5,13,13
  232:9,11,12 233:14
  233:17
**knowledge** 125:13
  147:21 150:1,24
  153:4,7 187:20
  205:3 228:19
**knowledgeable** 149:3
**known** 229:20
  231:18,19

**L**

**lady** 131:20 140:19
**laid** 135:15
**Lakes** 117:3
**language** 185:6
**lap** 145:14,21 146:1,2
  146:16,20 147:11
  148:4,6,8,16,18,19
  149:5,10,14,19
  150:7 151:8 189:13
  205:2
**laptop** 179:17
**Larry** 111:14
**Lauderdale** 122:20
  122:24 124:3
  236:18
**LAURA** 106:9
**law** 196:2
**lawsuit** 129:1,6,13
  134:25 138:13
  155:5
**lawyers** 136:17
**lazy** 181:25
**leader** 113:2
**league** 112:23 114:22
  225:13
**learn** 128:1,5 195:20
**leave** 169:9 173:25
  179:24 180:2,8,12
  196:10 199:18
  230:23 231:1
**leaves** 179:25,25
  199:7 231:10,12
**leaving** 121:10
  196:10 229:1,3,17
**Lee** 109:18
**leeway** 179:2
**left** 118:15 177:20,21
  178:13 230:3,4
**legalities** 233:16
**lengthy** 127:8
**letter** 129:20 236:14
**let's** 110:6 133:17
  141:24 151:10
  195:23 197:9
**level** 166:18
**life** 122:2 128:18
  156:17
**Lifestyles** 123:9
**line** 184:1 237:2
**linebacker** 115:2

**list** 141:16 163:24
  164:24 180:24
**little** 111:3 118:23
  119:8 130:14,16,17
  131:5,13,18 178:21
  179:7 185:9 186:24
**live** 109:15
**lives** 133:2
**local** 123:14
**located** 122:19 212:5
  212:6,20
**location** 127:12
  201:24 212:7
  216:25
**locations** 198:10
  210:21
**long** 115:4 131:22
  138:23 155:16
  172:9 179:6 180:19
  224:10,25 231:19
**longer** 128:2 179:7
  224:20
**long-time** 172:8
**look** 108:22 184:10
  213:17 214:11
  219:6 225:16
**looking** 139:4 159:21
  175:24
**lose** 113:5 209:23
**loss** 136:10
**lost** 158:11
**lot** 109:21 122:8
  143:14 151:21
  172:7,15 181:25
  210:14 227:6
**love** 109:18,19 122:4
**low** 145:10 161:7
**loyal** 159:15
**loyalty** 159:8,11
**Luchini** 140:13
**luck** 202:21

---

**M**

**M** 107:8
**machine** 169:24
**Madeline** 114:18
**mail** 228:9
**main** 121:12 216:5
  218:13
**major** 119:19,20,21
**making** 156:6 181:20
  182:8,8,17 185:15

207:15 208:12,19
  222:11
**male** 116:19 118:9
  144:10 168:3
**males** 153:17 207:12
**man** 160:25
**manage** 152:1,6
  153:14 192:11
**managed** 152:4
  153:10,11
**management** 153:23
  154:2 158:5 161:3
  161:11,19 162:10
  163:1,8,17 164:9
  164:14 166:3
  168:12 170:23
  232:20
**management's**
  166:22
**manager** 143:19
  149:25 152:8,10
  160:3 168:15
  185:12 209:9,11
  215:21,22,22
**managers** 147:17,20
  152:11 177:13,17
  178:7 181:10 200:8
**managing** 192:10
**Manny** 147:1 156:4,9
  156:22 157:3
  167:10 171:5,19
  173:3,9,12,15
  205:15 209:10
**Manny's** 172:3
**MANUEL** 106:9
**mark** 213:5 214:7
**marked** 233:23
**Market** 212:12,13,14
  215:5,6,11,20,21
  216:18
**Marketing** 114:18
**marking** 213:12
**Marzano** 216:3
**mass** 130:22 131:2
**master's** 120:8
**materialize** 216:11
**matter** 236:7
**McCorkle's** 111:14
**McDonald** 107:8,8
  108:3,6 125:14
  126:24 127:21
  129:5,9 149:1

154:9 156:24 157:5
  157:13,25 158:4,10
  158:17 160:1,5,9
  161:9,18 162:1,6
  162:20 163:12
  164:7,12,20,21
  166:21 167:4,11
  168:19 169:4 170:5
  170:15,20 171:4,12
  172:13,19 173:8,20
  175:22 176:5
  177:12 178:23
  179:15,23 180:10
  180:16 182:5,10,25
  183:5,14,21 184:7
  185:20 186:2,20
  187:14,25 188:5,20
  190:1,8,11,16
  191:7,15 193:6,19
  194:1,13,17,23
  195:6,11,25 196:24
  197:3,25 198:12,17
  198:22,24 199:14
  199:24 200:4,13,19
  203:16 204:6,11,23
  205:4 206:15,23
  207:8,21 208:2
  209:14 210:17
  211:4 213:14,16,18
  213:21,25 214:3,7
  214:10,15,17
  218:24 221:13,16
  221:18 226:3,11,22
  227:6 228:17,19,22
  228:25 229:4,7,10
  230:9,16 231:2,8
  231:14 232:22,25
  233:2
**MCDONLAD**
  107:18
**MCLUSKEY** 107:8
**McMahon** 115:24
  116:3
**mean** 114:14 117:19
  125:20 161:1
  164:13 170:16
  183:24 185:8 199:2
  201:18 202:2
  205:14 206:25
  220:10 227:24
  230:15 231:3
**meaning** 201:19

