CASE NO. 13-cv-23429- OTAZO-REYES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-23429- OTAZO-REYES

MITCHELL ROSARIO,

    Plaintiff,

vs.

12425, INC., a Florida for-profit corporation
d/b/a STIR CRAZY, LAURA INSUA,
MANUEL INSUA, and HERIBERTO FLOREZ,

    Defendants.

_____/

**NOTICE OF FILING OBJECTIONS TO**
**TRIAL WITNESS CESAR ALTIERI SAYOC DEPOSITION DESIGNATIONS**

The Plaintiff and Defendants file this Notice of Filing Objections to Trial Witness Cesar Altieri Sayoc Deposition Designations, and say:

Attached hereto as **Exhibit 1** are the Plaintiff and Defendants' objections to the deposition designation for the trial witness Cesar Altieri Sayoc.  Attached hereto as **Exhibit 2** is the deposition transcript of Cesar Altieri Sayoc with the Plaintiff's designated testimony highlighted in yellow and the Defendants' designated testimony highlighted in orange.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

| | |
|---|---|
| s/ Samara Robbins Bober<br>SAMARA ROBBINS BOBER<br>FBN: 0156248<br>PETER J. BOBER<br>FBN: 0122955<br>Samara@BoberLaw.com<br>BOBER & BOBER, P.A.<br>1930 Tyler Street<br>Hollywood, FL 33020<br>Tel:  (954) 922-2298<br>Fax: (954) 922-5455<br>Counsel for Plaintiff | /s David M. McDonald<br>dmcdonald@mmlawmiami.com<br>Florida Bar No. 613241<br>McLUSKEY & McDONALD, P.A.<br>Attorneys for Defendants<br>The Barrister Building<br>8821 S.W. 69th Court<br>Miami, FL 33156<br>(305) 662-6160 Telephone<br>(305) 662-6164 Fax<br>Counsel for Defendants |