UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-cv-23429-OTAZO-REYES

MITCHELL ROSARIO,

      Plaintiff,

v.

12425, INC., a Florida for non-profit
corporation d/b/a STIR CRAZY,
LAURA INSUA, MANUEL INSUA and
HERIBERTO FLOREZ,

      Defendant.

_____ /

| DEPOSITION OBJECTIONS[1] (CESAR SAYOC) ||
|---|---|
| **PLAINTIFF'S objections** | **DEFENDANT Objections** |
| 88:19-22 - R, foundation | Pg. 13, lines-9-15, I, H-earsay |
| 89:12-17 - foundation | Pg15. Lines19-22 I, H, lack of predicate or foundation for statements about knowledge of Mr. Insua viewing cameras from his home. |
| 91:22-25, 92:1-2 - foundation | Pg. 16, 15-21, non responsive to question, H (hearsay),lack of predicate and foundation. |
| 101:1-16 – R, UP, foundation | Pg.25,26,lines 21-25,1-2, H (hearsay), leading, repetitive of earlier testimony, |
| 108:15-25, 109:1-14 - R | Pg 42, line 12-14, non responsive to question "okay". H (hearsay), |
| 123:1-13 – R, UP, foundation | Pg. 50 line 21-25, obj withdrawn |
| 139:6-12 – R, confusion of the issues | Pg 61, Line 11-24, H (hearsay), opinion, R, relevant to issues of case. |
| 139:24-25, 140:1-8 - R | Pg 67, line 23-25, pg 68 line 2-19, opinion, H (hearsay), predicate and foundation, A, I, |
| 192:22-25; 193:1-18 – R, foundation | Pg 85, pertains to marijuana use and shifts taken away from Plaintiff…opens the door to the issue of marijuana use. |

[1] R= Relevance; I = Inadmissible Matter;  A = Authenticity; UP = Unfair Prejudice

| | |
|---|---|
| 210:1-19 – R, UP, foundation, confusion of the issues | Pg. 93, R (relevancy), H (hearsay), UP (unduly prejudicial and lacking probative value to issues of case), Lines  1-6 are non responsive to question "who told you that". |
| 221:19-25; 222:1-20 – I, UP, improper impeachment | Pg. 103, Improper opinion testimony of a non expert, leading, lack of predicate and foundation, , I (inadmissible matters). |
| | Pg 104, opinion testimony, repetitive of previous testimony, beyond the scope of case issues of employment, lack of foundation |
| | Pg. 105, Lines 5-12 Improper opinion testimony |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |