## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-23429-Ungaro

MITCHELL ROSARIO,

    Plaintiff,
vs.

12425, INC., a Florida for-profit corporation
d/b/a STIR CRAZY, LAURA INSUA, MANUEL INSUA,
and HERIBERTO FLOREZ,

    Defendants.

DEPOSITION OF CESAR ALTIERI SAYOC
VOLUME I
PAGES 1 - 105

Tuesday, April 8, 2014
2:10 p.m. - 5:49 p.m.

Bober & Bober, P.A.
1930 Tyler Street
Hollywood, Florida 33020

## Page 2

APPEARANCES:
On behalf of the Plaintiff:
  PETER J. BOBER, ESQUIRE
  BOBER & BOBER, P.A.
  1930 Tyler Street
  Hollywood, Florida 33020
  Phone: (954) 922-2298

On behalf of the Defendants:
  DAVID M. MCDONALD, ESQUIRE
  MCLUSKEY & MCDONALD, P.A.
  8821 Southwest 69th Court
  Miami, Florida 33156
  Phone: (305) 662-6160

ALSO PRESENT:

  Mitchell Rosario

### I N D E X

| WITNESS | PAGE |
|---|---|
| CESAR ALTIERI SAYOC | |
|   DIRECT EXAMINATION | 4 |
|   REDIRECT EXAMINATION | 226 |
|   BY: MR. BOBER | |
|   CROSS-EXAMINATION | 108 |
|   BY: MR. MCDONALD | |

### E X H I B I T S

DEFENDANT'S
No. 1   Stir Crazy Application   233

## Page 3

    PROCEEDINGS

    Deposition taken before Michele Cameron, Notary Public in and for the State of Florida at Large, in the above cause.

Thereupon,
    (CESAR ALTIERI SAYOC)
having been first duly sworn or affirmed, was examined and testified as follows:
    THE WITNESS: A hundred percent, to the best of my knowledge.
    MR. MCDONALD: Okay. Just before we start, I meant to tell you this yesterday, because I did tell you the other day on the phone --
    MR. BOBER: Did you want this on the record?
    MR. MCDONALD: I do. I do.
    MR. BOBER: Okay.
    MR. MCDONALD: I have - and I had yesterday, I have the payroll records for the company for the last five years. They're in their original format, they're in notebooks; they're big, heavy notebooks. You're welcome

## Page 4

to look at it tomorrow, whenever, but it's available to be seen in its format. If you want it copied, you just tell me where to send it. One of the things you had requested that we didn't originally --
    MR. BOBER: Why are we putting this on the record?
    MR. MCDONALD: Because it's part of my response to Request to Produce that I want to make sure that it's on the record, that's all.
    MR. BOBER: It's at your office now?
    MR. MCDONALD: It is.
    MR. BOBER: Was it at your office yesterday?
    MR. MCDONALD: It was. Remember I told you last week. I said, "Hey, I have all this when you come."
    MR. BOBER: All right. Well, I will look at it tomorrow.
    MR. MCDONALD: But I didn't formally write to you; so it's there.
    MR. BOBER: Okay.
    MR. MCDONALD: I just want to remind you again.

Page 5

1    MR. BOBER: No problem.
2         DIRECT EXAMINATION
3  BY MR. BOBER:
4    Q  Can you state your name and address for
5  the record, please.
6    A  Cesar A. Sayoc. Ceasar Altieri Sayoc.
7       Address is 18151 Northeast 31st Court,
8  Apartment 2016.
9    Q  City?
10   A  Aventura, Florida, 33160.
11   Q  So Altieri is not your last name?
12   A  Yeah, Sayoc -- Altieri Sayoc. It's my
13 middle and last name. S-A-Y-O-C is the last.
14   Q  S-A?
15   A  Y-O-C.
16   Q  Y-O-C, okay.
17      Have you ever given a deposition before?
18   A  I don't think. No, sir, I have haven't.
19   Q  Okay. Let me tell you a little about
20 what we're going to do today. I'm going to ask you a
21 series of questions. The Court Reporter here is going
22 to write everything down. She can only write down one
23 person talking at a time; so even if you know what I'm
24 going to ask or you can anticipate what I'm going to
25 ask --

Page 6

1    A  Yeah.
2    Q  -- just wait until I actually finish
3  saying it before you actually start --
4    A  Yeah.
5    Q  -- to answer so that she can write it
6  all down.
7    A  Yeah, a hundred percent. I'll give it
8  the best of my knowledge.
9    Q  Okay, sure.
10      If at any time I ask you a question that
11 you don't understand or it's vague or ambiguous, feel
12 free to ask me to repeat the question --
13   A  A hundred percent.
14   Q  -- and I'll be happy to do that.
15      If at any time today you need to take a
16 break, you have to get a glass of water, you want to
17 go to the bathroom, no problem, we'll take a break.
18   A  Okay.
19   Q  Unless you ask me to repeat a question
20 or rephrase a question, I will assume that you
21 understood the question that I was asking --
22   A  Yes.
23   Q  -- okay?
24   A  Okay.
25   Q  Sometime today you will probably hear

Page 7

1  the gentleman in the jacket next to you object. If he
2  hears a question that he thinks there's a problem
3  with, he will object. It's just so that she can put
4  it on the record; you will still answer the
5  question --
6    A  A hundred percent.
7    Q  -- even after you hear that, okay.
8       Is there any reason today that you would
9  not be able to testify truthfully or competently?
10   A  I'm going to give you the best of my
11 knowledge of what went on at Stir Crazy when I was
12 there, my time there.
13   Q  Okay. Can you tell me whether or not
14 you ever worked at Stir Crazy?
15   A  Not before, just the time that I was
16 there.
17   Q  Yes. You have worked at Stir Crazy,
18 correct?
19   A  Yes, I have.
20   Q  Okay. Can you tell me when you worked
21 there?
22   A  Oh, gosh, I have to go back in the
23 records. It's towards last year.
24   Q  You left in 2013?
25   A  Yeah.

Page 8

1    Q  Okay.
2    A  Well, beginning -- It was -- Oh, gosh, I
3  have to -- Excuse me one second --
4    Q  Sure.
5    A  -- and I will tell you. I go off it
6  because -- I'm sorry, you know. Hang on one second,
7  here.
8       I think it was January -- It was right
9  after Christmas, the 22nd, I think, because that's
10 when I got the tennis thing, something, that was like
11 the day after I had --
12   Q  Let me do it this way. When was
13 approximately your first day of employment or work?
14   A  I think it was May or June. I have it
15 in my records --
16   Q  Okay.
17   A  -- because of the unemployment that I
18 had collected.
19   Q  About May or June of what year?
20   A  Of 2012.
21   Q  Okay. And you stopped working at Stir
22 Crazy in December of 2013?
23   A  January 22nd, I think it was. That's
24 what it says, because she came - that is the day after
25 she text me this message.

Page 9

1   Q   Who is "she"?
2   A   One of the bartenders.
3   Q   Okay.
4   A   Iliana.
5   Q   Iliana, okay.
6   A   Yeah.
7   Q   What year of January?
8   A   2013.
9   Q   Okay. So you worked there a little over
10  six months?
11  A   Yeah.
12  Q   Okay.
13  A   I'm pretty sure.
14  Q   But does that sound about right,
15  about --
16  A   Yeah, let me go -- Joe Pesh -- Joe --
17  Let's see, because it was the next day, because he
18  said, "Are you ready to come to training?"
19      Here. Joe, manager, okay. I tried to
20  e-mail you, and it was return voice mail full, can you
21  be at club 4:00 p.m. tomorrow to start training.
22  August 14th, 2012 at 11:26 a.m. he had text me that
23  message.
24  Q   So August 15th, 2012 is when you
25  started?

Page 10

1   A   Yes.
2       MR. MCDONALD: What was the date?
3       MR. BOBER: August 15th, 2012.
4       THE WITNESS: I started training.
5   At 11:26 he texted me that message.
6   BY MR. BOBER:
7   Q   And then you worked from August 15th
8   of 2012 --
9   A   To the 22nd of January.
10  Q   2013?
11  A   Yeah. That's why I know the dates that
12  I was there.
13  Q   Okay. And can you tell me what your job
14  was at Stir Crazy?
15  A   Night manager. At first they were going
16  to bring me daytime, but then they liked me better, I
17  got the crowd excited, I pumped up their numbers, I
18  did whatever I had to do, what I was told by
19  Heriberto.
20      Agusto, we had a little miscommunication
21  because of the language barrier and what the owner had
22  wanted, which was Manny.
23  Q   Okay. Well, let me go part by part.
24      So your job, from August 15th, 2012 to
25  January 22nd, 2013 was night manager, correct?

