Page 81

1   because Agusto, the English barrier was a little bit
2   hard for him, so...
3   Q   So Rolando, Agusto and Eddie would
4   attend those meetings?
5   A   Yes, sir.
6   Q   During the time that you were there?
7   A   Yes, and Ricky.
8   Q   And Ricky?
9   A   Yes.
10  Q   Who is Ricky?
11  A   Ricky is the daytime manager.
12  Q   And yourself?
13  A   Yes.
14  Q   Okay. So during the weekly management
15  meetings, it would be five of you?
16  A   Yes.
17  Q   Anyone else besides the five managers?
18  A   There was a bar-back in there, but he
19  never attended the actual meeting.
20  Q   Okay.
21  A   He was, you know, I just seen him doing
22  his stock thing while the meeting was going on.
23  Q   At these weekly management meetings, did
24  Manny's name ever come up?
25  A   Like I said, anything would be brought

Page 82

1   back to Manny. If any suggestions, we would have to -
2   Eddie would have to clear it with Manny.
3   Q   Would the managers at this meeting talk
4   about club issues?
5   A   Every time -- That what the manager's
6   meeting was for.
7   Q   Okay.
8   A   Issues, problems, how to solve the
9   problems, daily, could we get this done. And Eddie
10  said he would bring it back to Manny, the owner, let
11  me clear it and then we can move forward on that issue
12  and it took forever. Everything took forever to get
13  accomplished.
14  Q   Do you know whether or not there were
15  ever meetings between DJs and managers?
16  A   Well, like I said, Eddie ran the whole
17  show and the DJs were there, how he wanted it run and
18  that was the way it was, no ifs, ands or buts.
19  Q   So you said that there were manager
20  meetings, staff meetings and DJ meetings.
21  A   Right, because there were issues with
22  the dancers and the DJs. Eddie wants to clear
23  everything, what's going on, and what he wants these
24  guys to do.
25  Q   Okay.

Page 83

1   A   He doesn't want to hear about the girls
2   and the thing or someone would be fired. He doesn't
3   want to hear what's going to be played. It's what I
4   said was going to be played.
5   Q   When you said, "I said was going to be
6   played," are you talking about yourself or Manny?
7   A   The techno, you know, the --
8   Q   Are you talking about yourself or Manny?
9   A   No, myself, you know, or whoever was
10  shift manager, this is what's going to work and that's
11  what they had to play because I wasn't the over
12  authority of these guys, Eddie was. Eddie made the
13  decisions and that's what I followed, chain of
14  command.
15  Q   At the staff meetings, those were
16  meetings attended by the dancers?
17  A   No.
18  Q   Who attended the staff meetings?
19  A   Staff, all the staff. Bartenders, you
20  know, they called a special meeting for the whole
21  staff.
22  Q   Okay. But that did not include the DJs,
23  the staff meeting?
24  A   Everybody. Staff, DJs, everybody, yeah.
25  Q   So there were meetings just of DJs,

Page 84

1   correct?
2   A   Managers.
3   Q   There were meetings just of managers,
4   correct?
5   A   Yes, sir.
6   Q   And then there were staff meetings,
7   which included DJs, bartenders and anyone else?
8   A   Managers.
9   Q   Okay.
10  A   Bar-backs, security, I guess you call
11  them.
12  Q   Did you ever attend a DJ meeting?
13  A   Yes, I was.
14  Q   Okay. At these DJ meetings, what, if
15  anything, was discussed?
16  A   About what we wanted and to make sure it
17  was followed, and if it wasn't followed, then -
18  because when miscommunication happens there, Eddie
19  wanted to make sure it's clear how it had to be done
20  and it's what we said, that's what they had to follow.
21  Q   And the DJs would talk about that at
22  their meeting?
23  A   Some meetings we were there and just
24  between Eddie and the DJs. Yeah, it's a DJ meeting.
25  Q   Okay. Did the club ever have a

Page 85

1  responsible vendor's meeting?
2     A  Yes.
3     Q  Did the DJs ever go to that?
4     A  No.
5     Q  Okay.
6     A  They didn't serve alcohol.
7     Q  Okay. During the time that you worked
8  there, were you ever aware of a situation where Mitch
9  Rosario had shifts taken away from him?
10    A  Yes.
11    Q  Do you know --
12    A  I don't know the whole detail, but I
13  know he had shifts taken away from him.
14    Q  Okay. Did this happen while you were
15  working there?
16    A  Yes, sir.
17    Q  Do you know who took the shifts away
18  from him?
19    A  Eddie did.
20    Q  Okay. Do you know why?
21    A  Whatever the discrepancy or the problem
22  was, I don't know.
23    Q  Okay.
24    A  All I know is I came in, Mitch is not
25  working tonight. It's usually Mitch on - you know,

[handwritten margin note: "opens the door to manager"]
[handwritten margin note: "plf. disagrees because not related to responsible vendor meeting"]

Page 86

1  Andrew is in his place or whatever. I really didn't
2  get into the real personal issues.
3     Q  Okay.
4     A  All I know is who was DJing tonight, but
5  I knew that shifts were taken away because he had a
6  dancer issue because after so many years that he took
7  it out for no reason.
8     Q  In terms of the promotions at the
9  club --
10    A  Yes.
11    Q  -- were those decisions regarding
12  promotions made by management?
13    A  Yeah, by Heriberto --
14    Q  Okay.
15    A  -- that were taken back to Manny. Manny
16  said they weren't on the billboard.
17       I had brought promotions, I had to take
18  it back to Manny and if the owner said yes, we needed
19  cards to pass out, they brought that back to Manny.
20  He brought billboard back to Manny, you know, and
21  Rolando was doing all the Facebook and the whatever on
22  the computer.
23    Q  Who was?
24    A  Rolando. He would make up the ads and
25  whatever his responsibility there was as far as

Page 87

1  towards the club.
2     Q  In terms of a company hierarchy, is
3  there a particular person who is at the top of the
4  Stir Crazy hierarchy?
5        MR. MCDONALD: Objection to the form.
6        THE WITNESS: The only one I know is
7  Manny is the top.
8  BY MR. BOBER:
9     Q  Okay.
10    A  And then Heriberto and Agusto.
11    Q  So you're saying Manny would be at the
12  top of company hierarchy?
13    A  Yeah, and then Agusto and Heriberto.
14    Q  Would it be Eddie right below Manny
15  or --
16    A  No, equivalent, because I don't know the
17  relationship. All I know is, you know, Eddie would
18  say, "Oh, Agusto is going to cry if I overstep him
19  because he's the nighttime, I run the day shift, but I
20  want to know everything that goes on."
21    Q  So based on what you observed personally
22  while you worked at Stir Crazy, Eddie and Agusto had
23  similar authority?
24        MR. MCDONALD: Objection to the form.
25        THE WITNESS: Yes.

Page 88

1  BY MR. BOBER:
2     Q  Do you know if Manny had any role during
3  the time that you worked --
4        THE WITNESS: Can I make one call?
5        MR. BOBER: Sure, go ahead.
6        THE WITNESS: Let me just see who this
7  is.
8        MR. BOBER: Let's take a break.
9        THE WITNESS: Excuse me for one second.
10  I apologize.
11       (A recess was taken from 3:32 p.m. to
12       3:40 p.m., after which the proceedings
13       continued as follows:)
14       MR. BOBER: Can you repeat the last
15  question?
16       (The previous question was read back by
17       the Court Reporter as above reported.)
18  BY MR. BOBER:
19    Q  During the time that you worked at the
20  club, do you know whether Manny or Eddie had any role
21  in building the DJ booth where Mitch worked?
22    A  I have no idea.
23    Q  Okay. Can you tell me -- I want to ask
24  you about the house fee.
25    A  Yes.

[handwritten margin note: "plf. obj - R, Foundation"]

United Reporting, Inc.
(954) 525-2221

Page 89

1  Q  Do you know why Mitch and other DJs had
2  to pay a house fee?
3  A  I never asked that question.
4  Q  Okay.
5  A  I know that was part of the daily
6  revenue that had to be deposited in our bank. We're
7  responsible for our bank. The whole revenue goes into
8  the bank, put in our locker, and whoever does the
9  bookkeeping in the daytime takes care of that.
10  Q  Okay.
11  A  But that was part of the total revenue.
12  Q  Do you know why the club was collecting
13  money from the DJs as a house fee?
14  A  That, I don't know.
15  Q  Do you know if there was a purpose for
16  that money?
17  A  That, I'm not sure.
18  Q  Okay. You mentioned previously your
19  duties as a manager --
20  A  Yes.
21  Q  -- correct?
22  Would you agree that other managers had
23  the same duties?
24  A  Everybody had the same exact, whether it
25  was daytime. Daytime was different because -- I don't

[margin note: PIF. Obj: Foundation]

Page 90

1  know what went on in daytime, but I know nighttime,
2  that's what was supposed to be done. Rolando stated
3  to me: I know what these people want. You know, it
4  was let me do my thing and I got the numbers, packed
5  out the club from a dead club --
6  Q  Okay.
7  A  -- you know, and all of a sudden, it's
8  just like it never - we never progressed. We started
9  going in the backward direction.
10  Q  Would you agree that Eddie, as the
11  general manager, had the same duties as regular
12  managers and some additional duties?
13  MR. MCDONALD: Objection to the form.
14  THE WITNESS: He was the general
15  manager. His head, you know, was on the line
16  and same with Agusto.
17  BY MR. BOBER:
18  Q  Okay. So did those two gentleman
19  oversee the other shift managers?
20  A  Everybody. They overseen the night and
21  whatever Eddie said on daytime. Whatever night,
22  that's what was stated to me constant.
23  Q  Okay.
24  A  And I was pulled in an office and told
25  that by Agusto.

