Q Do you remember you said that? I wrote it down.
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q You said the management needed to take the club back?
A Yeah, they give it to the girls.
MR. BOBER: Object to form on the last question.
BY MR. MCDONALD:
Q You think they lost control of the club?
A Well, when you -- When you --
MR. BOBER: Object to form.
THE WITNESS: When you're dead slow and I see the corrections that needed to be done, I brought my expertise in there --
BY MR. MCDONALD:
Q Sure.
A -- exactly what we did on the road, I brought there and they all thanked me.
Q All right. But you felt --
A But you didn't deliver the number that I wanted. I have to be paid. I work hard. I work very hard. I run and gun and I stopped this thievery in there, 91 percent, because bartenders were stealing.

I won't get into that part. We don't have to get into that part.
Q Okay.
A Okay. I increased the owner -- Because my job is to make the owner as much money as possible, see what's going on and correct the problems, okay. I didn't care who was in charge, who was this. My job is loyalty to the owner to get the job done and they couldn't compensate me once I hit that number, so...
Q Do you think it's odd that you came in to provide loyalty to the owner but yet never met the owner or even interviewed him before --
A Whoever hires me and pays me --
MR. BOBER: Hold on.
THE WITNESS: -- that's who I'm loyal to.
MR. BOBER: Hold on.
I'm going to object to form of the last question.
Only because I'm over here and I know you're looking at him, just give me a split second --
THE WITNESS: You got it.
MR. BOBER: -- just to object to the questions, thanks.

BY MR. MCDONALD:
Q So you weren't coming in just as like a rank and file shift manager, you were coming in to --
MR. BOBER: Hold on.
BY MR. MCDONALD:
Q -- really provide business acumen to the club --
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q -- is that right?
A Yeah.
Q How to run the club, basically?
A Yes.
Q Run it better?
A And I was supposed to be turned over, and Agusto, from what Joe Putch told me, they were going to turn it over to me, he wouldn't let go. But they got --
Q Agusto wouldn't let go?
A Yeah. They got threatened because I turned the numbers, I blew the numbers through the ceiling. I quadrupled the number, you know. In six weeks what they couldn't fix in 25 years, you're going to compensate me once I fix the number. When I -- I was a man of my word, my word is my bond. When I

deliver something, I mean my word.
Q All right. One of the things you wanted to do is help management take back control of the club, right?
MR. BOBER: Object to form.
THE WITNESS: Yeah, because the music was - it was getting ghetto style, low end, and --
BY MR. MCDONALD:
Q From your experience and expertise, did it seem like the management didn't have any control over the music?
MR. BOBER: Object to form.
THE WITNESS: Because they let the girls have control of the - you know, and this is - you're running into the barge. You want to make money --
BY MR. MCDONALD:
Q So the management didn't have control over the music from what you saw?
A Did we have?
Yeah, we --
Q You wanted to change that, right? You wanted them to --
MR. BOBER: Object to form.

BY MR. MCDONALD:
Q -- take it back and get control, right?
MR. BOBER: Object to form.
THE WITNESS: Well, he -- They wanted to change the whole format.
BY MR. MCDONALD:
Q And part of that was getting control of the music away from the music that was being played?
A Yeah, that was the ownership and the management, because everything had to be cleared through the owner.
Q Right. But when you got there, the music was - the ownership didn't have any control over the music; isn't that right?
MR. BOBER: Object to form.
THE WITNESS: Yeah, had control of the music, because they said what was played and play what the girls wanted to hear. That's what they had control of.
BY MR. MCDONALD:
Q Who played the music?
A The DJs.
Q Okay.
A They told them what to play.
Q So the girls told the DJs what to play?

A The ownership, you know, the management.
Q Well, no, but you told me when you got there, the girls were dictating --
A Yeah, the girls wanted this. They went to the owner. Then they said play this, this is what we want played, so that's...
Q Okay. Now, you went in to take back control, to help management take back control because the girls were dictating the music that was being played by people like Mitchell Rosario --
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q -- is that right?
A Yeah.
Q The girls, were they telling Mitch what to play?
A The owners, the management was telling Mitch what to play.
Q Well, that's different than the dancers telling Mitch what to play, right?
A They were telling Heriberto, they were Rolando, Agusto, and they went and told them what to play.
Q Did they give them a list, like play --
A That, I don't know.

Q -- you know, Britney Spears?
A I have no idea. I have no idea.
Q I'm just throwing a name out there.
A Yeah. Like I said, I don't know.
Q You made a statement; so you must know.
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q You wouldn't make a statement that the management was telling them what songs to play --
A I don't know, sir.
MR. BOBER: Hold on.
BY MR. MCDONALD:
Q -- if you didn't know -- I mean, you were management, weren't you?
MR. BOBER: Hold on, hold on.
THE WITNESS: Yeah.
MR. BOBER: Hold on. Before you answer, let me just object to form of the question.
MR. MCDONALD: Thank you.
BY MR. MCDONALD:
Q Go ahead. Did you ever go to Mitch and say, "Here's a list of songs I want you to play, Mitch"?
A No, I never did.

Q No?
A Like I said, they said what had to be played. They wanted high energy, what's what we said, that's high energy, no hip-hop.
Q Well, high energy, do you know an adult entertainment club that doesn't want high energy?
A I know the songs that are not high energy and what is high energy.
Q Okay. But --
A They requested what to play. They told me what to play.
Q But saying, "Play high energy," that's not the name of a song, is it?
A No, but high energy is techno, don't play the hip-hop. We know what that is, right? You know what hip-hop is, right, sir?
Q I may not.
A Yes, you do. A hundred percent you do.
Q Well --
A You're very intelligent. You're probably a Harvard graduate. You're very intelligent, okay.
Q You give me more credit than I deserve.
A No, I just tell you the way it is.
Q Let me ask you -- I probably don't know,

but that's okay.
So from what I understand, you're saying that the management sets a general theme, high energy --
A A hundred percent.
Q -- and then it's up to the people to execute?
A For him to follow it, he does it, he gets fired --
Q Right.
A -- he will be replaced like that.
Q So if he starts playing, you know, John Denver songs, he might not --
A Oh, it's over.
Q Yeah.
A See you tomorrow.
Q So within the theme of keep the energy level high, his job is then to execute, right?
A Yes.
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q Okay. So the extent of management's role is saying, "Keep the energy high"?
A Correct.
Q And did that include taking back the

control of the music from the girls who were requesting songs?
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q Is that what you thought needed to happen?
MR. BOBER: Object to form.
THE WITNESS: Well, that's what was brought to Eddie and Eddie cleared with Manny --
BY MR. MCDONALD:
Q Okay.
A -- and that's what they wanted.
Q But prior to that, what were the girls doing that you thought was bringing down the energy of the club?
A Cursing of songs, you know. I don't think you want --
Q Cursing of songs or cursing within the words of the songs?
A The words of the song, you know.
Q Okay. So you wanted to clean it up in that respect?
A Yeah. We, you know -- They asked me -- This is what we're going to do. This is the way we're

