UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-23429-CIV-OTAZO-REYES

CONSENT CASE

MITCHELL ROSARIO,

        Plaintiff,

vs.

12425, INC., a Florida for-profit corporation
d/b/a STIR CRAZY, LAURA INSUA,
MANUEL H. INSUA and
HERIBERTO FLOREZ,

        Defendants.
_____/

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That Plaintiff, MITCHELL ROSARIO was an employee of Defendant, 12425, INC. d/b/a/ STIR CRAZY?

   Answer Yes or No   *No*

   If your answer is "Yes," then go to Question No. 2. If your answer is "No," then go to Question No. 4.

   Note: If your answer is "Yes" then the parties have stipulated and agreed, that Defendant, HERIBERTO FLOREZ also was an employer of Plaintiff, MITCHELL ROSARIO.

2. That any of the Defendants named below was an employer of Plaintiff, MITCHELL ROSARIO?

       a. LAURA INSUA         Answer Yes or No _____

       b. MANUEL H. INSUA     Answer Yes or No _____

3. That any of the Defendants either knew or showed reckless disregard for whether the FLSA or FMWA prohibited his, her, or its conduct?

   Answer this question as to LAURA INSUA only if you answered "Yes" to Question No. 2(a). Answer this question as to MANUEL H. INSUA only if you answered "Yes" to Question No. 2(b).

   a. 12425, INC. d/b/a STIR CRAZY    Answer Yes or No _____

   b. HERIBERTO FLOREZ             Answer Yes or No _____

   c. LAURA INSUA                  Answer Yes or No _____

   d. MANUEL H. INSUA              Answer Yes or No _____

4. That any of the following Defendants retaliated against Plaintiff, MITCHELL ROSARIO by terminating him from his position at STIR CRAZY?

   a. 12425, INC. d/b/a STIR CRAZY    Answer Yes or No __Yes__

   b. HERIBERTO FLOREZ             Answer Yes or No __Yes__

   c. LAURA INSUA                  Answer Yes or No __No__

   d. MANUEL H. INSUA              Answer Yes or No __No__

   If you answered "Yes" as to any of the Defendants, then go to Question No. 5. If you answered "No" as to all of the Defendants, then go to Question No. 7.

5. That any of the following Defendants willfully violated the law by terminating Plaintiff, MITCHELL ROSARIO?

   a. 12425, INC. d/b/a STIR CRAZY    Answer Yes or No __No__

   b. HERIBERTO FLOREZ             Answer Yes or No __No__

   c. LAURA INSUA                  Answer Yes or No __No__

   d. MANUEL H. INSUA              Answer Yes or No __No__

6. That Plaintiff, MITCHELL ROSARIO suffered damages because of his termination from STIR CRAZY?

    Answer Yes or No __Yes__

7. That any of the Defendants was unjustly enriched?

    Answer Yes or No __No__

If your answers to Question Nos. 1, 4, *and* 7 were all "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer was "Yes" as to Question Nos. 1, 4, *or* 7, then go to Question No. 8.

8. That Plaintiff, MITCHELL ROSARIO should be awarded damages?

    Answer Yes or No __Yes__

If your answer is "Yes," what is the amount of damages that you find by a preponderance of the evidence Plaintiff, MITCHELL ROSARIO should be awarded:

   a. for unpaid minimum wages, if any?  $___0___

   b. for overtime pay, if any?  $___0___

   c. as to retaliation:

      i. for net lost wages and benefits, if any?  $__20,553.65__
      ii. for emotional pain and anguish, if any?  $___0___

   d. for unjust enrichment, if any?  $___0___

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: __1/30/15__