UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-23429-CIV-OTAZO-REYES

CONSENT CASE

MITCHELL ROSARIO,

        Plaintiff,

vs.

12425, INC., a Florida for-profit corporation
d/b/a STIR CRAZY, LAURA INSUA,
MANUEL H. INSUA and
HERIBERTO FLOREZ,

        Defendants.
_____/

## ORDER ON PENDING PRE-JUDGMENT MOTIONS

THIS CAUSE came before the Court upon the following motions, which were filed after the Jury rendered a verdict in this case but before the entry of final judgment: Defendants' Motion for Judgment as a Matter of Law, Pursuant to Rule 50(b) and 50(c) Fed. R. Civ. P. as to Count IV, Retaliation, Motion for Remittitur as to Count IV [D.E. 153]; and Plaintiff's Motion to Conduct Juror Interview [D.E. 157].

Upon due consideration, it is

ORDERED AND ADJUDGED that the foregoing motions are DENIED without prejudice to their renewal after the entry of judgment.

DONE AND ORDERED in Chambers in Miami, Florida, on this 23rd day of February, 2015.

                                              ALICIA M. OTAZO-REYES
                                              UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record