# FedEx Office

*Rosaio* (signature)

FedEx Office is your destination
for printing and shipping.

3269 HOLLYWOOD BLVD
Hollywood, FL 33021
Tel: (954) 985-0411

1/24/2015                9:35:24 AM EST
Team Member: Anca B.
Customer: peter bober

SALE

| | | |
|---|---|---|
| Quick Order | Qty 1 | 82.80 |
| CLR 1S on 32# Wht | 120 @ | 0.6900 T |
| 000224 Reg. Price | 0.69 | |
| Price per piece | 82.80 | |
| Regular Total | 82.80 | |
| Discounts | 0.00 | |
| Coil Mixed Covers | 2 @ | 4.9900 T |
| 000887 Reg. Price | 4.99 | |
| Regular Total | 9.98 | |
| Discounts | 0.00 | |
| Total | 9.98 | |

| | |
|---|---|
| Sub-Total | 92.78 |
| Tax | 5.57 |
| Deposit | 0.00 |
| Total | 98.35 |
| AmEx (S) | 98.35 |
| Account: | |
| Auth: 625405 (A) | |
| Total Tender | 98.35 |
| Change Due | 0.00 |
| Total Discounts | 0.00 |