UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-23429-OTAZO-REYES

**[CONSENT CASE]**

MITCHELL ROSARIO,

      Plaintiff,

vs.

12425, INC., a Florida for-profit corporation d/b/a
STIR CRAZY, LAURA INSUA, MANUEL H.
INSUA, and HERIBERTO FLOREZ,

      Defendants.

_____/

## FINAL JUDGMENT FOR FEES AND COSTS

In accordance with the Court's separately entered Order on Plaintiff's Motion for Costs (DE 191) and Order on Plaintiff's Verified Motion for Attorney's Fees (DE 193), it is

ORDERED and ADJUDGED that Final Judgment for Fees and Costs be and the same is hereby ENTERED in favor of Plaintiff Mitchell Rosario and against Defendants 12425, Inc. d/b/a Stir Crazy and Heriberto Florez, jointly and severally, for attorney's fees of $45,502.46 and costs of $13,115.62, for all of which let execution issue, in accordance with Fed.R.Civ.P. 62(a), and upon all of which post-judgment interest on the judgment shall accrue in accordance with 28 U.S.C. §1961 from the date of this Final Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of October, 2015.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record