UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-cv-23429-Otazo-Reyes

Consent Case

MITCHELL ROSARIO,

          Plaintiff,

v.

12425, INC., a Florida for non-profit
corporation d/b/a STIR CRAZY,
LAURA INSUA, MANUEL INSUA and
HERIBERTO FLOREZ,

          Defendants.
_____/

## SATISFACTION OF JUDGMENT

    This document is signed by Samara Bober, Esq. on November ___, 2015. Plaintiff, through his counsel, acknowledges full payment of the Amended Final Judgment signed by Judge Alicia M. Otazo-Reyez in this matter on October 28, 2015, 2015 and recorded in Book 29853 at Page 693 of the Public Records of Miami-Dade County with said payment having been received on or about November 25, 2015.

    Plaintiff, through his counsel, Samara Bober, Esq., agrees that Defendants do not owe the Plaintiff any more monies for the Judgments referenced herein.

_____
Samara Bober, Esq.
Attorney for Mitchell Rosario

_____
Witness

_____
Witness

    Acknowledged before me on November 30, 2015 by Samara Bober, Esq., attorney for Mitchell Rosario, who is <u>personally known</u> to me or who has produced _____ as identification.

_____
NOTARY PUBLIC

ALMA HOWINGTON
MY COMMISSION # FF 062944
EXPIRES: October 21, 2017
Bonded Thru Notary Public Underwriters