218:10
**means** 196:17
**medical** 110:5
**medicine** 119:20,22
  119:24 120:2
**meet** 127:2 131:4
  133:12 139:9
**meeting** 132:10
  184:22
**meetings** 185:12,12
**members** 172:14
**mentioned** 134:8
  142:19 144:23
  169:24 190:25
  198:8
**message** 156:7
**messaged** 175:12,13
**messages** 175:15
**met** 110:18 126:5,13
  126:15 137:11
  156:9 157:2,7,9
  159:11 171:5
**Miami** 107:9 110:17
  111:9 114:7,9
  123:4 132:23 133:3
  133:4 152:8
**Michael** 122:13
  123:6,7,13,17,24
  142:18 144:24
  151:16 220:12
  221:3
**Michele** 233:8
  236:17 238:17
  239:8,22
**middle** 108:12 115:2
  156:16
**midgets** 144:10
**Midwest** 120:13
**Milan** 113:10
**Milian** 112:12 113:6
**million** 136:21
  145:11,13,23 146:2
  193:11
**Miltons** 123:2
**Min** 172:2
**minimum** 190:25
**Minneapolis** 120:16
  124:12,13 151:18
  204:15
**Minnesota** 115:23
  120:14,16,23
  151:18 219:11,23

220:1,2,7,14,16,17
  221:2,8 225:2,6
**Minnie** 157:18,18
**minus** 178:1
**minute** 206:10
**minutes** 180:9
**mischaracterized**
  229:8
**Mississippi** 114:6
**mistake** 184:4
**misunderstood**
  126:14
**Mitch** 125:24 132:1
  138:9 163:15,18,20
  164:23,24 168:17
  168:20 170:7 186:4
  190:22,25 197:14
  197:23 230:13
**Mitchell** 106:4
  107:13 125:5,11
  126:11,15 128:1
  130:7 131:25
  132:18 133:1 138:4
  163:10 236:4
**Mitch's** 177:6
**MN** 219:12
**Moe** 215:7 216:1,2,3
**mom** 114:10,15
  121:12,13 228:2
**Monday** 185:13
  236:10
**money** 146:10 147:7
  151:2 155:14 159:5
  161:17 177:24
  180:20 181:6,21
  182:1,8,8,17,17,23
  183:1 184:2,24,25
  184:25 185:5,16,23
  186:9,24,25 187:21
  187:22,22 189:16
  189:20 193:24
  194:10,14 196:21
  199:12 202:12
  204:17,19,24
  207:17,25 208:4,8
  208:11,19,21,23
  209:2,6 210:15
  211:15,19 231:25
**Mons** 203:17
**monsters** 193:4
**months** 135:17
  194:25 230:1

**Moore** 111:13
**morning** 130:22
  139:4 228:4
**mother** 109:16
  226:21 227:14,14
**move** 185:21
**moved** 112:5 214:25
  216:12
**moves** 206:11
**mumbling** 176:7
**music** 161:6,12,20
  162:8,8,13,14,17
  162:21 163:9 167:1
  168:12
**music's** 189:12

**N**

**N** 107:15 140:14
**name** 108:6,8,12
  115:5 116:21
  124:15 140:11,24
  164:3 165:13
  203:17 212:4,9
  215:25 216:10
  217:14,16,17,25
  218:7 219:24,24,25
  220:18 221:5,7
  222:21 236:13,22
**named** 218:1
**Nap** 223:11,13 224:2
  224:4,8
**national** 110:16
  144:11
**Native** 108:19
**natural** 185:25
**near** 133:6,8
**necessary** 236:8
**need** 119:10 152:25
  155:3 208:17
**needed** 157:23 158:5
  158:15 167:5
  168:12
**negotiating** 216:10
**never** 115:17,21
  116:13,15 118:15
  121:10 126:13
  129:21 145:21
  154:18 157:2,6,6,9
  157:9 159:11
  164:25 171:11
  172:21 173:9
  182:20 187:21,22

**188:14 191:11
  203:20 218:3
  221:24 226:19
  227:2
**New** 109:2,6 123:19
  124:4 151:20
**news** 121:6
**night** 116:22 117:6
  174:8 175:2 176:14
  176:25 179:7
  190:20 191:14
  192:11 205:19,20
  205:21
**nights** 136:6 191:12
  193:14
**Nighttime** 206:10
**nine** 208:22
**nonsense** 154:15
**North** 110:1,15,17
  111:9,18,22 123:4
  152:8 213:22
  214:22,24 216:11
  216:22 217:22
**Northeast** 109:11
  133:11 135:4,14
  236:2
**Notary** 235:12
  238:17
**notice** 236:6
**November** 176:1
**Nuchini** 140:12,14
  140:15,21,24
**nudity** 202:15,21
  203:1,4,5
**number** 114:17
  116:20 158:22
  159:9 160:22,24
  176:15 177:7
  233:23 236:4,9
**numbers** 160:21,21
  175:2 176:14,20,24
  181:18
**N-A-P** 224:6

**O**

**OATH** 238:2
**object** 125:7 126:20
  127:17 129:4,8
  148:24 154:6
  156:20 157:4,8,24
  158:3,8,13 159:18
  159:24 160:8 161:5

**161:13,25 162:3,15
  163:11 164:6,18
  166:20 167:3,7
  168:14 170:1,13,19
  171:10 172:12,18
  173:6,17 177:10
  178:20 179:12,22
  180:7,13 181:22
  182:9,18 183:4,9
  183:20,23 185:17
  185:24 186:17
  187:11,18 188:2,17
  189:22 190:7,10,13
  191:3,9 192:20
  193:16,21 194:12
  194:15 195:1,10,22
  196:23 197:1,24
  198:11,16,21
  199:13,21 200:3,12
  200:18 203:11
  204:5,20 205:1
  206:14,18 207:19
  208:1 209:4 210:16
  210:24 218:23
**objection** 226:22
  228:17,18 229:4
  230:16 231:2,8,14
  232:22
**obligated** 187:6
**obtain** 119:3
**odd** 159:10
**office** 130:15 177:16
  184:22 236:9
**official** 238:10
**oh** 110:25 115:10
  119:21 121:23
  123:16 125:11
  138:24 139:19
  145:14,14 147:8
  151:23 166:14
  171:6 172:11
  181:17 194:11
  199:10 201:11,20
  202:20 223:2
  224:18
**Ohio** 121:5,5
**okay** 109:13,20
  111:15 112:1,10
  113:3,6,16 114:4
  114:19 115:11
  116:11 117:24
  118:6,16,20 119:6