Page 11

1   A   Yes, sir.
2   Q   Okay.
3   A   Tuesday through Saturday.
4   Q   Okay. And as a night manager, can you
5   tell me -- Well, let me strike that.
6       Did all the night managers have the same
7   duties?
8   A   Everybody had the same, you know, same
9   thing, pretty much, except the general manger,
10  Heriberto daytime.
11  Q   Okay.
12  A   Ricky was at nighttime.
13  Q   So --
14  A   No, Ricky was daytime, I'm sorry, and
15  Rolando nighttime. Agusto was at nighttime.
16  Q   Okay. So as a night manager, let's talk
17  about your duties. Can you tell me what your duties
18  were as the night manager?
19  A   Open, meaning every register. Counting
20  of the liquor, it was called the Berg system that
21  counts the liquor, count that on the opening of each
22  bartender. You count out their draws in the beginning
23  for their banks.
24  Q   The draw is an amount of cash?
25  A   Cash they're going to start with at each

Page 12

1   bank.
2   Q   Okay.
3   A   The music and overseeing basically
4   everything to make sure the club ran smooth.
5       I report everything back to Heriberto,
6   which would go back to the owner, Manny.
7   Q   Okay.
8   A   And they didn't like that, because
9   Agusto was nighttime and it was kind of like a bumping
10  of heads because they felt I was stepping around
11  Agusto to tell Eddie everything that was going on at
12  nighttime.
13  Q   Okay. So when you say -- I'm going to
14  go through some of these duties that you just
15  mentioned.
16      You mentioned opening the registers --
17  A   Yes.
18  Q   -- counting the liquor, counting the
19  cash that bartenders start with --
20  A   Right.
21  Q   -- music and overseeing basically
22  everything else to make the club run smooth.
23  A   Staff, DJs, tell them what to play, how
24  the club - the rooms, the sales, the promotions and
25  exactly what, you know, Eddie wanted and Manny wanted.

Page 13

1  Q  Okay.
2  A  You know, I fell in the chain of
3  command.
4  Q  So let me ask you this question: When
5  you say that one of the things that you did was the
6  music, can you tell me what you mean by that?
7  A  Well, we wanted to change the format.
8  Q  Who is "we"?
9  A  The management and ownership. We sat
10  down together, we had our meetings all the time.
11  Eddie went back to the owner, with Manny, all the
12  ideas and consulted with him and told me exactly how
13  we wanted it done, what mix to do, what lineup to do,
14  the girls to do and then report the incidence of any
15  incident at nighttime that happened --
16  Q  Okay.
17  A  -- and report it back to him.
18  Q  So when you say that you were involved
19  with the music -- Well, let me strike that.
20     You said that management and ownership
21  decided to make changes in the music?
22  A  You know, the format of the club,
23  because --
24  Q  What is that? What is the format?
25  A  Format, basically you had a slower club,

Page 14

1  you had hip-hop more. We wanted to change it to a
2  Scarlett type format, a lot of energy.
3  Q  Like less --
4  A  Techno.
5  Q  You mean less hip-hop?
6  A  A lot less hip-hop, because I told them
7  that the reason why your club is going in the
8  direction it is is because you're letting the girls
9  have control of the club.
10  Q  In other words, the girls --
11  A  Had a say of what he played --
12  Q  Okay.
13  A  -- how they want it, and if he didn't
14  play it, you would get fired.
15  Q  Who did you tell that you need to make a
16  change in --
17  A  Well, we said -- Management, because me
18  and Agusto, the communication level was - the language
19  barrier was very difficult. Rolando translated.
20  Heriberto wanted to know everything, and I report
21  everything to Eddie.
22  Q  Okay. Did you discuss any of these
23  format changes with Manny?
24  A  Manny, I had met two times on the floor
25  passing.

Page 15

1  Q  Okay.
2  A  I don't know the man personal.
3  Q  Okay.
4  A  I know from one of the broker real
5  estate agent, he is the owner and I was pointed out
6  that he was the owner.
7  Q  Okay. So you only met Manny personally
8  twice?
9  A  Yeah.
10  Q  Okay.
11  A  On the floor, when he came to the club a
12  few times.
13  Q  Okay. And when he was at the club, what
14  did you see him doing, if anything?
15  A  He was sitting with another young
16  gentleman that he came in with and overseeing on a
17  Friday, Saturday, pop in towards the end, there.
18  Q  Okay.
19  A  I didn't see him much in the beginning
20  because he watches the cameras and whatever else and
21  he gives direction on what's being done right and
22  wrong, and that's when I get that back from Heriberto,
23  which is the second in command, I guess, in daytime,
24  and then Agusto and Rolando didn't like that because I
25  was going around them telling Eddie everything, but

Page 16

1  that's what Eddie wanted.
2  Q  Okay.
3  A  And once I stopped that, you know, you
4  know, they pulled me: Why are you going around,
5  Agusto is the nighttime manager. It's a real fight
6  there.
7  Q  Okay.
8  A  And whatever the reasons are, whoever
9  has the power, whatever reasons that they've gone
10  through in their history, I don't know. I just follow
11  my directions, what I'm - follow my superiors and then
12  I pass it on and if it's not done, Eddie takes care of
13  it or fires the individual or whatever the
14  circumstances are or the outcome.
15  Q  Okay. Let me ask you this: What
16  involvement, if any, did Manny have with the --
17  A  I know he e-mailed them every day --
18     MR. MCDONALD: Objection to the form.
19     THE WITNESS: I know he e-mailed
20  everything, the girl count. This is to my
21  knowledge.
22  BY MR. BOBER:
23  Q  Okay.
24  A  And --
25     MR. MCDONALD: Sir, why don't you let

United Reporting, Inc.
(954) 525-2221

Page 17

1  him ask the question before you answer.
2       THE WITNESS: Oh, I apologize.
3       MR. MCDONALD: It works better.
4  BY MR. BOBER:
5       Q   Yes.
6  What was Manny's involvement, if any,
7  with respect to music, if you know?
8       A   Music, all I knew is Mitch, Jeff and the
9  DJs all had to e-mail Manny after every shift.
10      Q   Okay.
11      A   Because I said, you know, here's the
12 list, I will have to e-mail to Manny. That's how I
13 knew, you know, it was going to Manny every night.
14      Q   Did Manny ever e-mail you?
15      A   No, Manny never e-mailed me.
16      Q   Okay. Did Manny ever text you?
17      A   No.
18      Q   Okay.
19      A   Everything was Heriberto or Agusto or
20 Rolando.
21      Q   Did Eddie -- When we say the name
22 "Eddie", that's Heriberto Florez?
23      A   Correct. I guess that's his last - you
24 know, Eddie, Heriberto. That's what I knew -- That's
25 what everybody referred to him as, but I know he's the

Page 18

1  one that hired me.
2       And Joe Pesh came in for the owner and
3  this is what the owner wants and if we don't get it
4  done --
5       Q   Who told you this is what the owner
6  wants?
7       A   Joe Pesh. Joe --
8       MR. ROSARIO: Joe Poi --
9       MR. MCDONALD: Whoa, whoa. Wait a
10 second, here. Wait a second.
11      MR. BOBER: Hold on.
12      MR. MCDONALD: I want to put on the
13 record that the Plaintiff, Mr. Rosario, is
14 here and he's helping the witness answer
15 questions by giving him the names of the
16 people that he needs. If he doesn't know the
17 names properly, he needs to put that on the
18 record --
19      THE WITNESS: I know the names, sir.
20      MR. MCDONALD: Sir --
21      THE WITNESS: I know who I work for.
22      MR. MCDONALD: Sir, I'm putting it on
23 the record.
24      But I'm objecting to --
25      MR. BOBER: All right, I got it.

Page 19

1       MR. MCDONALD: -- to Mr. Rosario
2  interrupting the deposition and correcting a
3  witness's testimony.
4       MR. BOBER: All right.
5       MR. MCDONALD: It's completely wrong,
6  inappropriate, way out of bounds, and if it's
7  going to continue --
8       MR. BOBER: All right.
9       MR. MCDONALD: -- I'm going to move to
10 discontinue the deposition.
11      MR. BOBER: All right. All right. No
12 problem. He is not going to say anything
13 further.
14      MR. MCDONALD: Clearly this witness
15 doesn't know names --
16      THE WITNESS: I do know the names --
17      MR. BOBER: Look. Look --
18      THE WITNESS: -- I know who I work for,
19 sir.
20      MR. MCDONALD: He's obviously got a
21 format --
22      MR. BOBER: Don't --
23      MR. MCDONALD: -- that he's been told to
24 follow.
25      THE WITNESS: No, sir --

Page 20

1       MR. BOBER: Don't pad --
2       THE WITNESS: -- I know exactly --
3       MR. BOBER: Don't pad the record.
4       THE WITNESS: -- what I went through and
5  I don't have to lie.
6       MR. BOBER: Don't pad the record.
7       MR. MCDONALD: He's answering your
8  questions without you asking.
9       MR. BOBER: You're making a speaking
10 objection.
11      MR. MCDONALD: It's --
12      MR. BOBER: You're making a speaking
13 objection.
14      MR. MCDONALD: It's ridiculous.
15      THE WITNESS: I don't have to make this
16 up. I tell the truth --
17      MR. BOBER: Hold on. Hold on. Hold on.
18      THE WITNESS: -- to the best of my
19 knowledge, sir.
20      MR. BOBER: Hold on.
21      THE WITNESS: I don't lie. I don't have
22 to lie.
23      MR. BOBER: Mr. Altieri.
24      THE WITNESS: Yes.
25      MR. BOBER: Hold on a second.