Page 91

1  MR. MCDONALD: I'm sorry, read back the
2  answer, please.
3  (The previous answer was read back by
4  the Court Reporter as above reported.)
5  BY MR. BOBER:
6  Q  So going back to what I was talking
7  about the with the hierarchy --
8  A  Yes.
9  Q  -- would you agree that the shift
10  managers report to either Agusto or Eddie?
11  A  A hundred percent.
12  Q  Okay. And Agusto and Eddie supervised
13  the shift managers?
14  A  A hundred percent.
15  Q  And would you agree that the shift
16  managers supervise the dancers?
17  MR. MCDONALD: Objection to the form.
18  THE WITNESS: A hundred percent. The
19  dancers, the staff, the DJs, that was our
20  job, make sure everything ran smooth.
21  BY MR. BOBER:
22  Q  Okay. During the time that Mitch worked
23  at the club --
24  A  Yes.
25  Q  -- while you were working at the club,

Page 92

1  do you know how much money he made per week?
2  A  I have no idea, sir.
3  Q  Okay. Have you ever done any DJ work?
4  A  I have.
5  Q  Okay.
6  A  I ran my own business.
7  Q  Okay.
8  A  I owned a club and I am partners in the
9  Chippendales.
10  Q  But you're not --
11  A  We just did a show at Renegades. I --
12  Q  But you're not an owner of Stir Crazy?
13  A  No, sir.
14  Q  Okay. You were just an employee?
15  A  Employee.
16  Q  Okay.
17  A  I was hired as a manager.
18  Q  Did you ever interview anyone for the
19  position of DJ at Stir Crazy?
20  A  Yes, they've come in, the dancers, the
21  DJs. You know you, we supervise the shift.
22  Q  Okay.
23  A  What I was told who to hire and not
24  hire.
25  Q  Who told you that?

[margin note: PIF. Obj: Foundation]

A's OBJ.

Page 93

1  A  Heriberto. No black girls in the
2  nighttime because we have black girls. No fat girls,
3  no -- Whatever didn't make the club to their format,
4  and he was stern about that. Fire those girls, and I
5  had to. I wasn't the one that hired them, but I was
6  instructed to.
7     Q  Do you know whether or not Stir Crazy
8  ever consulted with a lawyer or anyone else regarding
9  their pay practices?
10    A  I have no idea.
11    Q  Okay.
12    A  I just know I got my check --
13    Q  Okay.
14    A  -- every two weeks, it was.
15    Q  Would you agree that there's always a DJ
16 working on every shift?
17    A  Yes.
18    Q  Okay. You mentioned a rule about
19 certain people not being in the DJ booth before,
20 correct?
21    A  That was everybody --
22    Q  Okay.
23    A  -- or Eddie gets fired. Whoever is the
24 DJ on shift, he did not want them in that DJ booth.
25    Q  Did the club management have any other

Page 94

1  rules or policies that DJs were required to follow?
2     A  Dress.
3     Q  Okay. Can you tell me about that?
4     A  Just professionally.
5     Q  So they couldn't wear torn jeans?
6     A  No.
7     Q  Would the club require a collar shirt?
8     A  That wasn't a requirement that I heard.
9  You know, just dress professional.
10    Q  Okay. A nice shirt?
11    A  Yeah, a nice shirt.
12    Q  Slacks?
13    A  Slacks.
14    Q  Nice shoes?
15    A  Yes, sir. You're a representative of
16 Stir Crazy, you know.
17    Q  What about the grooming?
18    A  Grooming, you had to be groomed, you
19 know, to a T.
20        I got reprimanded outside the club
21 because I don't -- I don't -- I wear thousand dollar
22 shoes. I do not drive to a club -- No one wears a
23 uniform to a football game. I don't wear my suit to a
24 club; so I get reprimanded outside the club. You
25 represent Stir Crazy and -- I went into -- Not getting

Page 95

1  off the subject, but...
2     Q  Who reprimanded you?
3     A  Heriberto, and I'm wearing my workout
4  gear because I just got out of the gym and got
5  showered and got ready for...
6     Q  The requirement that DJs be groomed and
7  look professional, who made that rule?
8     A  Heriberto. If they didn't look
9  professional, he get chewed and I get chewed.
10    Q  So you were chastised by Eddie for how
11 you were dressed or how you were groomed?
12    A  Oh, yeah. Groomed, body odor, to the T,
13 you know.
14    Q  Well, what was Eddie mad at you about
15 specifically?
16    A  Because I was outside, you know. When I
17 pulled up, I wore my sweats and I changed outside my
18 vehicle and, you know, before I went in. I come in
19 crisp and fresh. No one dresses as crisp and fresh as
20 me.
21    Q  So what was he upset about?
22    A  Because I was in the parking lot, you
23 know, making my changes.
24    Q  Oh. He didn't like that you were
25 outside in the parking lot changing?

Page 96

1     A  Yeah, exactly, but that's how I've done
2  it for 35 years. I never wear...
3     Q  As a DJ, was Mitch required to announce
4  the drink specials that the management --
5     A  Yes.
6     Q  Hold on.
7     A  I'm sorry.
8     Q  That the management told him to
9  announce?
10    A  Yes.
11    Q  And was Mitch required to announce the
12 upcoming events?
13    A  Yes.
14       I'm sorry, I interrupted again.
15    Q  That's okay.
16    A  It's a bad habit of mine, I'm sorry.
17    Q  There's a telephone in the DJ booth,
18 correct?
19    A  Yes.
20    Q  And what is the purpose -- Strike that.
21       Who calls that phone?
22    A  Heriberto. I don't know if Manny ever
23 did. I know Eddie did many, many times.
24    Q  Do customers call that phone?
25    A  The house line, because it's a club

Page 97

1   phone --
2      Q   Right.
3      A   -- you know.
4      Q   So if a customer is lost and looking for
5   the club and wants to call the club, that phone will
6   ring in the DJ booth?
7      A   Yes.
8      Q   And the DJs are required to take those
9   calls?
10     A   Those calls and give them directions or
11  whatever is needed over the phone. If it's a manager,
12  if it's a girl working, is a...
13     Q   So DJs -- Strike that.
14         Managers would call the DJ house phone?
15     A   Yeah, to see - to get messages, say
16  people don't answer their cell phones.
17     Q   Okay.
18     A   You know, Mitch, get this message to
19  whoever, and then Mitch would get on the loudspeaker
20  and call whoever to the DJ booth whoever the message
21  is for.
22     Q   But the house phone in the DJ booth was
23  a phone that was the public phone number of Stir
24  Crazy, correct?
25     A   Correct. His job was to answer that

Page 98

1   phone of whoever was calling in.
2      Q   So a vendor might call that phone?
3      A   Oh, everybody would call that phone. I
4   don't know exactly who called it, but it could be a
5   manager, a girl coming in late. He would call the DJ
6   if girls were coming in late, Eddie is on the phone,
7   another manager is on the phone, he is running late or
8   staff members, any problems.
9      Q   Are you aware that customers, from time
10  to time, would call --
11     A   Yes.
12     Q   -- the house phone?
13     A   It's a direct line to outside.
14     Q   Okay.
15     A   When you call Stir Crazy, it goes right
16  to his...
17     Q   Okay. Did the club have house rules for
18  the dancers?
19     A   Yes.
20     Q   Were those written or were they verbal?
21     A   Verbal and written on the back, in the
22  locker room.
23     Q   On the wall?
24     A   On the wall, yes. At least I know when
25  I was there, they were posted.