doing it.
Q Okay. But when you got there, the girls were sort of - the dancers were -- There's no male dancers there, is there?
A No, no.
Q So when we say, "girls", we're referring to --
A Yeah, the girls.
Q -- dancers?
I will try to use the word "dancers".
But the dancers were taking control over the music and you thought the management needed to change that?
MR. BOBER: Object to form.
THE WITNESS: I'm the manager. They had control of what was played and if they didn't play it, they would fire Mitch or whatever DJ was on that shift.
BY MR. MCDONALD:
Q So if Mitch didn't keep the theme of high energy, they would find somebody who would?
A A hundred percent.
Q Okay.
A He asked me. He's like --
Q Do you think high energy is important in

a club like that?
MR. BOBER: Hold on, he was answering the question.
BY MR. MCDONALD:
Q I'm sorry, did I cut you off?
A Yeah, sort of.
Q Go ahead, finish your answer.
A But anyways, yeah. It's because you don't want to go and hear slow and people leave.
Q Okay.
A And that's what happens.
Q I hear you use the words "slow", "high energy". Those are themes, aren't they?
A No. That's the setting of the club.
Q Okay. And --
A When you walk in - not getting off the subject - the place called Scarlett's, you go in there because it's a fun place and that's what we're trying to do, a fun place, where you can forget your worries, your problems. You don't want to come in here and start thinking about problems, you know, and that's what you had.
Q And one of the ways you set a theme is that smoke machine you mentioned, right?
A Well, they --

MR. BOBER: Object to form.
THE WITNESS: -- demanded to play the smoke because Agusto came over many times, Rolando came over many times.
BY MR. MCDONALD:
Q Okay. Who controlled the smoke?
A Mitch.
Q Okay. The DJ?
A DJ, correct.
Q So the environment, if you will, that ambiance that the smoke gives you was controlled by the DJ?
MR. BOBER: Object to form.
THE WITNESS: Yes.
BY MR. MCDONALD:
Q I mean, did you give them a form that tells them like, you know, at 9:35, hit the smoke button, or was up to --
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q -- him to decide?
A No. It was what the girls and the management wanted.
THE COURT REPORTER: Can we take a break?

(A recess was taken from 4:53 p.m. to 4:59 p.m., after which the proceedings continued as follows:)
BY MR. MCDONALD:
Q Now, you said you met Manny that one time in the bar and somebody said, "Oh, that is the owner," and --
A Yeah.
Q -- you shook his hand?
MR. BOBER: Object to form.
THE WITNESS: I never shook his hand.
BY MR. MCDONALD:
Q You didn't shake his hand?
A No, I didn't shake his hand. That was him, in passing.
Q Okay.
A Heriberto --
Q Did you ever, beyond that, that's the only time you saw Manny?
A I seen him with a young kid, twice he came in.
Q Okay.
A Yeah.
Q But --
A One time he sat at the back bar with the

bartender, the wife's sister, I think that is the sister, Min...
Q Manny's wife's sister worked as a bartender?
A Bartender, yeah, that's - she was at the back bar with them and --
Q There's a lot of people there with long-time established --
A Long --
Q -- connections to the club?
A Oh, yeah.
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q Family members of people work there, it's kind of a family environment, a lot of people connected to each other?
A Yeah.
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q If you can have such a thing.
So you never actually sat down with him and --
A No.
Q -- had a drink or talked to him about --
A No.

Q -- his ideas or thoughts?
A No, not whatsoever. Everything went --
Q Everything you knew about that Manny supposedly said came through Eddie?
A Eddie --
MR. BOBER: Object to form.
THE WITNESS: -- a hundred percent.
BY MR. MCDONALD:
Q You never had a phone call with Manny where you talked about anything?
A Not whatsoever.
Q Okay. So when Eddie said Manny said something or didn't say something --
A That's --
Q -- you don't actually know if Manny said it, you just know what Eddie said?
MR. BOBER: Object to form.
THE WITNESS: I follow exactly what my superiors tell me.
BY MR. MCDONALD:
Q Right.
Now, Eddie Florez worked during the day, right?
A Yes.
Q And what time would he typically leave,

if you know?
A Towards the evening. It varied. Sometimes he would sneak out of there before I got there, sometimes he would stay after just to see what was going on, you know.
Q Okay.
A I told him, my job was to report everything that went on at night shift.
Q Okay.
A And Agusto didn't like it.
Q So there were many a day that you came to work and Eddie Florez wasn't even there?
A Yeah.
Q And you would report to Agusto?
A No. Agusto had a bad -- The English --
Q Right.
A -- was all Spanish.
Q Okay.
A All the translation came through Rolando.
I talked - told Eddie everything that Eddie wanted to know.
Q How would you do that if he wasn't there when you came to work?
A Texting, phone calls.

Q Okay. So you would give him --
A Numbers at the end of the night.
Q So you would call him up?
A Yeah.
Q Where did you call him, at his house, on his cell phone?
A Whatever phone that he gave me. I didn't ask --
Q Okay.
A -- what was his house, your phone, your business.
Q You text messaged him?
A Text messaged him.
Q Do you still have any of those text messages?
A Let me see.
(Whereupon, a cell phone rang.)
THE WITNESS: Excuse me.
(A discussion was had off the record, after which the proceedings continued as follows:)
BY MR. MCDONALD:
Q Did you -- I'm sorry, are you still looking?
A "Everything advertised should be thought

of" -- This was on November 6th, 2012. "Everything advertised should be thought of as a contribution to the complex symbol which is" --
MR. BOBER: Can you --
BY MR. MCDONALD:
Q Hold on. You're kind of -- I know you're reading and mumbling --
A Yeah. I'm just, like I said --
Q She's trying to take it down, so either --
A I apologize.
Q So either read it clearly or read it quietly and then we can talk about it.
A Yeah. The numbers of the night.
Q What is the phone number that you were sending it to?
A Hang on one second.
(305) 302-6069.
Q Okay.
A And then the numbers and how to say it in Spanish, Rolando, how to write it out.
Q Okay.
A Then it was a few sayings that we had there and -- But that's where I sent all the numbers at the end of the night.

Q Okay. Now --
A Anything he wanted, he called me on the phone what he wanted done.
Q Okay.
A And if he couldn't get me on the phone, he called through Mitch's - the DJ's - the phone number in the DJ booth.
Q Is that because the DJ was always in the DJ booth, right?
MR. BOBER: Object to form.
THE WITNESS: A hundred percent.
BY MR. MCDONALD:
Q The managers were out on the floor walking around, correct?
A Yes.
Q Now, there was an office for the managers --
A Yes.
Q -- when you come in the door on the left?
A In the entrance to the left, yeah. Where you cash out --
Q And there's some video -- I'm sorry.
A Yeah, you cash out. You do the money there and every bartender, you bring in what they did

Page 178

versus - and you do their minus and substraction --
Q Okay.
A -- of dollars and cents.
Q And there's some cameras in there, you can watch the cameras from that room?
A Yes.
Q But the managers didn't just stay in that room, they were out on the floor, correct?
A Like I said, when it was time to cash out, we had to take care of the cash, the register, then we did the next one, then we cash out that person, came back, cashed them out because we had to do the tape and at the end, we left the last person there until probably about five after five cashing out the last people until the club was cleared.
Q Okay. Five after five, is that - closing time was five?
A Five, yeah.
Q You usually close right at five?
MR. BOBER: Object to form.
THE WITNESS: A little bit later sometimes, but the alcohol had to be gone.
BY MR. MCDONALD:
Q Okay. By five the alcohol had to be gone?