**119:17,21 121:4,9
  121:15 122:3,5,21
  123:1,21,25 124:11
  124:16,22 126:6,14
  126:18 127:12,22
  128:5,9,20,23,25
  129:12,21 130:1,11
  130:13,19,24 131:8
  131:15 132:24
  133:10,14,20
  134:17 135:8,24
  136:11,19,24 137:1
  137:3 138:22,25
  139:19,24 140:2,4
  140:17 141:6,20
  142:13 143:11,14
  143:17 144:3,14
  145:7,9 146:4,17
  146:25 147:3,8,18
  148:3,22 149:8,18
  150:11,12,21,23
  151:6,10,12 152:5
  152:19 153:5,6,13
  153:20 154:10,14
  154:21 155:6,9,15
  155:24 156:9,25
  157:21 159:3,4,6
  162:23 163:7 165:9
  165:22 166:1,22
  167:12,22 168:2,23
  169:10,15 170:6,8
  171:16,22 173:12
  174:6,9,18 175:1,9
  176:19,22 177:1,4
  178:2,16,24 179:3
  180:5,11 181:3,6
  184:19 188:12
  189:4,15,19 190:2
  192:3,12 194:8
  198:3 200:22,25
  201:2,8,11,20,23
  201:25 202:4,17
  203:7,18,25 204:12
  205:9,16,22 206:2
  206:8 207:9 208:7
  210:1 211:5 212:11
  212:22,25 213:7
  214:11,12 215:2
  216:2,14,19 219:5
  219:8,12 220:8,14
  220:18 221:17,24
  222:1 225:25 226:7

**226:17 227:1,6,12
  227:19 228:7,10,20
  229:3,9,9,12 230:1
  230:5,20,23 231:17
  231:23 232:15
  233:12,15
**Oklahoma** 121:5
**once** 125:19 126:22
  159:9 160:24
**ones** 134:1,15,16
  181:12 207:20
**open** 120:12
**opened** 122:15
**opening** 136:18
**operations** 182:14
  188:9
**opportunity** 116:14
  210:14
**Optimus** 112:24
  114:2
**order** 231:20
**ordered** 233:5,21
**ordering** 236:12
**oriental** 109:2
**original** 236:12
**Orlando** 110:18
  111:13
**Oscar** 156:21
**oversaturated** 195:3
**overseas** 112:11
**oversee** 149:7
**overthrew** 109:5
**owned** 215:7 218:11
  222:5,25
**owner** 117:21 123:8
  124:17 137:6
  143:19 144:4
  152:17 156:5,14
  157:3,11 159:4,5,8
  159:11,12 162:11
  163:5 171:7 201:6
  216:5 217:22
  218:14 219:3 223:9
  223:17
**owners** 109:22 139:9
  143:21 163:17
  218:15 223:15
**ownership** 117:15
  162:9,13 163:1
  218:22 219:1
**owner's** 215:25
**owns** 117:17 136:17

140:6 192:24
**o'clock** 234:3

**P**

**PAGE** 107:16 237:2
**pages** 106:14 239:10
**paid** 114:24 158:23
181:1 184:16
192:17,17 207:11
228:14
**Palace** 211:23 213:10
214:18 216:9,13,21
217:6,11,22,25,25
**Palm** 116:24 117:3
139:18,21 141:18
**Pangaea** 136:13,15
136:18
**paperwork** 226:24
**park** 111:14 131:21
205:18
**parked** 130:21
131:18
**Parker** 220:12 221:3
**parking** 130:20
131:7 205:7,8,10
205:13,14,15
**part** 116:12,13
143:21 149:13
150:16 155:1 159:1
159:2 162:7 219:2
**parties** 239:13
**partner** 117:16
**partners** 218:17,18
**party** 108:24
**part-time** 118:9
**passed** 118:13,14
120:14,22 121:11
203:15
**passing** 171:15
**pasta** 139:11,25
140:1,5 141:5,12
141:14
**pasties** 203:6
**Patrick's** 108:21
**Paul** 115:23 225:6
**pay** 112:6 131:21
146:7,22 150:18,25
154:5,7,12,17
155:15 180:24
181:4,7 183:25
184:3,5 186:18
188:3 193:2,10,25

207:2,12 208:3,9
208:11,17,18,23
**paying** 143:9
**pays** 146:9,24 147:1
149:10 159:13
**peers** 113:1
**penalties** 239:16
**people** 126:4 127:25
143:8 163:10 166:6
169:9 172:7,14,15
178:15 192:16
197:9 198:19 200:8
207:22 208:21
**perceive** 116:14
**percent** 143:16
156:19 158:25
165:18 166:5
168:22 173:7
177:11 181:16
202:12
**percentage** 117:18
**perfect** 109:2
**performed** 117:4
**period** 127:8 229:24
**perjury** 239:16
**person** 157:7 178:12
178:13 207:11
224:4,5
**personal** 128:18
133:21 182:20
208:6 224:13
**personally** 231:24
232:6 238:7
**person's** 128:18
**Peter** 107:3 209:17
226:5
**Peters** 122:13 123:6
123:7,13,17,24
142:18 144:24
151:16
**Philippine** 108:24,25
**Philippines** 108:19
109:6
**phone** 107:5,10
128:6 132:1 137:16
137:17 139:8 141:4
142:10 173:9
174:25 175:6,7,10
175:17 176:15
177:3,5,6 197:6
222:8
**phonetic** 140:12

**phrase** 196:14
230:10
**physically** 132:2
**pick** 130:24
**picked** 130:11 131:1
131:8,19
**pimp** 230:22
**piss** 211:1
**pissed** 196:3,12 210:8
**place** 129:7 169:17
169:18,19 202:20
205:14
**Plaintiff** 106:6 107:2
**plastic** 109:1
**Platinum** 124:4
142:18 151:16
**Platinums** 122:15,18
**play** 111:23 112:21
113:17 115:1,4,5,8
115:12 162:18,24
162:25 163:5,16,18
163:20,23,24 164:9
164:24 165:10,11
165:12,15 168:17
170:2 186:4 195:21
**played** 110:9 112:12
113:6,20,25 114:2
114:6,21 162:8,17
162:21 163:6,10
165:3 168:16 185:8
225:7,10,18
**players** 112:25
**playing** 110:1 112:23
166:12
**Playmates** 201:9
**please** 233:20 236:6,9
**pocket** 184:5
**point** 110:3,4 119:5
128:25 157:15
**Pompano** 204:2
**pop** 133:18
**Porky's** 142:17 145:1
**position** 115:1
**possible** 159:5
**practicing** 113:4
**Predicate** 228:19
**premises** 203:9
**PRESENT** 107:12
**president** 223:18,21
223:22,23
**presume** 133:19
**pretty** 149:2 179:25