Page 21

1  You have made your objection. He is not
2  supposed to say anything. He is going to
3  keep quiet. Let's move on, okay.
4  BY MR. BOBER:
5     Q  Did anybody ever tell you while you were
6  working at Stir Crazy that something had to be done
7  because that's the way Manny wanted it done?
8     A  All the time I was told.
9     Q  Okay. Can you give me some --
10        MR. MCDONALD: Objection to the form.
11 BY MR. BOBER:
12    Q  Okay. Can you give me examples --
13        MR. MCDONALD: Move to strike.
14 BY MR. BOBER:
15    Q  Can you give me examples of when a
16 person told you that Manny had told them that they
17 want something done a certain way?
18    A  I was told by Heriberto that all the
19 time. They wanted to fire Mitch one time because the
20 dancer wanted one music and he is following format,
21 what I was told by Eddie, that Eddie told me, that the
22 owner, Manny, wanted.
23    Q  Okay. Eddie told you that Manny wanted
24 to fire Mitch?
25    A  Heriberto said, "Do you have any new

Page 22

1  DJ's? I'm going to fire Mitch."
2     Q  Eddie said that?
3     A  Yes, sir.
4     Q  Okay. And how, if at all, did Manny get
5  involved in that?
6     A  Well, Manny has all the decisions of
7  everything, because Eddie goes back to Manny with
8  every decision.
9        MR. MCDONALD: Objection to the form,
10       move to strike.
11 BY MR. BOBER:
12    Q  Okay. You said that Eddie told you that
13 Manny wanted something done, correct?
14    A  To clear it with the owner on every
15 decision, yes.
16    Q  Okay. Can you give me some examples of
17 what you're talking about?
18    A  Dresses on the girls.
19    Q  Okay. With dresses on the girls --
20    A  Yes.
21    Q  -- can you tell me how that related to
22 Manny?
23    A  Well, like I said, anything that had to
24 be changed had to go through Manny. That's what I was
25 told, that's what I was instructed.

Page 23

1     Q  Who told you?
2     A  Heriberto.
3     Q  Okay. Eddie said that if any change
4  needed to be made, Eddie had to approve it?
5     A  Yeah, he had to approve it.
6     Q  Okay. And one of the things included
7  how the girls were dressed?
8     A  Correct.
9     Q  And when you say, "the girls", you mean
10 the dancers?
11    A  I wanted to put dresses on them on
12 Fridays, upscale the class of the club.
13    Q  So you told Eddie that you wanted to
14 have the dancers dress differently?
15    A  Correct.
16    Q  And Manny said in response to that,
17 what? I'm sorry, Eddie said in response to that,
18 what?
19    A  I would have to take it back to, you
20 know, he would talk to the owner, Manny, and clear it.
21    Q  Okay.
22    A  Same thing with the cell phones on the
23 floor, same thing with the music that Mitch had
24 played. Everything was a meeting or back to Eddie,
25 that he had to clear everything with Manny.

Page 24

1     Q  Okay. So you also mentioned Eddie --
2     A  Yeah. The only thing I wasn't
3  involved in --
4     Q  Hold on. Wait, wait.
5        MR. MCDONALD: Objection to the form.
6        MR. BOBER: Wait.
7        MR. MCDONALD: Nonresponsive to the
8     question because no question has been asked
9     before the witness is answering the question.
10       THE WITNESS: I didn't answer that
11    question --
12 BY MR. BOBER:
13    Q  Hold on, hold on, hold on.
14       You have to --
15    A  It's a not a script. It's the truth.
16    Q  Hold on.
17       You have to --
18    A  I swear on my mother --
19       MR. MCDONALD: How do you know --
20       MR. BOBER: Excuse me.
21       MR. MCDONALD: The question hasn't been
22    asked.
23       MR. BOBER: Excuse me. Just hold on.
24       THE WITNESS: I was saying --
25 BY MR. BOBER:

Page 25

1   Q  Hold on, Mr. Altieri. Just wait a
2   minute.
3   A  I was saying --
4   Q  Even if you think you know where I'm
5   going --
6   A  You can laugh all you want, I'm telling
7   the truth --
8   Q  Hold on.
9   A  -- to the best of my knowledge.
10  Q  Hold on.
11     Even if you think you know where I'm
12  going or what I'm going to ask, just wait until I
13  finish asking it.
14  A  Yes, sir.
15  Q  I'm only asking you because the Court
16  Reporter will go crazy.
17  A  Correct, a hundred percent.
18  Q  Okay.
19  A  I've never been through this before; so
20  this is...
21  Q  No problem. No problem.
22     Okay. So we've talked about dresses on
23  the dancers. That was something that you wanted to
24  implement that you spoke to Eddie about and Eddie told
25  you that he would have to speak to Manny about it,

Page 26

1   correct?
2   A  Correct.
3   Q  And did Eddie tell you that he would
4   have to get approval for it?
5   A  Yes.
6   Q  Okay. From Manny?
7   A  Correct.
8   Q  Now, with respect to the music, can you
9   tell me what, if anything, Manny had to do with that?
10  A  The music -- Every decision I brought to
11  Eddie had to be cleared through Manny.
12     MR. MCDONALD: Objection to the form,
13  move to strike as nonresponsive.
14  BY MR. BOBER:
15  Q  Are you talking about the music?
16  A  Everything.
17  Q  Okay.
18  A  The music, anything with the girls.
19     The only thing I wasn't involved in was
20  with the girls, the sales of the rooms and all that.
21  Q  Okay.
22  A  That was the bartenders doing all that
23  stuff.
24  Q  Well, let's just talk about the music --
25  A  Yes, sir.

Page 27

1   Q  -- and then we'll talk about other
2   things.
3      You're saying that Manny was involved --
4   And when we say, "Manny", we're saying Manuel Insua?
5   A  Yes.
6   Q  Okay.
7   A  I didn't know him by that. I knew
8   Manny.
9   Q  Okay.
10     MR. MCDONALD: Objection to the form,
11  move to strike.
12     MR. BOBER: Okay.
13     MR. MCDONALD: The witness clearly just
14  says he doesn't even know the person's name
15  and he's agreeing --
16     THE WITNESS: No, I know Manny --
17     MR. MCDONALD: -- with you as to
18  his full name. Move to strike.
19     MR. BOBER: Okay, great.
20  BY MR. BOBER:
21  Q  Did you know the owner of the club to be
22  known as someone named Manny?
23  A  Manny, yes, sir.
24  Q  Okay.
25  A  That's what he was referred to every

Page 28

1   time.
2   Q  Okay. Now let's just talk about the
3   music, just the music.
4      You had a conversation at some point
5   with Eddie about the kind of music being played?
6   A  Yes, sir.
7   Q  Okay. And were you relaying to Eddie
8   your concerns about the kind of music being played?
9   A  A hundred percent, because I --
10  Q  Okay.
11  A  Okay.
12  Q  What did Eddie say to you in response to
13  your concern?
14  A  I have to get approval. You know, it's
15  a great idea, I have to go get the approval from the
16  owner, Manny.
17  Q  Okay. Did he say anything else about
18  Manny and the music?
19  A  No.
20  Q  Okay. What was it you were suggesting
21  to Eddie about the music?
22  A  Well, I said a suggestion about the
23  music, I wanted an energy crowd, and it worked. I
24  know it works, I've been doing this for 35 years, I'm
25  the best at this business.

[handwritten margin note: D's OBJ.]

Page 29

1  Q  Okay.
2  A  There's nobody better.
3  Q  So you wanted to have Stir Crazy have
4  higher energy music?
5  A  Yeah, to keep -- I don't want -- You
6  know, I wanted to -- Manny, everybody, to make more
7  money, increase the revenue of the club and I know it
8  works because I've done it --
9  Q  Okay.
10  A  -- a hundred times.
11  Q  So you made the suggestion to Eddie?
12  A  Yes, sir.
13  Q  And Eddie told you that he would speak
14  to Manny about it?
15  A  Correct.
16  Q  And what, if anything, did Eddie tell
17  you that he was going to try to get from Manny?
18  A  He would bring every idea I brought to
19  Heriberto and clear with Eddie his response. I
20  respected him. He said, "Yes," yes. If it was no --
21  Q  You said clear it with Eddie or clear it
22  with --
23  A  Clear it with Manny. Eddie, I went back
24  with everything, but he had to clear everything with
25  Manny, the owner.

Page 30

1  Q  And do you know that because you're
2  guessing that or because --
3  A  No --
4  Q  -- Eddie told you this?
5  A  -- Eddie told me this.
6  Q  Okay.
7  A  I don't guess, I don't have to make up
8  anything. I tell you exactly word for word what was
9  told to me.
10  Q  Has anybody, prior to your deposition
11  today, told you what to say here today?
12  A  No, sir --
13  Q  Okay.
14  A  -- not at all.
15  Q  Okay.
16  A  On my mother's life, my father's,
17  nobody.
18  Q  Okay.
19  A  I have never been to a deposition.
20  Q  Okay. You also mentioned there was an
21  issue of cell phones on the floors. Can you tell me
22  what you mean by that?
23  A  It's very tacky, okay. They should be
24  in a secluded area, which I brought to Eddie, that
25  cell phones, while on the floor dancing, talking.