Page 99

1      Q   Okay. Would you agree that the
2   management controlled the ambiance of the club?
3      A   Repeat that, I'm sorry.
4      Q   Sure.
5          A club, certain clubs -- Would you agree
6   that certain clubs are trying to achieve a certain
7   mood inside?
8      A   Yes.
9      Q   And the mood is set by the lighting and
10  the way the furniture is laid out, correct?
11         MR. MCDONALD: Objection to the form.
12  BY MR. BOBER:
13     Q   Well, would you agree that the
14  management at Stir Crazy wanted to create a certain
15  kind of mood in the club?
16     A   Yes.
17     Q   Okay. And can you tell me the mood that
18  the club management was trying to create during the
19  time that you worked there?
20     A   Okay. Wanted a smoky-filled room, which
21  Mitch had control of the smoke machine, was neon, red,
22  high energy, you know. When I -- That's what the
23  objective was, to create high energy and make it fun,
24  and to do that, you had to have a little bit more
25  energetic lighting, meaning red, more reds, more

Page 100

1   whites, opposed to a dull, dark room. I kept on Mitch
2   and the other DJs about the lighting and, you know,
3   selling the alcohol drinks and what have you, to push
4   it and push it and push it, you know, and it worked.
5      Q   You mentioned earlier that you had asked
6   the club to make changes as far as how the bar was set
7   up.
8      A   Yes.
9      Q   Okay. Would you agree that that's part
10  of the ambiance of the room?
11     A   Yes, a hundred percent.
12     Q   Okay. And would you agree that the
13  ambiance of the club is set by the management, not the
14  DJs?
15     A   Yes. And I asked about the remodel,
16  they said no.
17     Q   Do you know how the club arrived at the
18  number ten, as in $10.00, for the house fees?
19         MR. MCDONALD: Objection to the form,
20  mischaracterizes his testimony. He said
21  $5.00 to the bouncer - to the DJs, and now,
22  once again, you're trying to put words in his
23  mouth.
24         MR. BOBER: Okay.
25         THE WITNESS: It used to be years ago -

Handwritten margin notes (left): PIF. Obj- R, UP, Foundation

Handwritten margin notes (right): A's OBJ - opinion repetitive beyond scope; A's OBJ. opinion repetitive beyond scope foundation

## Page 101

1  not getting off the subject - where the club
2  used to pay the dancers. Michael Peters -
3  not getting off the subject - brought this
4  thing called house fee and --
5  BY MR. BOBER:
6  Q  Who is Michael Peter?
7  A  Michael J. Peters, it's a different
8  organization. That's who came up with the idea and
9  everybody followed suit.
10 Q  Of?
11 A  Of the house fee, as opposed to paying
12 the entertainers and the DJs and so forth. I think
13 everybody should be compensated --
14 Q  Okay.
15 A  -- and go back the way it was and it
16 will be.
17 Q  You stated earlier that the dancers paid
18 a $10.00 house fee.
19 A  Yes.
20     MR. BOBER: See.
21 BY MR. BOBER:
22 Q  And that was required by the club,
23 correct?
24 A  Yes. If they didn't make no money, they
25 gave them $5.00, or that was the...

## Page 102

1  Q  The $10.00 number, do you know how the
2  club came up with that number, if at all?
3  A  I have no idea.
4  Q  Okay.
5  A  Everybody has their different format,
6  some higher, some lower, you know. What their madness
7  was at the time, I have no idea, when they came with
8  this house fee thing.
9  Q  When the girls, dancers, were being
10 paid, that happened before you worked at the club,
11 right?
12 A  We pay them on the road all time. Our
13 road show, every dancer gets a hundred dollar shift
14 pay, not have to pay like a slave to the club.
15 Q  Okay.
16 A  You're a slave, you're a slave labor.
17 That's what they've got at brothels.
18 Q  In terms of the length of each shift and
19 the number of hours in each shift, that's set by
20 management, correct?
21 A  Yes.
22 Q  In terms of the acceptable behavior that
23 was permitted in the club by anyone, including DJs,
24 would you agree that that is something set by
25 management at the club?

## Page 103

1  A  And you gonna violate, fired on site.
2  Q  Would you agree that all behavior that
3  is permissible or not permissible in the club is set
4  by management?
5  A  A hundred percent.
6  Q  You would agree that the DJs are not
7  management, correct?
8  A  Correct.
9  Q  Would you agree that during the time
10 that you worked there decisions regarding advertising
11 were decisions of management?
12 A  A hundred percent. Ownership and
13 Heriberto.
14 Q  When you say, "ownership", you mean
15 Manny?
16 A  Manny. We had no say in that. We could
17 bring an idea, but they have to clear it. Any money
18 out of his pocket is going to be right through Manny.
19 It's his money.
20 Q  Would you agree that the hours that the
21 club were open and closed were set by management?
22 A  Yes.
23 Q  Would you agree that the cleanliness of
24 the club was decided by management?
25 A  Oh, yes.

## Page 104

1  Q  Can you give me any examples of that?
2  A  Cleaning up, sweeping up, the bouncers
3  and Agusto would oversee that. Eddie would come in
4  sometimes because it wasn't done because Agusto had
5  released me earlier and Eddie would go off about how
6  the club wasn't clean and he was going to start firing
7  people.
8  Q  Would you agree that the sale of alcohol
9  is essential to the successful operation of a strip
10 club like Stir Crazy?
11     MR. MCDONALD: Objection to the form.
12     THE WITNESS: Every operations on
13 400 percent on an alcohol bottle you're
14 making. That is your main thing, is alcohol.
15 BY MR. BOBER:
16 Q  Is it your position that the main
17 profitability of an exotic dance club like Stir Crazy
18 was the alcohol sales?
19 A  Private rooms, lap dances, house fees,
20 you know, numerous things, valet, you know. You have
21 different forms of operation, you know.
22 Q  Are DJs involved in the sale or
23 promotion of alcohol sales at the club?
24 A  Announcing; so that's responsible, you
25 know.

Page 105

1  Q  But DJs are not involved in actually
2  selling the alcohol?
3     A  Not whatsoever.
4     Q  Just promoting it?
5     A  Promoting it.
6     Q  If a club like Stir Crazy did not serve
7  alcohol, do you have any opinion on whether it would
8  affect the profitability?
9     A  A hundred percent.
10    Q  Do you think it would go down?
11    A  A hundred percent.
12       MR. BOBER: I don't have any other
13  questions.
14       THE WITNESS: Okay.
15       (The continuation of the proceedings are
16  contained in Volume II.)

*Handwritten margin notes: "A < OBJ", "Opinion", "Foundation", "Beyond Scope"*

Page 106

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-23429-Ungaro

MITCHELL ROSARIO,

    Plaintiff,
vs.

12425, INC., a Florida for-profit corporation
d/b/a STIR CRAZY, LAURA INSUA, MANUEL INSUA,
and HERIBERTO FLOREZ,

    Defendants.

DEPOSITION OF CESAR ALTIERI SAYOC
VOLUME II
PAGES 106 - 239

Tuesday, April 8, 2014
2:10 p.m. - 5:49 p.m.

Bober & Bober, P.A.
1930 Tyler Street
Hollywood, Florida 33020

Page 107

APPEARANCES:
On behalf of the Plaintiff:
    PETER J. BOBER, ESQUIRE
    BOBER & BOBER, P.A.
    1930 Tyler Street
    Hollywood, Florida 33020
    Phone: (954) 922-2298

On behalf of the Defendants:
    DAVID M. MCDONALD, ESQUIRE
    MCLUSKEY & MCDONALD, P.A.
    8821 Southwest 69th Court
    Miami, Florida 33156
    Phone: (305) 662-6160

ALSO PRESENT:

    Mitchell Rosario

I N D E X
WITNESS                    PAGE
CESAR ALTIERI SAYOC
    CROSS-EXAMINATION    108
    BY: MR. MCDONLAD

    REDIRECT EXAMINATION    226
    BY: MR. BOBER

E X H I B I T S
DEFENDANT'S
No. 1    Stir Crazy Application    233

Page 108

1    (The proceedings continued as follows:)
2    CROSS-EXAMINATION
3  BY MR. MCDONALD:
4    Q  All right. I have some questions for
5  you.
6        My name is David McDonald. I represent
7  the Defendants.
8        Your name is Cesar Sayoc?
9    A  Yes, sir.
10    Q  S-A-Y-O-C?
11    A  Yes, sir.
12    Q  What is the middle name?
13    A  Altieri.
14    Q  What is your date of birth?
15    A  3-17-62.
16    Q  Are you Irish?
17    A  What is that?
18    Q  Are you Irish?
19    A  Native American, Italian, Philippines.
20  If you --
21    Q  Born on Saint Patrick's Day?
22    A  Yeah. If you look at my grandfather,
23  the great Baltazar Sayoc, there over through the
24  communist party in the Philippine Islands, he built
25  all the hospitals in the Philippine Islands. First

Page 109

1  plastic surgeon - and not getting off the subject - in
2  New York City Hospital to perfect an oriental eye to
3  Americanize. If you Google Sayoc, you will see it all
4  over the world.
5    Q  The same one who overthrew the
6  government in the Philippines did that surgery in New
7  York?
8    A  Yes, sir.
9    Q  Wow.
10        And can I have your address again?
11    A  18151 Northeast 31st Court, Apartment
12  2016, that is Aventura, Florida --
13    Q  Okay.
14    A  -- 33160.
15    Q  Does anyone live with you?
16    A  My mother and father.
17    Q  Are you a golfer?
18    A  Yes, sir. I love golf. I am not Lee
19  Trevino, but I love it because it just relaxes you --
20    Q  Okay.
21    A  -- and a lot of business deals with club
22  owners and I'm going to be - finally get a chance to
23  finish up veterinarian school.
24    Q  You're going to become a veterinarian?
25    A  Finally, because I was so busy with

[Handwritten margin notes: "Plf. obj - R" (appears twice)]

Page 110

1  college in North Carolina playing athletics, it was
2  very hard with the finances. I took a pro contract
3  and now my coach is the dean at High Point University;
4  so I'm getting into High Point University's school of
5  medical and veterinary studies.
6      Q  Let's start with your educational
7  background.
8      A  Yes, sir.
9      Q  It sounds like you played some college
10 sports --
11     A  Yes, sir.
12     Q  -- so you must have attended colleges.
13     A  Yes.
14     Q  Where did you go?
15     A  Brevard Junior College in North
16 Carolina, won a national title there. Six of us from
17 North Miami Beach High School, seven from a Catholic
18 school in Orlando. We met at an all-star game in
19 Florida and we decide in 1980 to go build the dynasty.
20 We were the dynasty of Florida, we brought it to the
21 small school, 770 students, because we didn't want to
22 be in front of a TV and --
23     Q  I'm not trying to cut you off. She
24 wants to take everything down and you do talk --
25     A  Oh, I apologize.