Page 179

A Yeah, 5:15. They gave them another 15 leeway to clear the club.
Q Okay. What time are you usually out of the club?
A It could be six, sometimes seven. It depends how long it took, you know. If it was a big night, a little longer.
Q How about the DJs, did they have any - they didn't have responsibilities for cleaning up the club, did they?
A No.
MR. BOBER: Object to form.
THE WITNESS: Just what they were told to do, you know, from beginning to end.
BY MR. MCDONALD:
Q At 5:00 a.m. when the club closed, other than maybe unhooking their laptop, did they have to do anything else to close down?
A Shut down the system, make sure all the house fees are collected.
Q So what time are they out typically?
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q They leave before you do?
A He leaves -- Yeah, he leaves pretty much

Page 180

before me and then everybody pretty much - whoever is there, Agusto or whatever, we close and we leave together, the bouncers, so everybody doesn't get jumped or whatever.
Q Okay. But the DJs, what time are they out?
MR. BOBER: Object to form.
THE WITNESS: They leave probably about 20, 25 minutes before us probably.
BY MR. MCDONALD:
Q Okay. Well, if the club closes at five, what time do the DJs leave?
MR. BOBER: Object to form.
THE WITNESS: I'm not sure. Sometimes quarter to, sometimes --
BY MR. MCDONALD:
Q Quarter to what?
A Quarter to six, sometimes 5:30, you know, depends how long it took them to cash out and collect the last girl's money, and sometimes the girls are drunk in the back trying to --
Q Are you talking about the DJs now?
A The DJs have to collect all that, to pay - and the list of the girls.
Q So they have to collect the fees that

Page 181

they get paid by the dancers?
A Yeah.
Q Okay.
A And they have to pay the $25.00 at the end. We collect the house fee.
Q Okay. So they have to collect the money from the dancers and then they pay the house fee to you or --
A Yeah.
Q -- one of the managers?
A Yeah. He would be pretty much one of the last ones for the drop, because we have everything else in the container they give us for the - and then they do whatever their count out at the end.
Q Well, while you were there, you said you got the club profits up 400 percent.
A Oh, I'm sure it was, and I don't know the exact numbers. I know they weren't at two or 3,000 when I got there. I know that.
Q So the dancers, then, were making good money while you were there, right?
MR. BOBER: Object to form.
THE WITNESS: I don't -- Like I said, that, I don't know. I don't know what their -- Like a lot of them are lazy, some

made money, some didn't make. I don't know. I don't know their -- I didn't get involved. I didn't ask them what they made and did not care what they made.

BY MR. MCDONALD:

**Q Well, you worked in clubs, must have seen customers givings tips and have an idea where a dancer is making money or not making money.**

MR. BOBER: Object to form.

BY MR. MCDONALD:

**Q Go ahead, you can answer.**

A I didn't know, I didn't care. All I know and my job was to collect the bartenders, that no one was stealing and the operations was run how Heriberto laid it out.

**Q So you wouldn't have any idea if a dancer is making good money or bad money?**

MR. BOBER: Object to form.

THE WITNESS: No, not really, because I didn't get in their personal - I never asked them. All I know is I had to come in there, collect that $10.00 and I ain't got -- I made no money. Agusto, and then I get - Agusto would handle it. He would go and --

BY MR. MCDONALD:

**Q You don't know what kind of money the girls are tipping the DJs, right?**

A I have no idea.

MR. BOBER: Object to form.

BY MR. MCDONALD:

**Q All right.**

A Like I said, I don't...

**Q You just don't get involved in that?**

MR. BOBER: Object to form.

THE WITNESS: I don't get involved. Like I said, it's just not - it's not my cup of tea to find out what they, you know, what they made.

BY MR. MCDONALD:

**Q In all the various clubs that you've worked at, do you ever run into a situation where somebody who is earning tips doesn't complain when they don't get a good tip? That's a pretty regular thing, isn't it --**

MR. BOBER: Object to form.

BY MR. MCDONALD:

**Q -- anywhere you go?**

MR. BOBER: Object to form.

THE WITNESS: I mean, you know, I don't pay attention to it, because my protection is

that bottom line, make sure I do my job and I'm not - make sure my money is right, so I'm not responsible and have to pay them, you know, because if I make a mistake, I have to pay out of my pocket; so that's what my concern is, you know, collect the house --

BY MR. MCDONALD:

**Q Sure.**

A -- you know, because they bitched at me: Ceasar, why isn't -- This isn't -- Look at the thing.

I said, "Eddie what do you want me to do?" I can't put a gun to the head to collect the $10.00, you know. Let Agusto, you know. And he get -- And he want the house fee before the DJs would get a dollar. He thought the DJs were the last to be paid. That's his reaction.

**Q Who is that?**

A Heriberto.

**Q Okay. And this is something he told you specifically?**

A Told me specifically. No, I got chewed out for that in a meeting with him in the office. He said, "I don't want to see this. You see?"

I'm like -- I said -- Made no money, made no money, made no money.

He said, "You see this? You see the revenue?" He says, "I don't want to see this no more." He goes, "Next time is going to be the last time," and that was my, you know -- And Agusto, here, make sure you collect the -- I will get the money.

**Q What language were you speaking in?**

A English. Eddie understands. Agusto talks Spanish. I kind of like played like -- I mean, I kind of understand a little bit because being around the girls, but I didn't -- It was a hard -- Because Rolando stepped in, I was just -- And then the translation in our meetings, our manager meetings on Monday or Tuesday.

**Q In your experience in working in adult entertainment clubs, if dancers aren't making any money, they go elsewhere, don't they?**

MR. BOBER: Object to form.

THE WITNESS: Yeah, they bounce. They go.

BY MR. MCDONALD:

**Q And that's regular, they move around from club to club to try to see where they can make the most money?**

MR. BOBER: Object to form.

THE WITNESS: That's just natural in

today's, you know, whatever, you know.
BY MR. MCDONALD:
Q Now, you said that it's - that when Mitch would play songs he had to do so and follow rotation for getting the dancers on stage; is that right?
A Yes.
Q And dancers getting on stage is one of the ways in which they make more money in tips; isn't that right?
A Sometimes they didn't get tipped, you know, like I said.
Q Sometimes they did, right?
A Yeah.
Q And sometimes they got tipped well, correct?
MR. BOBER: Object to form.
THE WITNESS: Like I said, I didn't pay attention to it.
BY MR. MCDONALD:
Q Well, when a dancer danced on stage, when a dance was over, what would they customarily do?
A You know, they go to the next stage or they collect their little bit of money or whatever, if they got any money.