180:1 181:11
183:18
**prevention** 136:10
**Price** 222:20,22,23
224:9
**priced** 118:19
**prior** 112:23 131:24
167:14
**private** 148:10,13,15
148:20 149:5 150:9
**pro** 110:2 112:11,12
**probably** 114:14
165:21,25 178:14
180:8,9
**problem** 130:3
137:21 138:3,5
227:21,23 232:17
**problems** 115:15
157:21 159:6
169:20,21 233:7
**proceedings** 108:1
171:2 175:20
233:25
**process** 227:16,25
**produced** 145:11
**production** 215:1,14
216:25
**productions** 212:3
213:11 216:8,13,15
217:11,13,18,21
218:5,5,8 219:9
**products** 140:1
**profession** 195:24
**professional** 116:1
121:18,19 225:7,11
225:19
**professionally** 113:7
114:22
**profit** 203:8 208:12
**profitability** 200:10
200:14
**profits** 181:16 198:19
199:18 202:6
**promoting** 139:4,24
**promotion** 154:12
189:12
**properly** 188:11
**property** 123:3,6
215:8
**protection** 183:25
**provide** 159:11 160:6
**Public** 235:12 238:17

**publication** 141:1
**Pure** 122:15,17 124:3
142:18 151:16
**purpose** 132:10
**pursued** 121:19
**put** 123:11 136:21
142:25 143:3,4
144:20 184:12
187:7,23 189:9
209:19 215:5
220:24
**Putch** 156:4 160:16
**putting** 125:9 141:15
144:7 193:1
**P.A** 106:19 107:3,8
**p.m** 166:16 171:1
171:2 234:3 236:10

**Q**

**quadrupled** 160:22
**quarter** 180:15,17,18
225:6
**question** 135:7
144:14 153:25
158:9 159:19
164:19 169:3
194:21 197:19
210:10 225:17
228:10 229:6 230:7
230:9 232:13
**questions** 108:4
125:12 159:25
213:20 214:6 226:4
226:11 228:25
**quick** 115:2 208:21
226:8
**quiet** 224:13
**quietly** 176:13

**R**

**R** 239:3
**Rachel's** 139:15,16
139:17,18
**Rainbow** 212:11,14
215:5,6,11,20,21
216:17
**rang** 175:17
**rank** 160:3
**Rattlers** 115:7,8,9
225:19
**raw** 138:19
**reaction** 184:16
**read** 176:12,12 233:6

233:19,22 236:11
239:16
**reading** 176:7 233:3
**ready** 121:14,15
190:22,22
**real** 130:20
**reality** 192:6,6
209:16 211:21
**really** 127:24,24
150:5 153:22 160:6
182:19 191:13
209:12
**reason** 121:12 123:23
**recess** 171:1
**record** 125:10 175:19
198:23 224:13
239:11
**recruiting** 201:21
**REDIRECT** 107:19
226:9
**reference** 216:6
**referenced** 213:7
**referring** 168:6
**register** 178:10
**registered** 223:9
**regular** 125:17
150:22 183:18
185:21 211:2
**relationship** 155:11
211:14 224:9
**relationships** 198:9
**relative** 239:12,13
**relaxes** 109:17
**relevant** 154:24
155:10
**reliving** 232:18
**remember** 124:8
142:8 158:1 226:15
227:13,20
**remembered** 203:17
**Renegades** 116:21,23
116:24 117:4
**rent** 208:17,18
**replaced** 166:11
**report** 174:7,14
**Reporter** 170:24
214:1
**Reporting** 236:17
**represent** 108:6
**requested** 165:10
**requesting** 167:2
**require** 231:21

**respect** 143:6 167:23
**responsibilities** 179:9
**responsibility** 150:15
190:15
**responsible** 184:3
**rest** 131:19
**restaurant** 132:9
141:13
**restaurants** 140:3
141:3
**resumé** 119:14
121:21 124:7 125:2
141:24 142:5
152:22,23 153:2
223:2,3 224:15,23
225:12,16
**return** 236:14
**revenue** 185:2
204:22,25 207:14
207:16
**Rich** 123:9
**Richard** 145:12
146:3 201:6
**Richard's** 201:6
**right** 108:4 111:11
111:19 117:5,14
121:1 123:19
124:24 129:3,10
130:6 131:11,13,17
131:24 139:14
147:5 148:23
152:21 153:8 155:7
156:15,18 157:3,10
157:14,22 158:21
160:10 161:2,4,23
162:2,12,14 163:13
163:20 165:15,16
166:10,18 169:24
173:21,23 174:16
177:9 178:19
181:21 183:2,6
184:2 186:6,10,13
187:9,10 189:8,12
190:4 191:8,16,18
192:8,14,18 193:15
193:20 194:2,8
195:12,14 196:1,4
196:6,9 197:17
198:2,5,6,14,15,20
199:3,5,20 200:17
202:6,9 203:3
204:19,25 206:24

209:1,15,20 210:3
210:4,19,20 215:11
215:18 217:21
221:9 222:25 223:5
226:16 227:9,20
229:20,25 233:4,8
**ring** 149:12,16
150:22
**rings** 149:15
**road** 118:15 121:2,11
122:1 142:24
153:11,12 158:19
**Rob** 215:6 216:1,2,3
216:5
**Rob's** 210:5
**Rock** 136:5 137:7,8,9
**Rolando** 155:13
163:22 170:4
174:20 176:21
185:11
**role** 147:20 166:23
**room** 130:7 145:25
148:8,9,10,13
149:5,20 150:3,8,9
151:8 178:5,8
191:21,23 209:8
**rooms** 147:11,14
148:7,15 149:13
205:3
**Rosario** 106:4 107:13
126:11,16 128:1
130:7 131:25
132:19 133:1 138:4
163:10 236:4
**rotation** 186:5
**rough** 152:24
**Royale** 211:24
213:10 214:18
216:13,21 217:6,22
218:1
**rules** 123:11
**run** 146:1 158:24
160:12,14 182:14
183:16
**running** 121:20
161:16 232:20
**runs** 123:22 146:6
148:23