Page 31

1  Q  Oh. You mean the dancers, while they're
2  dancing, should not be on the cell phone?
3  A  They should be in a secluded area, not
4  in the front lobby on a cell phone, not on the floor
5  talking to a customer. Either pull off to the side -
6  I understand and respect it as you told me, cell
7  phones are used to call their customers, but not on
8  the main floor.
9  Q  Okay. So you made a suggestion to
10  Eddie --
11  A  Yes, sir.
12  Q  -- that going forward, the dancers
13  should not be making cell phone calls on the floor?
14  A  Correct.
15  Q  And in response to that, what did Eddie
16  tell you, if anything?
17  A  Well, we have to go back to the owner,
18  Manny, with it.
19  Q  Okay.
20  A  And one time I had put up signs. He
21  said, "We don't want them," meaning the girls, "to
22  look like we're unprofessional. I have to have them
23  done up correctly," and any idea, it took a long time
24  to get the idea passed.
25  Q  Okay. So we talked about how the

Page 32

1  dancers were dressed.
2  A  Correct.
3  Q  We talked about the music, we talked
4  about cell phones on the dance floors.
5       Were there any other issues that you
6  brought to Eddie's attention that he told you he would
7  have to get approval from Manny about?
8  A  Billboard.
9  Q  Billboard?
10  A  On the outside, I wanted to put the
11  advertising on the billboard.
12  Q  Okay.
13  A  I needed cards to go through CocoWalk,
14  Coral Gables, for promotion.
15  Q  So you thought it would be good for
16  business for the club to have a billboard?
17  A  No, they have a billboard.
18  Q  Okay.
19  A  It's free advertising. Why isn't this,
20  the specials they have inside the club, which is three
21  specials, and I told him: "Why is that not on our
22  billboard?"
23  Q  The drink specials?
24  A  The drink specials, the room specials,
25  the lap dance specials.

Page 33

1  As far as the transaction, I didn't know
2  about it because that wasn't my part. My part was
3  just to oversee.
4  Q  When you say, "the billboard", are you
5  talking about the sign out front --
6  A  The sign out front that says, "Stir
7  Crazy," --
8  Q  Okay.
9  A  -- and then there's a little thing where
10 you can do like a movie theater type of advertising.
11 Q  Right, okay.
12 A  And that's what I said, and then, you
13 know...
14 Q  When you were working at the club, you
15 believe that at some point that the club was not
16 taking advantage of the sign that they had?
17 A  A hundred percent.
18 Q  Okay. And you told Eddie about this?
19 A  Yes, sir.
20 Q  And what did Eddie say in response?
21 A  You have to get approval through the
22 owner, Manny.
23 Q  Can you think of any other instances,
24 besides the four that we just talked about, where you
25 made a suggestion to improve the club to Eddie and he

Page 34

1  told you that he would have to get approval from
2  Manny?
3  A  Any other ones?
4  Q  Yes, that you can think of.
5  A  You know, he wasn't going to remodel,
6  because I brought up the remodel and I said, "Let's
7  turn it into a hundred thousand dollar club. Let's
8  put a straight bar like Playmates, get rid of all
9  these tables and seating, clear out that bar."
10 "Oh, that will never happen."
11 Okay, respect it.
12 Q  Okay.
13 A  That's one thing I was direct told they
14 weren't going to do because they just remodeled, so...
15 Q  You had suggested that to Eddie?
16 A  A hundred percent.
17 Q  And Eddie said he would talk to Manny
18 about it?
19 A  No, no. He just said that's not going
20 to happen. Rolando, more or less, that's not going to
21 happen, because they just remodeled the club.
22 Q  Besides Eddie, were there any other
23 employees or managers at the club to whom you said
24 something and in response they talked about needing to
25 get approval from Manny?

Page 35

1  A  Rolando.
2  Q  Okay.
3  A  I know what these people want, Manny,
4  Eddie, and, you know, that's respected.
5  Q  So you would talk to Rolando about
6  improving the club?
7  A  Correct. When I was brought aboard,
8  my - to improve the club. The only thing was my not -
9  to do anything was with the girls for the rooms and
10 whatever else. That was the only thing that was not
11 my involvement.
12 Q  So is it fair to say that when you were
13 hired by Stir Crazy you were hired as a night manager
14 and to do promotions for the club?
15 A  A hundred percent.
16 Q  Okay.
17 A  I was the...
18 Q  Was your duty to promote the club
19 different than other night managers?
20 A  My style was.
21 Q  Okay.
22 A  Because they know it works. I have had
23 road shows, Chippendales, we are the word famous,
24 number one Chippendales. Chippendolls, world famous,
25 number one name in entertainment --

Page 36

1  Q  Okay.
2  A  -- and I know it works. I have been
3  doing it for 35 years, longer than anybody that's been
4  in this business, but I know it works. I brought
5  it -- We need you, we need you, we need you. No
6  problem.
7  Q  So is it fair to say that the club
8  sought you out?
9  A  A hundred percent.
10 Q  Okay. Where were you working when --
11 A  I was at a grocery store in Hollywood.
12 Q  Hold on, let me finish the question.
13 A  I apologize.
14 Q  No, it's okay.
15 Where were you working at the time you
16 heard or learned that Stir Crazy was looking to hire
17 someone?
18 A  Rolando had contacted me from a past
19 application that he saw and he had heard of me and
20 then he called me, I guess, clearing with Eddie. I
21 don't know that's what exactly - and the owner was
22 looking - Manny was looking forward to meeting me and
23 I met him one time on the floor.
24 Q  So you spoke to Rolando, Rolando called
25 you?

Page 37

1   A   Called me, correct.
2   Q   And he told you there was an opening at
3   the club?
4   A   There was an opening, they were looking
5   for a manager, and they wanted - they seen my resume
6   and all my experiences and they wanted me to come.
7       And then I brought the different
8   styles -- Because Rolando is pretty new. He was maybe
9   a year in the business, maybe two, if that, and my
10  experience of the 35 years felt they would help their
11  improvement. And it was, you know, everything was
12  coming together, improvements of the club.
13  Q   Okay.
14  A   That was my job, to make the owner as
15  much money as possible.
16  Q   Did you ever say anything -- I'm sorry,
17  strike that.
18      Did you ever say to Rolando something
19  about the club and Rolando said that it would need to
20  be brought to Manny's attention?
21  A   No.
22  Q   Okay. Besides Eddie, are there any
23  other managers who worked at the club to whom you said
24  something and in response they stated words to the
25  effect that it would have to be brought back to Manny?

Page 38

1   A   Joe Pueg was the one. If it didn't get
2   done correctly of changes would happen.
3   Q   How do you spell Joe's name?
4   A   Joe, J-O-E.
5   Q   Yes.
6   A   P-U-E-G, I think it is. I don't know
7   exactly.
8   Q   Okay.
9   A   He wasn't working at the club at the
10  time, but he was instructed the one to train me, to
11  meet for the interview, as it's in my cell phone.
12  Q   So Joe Pueg --
13  A   Yes.
14  Q   -- he was a manager at the club?
15  A   No, no. He didn't -- He was -- Because
16  he had health problems. I guess I was going into his
17  position, I'm not sure exactly, but the owner, he was
18  representing the owner to help train me and bring me
19  aboard and make sure things got, you know, most
20  cooperation as possible.
21  Q   Do you know whether or not Manny had
22  anything to do with your being hired at the club or
23  your not working at the club anymore?
24  A   I didn't hear that personally, but like
25  I said, I don't know.

Page 39

1   Q   Okay.
2   A   Okay. You know, all I knew, they said
3   Eddie had hired me, you know. I can't tell you
4   anything I don't know, because I don't know.
5   Q   Okay. And you worked at nights?
6   A   Yes, sir.
7   Q   How many shifts did you work?
8   A   Five shifts.
9   Q   Okay.
10  A   Tuesday through Saturday.
11  Q   Would you agree that the managers at the
12  club have supervisory authority?
13      MR. MCDONALD: Objection to the form.
14  BY MR. BOBER:
15  Q   Do you not understand that? Do you want
16  me to repeat the question?
17  A   No. You mean supervise the club,
18  itself?
19  Q   Let me ask it differently.
20  A   Okay.
21  Q   Is it one of the functions of the
22  managers at Stir Crazy to supervise?
23  A   Yes.
24  Q   Okay. That's what they do?
25  A   Yes. Like I said, we don't get tipped

Page 40

1   out, we don't sell the rooms, we just, you know, make
2   sure everything runs smoothly.
3   Q   Okay. Is there at least one manager on
4   every shift?
5   A   Yes, sir. Sometimes two, because Agusto
6   was there. Later, they were supposed to turn the
7   shift over to me, but it never happened.
8   Q   Okay. So there's at least one or two
9   managers every shift?
10  A   Yes, sir.
11  Q   Are there ever three managers on a
12  shift?
13  A   Possibly. On the weekends, when we're
14  packed busy, Rolando would be in there on a Friday and
15  Saturday or Agusto would come in there later.
16  Q   Okay.
17  A   Because it would get a little bit crazy
18  busy, it got to be that way, busy, you know, as much
19  as possible to help.
20  Q   Earlier in the deposition you talked
21  about managers telling DJs what to play.
22  A   Yes.
23  Q   Can you tell me what you meant by that?
24  A   To not play the hip-hop and keep the
25  techno and the energy in the club at all times.