Page 111

1      Q  I want to make sure she's getting all
2  this good information.
3      A  I'm sorry. I will speak a little bit
4  slower.
5      Q  What sport are we talking about?
6      A  Soccer.
7      Q  Soccer.
8      A  Yes, sir.
9      Q  So you went to North Miami Beach High --
10     A  Yes, sir.
11     Q  -- right?
12     A  Won a few state titles there and then
13 Orlando, Bishop Moore, the Catholic school there,
14 Larry McCorkle's guys and the Winter Park guys --
15     Q  Okay.
16     A  -- who went to a Florida all-star game
17 and we built the dynasty, we decided on a small school
18 in North Carolina.
19     Q  All right. And it's called Brevard
20 Junior College?
21     A  Brevard Junior College, and then I went
22 to UNCC, University of North Carolina at Charlotte.
23     Q  Did you play soccer there?
24     A  Yes, sir, under Bob Warming from Barry
25 University --

Page 112

1      Q  Okay.
2      A  -- that took the helm.
3      Q  What years were you in attendance at
4  Brevard and UNCC?
5      A  1980 was my first year to '81. I moved
6  on - I had to take a break to do construction to pay
7  for my school with my father, took a semester off and
8  then went back to UNCC to complete my third year of
9  college.
10     Q  Okay.
11     A  And then I took a pro contract overseas
12 in Milian, Italy and played pro sports, arena
13 football.
14     Q  Soccer again?
15     A  Soccer, and then they talked me into
16 doing arena football in Arizona and then --
17     Q  Arena football?
18     A  Yeah.
19     Q  American football?
20     A  Yes, sir.
21     Q  Did you ever play American football?
22     A  Yes, I did.
23     Q  Prior to playing in the arena league?
24     A  Yeah, Optimus, and you know, they talked
25 me in - I was one of the most tenacious players, hard

Page 113

1  work, I was a workaholic. All my peers sought me out
2  for advice because I was that kind of a leader that --
3      Q  Okay.
4      A  -- you know, I'm not practicing all week
5  to lose on Sunday and that's how I was.
6      Q  Okay. But you played in Milian, Italy
7  professionally?
8      A  Yeah, just briefly.
9      Q  What team were you on?
10     A  The A.C. Milan. The four squad.
11     Q  Did you ever advance to like an all-star
12 team or anything like that?
13     A  Well, like I said, you have to be born
14 in that system, in the European system. At 15
15 they're, you know --
16     Q  Okay.
17     A  -- they're signed to play contracts. I
18 don't know if you're familiar with that.
19         I came back over after that to the
20 United States and played arena with Arizona and
21 Charlotte.
22     Q  So when you came back to the US, you
23 switched from soccer over to American football?
24     A  Yes, sir.
25     Q  Had you played American football in your

Page 114

1  past?
2      A   Yeah, I played Optimus all the way
3  before high school.
4      Q   Okay.
5      A   Because I went to Country Day and
6  Mississippi, I played there at --
7      Q   You went to Miami Country Day here --
8      A   Yes, sir.
9      Q   -- in Miami?
10     A   My mom is one of the City Councilwomen
11 in Aventura and she finally got me in there, a
12 four-year wait, and she wanted the best for me.
13     Q   Does she know Mr. Bober?
14     A   She probably does. I mean, she's --
15     Q   Your mom is on the City Council for
16 Aventura?
17     A   And the number one for the Aventura
18 Marketing Council, Madeline Giardiello.
19     Q   Okay.
20     A   Yeah. She's one of the...
21     Q   So then you went and played American
22 football arena league professionally --
23     A   Yes.
24     Q   You were paid, correct?
25     A   Yes, sir.

Page 115

1      Q   What position did you play?
2      A   Middle linebacker. It's so quick, you
3  just, you know...
4      Q   How long did you play for -- And when
5  did you play for Arizona? What was the name of the
6  team?
7      A   Arizona Rattlers.
8      Q   Rattlers. When did you play for the
9  Rattlers?
10     A   Oh, gosh, that was way back in '88, '89.
11     Q   Okay. '88, '89. How many years did you
12 play?
13     A   Just brief season, yeah.
14     Q   I know in football, a big issue is
15 concussions. Did you ever have problems with
16 concussions?
17     A   No, I never had --
18     Q   No?
19     A   -- anything with that.
20     Q   After '88, '89, any further --
21     A   I got into the wrestling. I never went
22 big with it, but I was with Eddie Sharkey's camp in
23 St. Paul, Minnesota. He was a six time world champion
24 for Vince McMahon and they talked me --
25     Q   Six time world champion of what?

Page 116

1      A   Professional wrestling.
2      Q   Like --
3      A   WWE, Vince McMahon. I was doing the
4  Chippendale thing.
5      Q   Like the Hulk?
6      A   Yeah, exactly.
7      Q   That's that kind of group?
8      A   Yes, sir.
9      Q   Eddie Sharkey, you worked with him?
10     A   Yes, sir.
11     Q   Okay. Did you wrestle or were you just
12 part of a team?
13     A   Part of the wrestling camp. I never
14 made it big, but it was my opportunity to perceive
15 something that I have never tried before.
16         I was with the Chippendales since 1982
17 booking shows, choreographing shows.
18     Q   What is the Chippendales?
19     A   Chippendales, the dance group, the male
20 dance group, the Chippendales. We're the number one
21 name in entertainment. Just had a show at Renegades
22 last night.
23     Q   What is Renegades?
24     A   Renegades in West Palm Beach.
25     Q   I'm sorry, I just don't know.

Page 117

1      A   Yeah, Village and --
2      Q   And so they --
3      A   Village and Palm Beach Lakes.
4      Q   So Chippendales performed at Renegades;
5  is that right?
6      A   Yes, sir, last night.
7      Q   And Chippendales is a group that
8  travels --
9      A   Yes, sir.
10     Q   -- what, the world?
11     A   Tours the world. We have an
12 international group. We have a domestic group.
13     Q   What do you do?
14     A   I'm one of the booking agents right now.
15     Q   Do you have an ownership interest in it?
16     A   I'm a partner with Tony Valentine in the
17 bookings. He owns the show, actually, but any time I
18 book a show, I get my percentage.
19     Q   What does that mean, book a show?
20     A   Book a show. I come in, Hi, Mr. Club
21 Owner. We have the Chippendales, we're going to be
22 touring through your area and we would like to see
23 what dates you have available.
24     Q   Okay.
25     A   Who is in your charge of your

4 (Pages 118 to 121)

Page 118

1  entertainment director, and if you have some
2  available, we would like to work it out. We're coming
3  through the area on a structure, we want to make that
4  feasible where - what is your seating capacity, so
5  forth and so on.
6      Q   Okay. You said you started working with
7  the Chippendales in 1982?
8      A   1982, yes, sir. I was doing that
9  part-time and my own group with All American Male.
10     Q   And you've done that continuously?
11     A   Yes, sir.
12         And I came back to South Florida because
13 my grandparents had passed away. In 2000 my
14 grandfather passed away, my grandmother, I would have
15 never left the road.
16     Q   Okay. And so you've been back in South
17 Florida since 2000?
18     A   2000. I had a dry cleaning business,
19 1249 priced dry cleaning.
20     Q   Okay.
21     A   I was the first one with 2.49 dry
22 cleaning.
23     Q   I'm just trying to get a little more
24 background. So from '82, you said, with the
25 Chippendales?