Q Do they walk around the house collecting tips?
A They walked to get the dollar dance or whatever and they - you would hear about it. I didn't want to hear about it, you know. Some customers - they're not obligated to tip, you know, so, you know, you couldn't put a gun to their head, you know, that's how some customers were.
Q Right. And some customers might give a $20.00 bill, right?
MR. BOBER: Object to form.
THE WITNESS: I don't know. Like I said --
BY MR. MCDONALD:
Q Well, if you know that they're not getting tips, you must know that they're getting tips?
A I don't know.
MR. BOBER: Object to form.
THE WITNESS: I'm telling you exactly to my knowledge. You know, I didn't see the transaction, the money. I never, you know, touched the money. I never saw the money. I don't know what they put in their garters. I'm not, you know...
BY MR. MCDONALD:

Q You don't see it?
MR. BOBER: Object to form.
THE WITNESS: Like I said, I don't pay attention to it, you know.
BY MR. MCDONALD:
Q You don't see a dancer with a garter full of dollar bills?
A Like I said, I don't even see the faces. I see what I'm supposed to see and the operations, what I'm supposed to do and make sure there's no fights and make sure everything is done properly.
Q Okay. So your testimony is when a dancer dances on stage and then gets down and walks around the club, you don't see that - you never saw if they had dollar bills in their garter or in their hand?
MR. BOBER: Object to form.
THE WITNESS: Well, I'm sure they had dollar bills there --
BY MR. MCDONALD:
Q I don't want you to guess. I want to know --
A No. No.
Q -- if you saw it.
A They had dollar bills there, but I

don't - like I said, I don't what they get. I don't know if it's a dollar or if it's five cents. I don't know.
Q Okay.
A I can't -- I'm not going one, two, three.
Q Well, I understand you don't count it, because the club doesn't take any of that, right?
A I don't see because sometimes they put it in there sneaky, you know. I got no time to -- I got other things to worry about. I got to worry about if the music's right, I got to make the promotion, make sure this is going, make sure the lap dance is going, your whole ball of wax.
Q Okay. But you don't count -- You don't get any of the money that the dancers get?
A No, we're not allowed one dollar to be tipped. Our salary is it.
Q Okay.
A We get no money of any sort.
Q The dancers keep their tips?
MR. BOBER: Object to form.
THE WITNESS: Yeah. Whatever they get, they get, you know, and I know they have to tip out the bouncers or whatever --

BY MR. MCDONALD:
**Q Okay.**
A -- but that's as far as I know.
**Q And the DJs, right?**
A And the DJ.
**Q But you're not there when they --**
MR. BOBER: Object to -- Hold on.
BY MR. MCDONALD:
**Q -- do that --**
MR. BOBER: Object to form.
BY MR. MCDONALD:
**Q And they tip the DJs, also?**
MR. BOBER: Object to form.
THE WITNESS: Yeah. Like I said, that was their responsibility.
BY MR. MCDONALD:
**Q And you're not there during that transaction?**
A Yeah, I don't know. I'm cashing out girls, you know, at the end of the night, you know, what they give them. I don't even -- You know -- All I -- Mitch, are you ready? Are you ready? And I got to get that so we can go.
**Q So you don't know if a girl is giving Mitch the $5.00 minimum that you mentioned or if**

**they're giving $20.00 or what they are doing, you don't know?**
MR. BOBER: Object to form.
THE WITNESS: Well, some of them don't even give him anything from what he bitched about, you know, so...
BY MR. MCDONALD:
**Q But some gave more, right?**
MR. BOBER: Object to form.
THE WITNESS: I don't know, because I never heard a celebration over - you know, some nights they give him nothing, you know, so there's not really a celebration in the night --
BY MR. MCDONALD:
**Q Right.**
A -- if he does get something good.
**Q Right. So you would hear about it when things didn't go well, for example?**
A Because you heard the fighting in the dressing room or the fighting taking another girl's customer. That's what you hear. You got to go break up the thing in the dressing room.
**Q If a customer doesn't give a dancer a tip, you might hear the dancer complain?**

A No, the dancer will throw a drink on them.
**Q Okay.**
A That's -- And then you got to go and buy the dry cleaning and that's how - you know, so I'm just telling you the reality. That's reality. That's not --
**Q All right.**
A That's not fantasy. If you've ever dealt with them -- Try managing. Just take -- Say let me manage one night, and then you will see. Wow.
**Q Okay. And you're not there -- You hear when the dancers don't tip the DJs, but you don't know about when they tip them well; is that right?**
A I have no idea.
**Q People tend to complain when they don't get paid, but when they're paid well, they tend to not say much, right?**
A No, I --
MR. BOBER: Object to form. He said he doesn't know.
THE WITNESS: I don't know. Like I said -- I'm going to give you an example - not to get off track - my friend owns a Subway. A girl made $2,000.00. She

complained about 25 cent cheese putting on her thing. "I have to pay 25 cent cheese?" What do you think, he gets it for free? It's not -- But that's -- They're monsters, you know, that's how they are.
BY MR. MCDONALD:
**Q Who were you talking about?**
A The dancers, you know. They don't want to give you five cents if they don't have to. If they can get away with a house fee, they won't pay you. They don't care if they got a million dollars. You just made $2,000.00 and you won't give the guy 25 cent cheese?
**Q There are nights girls make $2,000.00, right?**
MR. BOBER: Object to form.
THE WITNESS: But they don't give it -- You understand --
BY MR. MCDONALD:
**Q Isn't that right?**
MR. BOBER: Object to form.
THE WITNESS: I don't know. Like I said, I don't know. All I hear is, "I didn't make no money," because they don't want to pay nobody --

Plfs Obj.- R, Foundation

BY MR. MCDONALD:
**Q Right.**
A -- you understand? And then you have to -- You know, I don't know how Agusto figures it out, but, you know, I don't follow - I ain't got no time to follow them around, it's like babysitting. It's just -- And that's what you are, a babysitter.
**Q Right, okay.**
**So usually you hear them when they're complaining about money --**
A Oh, tell you --
MR. BOBER: Object to form.
BY MR. MCDONALD:
**Q They make good money, don't they?**
MR. BOBER: Object to form.
THE WITNESS: I have no idea.
BY MR. MCDONALD:
**Q You must have some idea.**
A I have no --
MR. BOBER: Well, you've asked the question five - I'm sorry, maybe ten times; he doesn't know.
BY MR. MCDONALD:
**Q You've worked in this club for six months, you don't have any idea?**

MR. BOBER: Object to form.
THE WITNESS: Like I said, the ages change, you know. It's oversaturated with clubs, you know. It could be great the way it was, you know. This is today, you know.
BY MR. MCDONALD:
**Q Now, you were talking about how it's customary in the industry for a DJ to only work at one club or one geographic area --**
MR. BOBER: Object to form.
BY MR. MCDONALD:
**Q -- is that right?**
A Yeah.
**Q Isn't that right, you said that?**
A Yes.
**Q And that's because they develop a following?**
A Yes.
**Q The DJs develop a following, the customers learn who the DJs are and like their style and come hear them play?**
MR. BOBER: Object to form.
THE WITNESS: Yeah. And let's not get off the subject, that's any profession.
BY MR. MCDONALD:

**Q Right.**
A If you go to another law firm and you go there, they're pissed because you're going to take those clients with you, right? It's the same thing, you know, with anybody else.
**Q With a DJ, right?**
A Yeah, it's any business. It's just a courtesy --
**Q Right.**
A -- when you leave, you know, I'm leaving and, you know, and some are going to come, some are going to ask where you are, but the firm's pissed, the club's --
**Q Have you ever heard of the phrase, "a book of business"?**
A Yes.
**Q And it means like you have your --**
A Book.
**Q -- book?**
A Yeah.
**Q The money you bring?**
A Yeah.
MR. BOBER: Object to form.
BY MR. MCDONALD:
**Q And DJs have books, too, don't they?**