_____
**S**

**S** 107:22
**Saint** 108:21 225:6

**SAITH** 234:1
**salary** 147:21 189:18
**sale** 150:22
**sales** 141:23
**Sammy** 137:6
**sat** 156:11 171:25
172:21
**Saturday** 136:6
**saw** 130:7 131:25
132:2,4 135:3,13
135:15 161:20
171:19 187:22
188:14,24
**saying** 131:7 137:19
165:12 166:2,23
208:20 227:22
228:7 233:18
**sayings** 176:23
**Sayoc** 106:12 107:17
108:8,23 109:3
236:1,5 238:7
**says** 130:15 133:18
141:1 143:4 150:11
153:2 185:2 214:18
215:17
**Scarlett's** 169:17
**schedule** 236:9
**school** 109:23 110:4
110:17,18,21
111:13,17 112:7
114:3 119:16 120:4
126:9
**Scores** 151:20
**Scott** 137:2,3,4
**seal** 238:10
**season** 115:13
**seat** 148:21
**seating** 118:4
**second** 159:22
176:17
**secretary** 131:6
**security** 136:12,16,22
136:24 137:5 146:1
**see** 109:3 117:22
121:12 130:23
131:16 133:18
139:2 140:6 141:15
155:5 158:15 159:6
166:16 174:4
175:16 184:23,23
185:1,1,2,22
187:20 188:1,6,8,9

**188**:9,14 189:9
192:11 201:10
203:12,13 209:11
233:6,13,17
**seen** 119:14 134:14
135:15,17 138:23
171:20 182:7
227:10
**sell** 142:11 202:8
203:21
**semester** 112:7
**semiretired** 123:20
**sending** 176:16
**sense** 206:25
**sent** 129:20 176:24
**serve** 202:14
**served** 129:18,21
226:18 227:24
**server** 227:16,25
**set** 169:23 210:22
**sets** 166:3
**setting** 169:14
**seven** 110:17 179:5
216:15 221:4
**shake** 171:13,14
**Sharkey** 116:9
**Sharkey's** 115:22
225:5
**SHEET** 237:1
**Sheriff's** 225:5
**shift** 160:3 168:18
174:8 207:12,13
**shook** 171:9,11
**shot** 211:7
**show** 116:21 117:17
117:18,19,20
126:23 141:5
142:10 144:1,2,8,9
144:20 153:11,12
219:3
**Showbiz** 219:10
220:11,25 221:3
**showed** 222:14
**shows** 116:17,17
**Shut** 179:19
**sic** 201:13
**Side** 124:12
**sides** 148:16
**sign** 236:8,11,13
**signature** 236:8,13
236:20 237:24
**signed** 113:17 226:19

227:2 239:19
**Simms** 212:21
**sir** 108:9,11 109:8,18
   110:8,11 111:8,10
   111:24 112:20
   113:24 114:8,25
   116:8,10 117:6,9
   118:8,11 119:1,4
   119:12 120:10,18
   122:10 124:1
   126:17 131:10
   132:15,17 136:8
   137:10,13 141:19
   142:1 164:10
   165:16 197:22
   211:25 213:4 222:2
   225:12
**sister** 157:17 172:1,2
   172:3
**sister-in-law** 157:17
**sitting** 156:14,15,16
**situation** 128:10,12
   138:15 183:16
**six** 110:16 115:23,25
   160:22 179:5
   180:18 194:24
**slave** 207:3,4
**slavery** 207:1
**slaves** 143:9 207:16
   207:22
**slow** 158:14 169:9,12
   211:7
**slower** 111:4
**small** 110:21 111:17
   206:20
**smoke** 169:24 170:3
   170:6,11,17
**sneak** 174:3
**sneaky** 189:10
**soccer** 111:6,7,23
   112:14,15 113:23
   225:8
**socialize** 126:25
   127:25
**sold** 215:8,9
**Solid** 122:14,16,17
   122:20 123:4 124:3
   124:12 142:18
   146:13 151:14
   152:8,12 212:22,23
   212:24 216:7,14,17
   219:8

**somebody** 123:14
   157:15 168:21
   176:21 183:17 222:9
**son** 141:9,10
**song** 165:13 167:21
**songs** 164:9,24 165:7
   166:13 167:2,17,19
   167:20 186:4
**son's** 141:11
**soon** 155:13
**sophistication** 143:8
**sorry** 111:3 116:25
   120:1,15 130:16
   134:4 148:18
   153:18 169:5
   175:23 177:23
   194:21 197:20
   215:16 225:4 232:3
   232:16
**sort** 142:21 168:3
   169:6 189:20
**sought** 113:1
**sounds** 110:9
**south** 118:12,16
   123:15 133:11
   136:18 206:21
**Southeast** 236:18
**SOUTHERN** 106:1
**Southwest** 107:9
**Spanish** 174:17
   176:21 185:8
**speak** 111:3
**speaking** 185:6
**Spears** 164:1
**specific** 154:2
**specifically** 184:20
   184:21
**spent** 121:13
**split** 157:20 159:21
**sport** 111:5
**sports** 110:10 112:12
**squad** 113:10 222:14
**St** 115:23
**stage** 142:25 143:3
   144:12 186:5,8,21
   186:23 188:13
**stands** 143:2
**Stanton** 145:12 146:3
**start** 110:6 139:8
   169:21 206:3
   229:22
**started** 118:6 155:22