United Reporting, Inc.
(954) 525-2221

11 (Pages 41 to 44)

Page 41

1   Q   What --
2   A   Drink more Red Bull, drink more Red
3   Bull, that's what was told to me, because that's what
4   I did. Just do what you have to do to keep it going
5   with the business, and that's what I did.
6   Q   So what was the managers' objection to
7   hip-hop?
8   A   The girls. It wasn't the managers, it
9   was the girls that were complaining because -- Like,
10  you know, me, I feel if you're a worker, you're here
11  to work, you know. You're not here to listen to the
12  music, you're here to dance for the customers. That's
13  why we have the customers, because they enjoy the
14  atmosphere.
15  Q   So were there ever instances where the
16  managers heard the DJs playing music that they didn't
17  like and told them to change it?
18  A   Oh, yeah.
19  Q   Was that a frequent occurrence?
20  A   Yeah, and then till they had the right
21  to do one hip-hop song and one techno; so eventually
22  they went back to where it was going right into the
23  iceberg, because they gave the girls back control of
24  the club and you can't do that when you're an owner of
25  a club, running a club. You are the owner and you run

Page 42

1   the club and, you know, and...
2   Q   So is it fair to say during the time
3   that you were at the club --
4   A   Yes, sir.
5   Q   -- the management did not want the
6   dancers having decision-making authority over what was
7   being played?
8   A   Correct.
9   Q   And the management was trying to take
10  back that authority?
11  A   Yes.
12  Q   Okay.
13  A   With my ideas and brought to Eddie and
14  Eddie would clear it with the owner.
15  Q   When you say, "the owner", you mean
16  Manny?
17  A   Manny.
18      MR. MCDONALD: Objection to the form,
19      move to strike.
20  BY MR. BOBER:
21  Q   You mentioned earlier that the DJs would
22  send something to Manny each shift?
23  A   E-mail.
24  Q   Okay. What was the e-mail?
25  A   Of the number of girls.

Page 43

1   Q   Okay.
2   A   And I think that's it, as far as I know.
3   Q   Do you know why --
4   A   I didn't -- I have no idea.
5   Q   Okay. Well, let me finish the question.
6   A   Okay, I'm sorry.
7   Q   Do you know why the DJs would e-mail
8   Manny?
9   A   I have no idea.
10  Q   You just knew that they were doing it?
11  A   I just know they were doing it --
12  Q   Okay.
13  A   -- because they all told me, they've got
14  to e-mail - because I had the list of the girls and I
15  need the list back to put the number of girls to
16  e-mail Manny. That's how I knew they were e-mailing
17  Manny.
18  Q   Okay. Had you ever seen any of these
19  e-mails that the DJs sent?
20  A   No, sir.
21  Q   But the DJs would ask you for the list
22  of dancers who were working --
23  A   Yes.
24  Q   -- in order to be able to send the
25  e-mail?

Page 44

1   A   I had to get their list to make sure
2   mine was accurate on how many girls, because some
3   girls come in later and they may not be on the list to
4   collect the $5.00 and he has the complete list who
5   went on rotation, Mitch.
6   Q   What is the $5.00?
7   A   The $5.00 per girl that they pay out,
8   house fee or...
9   Q   The dancers would pay --
10  A   Yeah, $10.00. Well, $5.00 to him, I
11  think $10.00 for the house fee.
12  Q   Okay.
13  A   Yeah, that's how it always was.
14  Q   What was the difference between the five
15  and $10.00?
16  A   Well, that's for the DJ. That was a
17  requirement.
18  Q   The dancers would pay the DJ $10.00 --
19  A   Yeah, tip.
20  Q   -- per shift?
21  A   Yeah.
22      MR. MCDONALD: Objection to the form.
23      Didn't he just say $5.00?
24      MR. BOBER: Are you objecting to the
25      question?

12 (Pages 45 to 48)

Page 45

1   MR. MCDONALD: I am, but you're not
2   allowed to put words in his mouth.
3   MR. BOBER: All right. You can't --
4   MR. MCDONALD: No, but it's just
5   improper --
6   MR. BOBER: Hold on a second.
7   MR. MCDONALD: I can't have you doing
8   that.
9   MR. BOBER: You --
10  MR. MCDONALD: First your client, now
11  you. It's not right. You know it's not
12  right.
13  MR. BOBER: All right. Look --
14  MR. MCDONALD: It's against the rules.
15  MR. BOBER: -- I don't know what you're
16  talking about, but you need to cool it. Now
17  you've gone overboard. I'm not trying to put
18  words in anybody's mouth and you can object
19  50 times, but you cannot make speaking
20  objections. Just object to form of the
21  question and keep quiet.
22  MR. MCDONALD: You can -- I can make an
23  objection --
24  MR. BOBER: No, you can't.
25  MR. MCDONALD: -- and put on the record

Page 46

1   when your conduct is out of line --
2   MR. BOBER: No, you can't.
3   MR. MCDONALD: -- as it was just now.
4   MR. BOBER: No, you can't.
5   MR. MCDONALD: I definitely can.
6   MR. BOBER: You can file a motion with
7   the court and submit the transcript --
8   MR. MCDONALD: Just ask the question.
9   MR. BOBER: -- if you think I've done --
10  MR. MCDONALD: Ask your next question.
11  MR. BOBER: -- something wrong, but you
12  need to knock it off.
13  MR. MCDONALD: Ask your next question.
14  THE WITNESS: I'm going to be clear.
15  BY MR. BOBER:
16  Q   Okay.
17  A   There's a house fee every girl pays, it
18  doesn't matter.
19  Q   Who are they paying the house fee to?
20  A   They're paying to the house, the club.
21  Q   How much is it?
22  A   Ten dollars.
23  Q   Ten dollars.
24  A   Yeah. And the $5.00 is their agreement
25  or whatever they're going to pay the DJ, whatever

Page 47

1   their fee is per girl, and then he pays the house
2   $25.00 at the end of the night.
3   Q   Okay. So at the end of a shift --
4   A   Yes.
5   Q   -- does --
6   A   I've got a list. I've got to collect
7   $10.00 from every girl.
8   Q   Okay.
9   A   No ifs, ands or buts.
10  Q   Okay. So at the end of every shift each
11  dancer pays $10.00?
12  A   Yes, sir, that's a house fee.
13  Q   And the manager picks that money up?
14  A   Yes.
15  Q   Okay.
16  A   That's a manager's department.
17  Q   If you weren't working, it would be some
18  other manager?
19  A   Correct, a hundred percent.
20  Q   And then, does that $10.00 go to Mitch
21  for each of the dancers?
22  A   No, that goes to the owner towards the
23  night of the revenue collected; so that's one part of
24  the revenue cash. Then you got other fees of
25  revenue --

Page 48

1   Q   Okay.
2   A   -- the lap dances, the bar revenue.
3   Q   So is it correct that the dancers pay
4   something to the DJ for each shift?
5   A   Yes, sir.
6   Q   Okay. Is that in addition to the
7   $10.00?
8   A   Yes.
9   Q   Okay. So the dancers pay the house
10  $10.00?
11  A   Yes, sir.
12  Q   And they pay some amount of money to the
13  DJ?
14  A   A hundred percent.
15  Q   Okay. How much are they paying the DJ?
16  MR. MCDONALD: Objection to the form.
17  He just --
18  THE WITNESS: That can range. It can be
19  $5.00, it can be whatever they agree that's
20  fair to him. I don't know because I don't
21  get involved in...
22  BY MR. BOBER:
23  Q   Okay. So you're not sure?
24  A   I'm not sure. I know --
25  MR. MCDONALD: Objection to the form,

Page 49

1  mischaracterizes his testimony. He testified
2  to $5.00, Peter. You know, you're not
3  allowed to do what you're doing. You know
4  you're not.
5      MR. BOBER: I don't know --
6      MR. MCDONALD: It's wrong and it's
7  improper.
8      MR. BOBER: Okay. I don't know what
9  you're talking about.
10     MR. MCDONALD: You're suggesting to him
11 answers that are - it's just improper.
12     MR. BOBER: I don't know what you're
13 talking about.
14     MR. MCDONALD: He answered the question,
15 now you're going: You're not sure?
16     MR. BOBER: Listen to me. Listen to me.
17     MR. MCDONALD: You know what you're
18 doing, Peter, come on.
19     MR. BOBER: Can you sit there and just
20 object to the questions that you don't like.
21     MR. MCDONALD: Not if you're going to do
22 what you're doing.
23     MR. BOBER: Listen, if you don't like
24 it --
25     MR. MCDONALD: If you ask proper

Page 50

1  questions --
2      MR. BOBER: -- I don't know what to tell
3  you.
4      MR. MCDONALD: -- but you're not allowed
5  to --
6      MR. BOBER: I don't know what to tell
7  you.
8      MR. MCDONALD: -- put words in the
9  witness's mouth.
10     MR. BOBER: I don't know what to tell
11 you except you can object if you don't like a
12 question. That's all you get to do. That's
13 all you get to do.
14     MR. MCDONALD: You're wrong. You're
15 wrong if your conduct is as it has been.
16     MR. BOBER: Then you can file a motion
17 with the court if you think --
18     MR. MCDONALD: Well --
19     MR. BOBER: -- it has been improper,
20 okay.
21 BY MR. BOBER:
22     Q  So in addition to the $10.00 that the
23 dancers pay the house --
24     A  Correct.
25     Q  -- they are paying some amount money to