Page 119

1      A   Yes, sir.
2      Q   From '82 on, and then did you ever
3  obtain your degree from UNCC?
4      A   No, sir. I'm going back to finish my
5  undergraduate with High Point University --
6      Q   Okay.
7      A   -- and continue my education. I want to
8  become a horse doctor and I'm a little bit more
9  intelligent today than back then.
10     Q   So you need to get your undergraduate
11 degree finished?
12     A   Yes, sir, I have to finish it up. I
13 think it's a three eight five. I was very impressed
14 when I seen the resumé, you know, so I was just --
15 Because athletics, trying to do 15, 18 hours and then
16 do school is very tough, so...
17     Q   Okay. So then with your 3.85, you're
18 going to finish one more year.
19         What is your major?
20     A   My major is veterinary medicine.
21     Q   Oh, okay. Undergraduate major is
22 veterinary medicine?
23     A   Yeah. Well, it's going to be business,
24 finance, and then into medicine, which is my family,
25 so -- Because I had my own -- Like that's --

Page 120

1      Q   I'm sorry. Business, finance and
2  veterinary medicine?
3      A   Yeah. It's going to be a biology degree
4  that will get me into the vet school.
5      Q   But you will also get a business and a
6  finance degree?
7      A   Yeah, I'm going to get -- Because that
8  will be the master's.
9      Q   Is that like three degrees?
10     A   Three degrees, yes, sir. Business and
11 finance because of my own - with the bookings and the
12 Chippendales, and I'm going to eventually open a club
13 in the Midwest where I was stationed before my
14 grandparents passed away here in Minnesota.
15     Q   I'm sorry, you said where?
16     A   It was Minneapolis, Minnesota.
17     Q   That's where you were?
18     A   Yes, sir.
19     Q   I thought you said - and I apologize, I
20 thought you said --
21     A   But we toured --
22     Q   -- your grandparents passed away here in
23 Minnesota --
24     A   No, no. My grandparents --
25     Q   -- and I just want to make sure we're in

Page 121

1  the right state.
2      A   No, no. I was on the road touring with
3  the Chippendales --
4      Q   Okay.
5      A   -- in Ohio. In Ohio. Oklahoma City, I
6  got the news my grandfather was -- I said, hang on, I
7  came back here 2000. And then 2006, my grandmother
8  was ill --
9      Q   Okay.
10     A   -- and I swore I was never leaving the
11 road and when my grandmother passed, I didn't want to
12 see my mom to go through that, the main reason why I
13 came, I spent some time with my mom and family; so I'm
14 ready to go back.
15     Q   Ready to go back, okay.
16     A   Yeah.
17     Q   So I think we're up to about you're - I
18 think you finished your professional football career
19 and then you pursued professional wrestling at the
20 same time you were running your Chippendales'
21 business. What came next? What is on your resumé of
22 work?
23     A   Oh, gosh. It's --
24     Q   So we're about 1990, I can tell.
25     A   Yeah. Mostly the bookings with the

United Reporting, Inc.
(954) 525-2221

5 (Pages 122 to 125)

Page 122

1  Chippendales. I stayed on the road. I was on there
2  for 17 years of my life.
3      Q  Okay.
4      A  I love it. I miss it.
5      Q  Okay. But you said early in your
6  deposition --
7      A  Yes.
8      Q  -- that you have a lot of experience in
9  the adult entertainment business.
10     A  Yes, sir.
11     Q  I guess Chippendales might have some
12 connection.
13     A  Chippendales, Michael J. Peters, who
14 taught me from a young kid with the Solid Golds, Doll
15 House, Pure Platinums. We opened the --
16     Q  Solid Gold, Doll House, where is that?
17     A  Solid Golds, Doll House and Pure
18 Platinums of America.
19     Q  Where is that located?
20     A  Solid Gold Fort Lauderdale.
21     Q  Okay.
22     A  Doll House, which was Beach House
23 Cabaret, which now is not there.
24     Q  Where is that, Fort Lauderdale, also?
25     A  It was one where Sunny Isles is --

Page 123

1      Q  Okay.
2      A  -- and then the Miltons bought all that
3  property and they knocked that down and X, Y, Z.
4      Solid Gold North Miami Beach, which was
5  the Big Brothers Daddy, which is Dean's Gold now,
6  which was a Michael Peters' property.
7      Q  Michael Peters is who, now?
8      A  He was the first gentleman's club owner,
9  on the Lifestyles of the Rich and Famous, came out,
10 Cornell graduate, and invented the house fee. He
11 brought county club rules and put girls in gowns. He
12 invented the gentleman's club. They were all strip
13 clubs before Michael J. Peters.
14     Q  Is that somebody who is local here in
15 South Florida?
16     A  Oh, yes.
17     Q  Where is Michael J. Peters? Is he here
18 in --
19     A  He is up in Binghamton, New York right
20 now. He's semiretired.
21     Q  Okay.
22     A  He runs the adult expo.
23     The reason why the gentleman's clubs are
24 gentleman's clubs are because of Michael J. Peters.
25     Q  Okay. And you worked for him?

Page 124

1      A  Yes, sir.
2      Q  And you worked for him where, here?
3      A  Solid Gold, Fort Lauderdale; Pure
4  Platinum; String Fellas, New York, and that's when I
5  was at a young age, you know.
6      Q  From when to when?
7      A  I have it on my resumé, the whole thing.
8      Q  Well, as best you can remember.
9      A  Gosh, back from '82, you know, off and
10 on.
11     Q  Okay.
12     A  Side jobs. Solid Golds in Minneapolis.
13 When I was in Minneapolis I worked for Bob there.
14     Q  Bob who?
15     A  Bob, I forgot the last name.
16     Q  Okay.
17     A  He was the owner of the club. It's been
18 a while.
19     Q  When was this?
20     A  '84 or five, something like that. It
21 was off and on.
22     Q  Okay.
23     A  Yeah.
24     Q  All right. And so --
25     A  As I was traveling, that's when I had

Page 125

1  time off and that's when I worked with the clubs.
2      Q  I'm going to come back to your resumé,
3  because it's interesting.
4      How did you get involved as a witness in
5  this case? Did Mitchell call you?
6      A  I was --
7      MR. BOBER: Object to form.
8      THE WITNESS: What's that?
9      MR. BOBER: I'm just putting it on the
10 record, but you can answer, of course.
11     THE WITNESS: Oh. Mitchell had asked,
12 you know, to come and answer the questions
13 best of my knowledge.
14 BY MR. MCDONALD:
15     Q  When was that?
16     A  Two weeks ago, three weeks ago.
17     Q  Are you guys in regular contact with
18 each other?
19     A  I talk to him once in a while. I
20 mean --
21     Q  You're friends?
22     A  Well, like I said, I know him from the
23 club, you know. My friends are who I grew up with and
24 I know Mitch from the club, you know, and he asked me,
25 you know, and just tell the truth.

Plf. obj- R UP, Foundation

6 (Pages 126 to 129)

Page 126

1  Q  You say your friends are who you grew up
2  with and you know him from the club.  Are you talking
3  about Stir Crazy or are you talking about --
4      A  No.  I consider the club people that
5  I've met acquaintances.
6      Q  Okay.
7      A  My friends is what I die for --
8      Q  Sure.
9      A  -- I went to school with, these are my
10 friends, you know.
11     Q  So you know Mitchell Rosario from before
12 Stir Crazy?
13     A  I never met him before Stir Crazy.
14     Q  Okay.  Maybe I know misunderstood, then.
15         So that's where you met Mitchell
16 Rosario?
17     A  Yes, sir.
18     Q  Okay.  But then you say you talk to him
19 every couple weeks?
20         MR. BOBER:  Object to form.
21         THE WITNESS:  I just, you know, just
22     once in a while, you know, when I come back
23     in town or we're doing a show.
24 BY MR. MCDONALD:
25     Q  Do you guys get together and socialize?

Page 127

1      A  No, not at all.
2      Q  Do you meet at clubs?
3      A  No.
4      Q  Do you know what clubs he's working at?
5      A  I have no idea.
6      Q  Other than Stir Crazy, do you know if
7  he's ever worked in the adult entertainment industry?
8      A  I know he worked for a lengthy period of
9  time.
10     Q  Where?
11     A  Stir Crazy.
12     Q  Okay.  How about any other location?
13     A  That, I don't know.
14     Q  So I'm just trying to understand how it
15 was that he was able to find you and call you.  Did
16 you call him or did he call you?  How did that happen?
17         MR. BOBER:  Object to form.
18         THE WITNESS:  Like I said, just had
19     called and I'm back in town to say hello and
20     how is everything.
21 BY MR. MCDONALD:
22     Q  Okay.  Did you call anyone else from
23 Stir Crazy?
24     A  No.  Really -- I really don't, you know,
25 socialize with too many other people.

Page 128

1      Q  When did you learn that Mitchell Rosario
2  was no longer working at Stir Crazy?
3      A  Three weeks ago, maybe, something like
4  that.
5      Q  Okay.  How did you learn that?
6      A  I just talked to him on the phone and I
7  said, "How are things going?"
8         He goes, "I'm not there anymore."
9      Q  Okay.  And what did he say to you?
10     A  You know, basic, whatever the situation
11 was.
12     Q  Well, what was the situation that he
13 told you?
14     A  It didn't work out, whatever it was.
15     Q  How?  Why?
16     A  I don't know.  I didn't go into detail
17 about it.  He said he wasn't there.  I don't go into a
18 person's personal life and, you know, that's why I'm
19 here today --
20     Q  Okay.
21     A  -- tell exactly what went on.  That's
22 it --
23     Q  Okay.
24     A  -- exactly tell what went on.
25     Q  Okay.  At some point, though, he told

Page 129

1  you he is in a lawsuit?
2      A  That's why we're here today.
3      Q  But he told you that, right?
4         MR. BOBER:  Object to form.
5  BY MR. MCDONALD:
6      Q  He told you: "I am in a lawsuit.  I'm
7  suing the place I used to work for"?
8         MR. BOBER:  Object to form.
9  BY MR. MCDONALD:
10     Q  Is that right?
11     A  That's why we're here.
12     Q  Okay.  But he told you that, correct?
13     A  What, that he is in a lawsuit?
14     Q  Yes.
15     A  He said, "Come tell the truth," that's
16 what he told me, and that's what I did, come here to
17 tell the truth.
18     Q  Well, did you get served with a subpoena
19 to come here?
20     A  He sent a letter to my house.
21     Q  Okay.  So you never actually got served
22 with a subpoena compelling you to be here --
23     A  No.
24     Q  -- you're here voluntarily?
25     A  Yeah, I'm here voluntarily.