MR. BOBER: Object to form.
THE WITNESS: I'm sure they do.
BY MR. MCDONALD:
**Q And they --**
A I don't know. Like I said, I don't know. I have my phone with my VIPs and if they want to come, fine.
**Q You explained earlier that VIPs are people that you know who will follow, let's say, you --**
A Yeah.
**Q -- to the club?**
A I'm going to give you an example.
**Q Mitch would have his VIPs that follow him?**
A I was at Tootsie's.
**Q Right.**
A Not getting off the subject.
**Q But you have to answer the question.**
A Yes, I'm sorry. I apologize.
**Q You have VIPs who follow you to a club?**
A Yes, sir.
**Q Mitch has VIPs who follow him --**
MR. BOBER: Object to form.
BY MR. MCDONALD:

Q -- correct?
A Right.
Q Okay. Girls, dancers have VIPs who follow them --
A Right.
Q -- isn't that right?
A Yes.
Q And then you mentioned that the DJs have relationships with the dancers so that the dancers follow the DJs to different locations?
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q That's why clubs want the DJs to only work at one club, right?
A Right.
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q So the DJs actually have a group of people under them that bring profits to this business, the dancers, right?
MR. BOBER: Object to form.
MR. MCDONALD: Well, it's just for the record.
BY MR. MCDONALD:
Q But go ahead, you can answer.

A Yeah.
Q Yeah, they do. I mean, it's just the way the business works, right?
A It's any business.
Q Right.
A Yeah.
Q Yeah. So if a DJ leaves on a Tuesday and goes down the street to another club, ten dancers may follow him to that --
A Oh, yeah.
Q -- next club?
A Yeah. If they make money, they'll stay.
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q And with that, the customers travel with the DJ and dancers --
A Yes.
Q -- and the profits leave the club and go to the other club because they're following the DJ and dancers that are with the DJ; isn't that right?
MR. BOBER: Object to form.
THE WITNESS: I'm going to give you an example.
BY MR. MCDONALD:
Q And the DJ controls all that --

A Yeah.
Q -- don't they?
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q Do the DJs control all that, those dancers and the VIP customers --
A Well, his VIPS, they like certain people, just like they like certain managers.
Q So the DJs have an ability to impact the profitability of a club just like a dancer has the ability --
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q -- to impact the profitability of the club?
A It's like any business.
Q That's true, right?
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q Yes?
A Yeah.
Q Okay.
A And like I said, I went into Tootsie's, I'm going to give you an example.
Q Okay.

A Not getting off the subject.
Q That's okay.
A One guy asked, he goes, "Where are you today?"
I said, you know, "I'm working at Richard's," because Richard was the owner of Tootsie's --
Q Okay.
A -- and I'm down at Playmates.
He goes, "Well, I want to come see you."
And I said, "Oh, okay. Here's my card, come down."
I got banded (sic) out of Tootsie's because - and I was just there as a common courtesy and I should have not give that card, but the fact is, the one guy - I got banded out of Tootsie's because of that. That's just, you know...
Q What does that mean, banded out?
A Banning, meaning they won't let you --
Q Oh, you got banned. Banned, okay.
A Because they think you're recruiting customers --
Q Okay.
A -- to bring to another location.
Q Okay. I was thinking B-A-N-D --

Page 202

A Like, you know --
Q -- but you mean banned.
A -- not allowed in.
Q Okay, I got you.
You made a comment that alcohol is critical to the profits of a club; is that right?
A Any business.
Q Well, some businesses don't sell alcohol, right?
A Well, I know every business, that's why they're in that business. The food, they break even, the money they make is 400 percent on a bottle.
Q Isn't there a club in Tampa that doesn't serve alcohol?
A All Tampa clubs. You cannot have nudity and you cannot have alcohol --
Q Okay.
A -- in the same -- Because I worked there on the Super Bowl when the Super Bowl was in Tampa and they said, oh, this is the first place, there's going to be nudity. I said, yeah, good luck. And they -- You had to have alcohol, you had to go buy at the bar and bring it as BYOB.
Q So there are clubs in Tampa where --
A No.

Page 203

Q -- there's nudity --
A No.
Q -- but no alcohol, right?
A All clubs, no alcohol and no nudity. Like the Doll House in Tampa. They have nudity, but they have to have bottoms and pasties on.
Q Okay. So there are adult entertainment clubs that make a profit without having alcohol on their premises?
A I think every -- Every Tampa club --
MR. BOBER: Object to form.
THE WITNESS: -- I see is dead. I just -- I was there and I just did not see, except because it was Super Bowl, and then when I passed, it's like it's a dead club.
BY MR. MCDONALD:
Q Mons Venus, I just remembered the name.
A Okay.
Q Have you ever heard of that club?
A Yeah, but I never went in the --
Q Do they sell alcohol?
A That, I have no idea.
Q Is it an adult entertainment club?
A Yeah, it is --
Q Okay.

Page 204

A -- in Tampa, because they had one they brought down here to Pompano.
Q So there are clubs that don't have alcohol, but yet are --
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q -- adult entertainment, correct?
MR. BOBER: Asked and answered.
THE WITNESS: Like I said, I don't know what they make.
BY MR. MCDONALD:
Q Okay.
A It's like -- I don't know how, but if that's what they say.
The only one I knew in Minneapolis is Deja Vu with the Coca-Cola, and however they made their money, I have no idea, so...
Q And you don't have any idea how Stir Crazy makes their money either, right?
MR. BOBER: Object to form.
THE WITNESS: No, they make all their revenue they got generated there.
BY MR. MCDONALD:
Q Well, any business makes their money on the revenue they generate, right?

Page 205

MR. BOBER: Object to form.
THE WITNESS: The bar, the lap dances, the rooms, you know, that's my knowledge.
BY MR. MCDONALD:
Q Door fees?
A Door fees, getting in.
Q They have valet parking?
A They have valet parking, yeah.
Q Okay.
A No, they don't have valet parking. There's no valet --
Q You said --
A Yeah, they don't have valet parking there. I mean, every other place has valet parking. Manny doesn't have valet parking there.
Q Okay.
A Yeah. They have a guy that charges in the door to get in and they park --
Q Every night of the week? They charge every night of the week?
A Charge every night of the week.
Q Okay.
A Yeah.
Q You're sure about that?
A From what I know when I was there, they

charge to get in.
**Q Okay.**
A Before 8:00, free in. After, we start charging.
**Q That wasn't just on weekends?**
A No.
**Q No?**
**Okay.**
A They charge, you know, from the minute -- Nighttime -- Daytime, you get in free.
**Q Tell me how it works when a DJ moves to another club. How do the dancers follow the DJ? How do they know where the DJ is?**
MR. BOBER: Object to form.
BY MR. MCDONALD:
**Q Does he call them? Does he --**
A That, I don't know.
MR. BOBER: Object to form.
THE WITNESS: Like I said, I don't know how. They find out. It's a small circuit, as many clubs as there are in South Florida. They all talk.
BY MR. MCDONALD:
**Q All right. You used a word, and I'm sure you didn't mean it in the true sense of the word,**