155:24 156:1
   209:24 218:3
**starts** 166:12
**state** 111:12 121:1
   224:1 235:7 238:3
   238:17 239:5
**stated** 157:11 239:17
**statement** 164:5,8
**States** 106:1 113:20
**station** 142:12
**stationary** 216:24
**stationed** 120:13
**stay** 174:4 178:7
   199:12
**stayed** 122:1
**stealing** 158:25
   182:14
**step** 157:20
**stepped** 185:11
**stint** 140:19
**Stir** 106:9 107:24
   126:3,12,13 127:6
   127:11,23 128:2
   133:8,9,25 134:1,5
   146:13,17 147:6,9
   148:4,13,23 150:23
   152:4,5 154:19
   155:11 157:22
   204:18 209:10
   212:17 215:11
   228:24 229:2,17
   230:2,14,20 231:23
   232:4
**stock** 218:20,21,25
**stolen** 141:4
**stopped** 158:24
**store** 212:16 215:7,22
   222:5,14,21
**stores** 222:20
**story** 138:16
**straight** 138:21
**street** 106:19 107:4
   133:11 134:8
   135:14 139:14,22
   141:17 199:8
   212:21 219:24
   220:8,19,24 221:1
   221:5
**strike** 229:15,21
   230:12
**String** 124:4
**strip** 123:12

**structure** 118:3
   148:2
**students** 110:21
**studies** 110:5
**Stupidity** 222:4
**Sturgis** 136:16 211:9
**style** 161:7 195:20
**subarea** 223:18
**subject** 109:1 169:17
   195:24 197:18
   201:1
**subpoena** 129:18,22
   226:17,20,21 227:3
   227:11,24 228:3,7
**SUBSCRIBED** 235:9
**substantial** 208:12
**substraction** 178:1
**Subway** 192:25
**suing** 129:7
**Sunday** 113:5
**Sunny** 122:25
**Super** 202:19,19
   203:14 210:1,13
   211:8
**superiors** 173:19
**supervising** 136:12
**supervisor** 137:2,4
**supervisors** 136:16
   136:23,24
**supplied** 140:18
**supplies** 140:8,20
**supposed** 154:17
   160:15 188:9,10
**supposedly** 173:4
**sure** 111:1 120:25
   126:8 145:15,20
   158:18 179:19
   180:14 181:17
   184:1,2,8 185:5
   188:10,11,18
   189:13,13 197:2
   205:24 206:25
   213:18,21 214:2,7
   228:23
**surgeon** 109:1
**surgery** 109:6
**switched** 113:23
**swore** 121:10
**sworn** 235:9 238:8
   239:10
**symbol** 176:3
**system** 113:14,14

179:19
**S-A-Y-O-C** 108:10

**T**

**T** 107:22 239:3,3
**take** 110:24 112:6
   131:19 135:9
   157:23 158:5 161:3
   162:2 163:7,8
   170:24 176:9
   178:10 189:8
   192:10 196:3
   208:25 209:1,2
   236:6
**taken** 171:1 239:9
**talk** 110:24 125:19
   126:18 133:23,24
   133:25 137:22
   144:5,7,11 176:13
   206:22 222:9
**talked** 112:15,24
   115:24 128:6 132:1
   134:20 135:19
   172:24 173:10
   174:21 209:23
**talking** 111:5 126:2,3
   143:11,24 144:8
   147:8,15 148:9
   154:19 155:7
   180:22 193:7 195:7
   224:11 230:10
**talks** 185:8
**Tampa** 202:13,15,19
   202:24 203:5,10
   204:1 210:2,5,7,13
   211:15,18
**tape** 178:13
**taught** 122:14
**tea** 145:8 183:12
**team** 113:9,12 115:6
   116:12
**techno** 165:14
**tell** 121:24 125:25
   128:21,24 129:15
   129:17 130:2,3,4
   134:24 135:1,21
   137:24 138:2,9
   142:3,7 145:23
   146:17 152:20
   156:2 165:24
   173:19 194:11
   206:11 231:5

telling 130:5 163:15
163:17,20,21 164:9
187:19 192:6
207:14
tells 170:17
ten 140:7,21 141:2
194:21 199:8
224:17
tenacious 112:25
tend 192:16,17
terms 143:6
testimony 188:12
229:8 239:9,11
text 156:7 175:12,13
175:14
Texting 174:25
thank 156:22 164:20
thanked 156:19
158:20
thanks 159:25
theme 166:3,17
168:20 169:23
themes 169:13
thievery 158:24
thing 116:4 124:7
138:1 142:22,25
146:19 172:20
183:19 184:10
191:23 193:2 196:4
209:21 216:8,16
218:6
things 128:7 156:7
161:2 189:11
191:19 221:19
think 119:13 121:17
121:18 132:5 142:2
147:25 157:3,22
158:11 159:10
167:18 168:25
172:1 193:3 201:21
203:10 220:20
222:4 225:24
thinking 169:21
201:25
thinks 209:12
third 112:8
thirty 236:11
thought 120:19,20
143:23 147:8 167:5
167:15 168:12
175:25 176:2
184:15 210:14

thoughts 173:1
thousand 143:3
threatened 160:20
three 119:13 120:9
120:10 125:16
128:3 139:3 189:6
throw 192:1
throwing 164:3
209:8
tight 130:20
time 115:23,25
117:17 121:13,20
125:1 127:9 130:7
130:24 131:25
132:2 135:15
137:14,15 138:23
139:1 142:17,24
153:14,22 157:19
171:6,19,25 173:25
178:9,17 179:3,21
180:5,12 185:3,4
189:10 194:6 219:7
224:10 229:16
236:7
times 150:24 170:3,4
194:21 211:7,8,8,9
222:3
tip 183:18 187:6
189:25 190:12
191:25 192:13,14
tipped 186:11,15
189:18 232:8
tipping 183:2
tips 182:7 183:17
186:9 187:2,16,16
189:21
title 110:16
titles 111:12
today 119:9 128:19
129:2 130:8,9,10
130:24 131:24
135:2 137:12
138:10,17 195:5
201:4 226:13 227:4
today's 186:1
told 128:13,25 129:3
129:6,12,16 138:10
156:8 160:16
162:24,25 163:2,22
165:10 174:7,21
179:13 184:19,21
222:6

tomorrow 166:16
Tony 117:16
Tootsie's 145:11,13
146:6 147:7 151:14
152:21 197:16
200:23 201:7,13,16
top 207:15
touch 147:6
touched 187:22
tough 119:16
toured 120:21
touring 117:22 121:2
135:25 153:19
Tours 117:11
town 126:23 127:19
135:22,24 219:24
219:25 220:6,15
221:7 222:18
track 192:24
trained 156:4,5
training 155:24
156:1,2,4
transacted 151:5
transaction 147:11
147:13,23 148:8
149:24 150:4 151:1
187:21 190:18
transcript 233:5
transferred 149:17
translation 174:19
185:12
travel 199:15 213:22
traveled 210:21
traveling 124:25
135:25
travels 117:8
Treasurer 223:23
treating 143:9
Trevino 109:19
tried 116:15
true 200:17 206:25
226:17 232:19
239:11,18
truly 236:15
truth 125:25 129:15
129:17 130:3,5,5
135:2 137:24 138:2
138:10,11
try 168:10 185:22
192:10 208:25
trying 110:23 118:23
119:15 127:14