Page 51

1  the DJ --
2      A  DJ.
3      Q  -- for each shift?
4      A  Yes, sir.
5      Q  Okay. When Mitchell was working, Mr.
6  Rosario was working at the club --
7      A  Yes, sir.
8      Q  -- do you know what the dancers were
9  paying him for each shift?
10     A  I have no idea what they're paying.
11     Q  Okay.
12     A  But there is a minimum fee that they
13 have to pay.
14     Q  Okay. What was the minimum?
15     A  I'm not sure on that.
16     Q  Okay. You mentioned that managers would
17 tell DJs what to play?
18     A  Yes.
19     Q  Can you tell me if there were any other
20 things that managers would tell DJs to do?
21     A  They didn't want nobody in that DJ booth
22 or he gets fired.
23     Q  Would managers ever scold DJs for having
24 people in the booth?
25     A  He scolded him because I was in the DJ

Page 52

1  booth and I was telling Mitch exactly what Eddie had
2  wanted him to do on that shift and then he got on him.
3      Q  Who is "he"?
4      A  Heriberto.
5      Q  Okay.
6      A  Yelled at him because I was in the DJ
7  booth.
8      Q  And you were --
9      A  I'm like, "What do you think, we're
10 clowning around?" I'm here to upscale the club, to
11 make the club better, and this is not a playground,
12 this is work.
13     Q  So managers would be upset if --
14     A  I get pissed, because I know what works.
15     Q  All right, but let me finish the
16 question.
17     A  Okay. I'm sorry. It's just -- If I
18 think, it's just like, you know...
19     Q  No, that's okay. I understand. You
20 were sensing what I was going to ask.
21        So managers would scold DJs if there
22 were people in the DJ booth who were not supposed to
23 be there?
24     A  Nobody is to be in that DJ booth because
25 he's worried about somebody spilling a drink. It's

Page 53

1  understandable --
2      Q   When you say, "he" --
3      A   Heriberto.
4      Q   Okay.
5      A   His equipment or whatever, a drink would
6  get on there or whatever, but he didn't want nobody,
7  at all, or Mitch would be fired in that DJ booth.
8      Q   Have you ever heard of an instance about
9  a manager -- Let me strike that.
10         You mentioned before about different
11 genres of music, one being more preferable to the
12 other.
13     A   Yes, sir.
14     Q   They didn't like hip-hop and that they
15 wanted something more high energy.
16     A   Correct.
17     Q   What about just actual songs, were there
18 ever instances where a manager would tell a DJ to play
19 a specific song?
20     A   Requests from a customer if they paid
21 money to have the song played, and that went into the
22 fee thing for the house.
23     Q   Okay.  Have you ever heard of a manager
24 telling a DJ not to play a specific song or overheard
25 a specific song being played --

Page 54

1      A   Yeah, yeah.  The format was techno and
2  high energy.
3      Q   Okay.
4      A   There was not allowed to be, you know,
5  the format we were changing.
6      Q   Okay.  So the --
7      A   And if he couldn't get it done, he said,
8  "Do you know any other DJs?"  That's what Heriberto
9  had told me.  They wanted to fire Mitch.
10     Q   For playing music that he didn't like?
11     A   Correct.
12     Q   That Eddie didn't like?
13     A   Not Eddie didn't like, that I suggested
14 would work.
15     Q   Can you explain that?
16     A   Hip-hop, techno, high energy.  Then I
17 hear, what's hip-hop again.
18     Q   Okay.
19     A   Well, you know...
20     Q   So is it fair to say that Eddie would
21 get upset if he heard hip-hop?
22     A   Not -- Because he wasn't on our shift.
23 Agusto was on our - he was on the day shift, you know,
24 but he's wanting me to report everything that went on
25 at nighttime to day shift that was going on.  I was

Page 55

1  his eyes and ears for the daytime --
2      Q   Okay.
3      A   -- you know, so...
4      Q   Do you know whether there were ever any
5  instances where Mr. Rosario was disciplined for
6  playing music that the management did not like?
7      A   No, he never got disciplined for the
8  music.  It was just that's the way it was, this is the
9  way it was and this is the way it was going to work
10 and this is the way it was.
11     Q   Would you agree that your knowledge of
12 the club only extends to the time period where you
13 actually worked at the club?
14     A   I'm sorry.  Repeat that?
15     Q   Okay.  You worked, you said, at the club
16 from August of 2012 to January --
17     A   Twenty-second.
18     Q   -- 2013?
19     A   Twenty-second.
20     Q   January 22nd, 2013?
21     A   Yeah, that's...
22     Q   Would you agree that you don't know what
23 happened at the club prior to you actually working
24 there?
25     A   Sir, I have no idea.

Page 56

1      Q   Okay.
2      A   All I know is I came in and it was a
3  dead club.  That's all I knew, it was slow, and they
4  wanted to get business.
5      Q   Would you agree you have no personal
6  knowledge of what happened in the club in time periods
7  after you left?
8      A   I don't know.
9      Q   Okay.
10     A   I don't care.  All I know is when I was
11 there, I did my best, and when you don't pay me,
12 adios.
13     Q   Okay.
14     A   That's what I did.
15     Q   So the answer to my question was:
16 "Yes"?
17     A   Yes.
18     Q   Okay.
19     A   I'm sorry.
20     Q   No problem.  No problem.
21     A   It's like, you know, an agreement that
22 was told to me that they didn't follow through on
23 myself.
24     Q   Okay.
25     A   So that's just -- I am sorry about

Page 57

1  getting off the...
2  Q  No problem.
3  A  I quadrupled your number and...
4  Q  Okay. Hold on a second.
5      Can you tell me what kind of equipment
6  the club provided to the DJs so they could play music?
7  A  They had sound equipment. They brought
8  their own laptops in with their music.
9  Q  Was there a house computer that belonged
10 to Stir Crazy?
11 A  Yeah, they had the whole sound booth
12 there.
13 Q  Okay.
14 A  He just plugged in his music with the
15 laptop, whatever they do, you know. I am not an
16 expert in that field, but I know that was all Stir
17 Crazy's equipment.
18 Q  So Stir Crazy owned the sound booth?
19 A  Yes, sir.
20 Q  There's a house computer also that's
21 owned by Stir Crazy?
22     MR. MCDONALD: Objection to the form,
23 asked and answered.
24 BY MR. BOBER:
25 Q  Is there a computer located in Stir

Page 58

1  Crazy that is full of songs?
2     MR. MCDONALD: Objection to the form --
3     THE WITNESS: That, I don't know.
4     MR. MCDONALD: -- leading. Objection to
5  the form, asked and answered.
6     THE WITNESS: I just knew they had their
7  own laptop to...
8  BY MR. BOBER:
9  Q  Okay. Do you know whether or not the
10 club provided any music to the DJs?
11 A  No.
12 Q  You don't know?
13 A  I don't know about that.
14 Q  Okay. Do you know whether or not the
15 club paid out of its own pocket any money to the DJs,
16 including Mr. Rosario?
17 A  They paid him?
18 Q  Correct. Did they?
19 A  I don't think so, no.
20 Q  Okay.
21 A  I never seen money transacted. I guess
22 that's...
23 Q  During the time that you worked at Stir
24 Crazy --
25 A  Yes.

Page 59

1  Q  -- did the club have any rules for how
2  the dancers were supposed to go in the rotation for
3  dancing?
4  A  They had to go down the list as they
5  came in.
6  Q  Okay.
7  A  They had to check in with the DJ. They
8  didn't want them to come in and sit in the back room.
9  They wanted, as soon as they got in there, get dressed
10 and come to Mitch, the DJ, put them on rotation and
11 they worked the stages. As we got busier, he opened
12 the back stage. We had two stages and they ran two
13 girls on the main stage once we got busy. We had
14 three girls at our busy, peak time, which is usually
15 Thursday, Friday, Saturday.
16 Q  So the club management had a rule that
17 the dancers should be called in the order in which
18 they came into work?
19 A  Yes, sir.
20 Q  Who created that rule, if you know?
21 A  I have no idea, you know. All I know,
22 it's the ownership/management that created that.
23 Q  Okay. Did you ever hear of Eddie
24 talking about that rule?
25 A  Yes.