United Reporting, Inc.
(954) 525-2221

Page 130

1   Q   Okay.
2   A   No one, you know -- You tell me and no
3   problem, I will tell you the truth, whatever you want,
4   you know. That's what he asked me, come tell the
5   truth. That's what I'm doing is telling the truth.
6   Q   All right. Other than here in this
7   room, when is the last time you saw Mitchell Rosario?
8   A   Today.
9   Q   Where today?
10  A   Today, he drove me over here.
11  Q   Okay. He came and picked you up?
12  A   Yes.
13  Q   Okay.
14  A   At Little Flower. I went to church and
15  I says I don't know where this office was, so --
16  Q   I'm sorry, where is Little Flower?
17  A   Little Flower, the church on Federal
18  and - not too far from here.
19  Q   Okay.
20  A   Because parking is real tight and
21  whatever, so that's -- I parked -- Because I go to
22  church there 7:00 in the morning or 8:30 mass, you
23  will see me there every day --
24  Q   Okay. So what time today did he pick
25  you up?

Page 131

1   A   He picked me up, what was it, 1:30.
2   Q   Mass is what, like an hour?
3   A   No, 1:30. I came, you know, I was in
4   the Hollywood area and I said, you know, meet me at
5   the Little Flower Church because I don't know where
6   this direction is because I couldn't - the secretary
7   was saying 18th and there's no parking.
8   Q   Okay. So he picked you up and he
9   brought you here?
10  A   Yes, sir.
11  Q   All right. And when this is over, he is
12  going to drive you home?
13  A   No, no, drive me right to Little Flower
14  Church.
15  Q   Okay.
16  A   You will see my van over there now.
17  Q   All right. So you brought your van over
18  to Little Flower Church, parked it there, and then he
19  picked you up to take you the rest of the way?
20  A   Yeah, because all I know, the lady said
21  it's walking distance and, you know, park and pay and
22  I didn't know how long this deposition was going to
23  be, so...
24  Q   All right. Prior to today, when is the
25  last time you saw Mitchell Rosario?

Page 132

1   A   I talked to Mitch on the phone.
2   Q   When is the last time you physically saw
3   him?
4   A   I saw him what, about two weeks ago, I
5   think.
6   Q   Where was that? Was it here?
7   A   No, not here.
8   Q   Where was it?
9   A   At a restaurant, Big Daddy's.
10  Q   What was the purpose of the meeting at
11  Big Daddy's?
12  A   Say hello, he was in the area, and that
13  was it.
14  Q   Was Mr. Bober with him?
15  A   No, sir.
16  Q   Was anyone with him?
17  A   No, sir.
18  Q   So it was just you and Mitchell
19  Rosario --
20  A   Yes.
21  Q   -- getting together at Big Daddy's to --
22  A   Yeah. There was a game going on, the
23  Miami Heat game.
24  Q   Okay.
25  A   I was in the area, 135th and Biscayne.

Page 133

1   Q   Do you know where Mitchell Rosario
2   lives?
3   A   Somewhere in Miami.
4   Q   But Miami is a big county, do you know
5   where?
6   A   I don't know, somewhere near that club
7   down in...
8   Q   Down near Stir Crazy?
9   A   Stir Crazy.
10  Q   Okay. So he drove all the way from
11  south Dade all the way to Northeast 135th Street to
12  the Big Daddy's to meet you?
13  A   I have no idea, like I said.
14  Q   Okay.
15  A   He said he was in the Hollywood area and
16  I, you know, I was going to get something to eat and I
17  said, "Let's go get something to eat," that's all.
18  Q   He says, "I will pop over and see you"?
19  A   I presume, you know, like I said.
20  Q   Okay.
21  A   I don't get into detail or personal why
22  you're there, you know.
23  Q   Did you talk about this case?
24  A   No, we didn't talk about the case.
25  Q   Did you talk about Stir Crazy?

Page 134

1    A    Stir Crazy, you know, the bad ones, the
2    girls that were over at Dean's Gold now, so that was
3    it.
4    Q    I'm sorry, what's at Dean's Gold?
5    A    Dean's Gold, some of the girls at Stir
6    Crazy were over at Dean's Gold.
7    Q    Which is where?
8    A    163rd Street, you know, as I mentioned
9    before.
10   Q    How do you know that?
11   A    What's that?
12   Q    How do you know the girls are at Dean's
13   Gold?
14   A    Because I was in there and I said I seen
15   some of the girls and they're not the good ones, you
16   know, not the great ones.
17   Q    Okay.
18   A    You know.
19   Q    And so that's something you and he
20   talked about?
21   A    Not in depth, you know.  The football,
22   the basketball, we were watching the basketball game
23   and had some food.
24   Q    Did he tell you that he was involved in
25   a lawsuit?

Page 135

1    A    No.  He said just come and tell the
2    truth here today, that's it.
3    Q    No.  But when you saw him at Big Daddy's
4    on Northeast 135th --
5    A    I didn't -- I don't know anything
6    about --
7    Q    Let me ask the question first --
8    A    Okay.
9    Q    -- just so she can take it down --
10   A    Yeah.
11   Q    -- because it's hard what she does.
12   A    Yeah.
13   Q    When you saw him at the Big Daddy's on
14   Northeast 135th Street a few weeks ago, was that the
15   first time you saw him or had you seen him --
16   A    No, that was it.
17   Q    Had you seen him in the two months
18   before that?
19   A    No.  Just like I said, we talked, you
20   know, how you doing, how's everything going.
21   Q    And you said that -- Did you tell me you
22   had just got back into town?
23   A    Yeah.
24   Q    Okay.  In town from where?
25   A    We were traveling, you know, touring

Page 136

1    with the --
2    Q    "We" being the Chippendales?
3    A    Chippendales, yeah.
4    Q    Did --
5    A    Help out on the Hard Rock Casino two
6    nights a week, Friday, Saturday.
7    Q    You do?  You work there?
8    A    Yes, sir.
9    Q    What do you do?
10   A    I'm loss prevention.
11   Q    Okay.
12   A    One of the heads supervising security
13   over there, Pangaea, Gryphon.
14   Q    You're what now?
15   A    Pangaea, Gryphon, one of the head of the
16   supervisors of the security for John Sturgis, one of
17   the lawyers over there that owns the club.  I'm like
18   the - Pangaea, they're opening one on South Beach --
19   Q    Okay.
20   A    Which is called - the guy that invented
21   the W, he put 200 million into this hotel and --
22   Q    You're the head of security at the --
23   A    One of the supervisors.
24   Q    Okay.  Supervisors of security?
25   A    Yes.

Page 137

1    Q    Okay.
2    A    Assistant supervisor to Scott.
3    Q    Okay.  Who is Scott?
4    A    Scott is the supervisor.
5    Q    Of security?
6    A    Yes.  Sammy is the owner of the company.
7    Q    And this is at the Hard Rock Cafe?
8    A    Hard Rock Casino.
9    Q    The Hard Rock Casino?
10   A    Yes, sir, in Hollywood.
11   Q    Have you ever met Mr. Bober before
12   today?
13   A    No, sir.
14   Q    This is the first time?
15   A    No, as in first time ever.
16   Q    Have you ever had a phone call with him?
17   A    Yeah, a phone call.
18   Q    When was that?
19   A    Gosh, he called me saying, "Can you come
20   to a deposition?"
21        "No problem."
22   Q    Did you talk about what he was going to
23   ask you?
24   A    No.  He said, "Tell the truth."  That's
25   all he said.

9 (Pages 138 to 141)

Page 138

1   Q   The only thing he said to you was just:
2   "Tell the truth"?
3   A   Yeah. I said, "No problem." I come
4   here, Mitchell Rosario about being competent, no
5   problem.
6   Q   You didn't ask him what the case was
7   about?
8   A   I don't care. I just, like I said,
9   Mitch brought up -- He said, "Just come tell the
10  truth," and that's what I'm here today, I told the
11  truth.
12  Q   You weren't curious, like what's the
13  lawsuit about?
14  A   I don't care what it is. I came here
15  voluntarily, you know. Whatever my situation with
16  them is a whole different story. I don't care about
17  that. I did come here voluntary today. He asked me
18  to come here and I did. Because I knew, he was a good
19  guy, he worked hard, you know, got a few raw deals,
20  you know, whatever, and you know, it's one of the guys
21  that, you know, that's straight up.
22  Q   Okay. So two weeks ago was the first
23  time you had seen him in how long?
24  A   Oh, gosh, since the club.
25  Q   Okay.