**but you said it's like slavery.**
A I feel any business that you have to pay to work, you're a slave. I don't care. You're a slave. That's way gone with the horse and buggy.
**Q Do you feel --**
MR. BOBER: Hold on. You have to let him finish.
BY MR. MCDONALD:
**Q Okay. Go ahead.**
A That's gone with the horse and buggy. Every person should be paid and the way -- And my -- The males, we pay them a hundred a shift. Our females, a hundred a shift, two and-a-half hours, and you're telling me that they have to make you revenue and you're going to charge them on top of making you revenue as slaves. What kind of human being is that?
**Q Do you know if they make money themselves?**
MR. BOBER: Object to form.
THE WITNESS: Who? Which ones?
BY MR. MCDONALD:
**Q The people you're calling slaves.**
A The girls?
**Q Or the DJs or anyone else working there, do they make money?**

MR. BOBER: Object to form.
BY MR. MCDONALD:
**Q You said they pay to work, but do they make money?**
A That, I don't know. I don't know their personal, what they make in.
**Q Okay.**
A Some of them complain, it cost me money to work and I have to go pay, you know. That's, you know, they --
**Q Do you know anybody who would pay money to work where they weren't making a substantial profit from it?**
A I know a bunch of girls and a bunch of - you know, and like why are you doing this, then? Because I broke up with my boyfriend, I need to pay my rent. They don't want to do this.
**Q How do they pay their rent if they're not making money?**
A I'm just saying, they hear from other people, this is the way to make money quick and you don't - it's not nine to five and, you know, where you can make money so you can pay your babysitters. Most of these girls don't want to be doing it, but they got to try to take care of babysitters, they're trying to

take families, you know. It's not right.
**Q So they make money to take care of their families?**
MR. BOBER: Object to form.
THE WITNESS: Like I said, I can't say all of them make money. I can't, I can't, because I hear the bitching, I hear the throwing the glasses in the dressing room and you got -- Like I said, be a manager for one day. Go to Stir Crazy, Hey, Manny, let me be a manager one day and then see what it's all about. No really, he thinks it's not babysitting.
BY MR. MCDONALD:
**Q Right.**
A This is the reality.
**Q Peter and I will do it.**
A Of course. You got to go down there and experience what we put up with.
**Q Right.**
A And it's such a babysitting thing. This one is going to fight with this one because she's Cuban that talked about this one, and then you lose all the customers because they just started to fight on my floor.

Pf. obj- R, UP, confusion of issues, Foundation

Page 210

Q Okay. You said you worked the Super Bowl in Tampa --
A Right.
Q -- right?
A Yes, for Rob's, Tampa Gold.
Q And dancers came from all over the country to Tampa to work, didn't they?
A And they were pissed because they didn't want --
Q First of all, answer the question.
A Yeah.
Q Dancers from all over the country came to Tampa for the weekend of the Super Bowl because they thought there was an opportunity to make a lot of money --
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q -- correct?
A Right.
Q Isn't that right?
DJs traveled from different locations to set up to work in these clubs, to --
A They won't --
MR. BOBER: Object to form.
THE WITNESS: If you'd been there, you

Page 211

don't get in because they don't want to piss off their regular dancers, their customers, their DJs --
BY MR. MCDONALD:
Q Okay.
A -- that have been working so hard through the slow times. Now they got one shot and how many times does the Super Bowl come? How many times does Sturgis come around? How many times Daytona Beach 500? Kentucky Derby? They go where everybody is and hopefully they can get in there, you know. It's not like you go there, I'm getting in, and they get turned back.
I broke up with a relationship because I said, "Go to Tampa, you'll make money," and they couldn't get in one club out there; so I had to flip the bill for their gas - and we broke up, that was the end of it, because I said, "Go to Tampa, you're going to make money" --
Q Yeah.
A -- and that's the reality of it. That's not fantasy.
Q Have you ever heard of Ceasar's Palace Royale?
A Yes, sir.

Page 212

Q What is that?
A That's the entertainment company, International Gold Productions. That's going to be the name of a club.
Q Where is it located?
A It's not located.
Q It's not? It doesn't have a location?
A No. That's the entertainment company. That's going to be the name of the club that's going to be...
Q Okay. How about Rainbow...
A Food Market?
Q Market, is that what it is?
A Yeah, Rainbow Market.
Q What is that?
A That's the grocery store I worked at before Stir Crazy.
Q Where is that?
A What's that?
Q Where is that located?
A Simms Street here in Hollywood.
Q Okay. How about Solid - what's it called, Solid Gold?
A Solid Gold. That Dean's Gold now.
Q Okay. That's where you worked?

Page 213

A Yes.
Q Is this the application that you filled out --
A Yes, sir.
Q -- that we'll mark as Exhibit 1?
A Yes.
Q Okay. The first company you referenced, you said you worked there for 14 and-a-half years.
A Yeah, that's the entertainment, Cesar's Palace Royale, you know. International Gold Productions.
MR. BOBER: Are you marking that as an exhibit?
MR. MCDONALD: I am.
MR. BOBER: Do you have a copy for me?
MR. MCDONALD: No, I don't.
MR. BOBER: Can I look at it --
MR. MCDONALD: Sure.
MR. BOBER: -- before you ask him any questions about it?
MR. MCDONALD: Sure.
THE WITNESS: North Carolina, we travel all over. That's my entertainment company. That's where we're based out --
MR. MCDONALD: We'll make a copy so I

can give one to the Court Reporter.
MR. BOBER: Sure, I will do that.
MR. MCDONALD: Did you want to make a copy?
MR. BOBER: Well, you can ask some questions now.
MR. MCDONALD: Sure. We'll mark it as Exhibit 1.
THE WITNESS: That's where I worked.
BY MR. MCDONALD:
**Q Okay. We'll look at it together --**
A Okay.
**Q -- since Mr. Bober won't make us a copy.**
MR. BOBER: You want me to make it now?
MR. MCDONALD: Maybe I should have brought a copy.
BY MR. MCDONALD:
**Q Cesar Palace Royale, it says 520 --**
A Yeah, that's me.
**Q Hold on, West --**
A That's Hendersonville.
**Q -- Hendersonville. That's North Carolina?**
A Yeah, that's North Carolina. We were based out of there and then we moved up to the Twin

Cities. That's my international production company.
**Q Okay. And you worked there for 14 and-a-half years?**
A Yes.
**Q And you put this Rainbow Market --**
A Yeah. Rainbow Market, I worked for Rob and his father Moe, they owned the grocery store there, they still own the property. They sold it over -- When they sold it --
**Q When did you work there?**
A Rainbow Market, it was right before Stir Crazy.
**Q You worked there for 14 years?**
A No. That's my international production company.
**Q I'm sorry. What does that say?**
A That says one year.
**Q All right.**
A Yeah.
**Q What did you do at Rainbow Market?**
A Rainbow Market, I was the manager. General manager, store manager.
**Q So you worked there from 2011 to 2012?**
A Yes.
**Q And the owner's name is who?**