169:18 176:9
180:21 208:25
Tuesday 106:16
185:13 199:7
turn 160:17
turned 152:15
160:15,21 211:13
TV 110:22 140:19
142:12 144:11
Twenty-five 146:11
146:23
twice 171:20
Twin 214:25
two 125:16 132:4
135:17 136:5
138:22 181:18
189:5 207:13 222:4
Tyler 106:19 107:4
typically 173:25
179:21

---

**U**

UNCC 111:22 112:4
112:8 119:3
undergraduate 119:5
119:10,21
undersigned 238:6
understand 127:14
145:15 166:2 185:9
189:7 193:18 194:3
understands 185:7
understood 157:12
unhooking 179:17
United 106:1 113:20
236:17
University 110:3
111:22,25 119:5
University's 110:4
unprofitable 232:21
use 168:10 169:12
usually 178:19 179:3
194:9

---

**V**

Valentine 117:16
valet 205:7,8,10,11
205:13,14,15
van 131:16,17 139:3
varied 174:2
various 183:15
Vegas 140:20
Venus 203:17

versus 178:1
vet 120:4
veterinarian 109:23
109:24
veterinary 110:5
119:20,22 120:2
video 142:10,11
177:23
Village 117:1,3
Vince 115:24 116:3
VIP 200:6
VIPs 197:6,8,14,21
197:23 198:3 200:7
VOLUME 106:13
voluntarily 129:24
129:25 138:15
voluntary 138:17
volunteer 227:18
228:6
vs 106:7 236:4
Vu 204:16

---

**W**

W 136:21
wait 114:12
waive 233:8 236:7,13
236:20
waiving 233:3
walk 169:16 187:1
walked 187:3
walking 131:21
177:14
walks 188:13
want 110:21 111:1
118:3 119:7 120:25
121:11 130:3
141:25 144:10
146:20 161:16
163:6 164:24 165:6
167:18 169:9,20
184:11,14,23 185:2
187:5 188:21,22
193:8,24 197:6
198:13 201:10
208:17,24 210:9
211:1 214:3,14
221:19 228:23
wanted 114:12 156:5
156:6 158:23 161:2
161:23,24 162:4,18
163:4 165:3 167:13
167:22 170:23

174:22 177:2,3
  220:23
**wants** 110:24
**Warming** 111:24
**wasn't** 128:17 145:8
  149:23 150:15
  174:12,23 206:5
**watch** 178:5
**watching** 134:22
**water** 143:1
**wax** 189:14
**way** 114:2 115:10
  131:19 133:10,11
  156:5 165:24
  167:25 195:4 199:3
  207:4,11 208:21
  218:6 219:6 220:21
  232:7,20
**ways** 169:23 186:9
**week** 113:4 136:6
  154:11,13 205:19
  205:20,21
**weekend** 210:13
**weekends** 206:5
**weeks** 125:16,16
  126:19 128:3 132:4
  135:14 138:22
  160:23
**went** 111:9,16,21
  112:8 114:5,7,21
  115:21 126:9
  128:21,24 130:14
  155:18 156:2
  157:16 163:4,7,22
  173:2 174:8 200:23
  203:20 224:1 225:2
  225:3,23,25
**weren't** 138:12
  147:10 160:2
  164:14 181:18
  208:12
**West** 116:24 139:18
  139:21 141:18
  214:20 219:15,16
  219:22 220:4,5,6,7
  220:14,17,18,24
  221:1,1,2,5
**we'll** 142:25,25 143:1
  143:5 213:5,25
  214:7,11 229:15
**we're** 116:20 117:21
  118:2 120:25

121:17,24 126:23
  129:2,11 139:5,10
  139:12 142:2
  144:12 154:23
  155:1,7 167:25,25
  168:6 169:18
  189:17 213:24
  233:1
**whatsoever** 173:2,11
**wife's** 157:17 172:1,3
**wine** 139:10 141:15
  141:23
**Winter** 111:14
**wise** 155:15
**wish** 236:13
**withhold** 222:2
**withholds** 222:4
**witness** 107:16 125:4
  125:8,11 126:21
  127:18 148:25
  154:7 156:21 157:9
  158:14 159:15,23
  161:6,14 162:4,16
  164:16 167:8
  168:15 170:2,14
  171:11 173:7,18
  175:18 177:11
  178:21 179:13
  180:8,14 181:23
  182:19 183:10,24
  185:18,25 186:18
  187:12,19 188:3,18
  189:23 190:14
  191:4,10 192:22
  193:17,22 194:16
  195:2,23 197:2
  199:22 203:12
  204:9,21 205:2
  206:19 207:20
  209:5 210:25
  213:22 214:9
  221:20 226:7,23
  231:3,15 232:23
  233:10,13,16,20
  235:6 236:22
  238:10 239:9,11
**woke** 227:14,14
  228:4
**won** 110:16 111:12
**wonderful** 156:7
**word** 160:25,25
  161:1 168:10