Page 60

1  Q  Okay. Would it be a violation of that
2  rule for a DJ to ignore that rule and just put
3  whatever girls on the stage that they wanted in the
4  order that they wanted?
5     MR. MCDONALD: Objection to the form.
6     THE WITNESS: No. They just had a
7  format to follow. They didn't follow -- They
8  didn't follow, they took it off on Mitch.
9  BY MR. BOBER:
10 Q  Okay.
11 A  Mitch would be fired if it wasn't
12 followed.
13 Q  So Mitch had to follow the --
14 A  Oh, yeah.
15 Q  Hold on.
16    Mitch was required to follow the club's
17 rotation for getting the dancers on the dance floor?
18 A  Yes, sir.
19 Q  In your experience working at Stir
20 Crazy, do dancers sometimes not make a lot of money?
21 A  Yes.
22    MR. MCDONALD: Objection to the form.
23    MR. BOBER: What is the problem?
24    MR. MCDONALD: It's a vague, ambiguous
25 question. What does that mean, "not make a

Page 61

1  lot of money"?
2      MR. BOBER: Okay, that's good. Okay.
3  BY MR. BOBER:
4      Q  Did you ever hear dancers at Stir Crazy
5  complain --
6      A  Oh, yes.
7      Q  Hold on.
8      A  I'm sorry. I apologize.
9      Q  Okay. Hold on.
10     A  I'm sorry.
11     Q  Okay. Hold on.
12         Did you ever hear dancers at Stir Crazy
13 complain verbally that they were unhappy with the
14 amount of money that they had made on a shift?
15     A  Yes.
16     Q  Okay. And did they explain why they
17 were unhappy?
18     A  Sometimes the music, sometimes just
19 not - you know, they were lazy, a lot of them.
20     Q  Okay. So is it fair to say that some
21 dancers, no matter what kind of music was being
22 played, would not make money because they were lazy
23 workers?
24     A  A hundred percent.
25     Q  Based on your personal observation,

[handwritten margin note: D's OBJ — hearsay]

Page 62

1  would dancers complain about not making money on a
2  shift because of a lack of customers coming into the
3  club on that shift?
4      MR. MCDONALD: Objection to the form,
5  leading. Ask him why and then you can --
6      MR. BOBER: Leading? It's not my
7  witness.
8      MR. MCDONALD: It doesn't matter. You
9  know you're not allowed to just lead a
10 witness, put words in their mouth. It's
11 wrong.
12     Ask a question, open-ended --
13     MR. BOBER: Just object.
14     MR. MCDONALD: -- who, what, where, when
15 why.
16     MR. BOBER: Don't tell me how to do it,
17 just object. No, don't tell me how to do it.
18 You object.
19     MR. MCDONALD: This is --
20     MR. BOBER: Just object.
21     MR. MCDONALD: -- not a party opponent.
22     MR. BOBER: Just object.
23     MR. MCDONALD: This is a witness.
24     MR. BOBER: You can't make speaking
25 objections.

Page 63

1      MR. MCDONALD: You can ask open-ended
2  questions.
3      MR. BOBER: I can ask whatever questions
4  I want and you can object to whatever
5  questions you want, get it? That's how it
6  works.
7      Can you read back the last question?
8      (The previous question was read back by
9      the Court Reporter as above reported.)
10 BY MR. BOBER:
11     Q  You can answer if you know what
12 I'm talking about.
13     MR. MCDONALD: Additional grounds, but I
14 wasn't state them, unless you want me to.
15     MR. BOBER: No, that's okay.
16     THE WITNESS: Yeah, they complain
17 regularly.
18 BY MR. BOBER:
19     Q  Based on your personal observations,
20 were some customers who would come into the club not
21 big tippers?
22     MR. MCDONALD: Objection to the form.
23     THE WITNESS: A lot, no big tippers.
24 BY MR. BOBER:
25     Q  Were there customers who came into the

Page 64

1  club that just didn't tip at all?
2      A  Yes.
3      Q  Did you ever hear dancers complaining
4  about customers who didn't tip?
5      A  Oh, yeah.
6      Q  Okay.
7      A  They get mad sometimes and, you know,
8  out of context. It's like -- It was not a great scene
9  in the dressing room sometimes.
10     Q  Based on your personal observations,
11 would you agree that even if Mitch were to play great
12 music for the customers, a dancer might be unhappy
13 with the amount of money that they made that night due
14 to factors that were beyond Mitch's control?
15     MR. MCDONALD: Objection to the form.
16     THE WITNESS: A hundred percent.
17 BY MR. BOBER:
18     Q  Would you agree that the DJs who worked
19 at Stir Crazy during the time that you worked there,
20 including Mitch, had no control over the number of
21 customers coming into the club?
22     A  They never had control of the customers
23 coming into the club. They can bring their friends,
24 you know, and tell our VIPs to come in, but...
25     Q  Did you agree with my --

Page 65

1   A   Yes.
2       MR. MCDONALD: Objection to the form.
3   BY MR. BOBER:
4   Q   Okay. You agreed with what I just
5   asked?
6   A   Yes.
7   Q   Okay.
8       MR. MCDONALD: He modified it, though.
9   BY MR. BOBER:
10  Q   Okay. What do you mean that -- Did
11  Mitch bring in people like you were just describing?
12  A   Yes, sir.
13  Q   How often did that happen?
14  A   Weekend, mostly.
15  Q   Okay.
16  A   When people are free.
17  Q   Mitch would bring in how many people?
18  A   That, I don't know.
19  Q   Okay.
20  A   You know.
21  Q   You saw that there were people that
22  Mitch had brought in during the time that you worked
23  at the club?
24  A   Yes, he brought business to the club.
25  Q   Would you agree that DJs, including

Page 66

1   Mitch, were not involved in the ultimate profitability
2   of the club?
3       MR. MCDONALD: Objection to the form.
4       THE WITNESS: I don't understand that.
5   BY MR. BOBER:
6   Q   Okay. Would you agree that the club
7   management is responsible for ensuring that customers
8   come in to visit the club?
9   A   Yeah, that's why we get fired and, you
10  know, promotion, calling people, making sure the girls
11  bring in their customers.
12  Q   Okay. So management would make sure
13  that the dancers would bring in customers?
14  A   Yes.
15  Q   Okay. Was there a requirement that DJs
16  bring in customers?
17  A   No, there was not a requirement.
18  Q   Would you agree that if there was one
19  group or two groups of individuals who were
20  responsible for bringing in customers to the club, it
21  would be either the managers or the dancers?
22      MR. MCDONALD: Objection to the form.
23  Improper, incomplete question.
24      THE WITNESS: The promotion we did and
25  whoever would have their VIPs come in. Their

Page 67

1   customers have their own special girls, have
2   their own special - what they like about the
3   club. Some like Eddie, some like Agusto, you
4   know. It's just -- The club has been there
5   for 25 years, so...
6   BY MR. BOBER:
7   Q   What is a VIP?
8   A   A VIP is, you know, someone that's been
9   a regular customer that is treated like a regular,
10  maybe give them a comp drink once in a while and treat
11  them a little bit extra special because he's kept the
12  success of the club over the years, been a loyal
13  customer to the club.
14  Q   Okay. Do you know whether or not Mitch
15  brought in VIPs?
16  A   Yes.
17  Q   Do you know how many?
18  A   I have no idea.
19  Q   During the time that you worked there,
20  was it more than five?
21  A   Oh, yeah, way more than five, but I
22  can't say the direct number.
23  Q   Okay. Did you ever hear anyone at the
24  club ever talking about whether it was correct or not
25  for DJs to be either classified as independent

Page 68

1   contractors or employees?
2   A   No. I just knew he was an employee of
3   the club.
4   Q   You knew what?
5   A   He was an employee of the club through
6   Heriberto, the general manager.
7   Q   You're saying you had a conversation
8   with Eddie?
9   A   Yeah, I knew he was an employee of the
10  club because, you know, I didn't know about
11  independent contractors or anything like that. You
12  know, the DJs, I don't get involved with their type of
13  salary structure. All I know is he had to pay a house
14  fee.
15  Q   Why do you say that Eddie knew that
16  Mitch was an employee?
17  A   That's what was stated to me.
18  Q   Who stated to you?
19  A   Eddie.
20      Agusto, I didn't understand, and Rolando
21  never stated anything to me, he was so green to the
22  business.
23  Q   When did Eddie state that to you?
24  A   In the beginning.
25  Q   The beginning of your employment?

United Reporting, Inc.
(954) 525-2221

Page 69

1   A   Yes. Yes.
2   Q   When you worked there, you were on
3   payroll?
4   A   Yes, sir.
5   Q   You were paid a salary?
6   A   Yes, sir.
7   Q   Okay.
8   A   No tips, no anything else.
9   Q   Why, if you know, did Eddie tell you
10  that he knew that Mitch was an employee of the club?
11  A   That's what was said to me.
12  Q   Okay.
13  A   That's as far as I knew. I didn't go
14  into depth. I didn't go any further.
15  Q   He used the actual word "employee"?
16  A   Employee.
17  Q   Okay. Based on your knowledge, did you
18  ever know of any requirement that said that DJs
19  working at Stir Crazy could not work for other clubs
20  at the same time?
21  A   It was a conflict of interest. It's a
22  basic knowledge of the business.
23  Q   Why is it a conflict of interest, if you
24  know?
25  A   That it just -- You know, you're

Page 70

1   bringing your customers to the opposition's business.
2   Q   Are you saying that if a DJ works at
3   Stir Crazy and then works at another club, the dancers
4   might leave?
5   A   Oh, yeah. That's one of the main
6   reasons. I mean, it's just a basic knowledge of being
7   in the business. It's common, you know. It's club
8   courtesy. It's cold, you know.
9   Q   Did you ever know -- In the months that
10  you worked at Stir Crazy, did you ever know of a DJ
11  that was disciplined for working at multiple clubs,
12  including Stir Crazy?
13  A   That, I don't know.
14  Q   Okay.
15  A   I don't know. Like I said, I don't know
16  the relations or how long or, you know. I know Jobe
17  very briefly in the daytime. Mitch I worked with all
18  the time, you know, and the ones that worked in the
19  daytime.
20  Q   If a DJ left a club and the dancers at
21  that same club left with the DJ, would that be good or
22  bad for Stir Crazy?
23  A   That's bad for everybody.
24  Q   Why is it bad if --
25  A   Because dancers are --