Page 139

1   A   I don't have time, you know. I book --
2   I am at church 7:00 a.m., you can come there and see
3   my van there at 7:00 a.m. and I'm gone until three,
4   four, five in the morning, out promoting, looking for
5   clubs. We're going to do --
6   Q   After church, what happens? What is
7   your day like?
8   A   I get on the phone, I start booking. I
9   meet club owners.
10      We're also involved in wine, which is
11  Pasta Festivale up in - my friend Aldo has world
12  famous alfredos and we're booking for --
13  Q   Where is this?
14  A   Forty-fifth, right up the street from
15  Rachel's.
16  Q   I don't know where Rachel's is. Where
17  is Rachel's?
18  A   Rachel's is on 45th in West Palm Beach.
19  Q   Oh, okay.
20  A   Yeah.
21  Q   West Palm Beach off of I-95 and 45th
22  Street?
23  A   Yeah. And he has this --
24  Q   Okay. So you're doing what, promoting
25  pasta?

Page 140

1   A   Pasta Festivale, food products.
2   Q   Okay.
3   A   He has 400 restaurants.
4   Q   Okay.
5   A   If you Google Pasta Festivale, you will
6   see Aldo Alfredo that owns the whole company. His
7   father was the ten best chefs in the world. He
8   supplies the --
9   Q   Who is his father?
10  A   Alfredo.
11  Q   What is his last name?
12  A   Nuchini (phonetic).
13  Q   Alfredo Luchini?
14  A   Nuchini with an "N".
15  Q   Nuchini?
16  A   Yeah.
17  Q   Okay.
18  A   All the food that's supplied up in Club
19  E11evens, the lady that did the big TV stint for
20  Vegas, he supplies all that food there.
21  Q   Alfredo Nuchini is one of the ten best
22  chefs in the world?
23  A   His father.
24  Q   The father's name is Alfredo Nuchini?
25  A   Alfredo, yeah.

Page 141

1   Q   What publication says he is one of the
2   ten best chefs?
3   A   It's all the restaurants. If I had my
4   other phone that just got stolen yesterday, I would
5   show you everything about Pasta Festivale.
6   Q   Okay. And --
7   A   Yeah.
8   Q   And are you working for the father or
9   are you working for the son?
10  A   For the son.
11  Q   What is the same of the son's business?
12  A   Pasta Festivale.
13  Q   And that's a restaurant?
14  A   It's pasta. You know, you go there, you
15  come do the wine and see who is interested in putting
16  it on a list.
17  Q   And that's, you said, at 45th Street in
18  West Palm Beach?
19  A   Yes, sir.
20  Q   Okay. And do you that in addition to
21  your work with Chippendales?
22  A   Yeah. I help him out with, you know,
23  wine sales and so forth.
24  Q   Let's go back to your resumé, because I
25  want to keep going through it.

United Reporting, Inc.
(954) 525-2221

[handwritten margin notes: "Plf. Obj-R"; "Plf. Obj-R, Confusion of issues"; "Plf. Obj-R"]

10 (Pages 142 to 145)

Page 142

1   A   Yes, sir.
2   Q   In the 1990s, I think we're up to like
3   1991, tell me what you did in the '90s, what was your
4   work?
5   A   I got my resumé, I got it all on there,
6   you know.
7   Q   I know, but just tell me as best you can
8   remember.
9   A   I was doing the Chippendales, you know.
10  Like I said, my phone, I would show you every video,
11  every video all over the country. We sell out clubs,
12  I've been on every TV station, you know --
13  Q   Okay.
14  A   -- commercial.
15  Q   What adult entertainment clubs have you
16  worked for?
17  A   I have worked for Porky's one time. I
18  worked for Michael Peters, Solid Gold, Pure Platinum.
19  Q   You mentioned that earlier.
20  A   Yes.
21  Q   You said that was just sort of an off
22  and on thing, not --
23  A   That's what I do all -- You know,
24  whenever I don't have time, because the road is my
25  thing. We'll come here, we'll put them on any stage

Page 143

1   and we'll blow them out of the water because there
2   ain't nobody that stands with us on any entertainment
3   stage. I'll put a hundred thousand dollars against
4   anybody that says so, let them put all their clubs
5   together and we'll embarrass them.
6   Q   In what respect, in terms of --
7   A   Dance off, entertainment, class,
8   elegance, sophistication, compensating people like
9   they should be, paying, not treating them like slaves.
10  That's when they do.
11  Q   Okay. So you're talking about adult
12  entertainment clubs?
13  A   Adult entertainment clubs.
14  Q   Okay. So you have a lot of experience
15  in this?
16  A   A hundred percent.
17  Q   Okay.
18  A   I was a dancer, I was also an
19  entertainer, I was a manager and an owner.
20  Q   What club did you own?
21  A   What did I own? I was part owners like
22  the Chippendale club.
23  Q   No, no. You said -- I thought we were
24  talking about adult entertainment clubs. What club
25  did you own?

Page 144

1   A   No, no, the show. The entertainment
2   show.
3   Q   Okay.
4   A   Yeah. I will be an owner --
5   Q   When you talk about --
6   A   I will --
7   Q   When you talk about putting together a
8   show, are you talking about the Chippendale dancers?
9   A   About the actual choreographed show,
10  male, female, midgets, whatever you want, we will
11  embarrass them on national TV, not talk, we go to the
12  stage. Call us the Jenners. When it's done, we're
13  the best.
14  Q   Okay. My question was about adult
15  entertainment clubs that you've --
16  A   Yeah. Clubs I haven't --
17  Q   -- worked -- Let me ask --
18  A   Yeah.
19  Q   That you have worked for. Not that you
20  have gone and done and helped and put a show on --
21  A   Yes.
22  Q   -- but that you actually worked for.
23      You mentioned that you worked off and on
24  for Michael Peters --
25  A   Yes.

Page 145

1   Q   -- and you said something about Porky's.
2   Is that an adult entertainment club?
3   A   Yeah, adult entertainment club. I
4   worked --
5   Q   Where is that?
6   A   Down in Hialeah.
7   Q   Okay.
8   A   It wasn't my cup of tea.
9   Q   Okay.
10  A   It's a low end club and just not my -- I
11  worked for Tootsie's, produced them 13 million dollars
12  for Richard Stanton.
13  Q   You made Tootsie's 13 million dollars?
14  A   Oh, yeah. Lap dances, oh, yeah.
15  Q   I'm not sure I understand that. Explain
16  that to me.
17  A   The $5.00 dance. You go in and do a
18  $20.00 dance, the house keeps five, correct?
19  Q   I don't know.
20  A   I'm sure you've been in these clubs
21  before. You can't say you've never had a lap dance
22  before.
23  Q   Tell me about how you made 13 million
24  dollars for a club.
25  A   When you do $8,000.00 from your own room

Page 146

1  and then all your security guys that run the lap
2  dances, the $5.00 per dance, we did 13 million in lap
3  dances for Richard Stanton.
4      Q   Okay.
5      A   That's how.
6      Q   So how Tootsie's runs their club, you
7  pay --
8      A   Every club.
9      Q   -- the customer pays the house some
10 money?
11     A   Twenty-five dollars.
12     Q   For --
13     A   Stir Crazy does it, Solid Gold does it,
14 every club charges $25.00 except Dean's Gold.
15     Q   For what?
16     A   For a lap dance.
17     Q   Okay. So tell me how Stir Crazy does
18 it.
19     A   Same thing. They go there, the
20 customer, hey, you want a lap dance, $25.00. Five
21 dollars is --
22     Q   So who do they pay the $25.00 to?
23     A   Twenty-five goes to the girl. The girl,
24 per dance, pays $5.00 to the house.
25     Q   Okay.

Page 147

1      A   Pays Heriberto and Manny $5.00 per
2  dance.
3      Q   Okay. Did you collect that?
4      A   Yeah, we used to collect that.
5      Q   All right.
6      A   Not on Stir Crazy. We didn't touch that
7  money. At Tootsie's.
8      Q   Oh, okay. I thought you were talking
9  about Stir Crazy.
10     A   No, no. We weren't involved in any
11 transaction of rooms or the lap dances. That was held
12 by the bouncers there and by the bartenders. We had
13 no involvement of any kind of transaction of the
14 rooms.
15     Q   When you say, "we", who are you talking
16 about?
17     A   Any of the managers.
18     Q   Okay.
19     A   Yeah.
20     Q   So the managers had no role, at all --
21     A   We had a salary. We had no knowledge
22 of -- That was the bartenders and the dancers. That
23 was between their transaction.
24     Q   Do you know that for certain or do you
25 just think that's what happened?