A Moe and Rob.
**Q Moe and Rob, okay.**
A Moe Marzano and Rob Fox.
**Q And then --**
A Rob was the main owner.
**Q And the other employer you reference is Solid Gold, is that International?**
A That's productions, the same thing. We changed the company over from Cesar's Palace, because we were going to name the club, we were negotiating a club in North Carolina and it didn't materialize and we moved on. But that's my company, International Gold Productions, Cesar's Palace Royale.
**Q Okay. But you said you worked at Solid Gold International Productions for seven years?**
A Yeah, it's the same thing. It's the same company. Solid Gold was before this one, Rainbow Market.
**Q Okay.**
A Yeah.
**Q But Cesar's Palace Royale, you said you worked in Hendersonville in North Carolina for 14 years?**
A Yeah. We didn't have a stationary location. This was a production company, we were

based out of there.
**Q So that was the business headquarters?**
A Business headquarters.
**Q Is that a corporation?**
A No, it's not a corporation.
**Q Cesar's Palace Royale is not a corporation?**
A No, it's not a corporation.
**Q What is it?**
A It's a company, International Gold Productions. Cesar's Palace --
**Q Is that a corporation, International Gold Productions?**
A No, it's not a corporation. It's a name of a company.
**Q Well, is there a corporation name behind that name?**
A Gold Productions.
**Q Is that a corporation?**
A Yes, that is.
**Q All right. And Gold Productions is the owner of Cesar Palace Royale in Hendersonville, North Carolina?**
A That was a break-off entity of Cesar's Palace. We were going to name the club Cesar's Palace

Royale, named after me.
Q How did you work for 14 and-a-half years for somewhere for a club that never got started?
A It's a company. The International Gold Productions and Gold Productions. It was the same thing, but following all the way through. We just changed over the name every year, but it was the same for Gold Productions, which was my company, which is - I worked since 1982.
Q When you say it's your company, meaning you owned it?
A Yeah. We were like, you know, bookings and so forth and so on. Johnny Calentonio is the main owner, which is Jerry Henderson.
Q But you're one of the owners?
A Yeah, I was one of the booking agents, you know, partners in the --
Q Partners?
A Yes.
Q Did you have stock in the company?
A No, I didn't have stock in the company.
Q What kind of ownership did you have?
MR. BOBER: Object to form.
BY MR. MCDONALD:
Q If you didn't have stock in the company,

what ownership did you have?
A Every booking fee I considered a part owner of my bookings and choreographing the show, you know.
Q Okay.
A That's why -- That's the way I look at it, every time.
Q Okay. And the address for this Solid Gold International Productions?
A That's Crystal, which is Showbiz Entertainment in Crystal, Minnesota.
Q Okay. That's MN?
A Yes.
Q What is that word?
A West.
Q West Crystal?
A Yes.
Q And it's 5561?
A 5541.
Q 5541?
A Yeah.
Q West Crystal?
A Minnesota.
Q Is Crystal a town name or a street name?
A No, that is the name of a town, Crystal,

Minnesota.
Q Crystal, Minnesota?
A Yeah.
Q What is the "West"?
A West, that's where it is.
Q Is the town West --
A West Crystal, Minnesota.
Q Okay. Well, then, what is the street? If it's 5441 --
A One. That's what it is. I mean, that's from Showbiz Entertainment. That was -- You know, that's the address of Michael J. Parker for where the company is based out of for so many years.
Q Okay. But West Crystal Minnesota is a town?
A Yeah, it's Crystal - Crystal, Minnesota. 5541 West, and then in Crystal, Minnesota.
Q Okay. So "West" is the name of a street?
A I think it is. I got it all written down the way, you know, from the - from our address and everything.
Q So if I wanted to like Google this, I put 5541 West Street or Avenue?
A Showbiz Entertainment.

Q Is it West Street or West Avenue?
A 5541 West Crystal Minnesota. That's what I have from Michael J. Parker, that's Showbiz Entertainment for seven years.
Q So the street name is West?
A Yes.
Q And the town name is Crystal --
A Crystal, Minnesota, yes.
Q All right.
MR. BOBER: May I ask, if I am going to make a copy of that, do you have any other documents --
MR. MCDONALD: No.
MR. BOBER: -- that you have no copies of?
MR. MCDONALD: That's it.
MR. BOBER: Okay.
BY MR. MCDONALD:
Q One of the things I will want to ask you and we ask every witness and it was not asked earlier and in every case, have you ever had a felony conviction?
A No.
Q Okay. You've never had any arrests?
A Yes, I have.

Pl.F. obj- inadmissible, UP, improper impeachment

Plf. Obj- inadmissible matter, UP, improper impeachment

Page 222

Q Okay.
A I have withhold on it, yes, sir.
Q How many times?
A I think it's two withholds. Stupidity, you know. I owned a dry cleaning store and like I said - I told her about it, and in the dry cleaning business, they charged me four deposits and, you know, I got on the phone and I said, "What do I have to do, blow up a building to talk to somebody?" So that was...
Q Making a joke about blowing up a building you were arrested?
A Yeah, joking around, and I had four deposits and then the bomb squad showed up to my store and I'm like, are you kidding me, you know.
Q You were arrested for that?
A Yes, I was.
Q This was where, what town?
A Hallandale, one of my Hallandale dry cleaning stores, One Price Dry Cleaning.
Q What was the name of the store again?
A One Price Dry Cleaning.
Q One Price Dry Cleaning?
A Yes.
Q All right. And you owned that from when

Page 223

to when?
A Oh, gosh. I got it on the resumé.
Q Your resumé?
A Yeah.
Q All right. That's in Hallandale?
A Yes.
Q Was that company incorporated?
A Yes. It's --
Q And you were the registered owner of that company?
A Crystal Nap was.
Q Who?
A Crystal Nap.
Q Who is that?
A That's -- That was one of the owners of it.
Q Are you an owner of it?
A I was the subarea of the president of the corporation --
Q You were the what?
A The president of the corporation.
Q You were the president?
A Treasurer, president, whatever you call it.
Q Were you one of the incorporators? Like

Page 224

if you went to the State of Florida Department of --
A Crystal Nap was the only one incorporated.
Q Is Crystal Nap a person or a --
A Person, yes.
Q N-A-P?
A Yeah.
Q Does Crystal Nap still have a relationship with One Price Dry Cleaning?
A No. It's long time over, gone.
Q When are we talking about?
A I have no idea. Like I said, I'm going to keep my personal record quiet.
Q When did you work there?
A I got -- I got it on my resumé. It's like --
Q In the last ten years?
A Oh, yeah.
Q So sometime in the 2000s?
A No, no, no. It's got to be longer than that.
Q 1990s?
A I don't know. I got it on my resumé, exactly what I said.
Q How long did you work there?

Page 225

A It was about a year. A year and-a-half before I went up to wrestling camp in Minnesota.
Q Before you went to wrestling camp. I'm sorry, what wrestling camp?
A It was Eddie Sharkey's, the Sheriff's in Saint Paul, Minnesota.
Q Was this after you played professional soccer in Italy?
A Yeah.
Q And was it before or after you played professional football for the --
A I got it on the resumé, sir.
Q -- arena league?
A Exactly what I said.
Q Was it before or after --
A I got to look it up on the resumé.
Q Let me just ask the question. Was it before or after you played professional football with the Rattlers?
A It was after.
Q It was after?
A Yeah.
Q So you went to --
A Between 2000 and 1995, I think it was.
Q Okay. That's when you went to the

wrestling camp?
A Yeah.
MR. MCDONALD: I don't have any other questions.
Peter.
MR. BOBER: I have a couple.
THE WITNESS: Okay.
MR. BOBER: They're very quick.

REDIRECT EXAMINATION

BY MR. BOBER:
Q Mr. McDonald, here, asked you questions about how you came to find out about this deposition today.
A Yes.
Q Do you remember that?
A Right.
Q Okay. Isn't it true that a subpoena was served on you and it was delivered to --
A I never signed anything.
Q A subpoena was delivered to your house and your mother accepted the subpoena?
MR. MCDONALD: Objection to the form.
THE WITNESS: Yeah. She took the paperwork --
BY MR. BOBER:

Q Okay.
A -- and I never signed anything.
Q But a subpoena was issued for you to be here today, correct?
A Yeah.
Q Okay. Mr. McDonald asked you a lot about what goes on at other clubs based on your experience.
A Right.
Q Have you ever seen a club --
A Let me go back to the subpoena.
Q Okay.
A Remember what I said? I would be here and then you woke my mother or someone woke my mother up --
Q It was a process server?
A Yeah, whoever it was. I said that my word was my bond, that I would come as a volunteer.
Q Okay.
A Right? So remember --
Q No problem.
A -- that's what I was saying?
Q No problem.
But I mean, a subpoena was served by a process server?

A I don't know. Like I said, all I know is my mom, you know --
Q Got a subpoena?
A -- got woke up in the morning at 8:00 and, you know, I already agreed to come over and volunteer.
Q Okay. What I'm saying is a subpoena was delivered to your house?
A Yeah, whatever came in the mail.
Q Okay. So my question is about other clubs that you have --
A Yes.
Q -- worked at or know about. Do you know of any other clubs where DJs are paid absolutely nothing?
A No.
MR. MCDONALD: Objection to form.
MR. BOBER: What is your objection?
MR. MCDONALD: Predicate, knowledge.
MR. BOBER: Okay.
BY MR. BOBER:
Q Now, something else that Mr. McDonald did, I want to make sure that his characterization of what happened at Stir Crazy is accurate.
Mr. McDonald asked you questions about

DJs leaving the club and going to work at another club and the girls or dancers who worked at Stir Crazy maybe leaving, okay.
MR. MCDONALD: Objection to the form.
MR. BOBER: I haven't asked the question.
MR. MCDONALD: No, but you have already mischaracterized his testimony --
MR. BOBER: Okay. Okay.
MR. MCDONALD: -- by using the word "maybe".
MR. BOBER: Okay.
BY MR. BOBER:
Q Well, let me ask you this.
We'll strike that.
Are you aware, during the time that you worked at Stir Crazy, of a DJ leaving and the dancers following the DJ to go to that same club where the DJ was going?
A Right. Have I known them?
Q No, no. Let me strike that. Let me start again.
What I'm asking is: You worked at the club for about a five-month period, correct?
A Right.

Page 230

Q Okay. In the five months that you actually worked at Stir Crazy, were you aware of a DJ that left the club and took dancers with them?
A No DJ left.
Q Okay. That --
A Yeah.
Q That was my question.
A Yeah.
Q My next question is: Mr. McDonald used the phrase talking about DJs and the girls working under them.
Do DJs have employees -- Strike that.
Did Mitch or any other DJs who worked at Stir Crazy have dancers working under them?
A You mean working for them?
MR. MCDONALD: Objection to form.
BY MR. BOBER:
Q Working for them?
A No.
Q Okay. So the dancers at Stir Crazy do not work for the DJs, correct?
A No, the DJ is not a pimp.
Q Okay. If a DJ were to decide to leave a club and dancers followed that DJ to that other club, the DJ has nothing to do with the decision of the

Page 231

dancer to leave the club, correct?
MR. MCDONALD: Objection to the form.
THE WITNESS: You mean --
BY MR. BOBER:
Q Does the DJ tell the dancers: "You have to come with me"?
A No.
MR. MCDONALD: Objection to the form.
BY MR. BOBER:
Q So if a DJ leaves the club to work at some other club, based on your experience, whether or not a dancer leaves to go to the same club where that DJ is going is completely up to the dancer, correct?
MR. MCDONALD: Objection to the form.
THE WITNESS: Yeah, of course.
BY MR. BOBER:
Q Okay. Based on the clubs that you have worked at and the dancers that you have known and the DJs that you have known during your long career in the adult entertainment business, do DJs order dancers or require dancers to work at the clubs where they work?
A No.
Q Okay. When you worked at Stir Crazy, you personally heard with your own ears dancers complaining about the amount of money --

Page 232

A Yeah, they always complain.
Q -- that they -- Hold on. Hold on.
A I'm sorry. I apologize.
Q When you worked at Stir Crazy --
A Yes.
Q -- you personally heard with your own ears dancers complaining about the way customers tipped, correct?
A No. You definitely know about it when they dumped the drink on them or they cursed them out or - you know, and a customer comes to you and, you know.
Q Was that a, "Yes," to my question?
A Yes.
Q Okay.
A I'm sorry about that.
Q No problem.
A It's just reliving it.
Q Isn't it true that a DJ could be a great DJ, but because of the way the management is running a club, the club could still be unprofitable?
MR. MCDONALD: Objection to the form.
THE WITNESS: Yes.
MR. BOBER: Nothing further.
MR. MCDONALD: Nothing else.

Δ OBJ. opinion

Page 233

MR. BOBER: Great. We're done.
MR. MCDONALD: I'll let you explain reading and waiving.
MR. BOBER: You have the right, if this deposition transcript is ordered, to get a copy of it and read it and come down and see if there's any problems with it, or you can waive your right and just assume that Michele will get what you said correctly.
THE WITNESS: I hope she got it correctly.
MR. BOBER: Okay. So --
THE WITNESS: I would like to see it, though, you know.
MR. BOBER: Okay. So --
THE WITNESS: Anything in legalities, I like to, you know, see.
MR. BOBER: You you're saying you would like to read it?
THE WITNESS: Yes, please.
MR. BOBER: So if it's ordered, he will read it.
(Defendant's Exhibit Number 1 was marked for Identification after the conclusion of the proceedings.)

AND FURTHER DEPONENT SAITH NOT. (The deposition concluded at 5:49 o'clock p.m.)

---------------------
Witness

STATE OF FLORIDA
COUNTY OF BROWARD

SUBSCRIBED AND SWORN TO before me on this _______day of ______________, 20 .

------------------------
NOTARY PUBLIC
Broward County, Florida

My Commission Expires on:

DATE: May 9, 2014
TO: Cesar Altieri Sayoc
18151 Northeast 31st Court, Apartment 2016
Aventura, FL 33160

IN RE: Mitchell Rosario vs. 12425, Inc., et al
Case Number: 13-cv-23429-Ungaro

Dear Mr. Sayoc,

Please take notice that on April 8, 2014, you gave your deposition in the above-referred matter. At that time, you did not waive signature. It is now necessary that you sign your deposition.

Please call our office at the below-listed number to schedule an appointment between the hours of 9:00 a.m., and 4:30 p.m., Monday through Friday.

If you do not read and sign the deposition within thirty (30) days, the the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of the Court. If you wish to waive your signature, sign your name in the blank at the bottom of this letter and return it to us.

Very truly yours,

By: Michele Cameron
United Reporting, Inc.
1218 Southeast 3rd Avenue
Ft. Lauderdale, Florida 33316
954-525-2221

I do hereby waive my signature.

___________________________
(Witness name)

ERRATA SHEET

PAGE NO. LINE NO.

SIGNATURE____________________ DATE________