206:24,25 219:14
  227:18 229:10
**words** 167:20,21
  169:12
**work** 113:1 118:2
  121:22 128:14
  129:7 136:7 141:21
  142:4 153:22
  155:14,16 158:23
  158:23 172:14
  174:12,24 195:8
  198:14 207:3 208:3
  208:9,12 210:7,22
  215:10 218:2
  224:14,25 229:1
  230:21 231:10,21
  231:21
**workaholic** 113:1
**worked** 116:9 123:25
  124:2,13 125:1
  127:7,8 138:19
  142:16,17,18
  144:17,19,22,23
  145:4,11 151:11,13
  152:20 157:19
  172:3 173:22 182:6
  183:16 194:24
  202:18 210:1
  212:16,25 213:8
  214:9 215:2,6,13
  215:23 216:14,22
  218:9 228:13 229:2
  229:17,23 230:2,13
  231:18,23 232:4
**working** 118:6 127:4
  128:2 141:8,9
  151:17 156:10
  185:14 201:5
  207:24 211:6
  230:10,14,15,18
**works** 199:3 206:11
**world** 109:4 115:23
  115:25 117:10,11
  139:11 140:7,22
**worries** 169:19
**worry** 189:11,11
**wouldn't** 155:14,15
  160:17,19 164:8
  182:16
**Wow** 109:9 192:11
**wrestle** 116:11
**wrestling** 115:21

116:1,13 121:19
  225:2,3,4 226:1
**write** 176:21
**writes** 150:12
**written** 220:20
**wrote** 158:1
**WWE** 116:3

___

**X**

**X** 107:15,22 123:3
  150:7

___

**Y**

**Y** 123:3
**yeah** 108:22 112:18
  112:24 113:8 114:2
  114:20 115:13
  116:6 117:1 119:23
  120:3,7 121:16,25
  124:23 129:25
  131:20 132:22
  135:10,12,23 136:3
  137:17 138:3
  139:20,23 140:16
  140:25 141:7,22
  144:4,16,18 145:3
  145:14,14 147:4,19
  149:20 151:23,25
  152:10,13 154:1
  155:8 156:1,11,13
  156:13,14 158:7
  160:11,20 161:6,22
  162:9,16 163:4,14
  164:4,16 166:15
  167:24 168:8 169:6
  169:8 171:8,23
  172:5,11,17 174:13
  175:4 176:8,14
  177:21,24 178:18
  179:1,25 181:2,9
  181:11 185:18
  186:14 189:23
  190:14,19 195:13
  195:23 196:7,20,22
  197:11 199:1,2,6,7
  199:10,12 200:1,21
  202:21 203:20,24
  205:8,13,17,23
  210:11 211:20
  212:14 213:9
  214:19,24 215:6,19
  216:16,20,24

218:12,16 219:21
  220:3,16 222:13
  223:4 224:7,18
  225:9,22 226:2,23
  227:5,17 228:9
  230:6,8 231:15
  232:1
**year** 112:5,8 119:18
  215:17 218:7 225:1
  225:1
**years** 112:3 115:11
  122:2 160:23 213:8
  215:3,13 216:15,23
  218:2 220:13 221:4
  224:17
**yesterday** 141:4
**York** 109:2,7 123:19
  124:4 151:20
**young** 122:14 124:5
  171:20

___

**Z**

**Z** 123:3

___

**$**

**$10.00** 182:22 184:13
**$2,000.00** 192:25
  193:12,14
**$20.00** 145:18 187:10
  191:1
**$25.00** 146:14,20,22
  148:20,21 151:8
  181:4
**$2500** 154:11
**$4500.00** 154:12
**$5.00** 145:17 146:2
  146:24 147:1
  190:25
**$8,000.00** 145:25

___

**1**

**1** 107:24 213:5 214:8
  233:23
**1:30** 131:1,3
**106** 106:14
**108** 107:18
**12-27-15** 238:18
**1218** 236:18
**12425** 106:8 236:4
**1249** 118:19
**13** 145:11,13,23
  146:2

**13-CV-23429-Ung...**
106:3 236:4
**135th** 132:25 133:11
135:4,14
**14** 213:8 215:2,13
216:22 218:2
**15** 113:14 119:15
179:1
**163rd** 134:8
**17** 122:2
**18** 119:15
**18th** 131:7
**18151** 109:11 236:2
**1930** 106:19 107:4
**1980** 110:19 112:5
**1982** 116:16 118:7,8
218:9
**1990** 121:24
**1990s** 142:2 224:22
**1991** 142:3
**1995** 225:24

**2**

**2,000** 154:12
**2.49** 118:21
**2:10** 106:16
**20** 155:13 180:9
235:10
**200** 136:21
**2000** 118:13,17,18
121:7 225:24
**2000s** 224:19
**2006** 121:7
**2007** 152:21 153:6
**2008** 152:22 153:6
**2011** 215:23
**2012** 176:1 215:23
**2014** 106:16 236:1,6
238:8,11 239:19
**2016** 109:12 236:2
**21st** 155:21,23
**226** 107:19
**233** 107:24
**239** 106:14
**25** 160:23 180:9
193:1,2,12

**3**

**3rd** 236:18
**3,000** 181:19
**3-17-62** 108:15
**3.85** 119:17

**30** 236:11
**302-6069** 176:18
**305** 107:10 176:18
**31st** 109:11 236:2
**33020** 106:20 107:4
**33156** 107:9
**33160** 109:14 236:2
**33316** 236:18

**4**

**4:30** 236:10
**4:53** 171:1
**4:59** 171:2
**400** 140:3 181:16
202:12
**45th** 139:18,21
141:17

**5**

**5:00** 179:16
**5:15** 179:1
**5:30** 180:18
**5:49** 106:16 234:2
**500** 211:10
**520** 214:18
**5441** 220:9
**5541** 219:19,20
220:17,24 221:2
**5561** 219:18

**6**

**6th** 176:1
**662-6160** 107:10
**69th** 107:9

**7**

**7:00** 130:22 139:2,3
**75** 148:11
**770** 110:21

**8**

**8** 106:16 236:6
**8th** 238:8,10 239:19
**8:00** 206:3 228:4
**8:30** 130:22
**81** 112:5
**82** 118:24 119:2
124:9
**84** 124:20
**88** 115:10,11,20
**8821** 107:9
**89** 115:10,11,20

**9**

**9** 236:1
**9:00** 236:10
**9:35** 170:17
**90s** 142:3
**91** 158:25
**922-2298** 107:5
**954** 107:5
**954-525-2221** 236:19