Page 71

1   Q   Let me just finish.
2       I don't want to --
3   A   Okay.
4   Q   Why is it bad if the number of dancers
5   at Stir Crazy is reduced?
6   A   House fee, the number of money that's
7   paid to the house.
8   Q   Anything else?
9   A   The revenue that they produce, the
10  customer that comes in to see them that brings -
11  spends their - even if it's $7.00, $107.00, you know,
12  they lose that, you know. If you lose a dollar, it's
13  just bad to lose that business.
14  Q   If there are less dancers at a club,
15  will that translate into less money being spent by
16  customers?
17  A   Oh, yeah, then it goes around the
18  circuit, everybody talks. They only got seven girls
19  tonight. Everybody talks in that business.
20      Would you go to Stir Crazy? How many
21  girls? I'm not going there.
22  Q   Customers, you mean?
23  A   Customers, yes.
24  Q   So you're saying that customers do not
25  want to go to an exotic dance club if there are not a

Page 72

1   significant number of women working?
2   A   Correct, a hundred percent.
3   Q   We talked a little bit before about
4   Manny Insua or Manny, as you knew him.
5   A   Yes, that's how I know him.
6   Q   Okay. Does Manny view the cameras that
7   are in the club?
8   A   Oh, yes.
9   Q   Okay.
10  A   I was told this by Heriberto.
11  Q   Where does he watch the cameras from?
12      MR. MCDONALD: Objection to the form.
13      THE WITNESS: That, I don't know.
14  BY MR. BOBER:
15  Q   Okay. But did Eddie tell you that Manny
16  could watch what was happening in the club?
17  A   Oh, yes.
18  Q   Even if he wasn't present?
19  A   A hundred percent.
20  Q   Was there ever a situation where some
21  manager saw something happening at the club through
22  the cameras and then reported it within the club,
23  itself?
24  A   Oh, yeah. Agusto, all the time, he
25  would be watching from his home, because he would call

Page 73

1   me up.
2           Eddie would watch the cameras, he called
3   me up on the phone. "What are you guys doing in the
4   DJ booth? Get out of the DJ booth," you know --
5       Q   The manager --
6       A   -- or Mitch would be fired, you know.
7       Q   Agusto was a manager?
8       A   Yes, sir.
9       Q   Okay. And he was a night manager?
10      A   Night manager, yes, sir.
11      Q   And he would watch the cameras from his
12  home?
13      A   Yes. The bartenders would be in the
14  corner conferring, why aren't you serving, you know,
15  Manny's customers? You know, what are they doing over
16  there?
17          Oh, but we don't work with Heriberto, we
18  work with Agusto.
19          Okay, excuse me. I thought I was going
20  to be taking the shift, okay. So much for that.
21          I said, "Agusto, how would you like it
22  run?" Because they were supposed to turn the whole
23  thing over to me and I never got it turned over
24  because I don't know the...
25      Q   Okay. Do you know -- Strike that.

Page 74

1           Have you ever worked a day shift at Stir
2   Crazy?
3       A   No. Not at all.
4       Q   Have you ever spoke to --
5       A   I was going to be the daytime manager.
6   I don't know how that all -- That was what they were
7   bringing me in for, the daytime, because I guess Ricky
8   was going to leave and then Ricky never left; so they
9   put me at night.
10      Q   Have you ever had a conversation with
11  anyone who worked at the club about the type of
12  clientele that was coming in on the day shift?
13      A   I have no idea.
14      Q   Okay.
15      A   All I know, it was slow when I came in,
16  you know, 8:00 I came in. I don't know what went on
17  in the daytime, you know. I had no knowledge of, you
18  know...
19      Q   Do you have any knowledge about whether
20  or not there were differences in the type of clientele
21  that would come during the day shift verses night
22  shift?
23      A   I don't know. The girls said it was
24  dead, that's all I knew, you know.
25      Q   Dead when?

Page 75

1       A   During the daytime. Kathy and her
2   cousin, one of the dancers. I don't know -- Like I
3   said, I don't know. My shift was this and that's when
4   I went on my shift. I didn't care what went on in the
5   daytime, it was none of my business.
6       Q   Okay.
7       A   If they wanted me to take daytime, they
8   would have appointed me daytime, but they appointed me
9   at night.
10      Q   During the time of day that the club is
11  open, are there two shifts?
12      A   Two shifts, yes.
13      Q   Okay. What are the times of the two
14  shifts?
15      A   Daytime, I think, opens at 12 or 11, I'm
16  not a hundred percent sure.
17      Q   Okay.
18      A   And it goes to 8:00, and then the shift
19  change happens with 8:00 to five in the morning.
20      Q   Do you know whether or not DJs had to
21  arrive before their shift started to get set up?
22      A   They all had to arrive before shift, I
23  was stated that.
24      Q   Okay. Who stated it?
25      A   They should be ready to go.

Page 76

1   Eddie.
2       Q   Okay.
3       A   They had to be ready to go at 8:00 when
4   their shifted started.
5       Q   Do you know whether or not the shift
6   actually started at night at 8:30 but they were
7   required to come in before that?
8       A   Yeah, early.
9           I know my shift started at eight, you
10  know. I know they had to be there early to set up and
11  ready to go for the switch.
12      Q   Do you know -- Strike that.
13          Have you ever heard of a woman named
14  Laura Insua?
15      A   No, sir.
16      Q   Okay. Do you know whether or not
17  Manny's mother ever did any work at the club?
18      A   I don't know Manny's mother. I never
19  met the woman.
20      Q   Okay.
21      A   I didn't know -- The mother never came
22  up.
23      Q   Okay. Based on your personal
24  observations, did the club have a -- Strike that.
25          Based on your personal observation, did

United Reporting, Inc.
(954) 525-2221

Page 77

1  the club management have a distaste of slow music
2  being played --
3        MR. MCDONALD: Objection to the form.
4  BY MR. BOBER:
5     Q  -- at the club?
6        MR. MCDONALD: Vague.
7        THE WITNESS: Well, as I said earlier,
8  they wanted high energy.
9  BY MR. BOBER:
10    Q  Did you understand what I meant when I
11 said, "slow music"?
12    A  Well, like I said, hip-hop, all that
13 stuff is slow to me, you know. I know techno, I know
14 what works and I know what's energy. Anything other
15 than that, it's a dead club.
16    Q  By slow -- I wanted to clarify because
17 there might be some ambiguity. By slow, I am talking
18 about the tempo of the music. Did the club have a
19 distaste for music with a slow tempo?
20    A  Yes, because it killed the club.
21    Q  Okay.
22    A  It killed the energy, people start
23 leaving. They want to be where it's a fun, party
24 atmosphere and that's what I created.
25    Q  Okay. Were there ever instances where a

Page 78

1  dancer would have a dispute with a DJ about something?
2        MR. MCDONALD: Objection to the form.
3        MR. BOBER: What is the objection?
4        MR. MCDONALD: It's vague.
5        MR. BOBER: All right, that's fine.
6  BY MR. BOBER:
7     Q  You can answer.
8     A  Mitch was going to get fired because of
9  one girl. All the years he put in --
10    Q  Okay.
11    A  -- one girl said one thing and it was,
12 are you kidding?
13    Q  What is the incident you're talking
14 about?
15    A  About rotation. She sat there with a
16 customer and they're required to get on stage and
17 Agusto didn't want to hear nothing. They want to make
18 sure they're on that stage or it's his heiney.
19    Q  Okay. Have managers been asked to
20 settle arguments between DJs and the dancers based on
21 your personal knowledge?
22    A  We had to bring everything back to
23 Eddie.
24    Q  Okay.
25    A  He wanted to know about every incident

Page 79

1  and he would settle it. He would have the final say.
2     Q  Including --
3     A  Whether they get fired or whether they
4  don't, whether they're allowed to work, whether
5  they're not allowed to work.
6     Q  So you're saying that if a dancer had a
7  problem with a DJ, the final decision-maker would be
8  Eddie?
9     A  A hundred percent.
10    Q  Eddie was the general manager, correct?
11    A  General manager. General daytime
12 manager.
13       Agusto was nighttime general manager.
14    Q  Was Eddie involved in setting the
15 schedules for the people working at the club?
16    A  Yes --
17       MR. MCDONALD: Objection to the form.
18       THE WITNESS: -- for daytime, and then
19 Rolando made the schedule at night.
20 BY MR. BOBER:
21    Q  Okay. Do you know if Rolando was a
22 night manager?
23    A  Night manager.
24    Q  Do you know whether or not Eddie saw the
25 night schedule?

Page 80

1        MR. MCDONALD: Objection to the form.
2        THE WITNESS: Oh, yes. Everything had
3  to be cleared through Eddie.
4  BY MR. BOBER:
5     Q  Okay. Do you know whether or not the
6  club ever had staff meetings?
7     A  All the time. Once a week, Monday,
8  before shift.
9     Q  Were the DJs required to go to those
10 weekly meetings?
11    A  The management meeting, there was a DJ
12 meeting and there was a staff meeting.
13    Q  Okay. Let's talk about the different
14 meetings.
15       There's a manager's meeting?
16    A  Yes, sir.
17    Q  Do DJs go to that meeting?
18    A  No.
19    Q  That's once per week, that management
20 meeting?
21    A  Yes, sir, at the beginning of the week.
22    Q  Would Eddie attend that meeting?
23    A  Eddie would be the leader of, and then
24 Agusto - Rolando would translate to Agusto anything
25 being said by Eddie or anybody had anything to say,

United Reporting, Inc.
(954) 525-2221