Page 148

1      A   No, that's what happened. That's how
2  the structure is.
3      Q   Okay. So the bartenders arrange for the
4  dancers to do lap dances at Stir Crazy?
5      A   No. The entertainer goes to a customer:
6  "Would you like a lap dance?" They go. But when they
7  do the rooms, that's when the bartender gets - does
8  the transaction of the room. But the lap dance --
9      Q   Which room are we talking about?
10     A   When they go to a private room, they
11 charge them 75, a hundred dollars for a half hour, an
12 hour. That's there, the bartender does all that.
13     Q   Where are the private room at Stir
14 Crazy?
15     A   The private rooms are in the back of the
16 house and they're in the lap dance area, the sides
17 there.
18     Q   I'm sorry, what is the lap dance area?
19     A   Where they lap dance, where they do
20 their private - they do their $25.00 dance. They have
21 like a seat there and they do their $25.00 whatever.
22     Q   Okay. So a dancer -- Because you know
23 how Stir Crazy runs, right, you know the information?
24         MR. BOBER: Object to form.
25         THE WITNESS: Well, like I said --

Page 149

1  BY MR. MCDONALD:
2      Q   You consider yourself pretty
3  knowledgeable in this industry?
4      A   Like I said, I don't know about the
5  private room, what they charge over there. The lap
6  dance is in between the dancer -- I have no -- Like I
7  said, I just oversee the club.
8      Q   Okay. But how do you know that the
9  dancer, when a dancer and a customer goes to what you
10 call the lap dance area, pays the bartender? How do
11 you know that?
12     A   Because it's -- They ring it up,
13 whatever, in their part of their drop for the rooms or
14 whatever and their lap dance.
15     Q   Who rings it up, the bartender?
16     A   The bartenders, however they ring that
17 up, that's transferred in the final drop of the fight.
18     Q   Okay. Does a dancer go to the bartender
19 and say, "I'm going to the lap dance area"?
20     A   Yeah, they go in a room and then they go
21 back with the fee, whatever. Like I said, whatever
22 they do for the charge, that's how they charge the
23 customer. I don't know. I wasn't involved in that
24 transaction, so I don't know.
25     Q   How come, if you were a manager, were

Page 150

1  you not involved and have knowledge of this?
2      A   Like I said, I don't know anything about
3  what they had charged for the room. The bartenders
4  did the whole transaction.
5      Q   Just so I'm clear, because I'm really
6  not, so I'm hoping you can - a dancer would go to the
7  bartender and say, I am taking customer X to the lap
8  dance room?
9      A   No, to whatever their private room or
10 whatever.
11     Q   Okay. And the bartender what, says,
12 "Okay," and writes it down? What happens?
13     A   Like I said, I don't know. That's
14 between whatever the bartender - that was their
15 responsibility. I wasn't involved and I don't know
16 that part, what they charged them, what the half hour,
17 you know.
18     Q   Does the customer then pay the
19 bartender?
20     A   The bartender. They do the whole --
21     Q   Okay.
22     A   -- ring it up like a regular sale.
23     Q   Okay. So at Stir Crazy, from your
24 knowledge and experience and times there, the customer
25 would then go pay the bartender?

Page 151

1      A   Bartender, the whole transaction.
2      Q   They didn't give the money to the girl,
3  the dancer?
4      A   I don't know the whole, you know, how
5  they transacted.
6      Q   Okay.
7      A   All I know is whatever they charged them
8  for the room and the lap dances were $25.00. That's
9  what...
10     Q   Okay. Now, let's continue on other
11 adult entertainment clubs you've worked for.
12     A   Okay.
13     Q   Who else have you worked for?
14     A   Like I said, Solid Gold and Tootsie's.
15     Q   I know those. Don't --
16     A   Pure Platinum and Michael Peters, off
17 and on. That was the extent of me working in the
18 adult -- And Bob in Minneapolis, Minnesota.
19     Q   Would you say you have --
20     A   Scores, New York.
21     Q   -- a lot of experience in adult
22 entertainment --
23     A   Oh, yeah.
24     Q   -- clubs?
25     A   Yeah.

Page 152

1      Q   Did you ever manage one?
2      A   Yes.
3      Q   Which one?
4      A   I managed the Stir Crazy.
5      Q   Okay. Other than Stir Crazy, did you
6  ever manage a club, adult entertainment club?
7      A   I have been the host, floor host,
8  manager, Solid Gold North Miami.
9      Q   You were the floor host?
10     A   Manager, yeah, one of the floor hosts,
11 managers.
12     Q   At Solid Gold?
13     A   Yeah.
14     Q   When?
15     A   That was before it turned to Dean's
16 Gold. Now there's whatever the -- I don't know who is
17 the owner and all that now, but it's called Dean's
18 Gold now.
19     Q   Okay. Well, I don't know when it became
20 Dean's Gold; so tell me when you worked there.
21     A   It's right after Tootsie's, 2007 to
22 2008. I got it on my resumé. I got to go back on
23 resumé.
24     Q   You can give me rough dates. I don't
25 need --

Page 153

1      A   I don't know. Like I said --
2      Q   -- if the resumé says something
3  different.
4      A   I'm giving you the best of my knowledge,
5  okay.
6      Q   Okay. So 2007, 2008 is the best of your
7  knowledge?
8      A   Right.
9      Q   What other adult entertainment clubs
10 have you managed in your past?
11     A   Managed, like I said, my road show. I
12 was too busy with my road show.
13     Q   Okay.
14     A   I didn't have time to manage anything
15 else.
16     Q   How about when you were --
17     A   My females and my males.
18     Q   I'm sorry, what?
19     A   My female touring group.
20     Q   Okay.
21     A   Chippendolls.
22     Q   So you really didn't have time to work
23 in management --
24     A   I had --
25     Q   Let me ask the question.

13 (Pages 154 to 157)

Page 154

1   A   Yeah.
2   Q   Management in a specific club --
3   A   No.
4   Q   -- in your past?
5   A   They couldn't pay --
6       MR. BOBER: Object to form.
7       THE WITNESS: They couldn't pay me
8   enough.
9   BY MR. MCDONALD:
10  Q   Okay.
11  A   I'm expensive. I'm $2500.00 a week and
12  I'm 2,000 for promotion. You got to pay me $4500.00 a
13  week --
14  Q   Okay.
15  A   -- for all that nonsense.
16      I did it as a favor, gave them a deal
17  and-a-half and they were supposed to come up and pay
18  me accordingly and they never did.
19  Q   Are you talking about Stir Crazy?
20  A   Yes.
21  Q   Okay.
22  A   I'm not going to get into that because
23  we're here concerning this.
24  Q   Well, it might be relevant because it
25  goes --

Page 155

1   A   No, we're not getting into that part
2   because --
3   Q   I need to know --
4   A   -- if I do, I will go into another
5   lawsuit and I will see you again.
6   Q   Okay.
7   A   We're talking about this right now.
8   Q   Yeah --
9   A   Okay.
10  Q   -- but it is relevant.
11      When did your relationship with Stir
12  Crazy end?
13  A   The 20 -- As soon as Rolando called me,
14  it wouldn't be able to work out as far as the money
15  wise, wouldn't be able to afford to pay you, okay.
16  Q   And how long did you work there, then?
17  A   The dates were the -- What were the
18  dates? I just -- We went over --
19  Q   You said something about August, I
20  believe.
21  A   August to the 21st --
22  Q   You started --
23  A   The 21st of January.
24  Q   Okay. But said you started training in
25  August?

Page 156

1   A   Yeah, that's when I started training.
2   Q   Tell me about the training you went
3   through.
4   A   Training, Joe Putch trained me. Manny
5   was the owner that wanted me trained a certain way and
6   whatever - however he wanted it. Heard you're making
7   wonderful things and -- I got it in a text message
8   here, everything he told me.
9   Q   Okay. Now, you said you met Manny while
10  you were working, he came in --
11  A   Yeah, he came in, sat down on a Friday.
12  Q   So you had already been hired?
13  A   Yeah. I was -- Yeah, hired, and they
14  called me. Is the owner there? Yeah, he was sitting
15  right, you know, he's sitting in the DJ booth, he's
16  sitting in the middle of the floor.
17  Q   So you were hired to breathe life back
18  into this club, right?
19  A   A hundred percent. I got thanked --
20      MR. BOBER: Object to form.
21      THE WITNESS: -- by Oscar and everything
22  else and, you know, thank you, Manny has a
23  club again and dah, dah, dah, and that was --
24  BY MR. MCDONALD:
25  Q   Okay.

Page 157

1   A   -- you know, I was there --
2   Q   But you were hired, but you never met
3   Manny, who you think is the owner, right?
4       MR. BOBER: Object to form.
5   BY MR. MCDONALD:
6   Q   You never interviewed with him, never
7   met him in person?
8       MR. BOBER: Object to form.
9       THE WITNESS: Never met him, never
10  interviewed with him. Right there, this is
11  the owner, that's what I was stated, you
12  know, that's what I understood.
13  BY MR. MCDONALD:
14  Q   All right. Did you introduce yourself
15  or did somebody just point him out?
16  A   No, I went over by him. I knew the
17  sister-in-law, the one - the wife's sister, I guess
18  that's what you call her, Minnie, Minnie, whatever,
19  that worked there at the time, and then when they
20  split, she got fired. That was the next step.
21  Q   Okay. One of the problems that you
22  identified at Stir Crazy right away was that - I think
23  you said that they needed to take the club back?
24      MR. BOBER: Object to form.
25  BY MR. MCDONALD: